IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-29-JJF |
| BARR LABORATORIES, INC. | ) ) ) | |
| Defendant. | ) ) | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5(c) and the attached certifications, counsel moves the admission *pro hac vice* of George C. Lombardi, Bradley C. Graveline and Michael K. Nutter to represent defendant Barr Laboratories, Inc. in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Kevin M. Baird
_____
Kevin M. Baird (# 4219)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19801
(302) 571-6600
*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: March 1, 2005

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____          _____
                                                              United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Michael K. Nutter, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, 1997; United States District Court for the Northern District of Illinois, 1997; United States Court of Appeals for the Federal Circuit, 1998; United States Court of Appeals for the Seventh Circuit, 1997; United States Patent and Trademark Office, 1999 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

                                                                         _____
                                                                         Michael K. Nutter
                                                                         Winston & Strawn LLP
                                                                         35 W. Wacker Drive
                                                                         Chicago, Illinois 60601-9703
                                                                         (312)558-5600

February 23, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, George C. Lombardi, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, 1984; United States District Court for the Northern District of Illinois, 1984; United States Court of Appeals for the Federal Circuit, 1-5-90; United States Court of Appeals for the Seventh Circuit, 9-17-93; United States District Court, District of Colorado, 10-12-00; Supreme Court of the United States of America, 11-26-01; United States Court of Appeals for the Fourth Circuit, 1-29-02; United States District Court, Southern District of Illinois, 10-23-03; Eastern District of Wisconsin, 2-12-04; United States District Court Central District of California, 5-7-04; Superior Court of New Jersey, 5-14-04; District Court of Jefferson County, Texas, 60th Judicial District, 6-10-04 and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

George C. Lombardi
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
(312)558-5600

February 23, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Bradley C. Graveline, Esq., certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Bradley C. Graveline
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703
(312) 558-5600

Dated: February 17, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, hereby certify that on March 1, 2005, copies of the foregoing document were caused to be served upon the following:

**BY ELECTRONIC FILING AND HAND DELIVERY**

>Fredrick R. Cottrell III, Esquire
>Chad M. Shandler, Esquire
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19899-0551

**BY FEDERAL EXPRESS**

>William F. Lee, Esquire
>David B. Bassett, Esquire
>Peter Kolovos, Esquire
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT &
>TAYLOR, LLP
>
>_____
>Kevin M. Baird (#4219)
>The Brandywine Building, 17th Floor
>1000 West Street
>Wilmington, Delaware 19801
>(302) 571-6600
>
>*Attorneys for Defendant Barr Laboratories, Inc.*