IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 05-0029-JJF |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties that the time within which Plaintiffs Cephalon Inc. and University of Utah Research Foundation must move, answer or otherwise respond to Defendant Barr Laboratories, Inc.'s Counterclaim is extended through and including March 9, 2005.

_____
Kevin M. Baird (#4219)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
kbaird@ycst.com
*Attorneys for Barr Labs., Inc.*

_____
Frederick L. Cottrell, III (#2555)
Chad M. Shandler (#3796)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Cottrell@rlf.com
*Attorneys for Cephalon, Inc. and The University Of Utah Research Foundation*

*SO ORDERED* this _____ day of _____ 2005.

_____
Judge

RLF1-2846618-1