IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>        Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>        Defendant. | Civil Action No. 05-0029-JJF |

## NOTICE OF SERVICE

It is hereby certified that on this 18th day of March, 2005, true and correct copies of Plaintiffs' Rule 26(a) Initial Disclosures were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Kevin M. Baird (#4219)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Georege C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

**VIA FEDERAL EXPRESS**
Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

_/s/ (#3710)_
Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and The University Of Utah Research Foundation*

Dated: March 18, 2005

RLF1-2853768-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2005, I served the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing and Hand Delivered to the following.

Kevin M. Baird (#4219)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
kbaird@ycst.com


and to the following non-registered participants by Federal Express.

| | |
|---|---|
| George C. Lombardi, Esquire | Robert C. Millonig, Esquire |
| Bradley F. Graveline, Esquire | Heidi L. Kraus, Esquire |
| Michael K. Nutter, Esquire | Sterne, Kessler, Goldstein & Fox PLLC |
| Winston & Strawn, LLP | 1100 New York Avenue, N.W. |
| 35 West Wacker Drive | Washington, DC 20005 |
| Chicago, IL 60601 | Tel: (202)371-3600 |
| Tel: (312)558-5600 | |

Chad M. Shandler (#3796)
Shandlerl@rlf.com

RLF1-2849694-1