IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-29 (JJF) |
| BARR LABORATORIES, INC. | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certify that copies of Defendant Barr Laboratories, Inc.'s Rule 26(a)(1) Initial Disclosures were caused to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
One Rodney Square
920 North King Street
Wilmington, DE 19801

**BY E-MAIL**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

The undersigned further certifies that he caused copies of this *Notice of Service* to be served on March 22, 2005 upon the below-listed counsel of record in the manner indicated below:

**BY HAND DELIVERY**

> Frederick L. Cottrell, III, Esquire
> One Rodney Square
> 920 North King Street
> Wilmington, DE 19801

**BY E-MAIL**

> William F. Lee, Esquire
> David B. Bassett, Esquire
> Peter Kolovos, Esquire
> Wilmer Cutler Pickering Hale & Dorr, LLP
> 60 State Street
> Boston, MA 02109

| | |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>bgraveline @winston.com | Josy W. Ingersoll (#1088)<br>Richard H. Morse (#531)<br>Adam W. Poff ($3990)<br>Kevin M. Baird (#4219)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>jingersoll@ycst.com |

OF COUNSEL

Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

Attorneys for Defendant Barr Laboratories, Inc.

Dated: March 22, 2005

2

WP3:1096414.1        63987.1001