IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>    Defendant. | Civil Action No. 05-29 (JJF) |

## STIPULATED ORDER AMENDING BRIEF SCHEDULE

It is hereby stipulated that the due date for defendant Barr Laboratories' Answering Brief In Opposition To Plaintiffs' Motion To Dismiss Counterclaim is extended from March 23, 2005 to March 25, 2005.

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A.<br><br>_/s/_<br>Frederick L. Cottrell III (#2555)<br>Chad M. Shandler (#3796)<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, DE 19899-0551<br>Tel: (302) 651-7700<br>cottrell@rlf.com<br>shandler@rlf.com<br><br>Attorney for Plaintiffs | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>_/s/ Richard H. Morse_<br>Josy W. Ingersoll (#1088)<br>Richard H. Morse (#531)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>jingersoll@ycst.com<br>rmorse@ycst.com<br><br>Attorney for Defendant |

SO ORDERED this ____ day of _____, 2005.

_____
United States District Judge