IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 05-29 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certify that copies of Barr Laboratories' (1) First Set of Rule 33 Interrogatories To Cephalon, Inc. (Nos. 1-12), (2) First Set of Rule 33 Interrogatories to The University of Utah Research Foundation (Nos. 1-12), (3) First Set of Rule 34 Requests to Cephalon, Inc. (Nos. 1-83), (4) First Set of Rule 34 Requests To The University of Utah Research Foundation (Nos. 1-84), and (5) this Notice of Service were caused to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
One Rodney Square
920 North King Street
Wilmington, DE  19801

BY E-MAIL

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

|  |  |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>bgraveline@winston.com | /s/ Josy W. Ingersoll<br>Josy W. Ingersoll (#1088)<br>Richard H. Morse (#531)<br>Adam W. Poff ($3990)<br>Kevin M. Baird (#4219)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kbaird@ycst.com |

OF COUNSEL

Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

Attorneys for Defendant Barr Laboratories, Inc.

Dated: March 23, 2005

2