IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>BARR LABORATORIES, INC.<br><br>　　　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-0029-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

　　It is hereby certified that on this 28th day of March, 2005, true and correct copies of Plaintiffs' First Request for Production of Documents and Things to Defendant Barr Laboratories, Inc. were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Kevin M. Baird (#4219)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Georege C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Dated: March 28, 2005

**VIA FEDERAL EXPRESS**
Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and The*
*University Of Utah Research Foundation*

RLF1-2853768-1

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted.

**VIA HAND DELIVERY**
Kevin M. Baird (#4219)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Georege C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

**VIA FEDERAL EXPRESS**
Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Chad M. Shandler (#3796)
(Shandlerl@rlf.com)