IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-29-JJF |

**NOTICE OF WITHDRAWAL OF KEVIN M. BAIRD AS
COUNSEL FOR BARR LABORATORIES, INC.**

PLEASE TAKE NOTICE that, pursuant to D. Del. LR. 83.7, Kevin M. Baird, Esq. withdraws from its representation of Barr Laboratories, Inc. in this action. Barr Laboratories continues to be represented in this action by Josy W. Ingersoll and Richard Morse and the law firm of Young Conaway Stargatt & Taylor, LLP, as well as by the law firms of Winston & Strawn, LLP and Sterne, Kessler, Goldstein & Fox, PLLC.

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

Josy W. Ingersoll (#1088)
Richard H. Morse (#531)
Kevin M. Baird (#4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Tel: (302) 571-5004

*Attorneys for Defendant Barr Laboratories*

OF COUNSEL:

George C. Lombardi
Bradley F. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600

Robert C. Millonig
Heidi L. Kraus
STERNE, KESSLER, GOLDSTEIN
 & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

Dated: March 29, 2005

## CERTIFICATE OF SERVICE

I, Kevin M. Baird, Esquire hereby certify that on March 23, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>One Rodney Square
>920 North King Street
>Wilmington, DE 19801

I further certify that on March 23, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>William F. Lee, Esquire
>David B. Bassett, Esquire
>Peter Kolovos, Esquire
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_/s/ Kevin M. Baird_
Josy W. Ingersoll (No. 1088)
Kevin M. Baird (No. 4219)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kbaird@ycst.com

Attorneys for Barr Laboratories, Inc.