IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION <br><br> Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC. <br><br> Defendant. | Civil Action No. 05-0029-JJF |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that the time within which plaintiffs Cephalon Inc. and University of Utah Research Foundation shall serve and file their reply brief in further support of their motion to dismiss the defendant's counterclaim (D.I. 12) is extended through and including April 6, 2005.

*Richard H. Morse*
_____
Josy W. Ingersoll (#1088)
(jingersoll@ycst.com)
Richard H. Morse (#531)
(morse@ycst.com)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801
(302) 571-6600
*Attorneys for Barr Labs., Inc.*

*[signature]*
_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and
TheUniversity Of Utah Research Foundation*

**SO ORDERED** this _____ day of _____ 2005.

_____
United States District Court Judge

RLF1-2857799-1