IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendants | )<br>)<br>)<br>) Civil Action No. 05-29-JJF<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William F. Lee, David B. Bassett, Peter J. Kolovos, Daniel Esrick and Kristy A. Watkins to represent Plaintiffs Cephalon, Inc. and University of Utah Research Founation in this matter.

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Plaintiffs Cephalon, Inc. and
University of Utah Research Foundation

Dated: April 13, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted

Dated: _____    _____
United States District Judge

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or couse of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_William F. Lee_
William F. Lee
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6556

Dated: _April 12, 2005_

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Indiana and Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or couse of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

David B. Bassett
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6259

Dated: April 11 2005

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6493

Dated: April 11, 2005

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or couse of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

                                                  Daniel Esrick
                                                  Wilmer Cutler Pickering Hale and Dorr LLP
                                                  60 State Street
                                                  Boston, MA 02109
                                                  (617) 526-6529

Dated: 4/12/05

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or couse of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Kristy A. Watkins
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6429

Dated: 4/12/05

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted.

**VIA HAND DELIVERY**
Josy W. Ingersoll
Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on April 13, 2005, I have mailed via Federal Express, the documents to the following non-registered participants:

| | |
|---|---|
| George C. Lombardi, Esquire<br>Bradley F. Graveline, Esquire<br>Michael K. Nutter, Esquire<br>Winston & Strawn, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601 | Robert C. Millonig, Esquire<br>Heidi L. Kraus, Esquire<br>Sterne, Kessler, Goldstein & Fox PLLC<br>1100 New York Avenue, N.W.<br>Washington, DC 20005 |

Chad M. Shandler (#3796)
(Shandler@rlf.com)