IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | Civil Action No. 05-29 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certify that on April 27, 2005 copies of Barr Laboratories' (1) Responses and Objections to Plaintiffs' First Request for Production of Documents and Things, and (2) this Notice of Service were caused to be served on the following counsel of record in the manner indicated:

**BY HAND DELIVERY**

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

| | |
|---|---|
| George C. Lombardi | Josy W. Ingersoll (#1088) |
| Bradley C. Graveline | Richard H. Morse (#531) |
| Michael K. Nutter | Adam W. Poff ($3990) |
| WINSTON & STRAWN, LLP | Glenn C. Mandalas (#4432) |
| 35 West Wacker Drive | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Chicago, IL 60601 | The Brandywine Building |
| Tel: (312) 558-5600 | 1000 West Street, 17th Floor |
| bgraveline @winston.com | Wilmington, DE 19801 |
| | Tel: (302) 571-6600 |
| | jingersoll@ycst.com |

OF COUNSEL

Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

Attorneys for Defendant Barr Laboratories, Inc.

Dated:  April 27, 2005