IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC and <br> UNIVERSITY OF UTAH <br> RESEARCH FOUNDATION <br><br> Plaintiffs, <br> v. <br><br> BARR LABORATORIES, INC <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 05-0029-JJF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 27th day of April, 2005, true and correct copies of Cephalon's Responses to Barr's First Set of Rule 34 Requests (Nos 1 - 83), Cephalon's Responses to Barr's First Set of Interrogatories (Nos. 1 - 12), The University of Utah Research Foundation's Responses to Barr's First Set of Rule 34 Requests (Nos. 1 - 83) and The University of Utah Research Foundation's Responses to Barr's First Set of Interrogatories (Nos 1 - 12) were served, in the manner indicated, on counsel as follows:

**VIA FEDERAL EXPRESS**
Michael K Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Dated: April 29, 2005

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and The
University Of Utah Research Foundation*

RLF1-2870129-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted.

**VIA HAND DELIVERY**
Josy W. Ingersoll
Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on April 29, 2005, I have mailed via Federal Express, the documents to the following non-registered participants.

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Chad M. Shandler (#3796)
(Shandler@rlf.com)

RLF1-2870129-1