IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.05-29 (JJF) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1.1

I, Glenn C. Mandalas, Esquire, hereby certify pursuant to Local Rule 7.1.1, that counsel for the Defendant has made a reasonable effort to reach agreement with counsel for Plaintiffs on the matters set forth in the foregoing motion.

_____
Glenn C. Mandalas (No.4432)

Dated: May 17, 2005