# EXHIBIT A

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

April 15, 2005

**By Overnight Mail**

Michael K. Nutter, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, Illinois 60601-9703

Kristy A. Watkins

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6429
+1 617 526 5000 fax
kristy.watkins@wilmerhale.com

Re:   Cephalon, Inc. et al. v. Barr Laboratories, No. 05-29-JJF, U.S.D.C. Dist. Delaware

Dear Mike:

Enclosed please find documents bearing bates numbers CE000001-000407. Many of these documents have been produced with "Confidential" designations, pursuant to the proposed Protective Order.

Additional documents will be produced as they become available. Please feel free to contact me if you have any questions.

Very truly yours,

Kristy A. Watkins