**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.05-29 (JJF) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

**STIPULATED *MARKMAN* BRIEFING**
**SCHEDULE PURSUANT TO THE SCHEDULING ORDER**

Pursuant to Paragraph 7 of the Court's March 24, 2005, Scheduling Order, Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation, and Defendant, Barr Laboratories, Inc., by and through their respective undersigned counsel, hereby notify the Court that the parties dispute the construction of certain claims of the patent-in-suit and, accordingly, the parties believe that a *Markman* claim construction hearing will be necessary. The parties thus propose the following Stipulated *Markman* Briefing Schedule:

1. Plaintiffs shall file their opening claim construction briefs on or before Friday, July 8, 2005;

2. Defendant shall file its answering claim construction brief on or before Friday, July 29, 2005; and

3. Plaintiffs shall file their reply claim construction briefs on or before Friday, August 12, 2005.

4. A *Markman* Hearing will be held on _____, 2005.

| RICHARDS LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: /s/ Chad M. Shandler <br>     Frederick L. Cottrell III (#2555) <br>     Chad M. Shandler (#3796) <br>     P.O. Box 551 <br>     One Rodney Square <br>     Wilmington, Delaware 19899-0551 <br>     Tel: (302) 651-7700 <br>     cottrell@rlf.com <br><br>     William F. Lee <br>     David B. Bassett <br>     Peter J. Kolovos <br>     WILMER CUTLER PICKERING <br>       HALE AND DOOR LLP <br>     60 State Street <br>     Boston, Massachusetts 02109 <br>     Tel: (617) 526-6000 <br>     Counsel for Plaintiff <br><br> *Attorneys for Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation* | By: /s/ Glenn C. Mandalas <br>     Josy W. Ingersoll (#1088) <br>     Richard H. Morse (#531) <br>     Glenn C. Mandalas (#4432) <br>     The Brandywine Building, 17th Floor <br>     1000 West Street <br>     Wilmington, DE 19801 <br>     Tel: (302) 571-6600 <br>     jingersoll@ycst.com <br><br>     George C. Lombardi <br>     Bradley C. Graveline <br>     Michael K. Nutter <br>     WINSTON & STRAWN, LLP <br>     35 West Wacker Drive Chicago, IL 60601 <br>     Tel: (312) 558-5600 <br>     glombardi@winston.com <br><br>     Of Counsel: <br>     Robert C. Millonig <br>     Heidi L. Kraus <br>     STERNE KESSLER GOLDSTEIN & FOX PLLC <br>     1100 New York Avenue, N.W. <br>     Washington, D.C. 20005 <br>     Tel: (202) 371-3600 <br>     Facsimile: (202) 371-2540 <br><br> *Attorneys for Defendant Barr Laboratories, Inc.* |

Dated: June 1, 2005