IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-029-JJF : |
| BARR LABORATORIES, INC., | : : |
| Defendant. | : |

**STIPULATED *MARKMAN* BRIEFING
SCHEDULE PURSUANT TO THE SCHEDULING ORDER**

Pursuant to Paragraph 7 of the Court's March 24, 2005, Scheduling Order, Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation, and Defendant, Barr Laboratories, Inc., by and through their respective undersigned counsel, hereby notify the Court that the parties dispute the construction of certain claims of the patent-in-suit and, accordingly, the parties believe that a *Markman* claim construction hearing will be necessary. The parties thus propose the following Stipulated *Markman* Briefing Schedule:

1. Plaintiffs shall file their opening claim construction briefs on or before Friday, July 8, 2005;

2. Defendant shall file its answering claim construction brief on or before Friday, July 29, 2005; and

3. Plaintiffs shall file their reply claim construction briefs on or before Friday, August 12, 2005.

4. A *Markman* Hearing will be held on **September 14, 2005 at 4:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

RICHARDS LAYTON & FINGER, P.A.

By: /s/ Chad M. Shandler
    Frederick L. Cottrell III (#2555)
    Chad M. Shandler (#3796)
    P.O. Box 551
    One Rodney Square
    Wilmington, Delaware 19899-0551
    Tel: (302) 651-7700
    cottrell@rlf.com

    William F. Lee
    David B. Bassett
    Peter J. Kolovos
    WILMER CUTLER PICKERING
       HALE AND DORR LLP
    60 State Street
    Boston, Massachusetts 02109
    Tel: (617) 526-6000
    Counsel for Plaintiff

    *Attorneys for Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation*

    YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: /s/ Glenn C. Mandalas
    Josy W. Ingersoll (#1088)
    Richard H. Morse (#531)
    Glenn C. Mandalas (#4432)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, DE 19801
    Tel: (302) 571-6600
    jingersoll@ycst.com

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive Chicago, IL 60601
Tel: (312) 558-5600
glombardi@winston.com

Of Counsel:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600
Facsimile: (202) 371-2540

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: June 1, 2005

IT IS SO ORDERED this 10 day of June, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE