IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CEPHALON, INC and )
UNIVERSITY OF UTAH )
RESEARCH FOUNDATION )
)
            Plaintiffs, )
                                            )    Civil Action No  05-0029-JJF
        v                                   )
                                            )
                                            )
BARR LABORATORIES, INC )
                                            )
            Defendant )
                                            )

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE**  that on the 1st day of July, 2005, true and correct copies of

Plaintiffs' First Set of Interrogatories to Defendant Barr Laboratories, Inc  were served, in the

manner indicated, on counsel as follows.

**VIA HAND DELIVERY**
Josy W  Ingersoll, Esquire
Richard H  Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
Robert C  Millonig, Esquire
Heidi L  Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N W
Washington, DC   20005

**VIA FEDERAL EXPRESS**
George C  Lombardi, Esquire
Bradley F  Graveline, Esquire
Michael K  Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL   60601

_____
Frederick L  Cottrell, III (#2555)
(Cottrell@rlf com)
Chad M  Shandler (#3796)
(Shandler@rlf com)
Richards, Layton & Finger
One Rodney Square, P O  Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Cephalon, Inc  and The*
*University Of Utah Research Foundation*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2005, I electronically filed the foregoing with the Clerk of

Court using CM/ECF which will send notification of such filing(s) to the following and which

has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801


I hereby certify that on July 5, 2005, I have mailed via Federal Express, the documents to

the following non-registered participants:

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005


_____
Chad M. Shandler (#3796)
(Shandler@rlf.com)