IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>Plaintiffs<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant | Civil Action No. 05-29-JJF |

DECLARATION OF GREGORY P. TERAN IN SUPPORT OF
PLAINTIFFS' OPENING BRIEF ON
CLAIM CONSTRUCTION FOR U.S. PATENT NO. 4,863,737 ('737 PATENT)

I, Gregory P. Teran, state the following under the pains and penalties of perjury:

A.  I am a junior partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP. I am a member in good standing of the bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals, and the Federal Circuit. I am over the age of 21 and am competent to testify to the matters and facts set forth below, all of which are within my personal knowledge. I submit this declaration for the purpose of describing certain documents submitted as exhibits to Plaintiffs' Opening Brief On Claim Construction For U.S. Patent No. 4,863,737 ('737 Patent).

1. Exhibit 1 to this declaration is a true and accurate copy of U.S. Patent No. 4,863,737.

2. Exhibit 2 this declaration is a true and accurate copy of Office Action, April 27, 1988, Paper No. 5 from U.S. Patent Application 07/060,045.

3. Exhibit 3 to this declaration is a true and accurate copy of Amendment, Oct. 27, 1988, Paper No. 8 from U.S. Patent Application 07/060,045.

4. Exhibit 4 to this declaration is a true and accurate copy of Cephalon's Preliminary Claim Constructions, served May 27, 2005.

5. Exhibit 5 to this declaration is a true and accurate copy of Barr's Preliminary Claim Constructions, served June 15, 2005.

6. Exhibit 6 to this declaration is a true and accurate copy of cited pages from Webster's Ninth New Collegiate Dictionary (9th ed. 1985).

7. Exhibit 7 to this declaration is a true and accurate copy of cited pages from Webster's New World Dictionary of the American Language (2d ed. 1982).

8. Exhibit 8 to this declaration is a true and accurate copy of cited pages from Remington's Pharmaceutical Sciences (17th ed. 1985).

9. Exhibit 9 to this declaration is a true and accurate copy of an ACTIQ® Patient Leaflet.

10. Exhibit 10 to this declaration is a true and accurate copy of Drayer, Pharmacotherapy, 7(4):87-91, 88 (1987).

11. Exhibit 11 to this declaration is a true and accurate copy of Moerlein et al., Int. J. Nucl. Med. Biol. 12(5):353-356, 356 (1985).

Respectfully submitted,

By: _____

Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: July 8, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on July 8, 2005, I have mailed via Federal Express, the documents to the following non-registered participants:

Georege C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Chad M. Shandler (#3796)
(Shandler@rlf.com)