# EXHIBIT 4

## Cephalon's Preliminary Infringement Contentions
### for U.S. Patent No. 4,863,737

Cephalon is presently asserting Claims 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 13, 14, 18, 20 22, 23, 24, 25, 30, 31, 34, 36, and 37 of U.S. Patent No. 4,863,737 against Barr. Cephalon reserves the right to assert additional claims against Barr pending further discovery.

Cephalon's Proposed Claim Construction
For U.S. Patent No. 4,863,737

| Claim | Support | Proposed Construction |
|---|---|---|
| 1. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient, the method comprising the steps of: | Drug – "a substance used as a medication or in the preparation of a medication" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 385.<br><br>Lollipop – "a piece of hard candy fixed to the end of a small stick; sucker" New World Dictionary (2nd College Ed. 1980) at 832.<br><br>"Simply stated, the present invention relates to a lollipop, or similar type of composition, which contains a therapeutic drug." U.S. Patent No. 4,863,737, col. 7, lines 41-43.<br><br>"According to the present invention, the compressed powder matrix is attached to a holder, such as a stick to form a lollipop.'" U.S. Patent No. 4,863,737, col. 8, lines 29-31. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient, the method comprising the steps of: |
| (a) obtaining a pharmacologically effective dose of the drug in a substantially powdered form, the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus; | Pharmacological – "the properties and reactions of drugs esp. with relation to their therapeutic value" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 881.<br><br>Effective – "producing a decided, decisive or desired effect" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 397.<br><br>Dose – "the measured quantity of a therapeutic agent to be taken at one time" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 376.<br><br>Substantially – "being largely but not wholly that which is specified" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 1176. | (a) obtaining a drug in a largely powdered form, with the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus and with the drug being in a quantity sufficient to produce a desired therapeutic effect; |

1

| Claim | Support | Proposed Construction |
|---|---|---|
| | Absorption – "The passage of a substance through some surface of the body into body fluids and tissues, such as the passage of ether through the respiratory epithelium of the lungs into the blood during anesthesia or the passage of oil of wintergreen through the skin (which is the result of several processes: diffusion, filtration, and osmosis)." Taber's Cyclopedic Medical Dictionary (18th Ed. 1997) at 12. | |
| | "One of the primary advantages of the present invention is the ability to introduce drugs to a patient in a "dose-to-effect" manner. The drug is given to the patient until the precisely desired effect is obtained; this is in distinction to prior art methods where a predetermined quantity of the drug is introduced to the patient. Once the desired effect is obtained, the patient or the medical professional simply removes the lollipop from the patient's mouth." U.S. Patent No. 4,863,737, col. 7, lines 49-57. | |
| | "The drug is delivered to the patient through the mucosal tissues of the mouth, pharynx, and esophagus as the patient sucks on the drug-containing lollipop." U.S. Patent No. 4,863,737, col. 7, lines 43-46. | |
| (b) obtaining a soluble carbohydrate material capable of forming a compressible confectionery matrix and capable of dissolving in the mouth of the patient; | Soluble – "susceptible of being dissolved in or as if in a fluid" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 1123.<br><br>Compressible – "capable of being compressed" compress: "to press or squeeze together" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 270.<br><br>Matrix – "material in which something is enclosed | (b) obtaining a carbohydrate material capable of being pressed or squeezed together to form a confectionary matrix and capable of dissolving in the mouth of the patient; |

| Claim | Support | Proposed Construction |
|---|---|---|
| | or embedded (as for protection or study) Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 733. | |
| (c) mixing the drug and the carbohydrate material at a temperature below the melting points of the drug and the carbohydrate material to form a drug-containing matrix such that the drug is dispersed substantially throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | Mixing – "to combine or blend into one mass" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 761.<br><br>Melting point –"the temperature at which a specified solid becomes a liquid" Webster's New World Dictionary of the American Language (2nd College Ed. 1980) at 885.<br><br>Dispersed – "to distribute (as fine particles) more or less evenly throughout a medium" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 365.<br><br>"A drug administered through the oral mucosal tissues from such a compressed powder matrix within the scope of the present invention will quickly enter the patient's bloodstream through the veins which serve these tissues." U.S. Patent No. 4,863,737, col. 6, lines 40-44. | (c) combining or blending the drug and the carbohydrate material at a temperature below the melting points of the drug and the carbohydrate material to form a drug-containing matrix such that the drug is dispersed largely throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; |
| (d) compressing the drug-containing matrix in a mold to form an integral mass such that, when the integral mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues; and | Compressing – Compress: "to press or squeeze together" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 270.<br><br>Integral – "formed as a unit with another part" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 628.<br><br>"Once the desired constituents are thoroughly mixed, they are compressed into a solid mass under high pressure. Typically, compressive forces in the range from approximately 2,000 Newtons to approximately 5,000 Newtons are preferred. As a result, the compressed powdered matrix is held | (d) pressing or squeezing the drug-containing matrix in a mold to form a unitary mass such that, when the unitary mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues; and |

3

| Claim | Support | Proposed Construction |
|---|---|---|
| | together by physical means rather than by chemical means. The extent of the compressive forces can be modified to vary the rate that the lollipop will dissolve in a patient's mouth. The greater the compressive forces that form the mixture, the slower the dissolution of the compressed powder matrix in the mouth." U.S. Patent No. 4,863,737, col. 8, lines 12-16.<br><br>"After mixing, the mixture is then compressed under high pressure to form an integral candy product. Specific confectionary components are combined in order for the mixture to form an integral solid mass. These components may include, for example, compressible confectioner's sugar and maltodextrin." U.S. Patent No. 4,863,737, col. 5, lines 52-57. | |
| (e) incorporating a holder as part of the integral mass in order to form the drug-containing lollipop. | Incorporate - "to combine or join with something already formed; make part of another thing; include; embody"; "to bring together into a single whole; merge" Webster's New World Dictionary of the American Language (2ⁿᵈ College Ed. 1976) at 712.<br><br>"The confectionary mass may be attached to a holder such as a stick or other similar type of holder." U.S. Patent No. 4,863,737, col. 12, lines 14-15.<br><br>"The attachment of the confection to a holder may be made by compressing the stick into the powder matrix as the lollipop is being formed. Alternatively, the stick may be glued to the candy matrix by confectioner's glue or some other appropriate adhesive once the matrix is formed." U.S. Patent No. 4,863,737, col. 8, lines 42-47. | (e) joining a stick or holder to the unitary mass in order to form the drug-containing medicine on a stick or holder. |

| Claim | Support | Proposed Construction |
|---|---|---|
| 2. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein a buffer is added to the drug-containing matrix. | Buffer – "any substance in a solution that tends to stabilize the hydrogen ion concentration by neutralizing any added acid or alkali" Webster's New World Dictionary of the American Language (2nd College Ed. 1980) at 185.<br><br>"Changes in pH such as those discussed above can be accomplished by incorporating particular buffer systems within the confection composition. One presently preferred buffer system is a citric acid/sodium citrate system; however, other conventional buffers (such as phosphate) may also be used. By using such a buffer, dramatically better results may be achieved such that buccal drug absorption is a fully feasible and optimal delivery method." U.S. Patent No. 4,863,737, col. 14, lines 41-49. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein a substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali is added to the drug-containing matrix. |
| 3. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 2 wherein the buffer modifies the pKa of the drug such that, when the integral mass is dissolved, a majority of the drug remains non-ionized in order to facilitate transmucosal absorption of the drug. | Non-ionized:<br>Non – "not" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 966.<br>Ionize – "to change or be changed into ions; dissociate into ions, as a salt dissolved in water, or become electrically charged, as a gas under the influence of radiation or electric discharge" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 743.<br><br>Facilitate – "to make easier" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 444.<br><br>"It is often desirable for the pKa to range from approximately 5 to approximately 8 in order to maximize drug delivery. pKa is the dissociation constant, which is generally defined as the pH at which a given acid or base is 50% ionized and 50% non-ionized. pKa can be calculated from pH, if the | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 2 wherein the substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali alters the pKa of the drug such that, when the unitary mass is dissolved, a majority of the drug remains not changed or dissociated into ions in order to make transmucosal absorption of the drug easier. |

| Claim | Support | Proposed Construction |
|---|---|---|
| | concentrations of the charged and uncharged species are known, using the well-known Henderson-Hasselbach equation if concentrations of the changed and unchanged species are known. The Henderson-Hasselbach equation is as follows: $pKa = pH + \log [A\text{-}/HA]$ where A-/HA is the ratio of the ionized drug form ("A-") to the non-ionized drug form ("HA"). The effect on the pKa of varying pH, and thus on the non-ionized drug available, is extremely dramatic." U.S. Patent No. 4,863,737, col. 13, line 58 to col. 14, line 8.<br><br>"Buffers and other types of pH and pKa control can also be added simultaneously in order to provide for maximum drug efficiency. It will be appreciated that drugs in the non-ionized form are more readily transported across the mucosal membrane. Therefore, if pH (and corresponding pKa) conditions can be adjusted to maximize the percentage of non-ionized drug available, the effectiveness of the drug is maximized." U.S. Patent No. 4,863,737, col. 6, lines 8-15. | |
| 4. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 3 wherein the buffer is citric acid/-sodium citrate. | "One presently preferred buffer system is a citric acid/sodium citrate system; however, other conventional buffers (such as phosphate) may also be used." U.S. Patent No. 4,863,737, col. 14, lines 43-46. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 3, wherein the substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali is citric acid/sodium citrate. |
| 5. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein the drug has sufficient lipophilic properties such that the drug can be absorbed through the mucosal tissue. | Lipophilic – "having an affinity for lipids (as fats)" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 696.<br><br>"In order for the present invention to operate effectively, it is necessary that the therapeutic agent | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein the drug has sufficient affinity for lipids such that the drug can be absorbed through the mucosal tissue. |

| Claim | Support | Proposed Construction |
|---|---|---|
| | incorporated within the candy matrix be generally lipophilic or, in the alternative, be capable of being placed in lipophilic form by suitable adjustments in the environmental pH or other chemical modification. Thus, it is presently preferred that the drug have a pKa in the range of from approximately 6 to approximately 8." U.S. Patent No. 4,863,737, col. 14, lines 61-68. | |
| 6. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient comprising: | Drug – "a substance used as a medication or in the preparation of a medication" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 385. Lollipop – "a piece of hard candy fixed to the end of a small stick; sucker" New World Dictionary (2nd College Ed. 1980) at 832. "Simply stated, the present invention relates to a lollipop, or similar type of composition, which contains a therapeutic drug." U.S. Patent No. 4,863,737, col. 7, lines 41-43. "According to the present invention, the compressed powder matrix is attached to a holder, such as a stick to form a lollipop." U.S. Patent No. 4,863,737, col. 8, lines 29-31. | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient, comprising; |
| a soluble, compressible carbohydrate material; | Soluble – "susceptible of being dissolved in or as if in a fluid" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 1123. Compressible – "capable of being compressed" Compress: "to press or squeeze together" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 270. | a carbohydrate material that can be pressed or squeezed together and that can dissolve in the mouth of the patient; |
| a pharmacologically effective dose of a drug in a | Pharmacological – "the properties and reactions of drugs esp. with relation to their therapeutic value" | a quantity of a drug sufficient to produce a desired therapeutic effect in a largely powdered form, |

| Claim | Support | Proposed Construction |
|---|---|---|
| substantially powdered form, | Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1988) at 881. | the drug being capable of being absorbed through mucosal tissues of the mouth, pharynx, and esophagus |
| the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus | Effective – "producing a decided, decisive or desired effect" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1988) at 397. | and being dispersed largely uniformly throughout the carbohydrate material |
| and being dispersed substantially uniformly throughout the carbohydrate material | Dose – "the measured quantity of a therapeutic agent to be taken at one time" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1988) at 376. | at a temperature below the melting points of the drug and the carbohydrate material, |
| at a temperature below the melting points of the drug and the carbohydrate material | Substantially – "being largely but not wholly that which is specified" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1985) at 1176. | and being pressed or squeezed together with the carbohydrate material into a unitary mass that is not liquid or gaseous, which is capable of dissolving in the mouth of the patient so that the drug is released |
| and compressed with the carbohydrate material into a solid integral mass which is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the integral mass in the mouth of the patient; | Solid – "Of definite shape and volume; not liquid or gaseous." The American Heritage Dictionary (2ⁿᵈ College Ed. 1985) at 1163.<br><br>Absorption – "The passage of a substance through some surface of the body into body fluids and tissues, such as the passage of ether through the respiratory epithelium of the lungs into the blood during anesthesia or the passage of oil of wintergreen through the skin (which is the result of several processes: diffusion, filtration, and osmosis)." Taber's Cyclopedic Medical Dictionary (18ᵗʰ Ed. 1997) at 12.<br><br>Melting point – "the temperature at which a solid melts" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1985) at 740. | for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the unitary mass in the mouth of the patient; |
| holder means secured to the integral mass so as to form a drug-containing lollipop, the holder means being configured so as to permit convenient insertion and removal of the drug-containing integral mass into and out of the mouth of the | secure – "to make firm, fast, tight, etc." Webster's New World Dictionary of the American Language (2ⁿᵈ College Ed. 1976) at 1288. | a stick or holder secured to the unitary mass to form a drug-containing medicine on a stick or holder, with the stick or holder being configured so as to permit convenient insertion and removal of the drug-containing unitary mass into and out of the |

8

| Claim | Support | Proposed Construction |
|---|---|---|
| patient. | | mouth of the patient. |
| 8. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein the holder is incorporated as part of the integral mass by affixing the holder to the integral mass after compressing step (d). | Affix – "to attach in any way : ADD, APPEND" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 62. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein the stick or holder is joined to the unitary mass by attaching the stick or holder to the unitary mass after compressing step (d). |
| 9. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein the soluble carbohydrate material in the drug-containing matrix includes compressible confectionary sugar. | "Specific confectionary components are combined in order for the mixture to form an integral solid mass. These components may include, for example, compressible confectioner's sugar and maltodextrin." U.S. Patent No. 4,863,737, col. 5, lines 53–57. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein the carbohydrate material in the drug-containing matrix, which can dissolve in the mouth of the patient, includes confectionary sugar that can be compressed or squeezed together. |
| 10. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 9 wherein the drug-containing matrix includes a lubricating agent such that the integral mass can be released from the mold after compressing step (d). | Lubricant – "something that lessens or prevents friction or difficulty" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 708.  "In certain medications, it may also be desirable to add a lubricating agent in order to release the lollipop from the mold." U.S. Patent No. 4,863,737, col. 10, lines 49–51. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 9 wherein the drug-containing matrix includes a lubricating agent such that the unitary mass can be released from the mold after compressing step (d). |
| 11. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein the drug-containing matrix includes at least one flavor enhancer. | "For some applications, it may be desirable to add a flavor enhancer to the composition in order to achieve a good lasting product. Flavor enhancers provide a more pleasant sensation in the patient's mouth during consumption of the lollipop. Flavor enhancers within the scope of the present invention include materials such as riboride (a nucleotide) and monosodium glutamate ("msg")." U.S. Patent No. 4,863,737, col. 10, lines 41–48. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein the drug-containing matrix includes at least one flavor enhancer. |

| Claim | Support | Proposed Construction |
|---|---|---|
| 13. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein a substantially water-insoluble component is added to the drug-containing matrix such that the dissolution of the integral mass in the mouth of the patient is made slower by the substantially water-insoluble component in the drug-containing matrix. | "The rate of dissolution of the lollipop can also be controlled chemically. For example, the rate of dissolution can be reduced adding hydrophobic agents such as calcium stearate." U.S. Patent No. 4,863,737, col. 8, lines 25-28. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein a largely water-insoluble component is added to the drug-containing matrix such that the dissolution of the unitary mass in the mouth of the patient is made slower by the largely water-insoluble component in the drug-containing matrix. |
| 14. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 1 wherein the confectionary mixture is compressed with forces in the range of from about 2000 newtons to about 5000 newtons. | "Once the desired constituents are thoroughly mixed, they are compressed into a solid mass under high pressure. Typically, compressive forces in the range from approximately 2,000 Newtons to approximately 5,000 Newtons are preferred. As a result, the compressed powdered matrix is held together by physical means rather than by chemical means. The extent of the compressive forces can be modified to vary the rate that the lollipop will dissolve in a patient's mouth. The greater the compressive forces that form the mixture, the slower the dissolution of the compressed powder matrix in the mouth." U.S. Patent No. 4,863,737, col. 8, lines 12-16. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 1 wherein the confectionary mixture is compressed with forces in the range of from about 2000 newtons to about 5000 newtons. |
| 18. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient in a dose-to-effect manner, the method comprising the steps of: | Drug – "a substance used as a medication or in the preparation of a medication" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 385.<br><br>Lollipop – "a piece of hard candy fixed to the end of a small stick: sucker" New World Dictionary (2nd College Ed. 1980) at 832.<br><br>"Simply stated, the present invention relates to a lollipop, or similar type of composition, which contains a therapeutic drug." U.S. Patent No. 4,863,737, col. 7, lines 41-43. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient in a quantity to produce a desired effect, the method comprising the steps of: |

10

| Claim | Support | Proposed Construction |
|---|---|---|
| | "According to the present invention, the compressed powder matrix is attached to a holder, such as a stick to form a lollipop." U.S. Patent No. 4,863,737, col. 8, lines 29-31. | |
| | "The present invention relates to such compositions and methods which are useful in administering drugs in a dose-to-effect manner such that sufficient drug is administered to produce precisely a desired effect." U.S. Patent No. 4,863,737, Abstract. | |
| | "Furthermore, the present invention relates to such compositions and methods which are useful in administering drugs in a dose-to-effect manner such that sufficient drug is administered to produce precisely the desired effect." U.S. Patent No. 4,863,737, col. 5, lines 14-18. | |
| | "The soluble candy-drug mixture, in the form of a compressed powder lollipop, can be used to administer drugs in a dose-to-effect manner, or until the precise desired effect is achieved. The lollipop can then be removed from the patient's mouth." U.S. Patent No. 4,863,737, col. 5, lines 34-39. | |
| | "One of the primary advantages of the present invention is the ability to introduce drugs to a patient in a "dose-to-effect" manner. The drug is given to the patient until the precisely desired effect is obtained; this is in distinction to prior art methods where a predetermined quantity of the drug is introduced to the patient. Once the desired effect is obtained, the patient or the medical professional simply removes the lollipop from the patient's mouth." U.S. Patent No. 4,863,737, col. 7, lines 49-57. | |

11

| Claim | Support | Proposed Construction |
|---|---|---|
| (a) obtaining a pharmacologically effective dose of the drug in a substantially powdered lipophilic form capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus; | Pharmacological – "the properties and reactions of drugs esp. with relation to their therapeutic value" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1988) at 881.<br><br>Effective – "producing a decided, decisive or desired effect" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1988) at 397.<br><br>Dose – "the measured quantity of a therapeutic agent to be taken at one time" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1988) at 376.<br><br>Substantially – "being largely but not wholly that which is specified" Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1985) at 1176.<br><br>Lipophilic – "having an affinity for lipids (as fats) Webster's Ninth New Collegiate Dictionary (9ᵗʰ Ed. 1985) at 696.<br><br>Absorption – "The passage of a substance through some surface of the body into body fluids and tissues, such as the passage of ether through the respiratory epithelium of the lungs into the blood during anesthesia or the passage of oil of wintergreen through the skin (which is the result of several processes: diffusion, filtration, and osmosis)." Taber's Cyclopedic Medical Dictionary (18ᵗʰ Ed. 1997) at 12.<br><br>"One of the primary advantages of the present invention is the ability to introduce drugs to a patient in a "dose-to-effect" manner. The drug is given to the patient until the precisely desired effect is obtained; this is in distinction to prior art methods where a predetermined quantity of the drug is introduced to the patient. Once the desired | a) obtaining a drug having an affinity for lipids in a largely powdered form capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus and with the drug in a quantity sufficient to produce a desired therapeutic effect; |

12

| Claim | Support | Proposed Construction |
|---|---|---|
| | effect is obtained, the patient or the medical professional simply removes the lollipop from the patient's mouth." U.S. Patent No. 4,863,737, col. 7, lines 49-57.

"The drug is delivered to the patient through the mucosal tissues of the mouth, pharynx, and esophagus as the patient sucks on the drug-containing lollipop." U.S. Patent No. 4,863,737, col. 7, lines 43-46.

"In order for the present invention to operate effectively, it is necessary that the therapeutic agent incorporated within the candy matrix be generally lipophilic or, in the alternative, be capable of being placed in lipophilic form by suitable adjustments in the environmental pH or other chemical modification. Thus, it is presently preferred that the drug have a pKa in the range of from approximately 6 to approximately 8." U.S. Patent No. 4,863,737, col. 14, lines 61-68. | |
| (b) obtaining a soluble carbohydrate material capable of forming a compressible confectionary matrix and capable of dissolving in the mouth of the patient; | Soluble – "susceptible of being dissolved in or as if in a fluid" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 1123.

Compressible – "capable of being compressed" Compress: "to press or squeeze together" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 270.

Matrix – "material in which something is enclosed or embedded (as for protection or study) Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 733. | (b) obtaining a carbohydrate material that is capable of forming a confectionary matrix that can be pressed or squeezed together, and that is capable of dissolving in the mouth of the patient; |
| (c) obtaining a buffer capable of modifying the pKa of the drug such that a majority of the drug remains | Buffer – "any substance in a solution that tends to stabilize the hydrogen ion concentration by | (c) obtaining a substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or |

13

| Claim | Support | Proposed Construction |
|---|---|---|
| non-ionized in order to facilitate transmucosal absorption of the drug; | neutralizing any added acid or alkali" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 185.<br><br>Non-ionized:<br>Non – "not" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 966.<br>Ionize – "to change or be changed into ions; dissociate into ions, as a salt dissolved in water, or become electrically charged, as a gas under the influence of radiation or electric discharge" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 743.<br><br>Facilitate – "to make easier" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 444.<br><br>"Buffers and other types of pH and pKa control can also be added simultaneously in order to provide for maximum drug efficiency. It will be appreciated that drugs in the non-ionized form are more readily transported across the mucosal membrane. Therefore, if pH (and corresponding pKa) conditions can be adjusted to maximize the percentage of non-ionized drug available, the effectiveness of the drug is maximized." U.S. Patent No. 4,863,737, col. 6, lines 8-15.<br><br>"Whether a drug exists in the ionized or non-ionized form is largely dependent upon its pKa, and correspondingly on the pH of the solution. The present invention provides the unique ability to control the pH of the solution and thus the pKa of the drug." U.S. Patent No. 4,863,737, col. 13, lines 39-43.<br><br>"It is often desirable for the pKa to range from | alkali and is capable of altering the pKa of the drug such that a majority of the drug remains not changed or dissociated into ions in order to make transmucosal absorption of the drug easier; |

| Claim | Support | Proposed Construction |
|---|---|---|
| | approximately 5 to approximately 8 in order to maximize drug delivery. pKa is the dissociation constant, which is generally defined as the pH at which a given acid or base is 50% ionized and 50% non-ionized. pKa can be calculated from pH, if the concentrations of the charged and uncharged species are known, using the well-known Henderson-Hasselbach equation if concentrations of the charged and unchanged species are known. The Henderson-Hasselbach equation is as follows: pKa = pH + log [A-/HA] where A-/HA is the ratio of the ionized drug form ("A-") to the non-ionized drug form ("HA"). U.S. Patent No. 4,863,737, col. 13, line 58 to col. 14, line 6. | |
| (d) mixing the drug, the soluble carbohydrate material, and the buffer at a temperature below the melting points of the drug and the carbohydrate material to form a solid drug-containing matrix such that the drug is dispersed substantially throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | Mixing – "to combine or blend into one mass" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 761.<br><br>Melting point – "the temperature at which a specified solid becomes a liquid" Webster's New World Dictionary of the American Language (2nd College Ed. 1980) at 885.<br><br>"The present invention achieves these advantages by incorporating the drug into a soluble candy matrix. The soluble candy-drug mixture, in the form of a compressed powder lollipop, can be used to administer drugs in a dose-to-effect manner, or until the precise desired effect is achieved. The lollipop can then be removed from the patient's mouth." U.S. Patent No. 4,863,737, col. 5, lines 33-39. | (d) combining or blending the drug, the carbohydrate material that can dissolve in the mouth of the patient, and the substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali, at a temperature below the melting points of the drug and the carbohydrate material to form a drug-containing matrix that is not liquid or gaseous such that the drug is dispersed largely throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; |
| (e) compressing the drug-containing matrix in a mold to form an integral mass such that when the integral mass dissolves in the mouth of the patient, | "After mixing, the mixture is then compressed under high pressure to form an integral candy product. Specific confectionary components are | (e) pressing or squeezing the drug-containing matrix in a mold to form a unitary mass such that when the unitary mass dissolves in the mouth of the |

15

| Claim | Support | Proposed Construction |
|---|---|---|
| the drug is released for absorption through the mucosal tissues such that the drug is administered in a dose-to-effect manner; and | combined in order for the mixture to form an integral solid mass. These components may include, for example, compressible confectioner's sugar and maltodextrin." U.S. Patent No. 4,863,737, col. 5, lines 52-57. | patient, the drug is released for absorption through the mucosal tissues in a quantity to produce a desired effect; and |
| (f) incorporating a holder as part of the integral mass in order to form the drug-containing lollipop. | Incorporate - "to combine or join with something already formed; make part of another thing; include; embody"; "to bring together into a single whole; merge" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 712.<br><br>Holder – "a device for holding something" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 668.<br><br>"The confectionary mass may be attached to a holder such as a stick or other similar type of holder." U.S. Patent No. 4,863,737, col. 12, lines 14-15.<br><br>"The attachment of the confection to a holder may be made by compressing the stick into the powder matrix as the lollipop is being formed. Alternatively, the stick may be glued to the candy matrix by confectioner's glue or some other appropriate adhesive once the matrix is formed." U.S. Patent No. 4,863,737, col. 8, lines 42-47. | (f) joining a stick or holder to the unitary mass in order to form the drug-containing medicine on a stick or holder. |
| 20. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 18 wherein the holder is incorporated as part of the integral mass by affixing the holder to the integral mass after compressing step (e). | Affix – "to attach in any way : ADD, APPEND" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 62. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 wherein the stick or holder is joined to the unitary mass by attaching the stick or holder to the unitary mass after compressing step (e). |

16

| Claim | Support | Proposed Construction |
|---|---|---|
| 22. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 18 wherein the buffer comprises citric acid/sodium citrate. | "One presently preferred buffer system is a citric acid/sodium citrate system; however, other conventional buffers (such as phosphate) may also be used." U.S. Patent No. 4,863,737, col. 14, lines 43-46. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 18, wherein the substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali comprises citric acid/sodium citrate. |
| 23. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 18 wherein the drug-containing matrix includes compressible sugar. | Compressible – "capable of being compressed" compress: "to press or squeeze together" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 270. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 wherein the drug-containing matrix includes sugar that is capable of being pressed or squeezed together. |
| 24. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 18 wherein the drug-containing matrix includes a flavoring ingredient. | "A wide range of flavors are available for preparing good tasting and desirable medications within the scope of the present invention. These are required in order to mask the unpleasant taste of the drug. Flavorings may be combined, as desired, to produce a particular flavor mix which is compatible with a particular medication. Some of the confectioner's flavorings which have been used in the context of the present invention include artificial vanilla, vanilla cream, mint, cherry, spearmint, grape, coconut, chocolate, menthol, licorice, lemon, and butterscotch." U.S. Patent No. 4,863,737, col. 9, lines 58-68. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 wherein the drug-containing matrix includes a flavoring ingredient. |
| 25. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 18 wherein the confectionary mixture is compressed with forces in the range of from about 2000 newtons to about 5000 newtons. | "Once the desired constituents are thoroughly mixed, they are compressed into a solid mass under high pressure. Typically, compressive forces in the range from approximately 2,000 Newtons to approximately 5,000 Newtons are preferred. As a result, the compressed powdered matrix is held together by physical means rather than by chemical means. The extent of the compressive forces can be modified to vary the rate that the lollipop will dissolve in a patient's mouth. The greater the compressive forces that form the mixture, the | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 wherein the confectionary mixture is compressed with forces in the range of from about 2000 newtons to about 5000 newtons. |

17

| Claim | Support | Proposed Construction |
|---|---|---|
| | slower the dissolution of the compressed powder matrix in the mouth." U.S. Patent No. 4,863,737, col. 8, lines 12-16. | |
| 30. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 18 wherein the drug is a potent, fast-acting drug. | Potent – "achieving or bringing about a particular result : EFFECTIVE" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 921.<br>Fast-acting –<br>Fast – "in a rapid manner : QUICKLY" Webster's New Collegiate Dictionary (150th Anniv. Ed. 1981) at 413. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 wherein the drug quickly achieves or brings about a particular result. |
| 31. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 30 wherein the drug has effects on the central nervous system of the patient. | Effect – "The result of an action or force." Tabor's Cyclopedic Medical Dictionary (18th Ed. 1997) at 605. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 30 wherein the drug has effects on the central nervous system of the patient. |
| 34. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 20 wherein the materials in the drug-containing matrix includes a lubricating agent such that the integral mass can be released from the mold after compressing step (d). | Lubricant – "something that lessens or prevents friction or difficulty" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 708.<br>"In certain medications, it may also be desirable to add a lubricating agent in order to release the lollipop from the mold." U.S. Patent No. 4,863,737, col. 10, lines 49-51. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 20 wherein the materials in the drug-containing matrix include a lubricating agent such that the unitary mass can be released from the mold after compressing step (d). |
| 36. A method for producing a drug-containing matrix for use in transmucosal delivery of the drug to a patient as defined in claim 34 wherein the releasing agent is a substantially water-insoluble component such that the dissolution of the integral mass in the mouth of the patient is made slower by the substantially water-insoluble component in the drug-containing matrix. | "The rate of dissolution of the lollipop can also be controlled chemically. For example, the rate of dissolution can be reduced [by] adding hydrophobic agents such as calcium stearate." U.S. Patent No. 4,863,737, col. 8, lines 25-28. | A method for producing a drug-containing matrix for use in oral transmucosal delivery of the drug to a patient as defined in claim 34 wherein the releasing agent is a largely water-insoluble component such that the dissolution of the unitary mass in the mouth of the patient is made slower by the largely water-insoluble component in the drug-containing matrix. |
| 37. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient, said | Drug – "a substance used as a medication or in the preparation of a medication" Webster's Ninth New | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a |

18

| Claim | Support | Proposed Construction |
|---|---|---|
| composition comprising: | Collegiate Dictionary (9th Ed. 1985) at 385.<br><br>Lollipop – "a piece of hard candy fixed to the end of a small stick; sucker" New World Dictionary (2nd College Ed. 1980) at 832.<br><br>"Simply stated, the present invention relates to a lollipop, or similar type of composition, which contains a therapeutic drug." U.S. Patent No. 4,863,737, col. 7, lines 41-43.<br><br>"According to the present invention, the compressed powder matrix is attached to a holder, such as a stick to form a lollipop." U.S. Patent No. 4,863,737, col. 8, lines 29-31. | patient, said composition comprising: |
| a soluble, compressible, substantially powdered carbohydrate material; | Soluble – "susceptible of being dissolved in or as if in a fluid" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 1123.<br><br>Compressible – "capable of being compressed" compress: "to press or squeeze together" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 270. | a carbohydrate material in a largely powdered form that can be pressed or squeezed together and that can dissolve in the mouth of the patient; |
| a pharmacologically effective dose of a lipophilic drug in a substantially powdered form.<br><br>the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus<br><br>and being dispersed substantially uniformly throughout the carbohydrate material<br><br>at a temperature below the melting points of the drug and the carbohydrate material | Pharmacological – "the properties and reactions of drugs esp. with relation to their therapeutic value" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 881.<br><br>Effective – "producing a decided, decisive or desired effect" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 397.<br><br>Dose – "the measured quantity of a therapeutic agent to be taken at one time" Webster's Ninth New Collegiate Dictionary (9th Ed. 1988) at 376. | a quantity to produce a desired therapeutic effect of a drug in a largely powdered form having an affinity for lipids,<br><br>the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus<br><br>and being dispersed largely uniformly throughout the carbohydrate material<br><br>at a temperature below the melting points of the drug and the carbohydrate material, |

19

| Claim | Support | Proposed Construction |
|---|---|---|
| and compressed with the carbohydrate material into a solid integral mass which is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the integral mass in the mouth of the patient; | Substantially – "being largely but not wholly that which is specified" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 1176.<br><br>Absorption – "The passage of a substance through some surface of the body into body fluids and tissues, such as the passage of ether through the respiratory epithelium of the lungs into the blood during anesthesia or the passage of oil of wintergreen through the skin (which is the result of several processes: diffusion, filtration, and osmosis)." Taber's Cyclopedic Medical Dictionary (18th Ed. 1997) at 12.<br><br>Melting point – "the temperature at which a solid melts" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 740. | and being pressed or squeezed with the carbohydrate material into a unitary mass that is not liquid or gaseous and that is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the unitary mass in the mouth of the patient; |
| a buffer which is also dispersed substantially uniformly throughout the integral mass, the buffer being capable of modifying the pKa of the drug such that a majority of the drug remains non-ionized in order to facilitate transmucosal absorption of the drug; and | Buffer – "any substance in a solution that tends to stabilize the hydrogen ion concentration by neutralizing any added acid or alkali" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 185.<br><br>Non-ionized:<br>Non – "not" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 966.<br>Ionize – "to change or be changed into ions; dissociate into ions, as a salt dissolved in water, or become electrically charged, as a gas under the influence of radiation or electric discharge" Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 743.<br><br>Facilitate – "to make easier" Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 444. | a substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali, which is also dispersed largely uniformly throughout the unitary mass, which substance is capable of altering the pKa of the drug such that a majority of the drug remains not changed or dissociated into ions in order to make transmucosal absorption of the drug easier; and |

| Claim | Support | Proposed Construction |
|---|---|---|
| | "Buffers and other types of pH and pKa control can also be added simultaneously in order to provide for maximum drug efficiency. It will be appreciated that drugs in the non-ionized form are more readily transported across the mucosal membrane. Therefore, if pH (and corresponding pKa) conditions can be adjusted to maximize the percentage of non-ionized drug available, the effectiveness of the drug is maximized." U.S. Patent No. 4,863,737, col. 6, lines 8-15. | |
| | "Whether a drug exists in the ionized or non-ionized form is largely dependent upon its pKa, and correspondingly on the pH of the solution. The present invention provides the unique ability to control the pH of the solution and thus the pKa of the drug." U.S. Patent No. 4,863,737, col. 13, lines 39-43. | |
| | "It is often desirable for the pKa to range from approximately 5 to approximately 8 in order to maximize drug delivery. pKa is the dissociation constant, which is generally defined as the pH at which a given acid or base is 50% ionized and 50% non-ionized. pKa can be calculated from pH, if the concentrations of the charged and uncharged species are known, using the well-known Henderson-Hasselbach equation if concentrations of the charged and unchanged species are known. The Henderson-Hasselbach equation is as follows: pKa = pH + log [A-/HA] where A-/HA is the ratio of the ionized drug form ("A-") to the non-ionized drug form ("HA"). The effect on the pKa of varying pH, and thus on the non-ionized drug available, is extremely dramatic." U.S. Patent No. 4,863,737, col. 13, line 58 to col. 14, line 8. | |

21

| Claim | Support | Proposed Construction |
|---|---|---|
| holder means secured to the integral mass so as to form a drug-containing lollipop, the holder means being configured so as to permit convenient insertion and removal of the drug-containing integral mass into and out of the mouth of a patient. | Secure – "to make firm, fast, tight, etc." Webster's New World Dictionary of the American Language (2nd College Ed. 1976) at 1288. | a stick or holder secured to the unitary mass to form a drug-containing medicine on a stick or holder, with the stick or holder being configured so as to permit convenient insertion and removal of the drug-containing unitary mass into and out of the mouth of the patient. |
| 38. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 37, wherein the buffer is citric acid/sodium citrate. | "One presently preferred buffer system is a citric acid/sodium citrate system; however, other conventional buffers (such as phosphate) may also be used." U.S. Patent No. 4,863,737, col. 14, lines 43-46. | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 37, wherein the substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali is citric acid/sodium citrate. |
| 39. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 37, wherein the soluble carbohydrate material in the drug-containing integral mass includes compressible confectionary sugar. | "Specific confectionary components are combined in order for the mixture to form an integral solid mass. These components may include, for example, compressible confectioner's sugar and maltodextrin." U.S. Patent No. 4,863,737, col. 5, lines 53-57. | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 37, wherein the carbohydrate material, which can dissolve in the mouth of the patient, in the drug-containing unitary mass includes confectionary sugar that can be pressed or squeezed together. |
| 40. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 39, wherein the drug-containing integral mass further includes a lubricating agent dispersed substantially uniformly throughout the integral mass in order to aid in the manufacture of the drug-containing lollipop. | Lubricant – "something that lessens or prevents friction or difficulty." Webster's Ninth New Collegiate Dictionary (9th Ed. 1985) at 708.<br><br>"In certain medications, it may also be desirable to add a lubricating agent in order to release the lollipop from the mold." U.S. Patent No. 4,863,737, col. 10, lines 49-51. | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 39, wherein the drug-containing unitary mass further includes a lubricating agent dispersed largely uniformly throughout the unitary mass in order to aid in the manufacture of the drug-containing medicine on a stick or holder. |
| 43. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 37, wherein the drug-containing integral mass further comprises a substantially water-insoluble component dispersed substantially uniformly throughout the integral mass in order to slow the dissolution of the integral mass in the | "The rate of dissolution of the lollipop can also be controlled chemically. For example, the rate of dissolution can be reduced adding hydrophobic agents such as calcium stearate." U.S. Patent No. 4,863,737, col. 8, lines 25-28. | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 37, wherein the drug-containing unitary mass further comprises a largely water-insoluble component dispersed largely uniformly throughout the unitary mass in order to slow the dissolution of the unitary mass in the |

22

| Claim | Support | Proposed Construction |
|---|---|---|
| mouth of the patient. | | mouth of the patient. |
| 44. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 18 further comprising the step of mixing at least one flavoring with the drug-containing matrix. | "A wide range of flavors are available for preparing good tasting and desirable medications within the scope of the present invention. These are required in order to mask the unpleasant taste of the drug. Flavorings may be combined, as desired, to produce a particular flavor mix which is compatible with a particular medication. Some of the confectioner's flavorings which have been used in the context of the present invention include artificial vanilla, vanilla cream, mint, cherry, spearmint, grape, coconut, chocolate, menthol, licorice, lemon, and butterscotch." U.S. Patent No. 4,863,737, col. 9, lines 58-68. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 further comprising the step of mixing at least one flavoring with the drug-containing matrix. |
| 45. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 18 further comprising the step of mixing at least one flavor enhancer with the drug-containing matrix. | "For some applications, it may be desirable to add a flavor enhancer to the composition in order to achieve a good tasting product. Flavor enhancers provide a more pleasant sensation in the patient's mouth during consumption of the lollipop. Flavor enhancers within the scope of the present invention include materials such as riboride (a nucleotide) and monosodium glutamate ("msg")." U.S. Patent No. 4,863,737, col. 10, lines 41-48. | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 18 further comprising the step of mixing at least one flavor enhancer with the drug-containing matrix. |
| 48. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient as defined in claim 37 further comprising at least one flavoring. | "A wide range of flavors are available for preparing good tasting and desirable medications within the scope of the present invention. These are required in order to mask the unpleasant taste of the drug. Flavorings may be combined, as desired, to produce a particular flavor mix which is compatible with a particular medication. Some of the confectioner's flavorings which have been used in the context of the present invention include artificial vanilla, vanilla cream, mint, cherry, spearmint, grape, coconut, chocolate, menthol, licorice, lemon, and | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient as defined in claim 37 further comprising at least one flavoring. |

23

| Claim | Support | Proposed Construction |
|---|---|---|
| | butterscotch." U.S. Patent No. 4,863,737, col. 9, lines 58-68. | |
| 49. A drug-containing lollipop as defined in claim 6 further comprising at least one flavoring dispersed within said integral mass. | "A wide range of flavors are available for preparing good tasting and desirable medications within the scope of the present invention. These are required in order to mask the unpleasant taste of the drug. Flavorings may be combined, as desired, to produce a particular flavor mix which is compatible with a particular medication. Some of the confectioner's flavorings which have been used in the context of the present invention include artificial vanilla, vanilla cream, mint, cherry, spearmint, grape, coconut, chocolate, menthol, licorice, lemon, and butterscotch." U.S. Patent No. 4,863,737, col. 9, lines 58-68. | A drug-containing medicine on a stick or holder as defined in claim 6 further comprising at least one flavoring dispersed within said unitary mass. |
| 50. A drug-containing lollipop as defined in claim 3 further comprising at least one releasing agent dispersed within said integral mass. | "These lubricating or releasing agents may include substances such as comprisl 888, calcium stearate, and sodium stearate." U.S. Patent No. 4,863,737, col. 10, lines 55-58. | A drug-containing medicine on a stick or holder as defined in claim 3 further comprising at least one releasing agent dispersed within said unitary mass. |
| 51. A drug-containing lollipop as defined in claim 6 further comprising at least one flavor enhancer dispersed within said integral mass. | "For some applications, it may be desirable to add a flavor enhancer to the composition in order to achieve a good tasting product. Flavor enhancers provide a more pleasant sensation in the patient's mouth during consumption of the lollipop. Flavor enhancers within the scope of the present invention include materials such as ribotide (a nucleotide) and monosodium glutamate ("msg")." U.S. Patent No. 4,863,737, col. 10, lines 41-48. | A drug-containing medicine on a stick or holder as defined in claim 6 further comprising at least one flavor enhancer dispersed within said unitary mass. |
| 52. A drug-containing lollipop as defined in claim 6 further comprising at least one sweetener in addition to said carbohydrate material dispersed within said integral mass. | "In order to provide a good tasting medication, it is necessary to add sweeteners to the composition. Sweeteners which are presently preferred include aspartame (NutraSweet®) and compressible confectioner's sugar. Other sweeteners, such as fructose, may also be acceptable for use within the | A drug-containing medicine on a stick or holder as defined in claim 6 further comprising at least one sweetener in addition to said carbohydrate material dispersed within said unitary mass. |

| Claim | Support | Proposed Construction |
|---|---|---|
|  | scope of the present invention. Again, it is desired that a sweetner or combination of sweeteners be obtained which is compatible with the drug and the other components such that a good tasting confection is produced." U.S. Patent No. 4,863,737, col. 10, lines 23-33. |  |