# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CEPHALON, INC. and UNIVERSITY OF )
UTAH RESEARCH FOUNDATION, )
  )
        Plaintiffs, ) Civil Action No.05-29 (JJF)
  )
   v. ) Judge Farnan
  )
BARR LABORATORIES, INC., )
  )
        Defendant. )

**DEFENDANT BARR LABORATORIES' PRELIMINARY CONSTRUCTION OF CLAIMS 1, 6, 18 AND 37 OF U.S. PATENT NO. 4,863,737 IN SUPPORT OF ITS NONINFRINGEMENT DEFENSE**

## Claim 1

| Claim Limitation | Plaintiffs' Construction | Barr's Construction | Support for Barr's Construction |
|---|---|---|---|
| 1. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient, the method comprising the steps of: | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient, the method comprising the steps of: | NOT DISPUTED | |
| (a) obtaining a pharmacologically effective dose of the drug in a substantially powdered form, the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus; | obtaining a drug in a largely powdered form, with the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus with the drug being in a quantity sufficient to produce a desired therapeutic effect; | obtaining a drug in a dry, solid form consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus, and with the drug being in a quantity sufficient to produce a desired therapeutic effect; | "Substantially" is defined as "considerable; ample; large." *Webster's New World Dictionary of the American Language*, Second College Edition, p. 1420, Simon & Schuster, 1982.<br><br>"Powdered" is defined as "any dry substance in the form of very finite, dustlike particles, produced by crushing, grinding, etc." *Id.* at 1116. |
| (b) obtaining a soluble carbohydrate material capable of forming a compressible confectionary matrix and capable of dissolving in the mouth of the patient; | obtaining a carbohydrate material capable of being pressed or squeezed together to form a confectionary matrix and capable of dissolving in the mouth of the patient; | NOT DISPUTED | |
| (c) mixing the drug and the carbohydrate material at a temperature below the melting points of the drug and the carbohydrate material to form a drug-containing matrix such that the drug is dispersed substantially throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | combining or blending the drug and the carbohydrate material at a temperature below the melting points of the drug and the carbohydrate material to form a drug-containing matrix such that the drug is dispersed largely throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | combining or blending the drug from step (a), the drug in a dry, solid form consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, and the carbohydrate material from step (b) without the use of liquids or heat, to form a drug-containing matrix such that the drug is dispersed largely throughout the matrix, the drug-containing matrix being capable of releasing the drug | "Mixing" is defined as "to put or blend together in a single mass." *Id.* at 911.<br><br>The preamble of claim 1 introduces the claims as a method for producing a drug-containing lollipop. Step (c) cannot be performed without first completing steps (a) and (b). Thus, step (c) refers to the "drug in a substantially powdered form" obtained in step (a). |

2

| | | for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | *See also* '737 patent, col. 11, ll. 47-68; col. 7, l 58 – col. 8, l. 18.<br><br>*See also* '045 application prosecution history, Paper No. 8, pp. 11-12, 15 and 18. |
|---|---|---|---|
| (d) compressing the drug-containing matrix in a mold to form an integral mass such that, when the integral mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues; and | pressing or squeezing the drug-containing matrix in a mold to form a unitary mass such that, when the unitary mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues; and | pressing or squeezing the drug-containing matrix of step (c) in a mold to form a unitary mass such that, when the unitary mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues; and | |
| (e) incorporating a holder as part of the integral mass in order to form the drug-containing lollipop. | joining a stick or holder to the unitary mass in order to form the drug-containing medicine on a stick or holder. | NOT DISPUTED | |

3

## Claim 6

| Claim Limitation | Plaintiffs' Construction | Barr's Construction | Support for Barr's Construction |
|---|---|---|---|
| 6. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient comprising: | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient, comprising: | NOT DISPUTED | |
| a soluble, compressible carbohydrate material; | a carbohydrate material that can be pressed or squeezed together and that can dissolve in the mouth of the patient; | NOT DISPUTED | |
| a pharmacologically effective dose of a drug in a substantially powdered form, | a quantity of a drug sufficient to produce a desired therapeutic effect in a largely powdered form, | a drug in a dry, solid form consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, wherein the drug has not been exposed to liquids or heat during the production of the lollipop, and with the drug being in a quantity sufficient to produce a desired therapeutic effect; | "Substantially" is defined as "considerable; ample; large." *Webster's New World Dictionary of the American Language*, Second College Edition, p. 1420, Simon & Schuster, 1982.<br><br>"Powdered" is defined as "any dry substance in the form of very finite, dust-like particles, produced by crushing, grinding, etc." *Id.* at 1116.<br><br>*See also* '045 application prosecution history, Paper No. 8, pp. 11-12, 15 and 18. |
| the drug being capable of absorption through mucosal tissues of the mouth, pharnyx [sic], and esophagus | the drug being capable of being absorbed through mucosal tissues of the mouth, pharynx, and esophagus | NOT DISPUTED | |
| and being dispersed substantially uniformly throughout the carbohydrate material | and being dispersed largely uniformly throughout the carbohydrate material | NOT DISPUTED | |
| at a temperature below the melting points of the drug and the carbohydrate material | at a temperature below the melting points of the drug and the carbohydrate material, | NOT DISPUTED | |
| and compressed with the carbohydrate | and being pressed or squeezed | and being pressed or squeezed | *See* '737 patent, col. 11, ll. 47-68; col. |

4

| material into a solid integral mass which is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the integral mass in the mouth of the patient; | together with the carbohydrate material into a unitary mass that is not liquid or gaseous, which is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the unitary mass in the mouth of the patient; | together with the carbohydrate material in the absence of a liquid to form a unitary mass that is not liquid or gaseous, the unitary mass capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the unitary mass in the mouth of the patient; | 7, l 58 – col. 8, l. 18.  *See also* '045 application prosecution history, Paper No. 8, pp. 11-12, 15 and 18. |
| --- | --- | --- | --- |
| holder means secured to the integral mass so as to form a drug-containing lollipop, the holder means being configured so as to permit convenient insertion and removal of the drug-containing integral mass into and out of the mouth of the patient. | a stick or holder secured to the unitary mass to form a drug-containing medicine on a stick or holder, with the stick or holder being configured so as to permit convenient insertion and removal of the drug-containing unitary mass into and out of the mouth of the patient. | NOT DISPUTED | |

5

## Claim 18

| Claim Limitation | Plaintiffs' Construction | Barr's Construction | Support for Barr's Construction |
|---|---|---|---|
| 18. A method for producing a drug-containing lollipop for use in transmucosal delivery of the drug to a patient in a dose-to-effect manner, the method comprising the steps of | A method for producing a drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient in a quantity to produce a desired effect, the method comprising the steps of: | NOT DISPUTED | |
| (a) obtaining a pharmacologically effective dose of the drug in a substantially powdered lipophilic form capable of absorption through mucosal tissues of the mouth, pharynx [sic], and esophagus; | obtaining a drug having an affinity for lipids in a largely powdered form capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus and with the drug in a quantity sufficient to produce a desired therapeutic effect; | obtaining a drug in a dry, solid form having a strong attraction to fats and consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus, and with the drug being in a quantity sufficient to produce a desired therapeutic effect; | "Substantially" is defined as "considerable; ample; large." *Webster's New World Dictionary of the American Language*, Second College Edition, p. 1420, Simon & Schuster, 1982.<br><br>"Powdered" is defined as "any dry substance in the form of very finite, dust-like particles, produced by crushing, grinding, etc." *Id.* at 1116.<br><br>"Lipophilic" is defined as "having a strong attraction for fats." *Id.* at 911. |
| (b) obtaining a soluble carbohydrate material capable of forming a compressible confectionary matrix and capable of dissolving in the mouth of the patient; | obtaining a carbohydrate material that is capable of forming a confectionary matrix that can be pressed or squeezed together, and that is capable of dissolving in the mouth of the patient; | NOT DISPUTED | |
| (c) obtaining a buffer capable of modifying the pKa of the drug such that a majority of the drug remains non-ionized in order to facilitate transmucosal absorption of the drug; | obtaining a substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali and is capable of altering the pKa of the drug such that a majority of the drug remains not changed or dissociated into ions in order to make transmucosal absorption of the drug | obtaining a substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali and is capable of altering the pH of the saliva environment of the mouth such that a majority of the drug remains not changed or dissociated into ions in order to make | *See* '737 patent, col. 10, l. 61 – col. 11, l. 2. |

6

| | easier; | transmucosal absorption of the drug easier; | |
|---|---|---|---|
| (d) mixing the drug, the soluble carbohydrate material, and the buffer at a temperature below the melting points of the drug and the carbohydrate material to form a solid drug-containing matrix such that the drug is dispersed substantially throughout the matrix, the drug containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | combining or blending the drug, the carbohydrate material that can dissolve in the mouth of the patient, and the substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali, at a temperature below the melting points of the drug and the carbohydrate material to form a drug-containing matrix that is not liquid or gaseous such that the drug is dispersed largely throughout the matrix, the drug-containing matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | combining or blending the drug from step (a), the drug in a dry, solid form having a strong attraction to fats and consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, and the carbohydrate material from step (b) without the use of liquids or heat, to form a drug-containing matrix that is not liquid or gaseous such that the drug is dispersed largely throughout the matrix, the drug-contaning matrix being capable of releasing the drug for absorption through the mucosal tissues upon dissolution of the matrix in the mouth of the patient; | "Mixing" is defined as "to put or blend together in a single mass." Id. at 911.<br><br>The preamble of claim 18 introduces the claims as a method for producing a drug-containing lollipop. Step (c) cannot be performed without first completing steps (a) and (b). Step (c) refers to the "drug in a substantially powdered lipophilic form" obtained in step (a).<br><br>See also '737 patent, col. 11, ll. 47-68; col. 7, l. 58 – col. 8, l. 18.<br><br>See also '045 application prosecution history, Paper No. 8, pp. 11-12, 15 and 18. |
| (e) compressing the drug-containing matrix in a mold to form an integral mass such that when the integral mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues such that the drug is administered in a dose-to-effect manner; and | pressing or squeezing the drug-containing matrix in a mold to form a unitary mass such that when the unitary mass dissolves in the mouth of the patient, the drug is released for absorption through the mucosal tissues in a quantity to produce a desired effect; and | NOT DISPUTED | |
| (f) incorporating a holder as part of the integral mass in order to form the drug-containing lollipop. | joining a stick or holder to the unitary mass in order to form the drug-containing medicine on a stick or holder. | NOT DISPUTED | |

7

## Claim 37

| Claim Limitation | Plaintiffs' Construction | Barr's Construction | Support for Barr's Construction |
|---|---|---|---|
| 37. A drug-containing lollipop for use in transmucosal delivery of the drug to a patient, said composition comprising: | A drug-containing medicine on a stick or holder for use in oral transmucosal delivery of the drug to a patient, said composition comprising: | NOT DISPUTED | |
| a soluble, compressible, substantially powdered carbohydrate material; | a carbohydrate material in a largely powdered form that can be pressed or squeezed together and that can dissolve in the mouth of the patient; | a carbohydrate material in a dry, solid form consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, the carbohydrate material capable of being pressed or squeezed together and also capable of dissolution in the mouth of the patient; | "Substantially" is defined as "considerable; ample; large." *Webster's New World Dictionary of the American Language*, Second College Edition, p. 1420, Simon & Schuster, 1982.<br><br>"Powdered" is defined as "any dry substance in the form of very finite, dust-like particles, produced by crushing, grinding, etc." *Id.* at 1116. |
| a pharmacologically effective dose of a lipophilic drug in a substantially powdered form, | a quantity to produce a desired therapeutic effect of a drug in a largely powdered form having an affinity for lipids, | a drug in a dry, solid form having a strong attraction to fats and consisting of finely dispersed particles that have been ground or pulverized to a point whereby the solid particles consist largely of finite and dust-like particles, wherein the drug has not been exposed to liquids or heat during the production of the lollipop, the drug being in a quantity sufficient to produce a desired therapeutic effect; | "Substantially" is defined as "considerable; ample; large." *Id.* at 1420.<br><br>"Powdered" is defined as "any dry substance in the form of very finite, dust-like particles, produced by crushing, grinding, etc." *Id.* at 1116.<br><br>"Lipophilic" is defined as "having a strong attraction for fats." *Id.* at 911.<br><br>*See also* '045 application prosecution history, Paper No. 8, pp. 11-12, 15 and 18. |
| the drug being capable of absorption through mucosal tissues of the mouth, pharnyx [sic], and esophagus | the drug being capable of absorption through mucosal tissues of the mouth, pharynx, and esophagus | NOT DISPUTED | |

8

| Claim Language | Proposed Construction | Support |
|---|---|---|
| and being dispersed substantially uniformly throughout the carbohydrate material | and being dispersed largely uniformly throughout the carbohydrate material | NOT DISPUTED |
| at a temperature below the melting points of the drug and the carbohydrate material | at a temperature below the melting points of the drug and the carbohydrate material, | NOT DISPUTED |
| and compressed with the carbohydrate material into a solid integral mass which is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the integral mass in the mouth of the patient; | and being pressed or squeezed together with the carbohydrate material in the absence of a liquid to form a unitary mass that is not liquid or gaseous and that is capable of dissolving in the mouth of the patient so that the drug is released for absorption through mucosal tissues of the mouth, pharynx, and esophagus upon dissolution of the unitary mass in the mouth of the patient; | See '737 patent, col. 11, ll. 47-68; col. 7, l. 58 – col. 8, l. 18.<br><br>See also '045 application prosecution history, Paper No. 8, pp. 11-12, 15 and 18. |
| a buffer which is also dispersed substantially uniformly throughout the integral mass, the buffer being capable of modifying the pKa of the drug such that a majority of the drug remains non-ionized in order to facilitate transmucosal absorption of the drug; and | a substance that tends to stabilize the hydrogen ion concentration by neutralizing acid or alkali, which is also dispersed largely uniformly throughout the unitary mass, which substance is capable of altering the pH of the saliva environment of the mouth such that a majority of the drug remains not changed or dissociated into ions in order to make transmucosal absorption of the drug easier; and | See '737 patent, col. 10, l. 61 – col. 11, l. 2. |
| holder means secured to the integral mass so as to form a drug-containing lollipop, the holder means being configured so as to permit convenient insertion and removal of the drug-containing integral mass into and out of the mouth of the patient. | a stick or holder secured to the unitary mass to form a drug-containing medicine on a stick or holder, with the stick or holder being configured so as to permit convenient insertion and removal of the drug-containing unitary mass into and out of the | NOT DISPUTED |

9

mouth of the patient.

10