# EXHIBIT 6



# WEBSTER'S
# Ninth New
# Collegiate
# Dictionary



# WEBSTER'S N C D

a Mer

MERRIAM-
Springfield,



'S Ninth New Collegiate Dictionary

*Merriam-Webster®*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.

Copyright © 1985 by Merriam-Webster Inc.

Philippines Copyright 1985 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Based on Webster's third new international
dictionary.
   Includes index.
   1. English language—Dictionaries. I. Merriam-
Webster Inc.
PE1628.W5638      1985      423       84-18979
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this work covered by the copyrights hereon may be re-
produced or copied in any form or by any means—graphic, electronic, or mechanical,
including photocopying, taping, or information storage and retrieval systems—without
written permission of the publisher.

Made in the United States of America

1314RMcN85

: BOND 3c  2 : the quality or state of being linked; *esp* : the relationship between genes on the same chromosome that causes them to be inherited together  3 a : a system of links; *esp* : a system of links or bars which are jointed together and more or less constrained by having a link or links fixed and by means of which straight or nearly straight lines or other point paths may be traced  b : the product of the magnetic flux, through an electrical coil by its number of turns with the magnetic flux and the coil being connected like two links of a chain  4 : LINK 2b

**linkage group** *n* (1921) : a set of genes at different loci on the same chromosome that except for crossing-over tend to act as a single pair of genes in meiosis instead of undergoing independent assortment

**link·boy** \'liŋk-,bȯi\ *n* (1660) : an attendant formerly employed to bear a light for a person on the streets at night

**linked** \'liŋ(k)t\ *adj* (15c)  1 : marked by linkage and esp. genetic linkage (~ *genes*)  2 : having or provided with links (a ~ list)

**linking verb** *n* (1923) : a word or expression (as a form of *be, become, feel,* or *seem*) that links a subject with its predicate

**link·man** \'liŋk-mən\ *n* (1716)  1 : LINKBOY  2 *Brit* : a broadcasting moderator or anchorman

**links** \'liŋ(k)s\ *n pl* [ME, fr. OE *hlincas*, pl. of *hlinc* ridge; akin to OE *hlæhe* tank] (bef. 12c)  1 *Scot* : sand hills esp. along the seashore  2 : GOLF COURSE

**links·man** \'liŋ(k)s-mən\ *n* (1937) : one who plays golf

**link·up** \'liŋk-,kəp\ *n* (1945)  1 : establishment of contact : MEETING ⟨the ~ of two spacecraft⟩  2 a : something that serves as a linking device or factor  b : a functional whole resulting from the linking up of separate elements ⟨an instructional TV ~⟩

**linn** \'lin\ *n* [ScGael *linne* pool] (1513)  1 *chiefly Scot* : WATERFALL  2 *chiefly Scot* : PRECIPICE

**Lin·nae·an** or **Lin·ne·an** \lə-'nē-ən, -'nā-; 'lin-ē-\ *adj* [NL *Carolus Linnaeus* (Carl von Linné)] (1753) : of, relating to, or following the systematic methods of the Swedish botanist Linné who established the system of binomial nomenclature

**lin·net** \'lin-ət\ *n* [MF *linette*, fr. *lin* flax, fr. L *linum*; fr. its feeding on flax seeds] (1530) : a common small Old World finch (*Carduelis cannabina*) having plumage that varies greatly according to age, sex, and season

**li·no** \'lī-(,)nō\ *n, pl* **linos** *chiefly Brit* (1907) : LINOLEUM

**li·no·cut** \'lī-nō-,kət\ *n* (1907) : a print made from a design cut into a mounted piece of linoleum

**li·no·le·ate** \lə-'nō-lē-,āt\ *n* (1865) : a salt or ester of linoleic acid

**lin·ole·ic acid** \,lin-ə-,lē-ik-, -,lā-\ *n* [Gk *linon* flax + ISV *oleic (acid)*] (1857) : a liquid unsaturated fatty acid $C_{18}H_{32}O_2$ found in drying and semidrying oils (as linseed or peanut oil) and essential for the nutrition of some animals

**lin·ole·nic acid** \-,lē-nik-, -,lā-\ *n* [ISV, irreg. fr. *linoleic*] (1887) : a liquid unsaturated fatty acid $C_{18}H_{30}O_2$ found in drying oils (as linseed oil) and essential for the nutrition of some animals

**li·no·leum** \lə-'nō-lē-əm, -'nōl-yəm\ *n, often attrib* [L *linum* flax + *oleum* oil — more at OIL] (1878)  1 : a floor covering made by laying on a burlap or canvas backing a mixture of solidified linseed oil with gums, cork dust or wood flour or both, and usu. pigments  2 : a material similar to linoleum

**Li·no·type** \'lī-nə-,tīp\ *trademark* — used for a keyboard-operated typesetting machine that uses circulating matrices and produces each line of type in the form of a solid metal slug

**lin·sang** \'lin-,saŋ\ *n* [Malay] (1821) : either of two Asian mammals (*Prionodon pardicolor* and *P. linsang*) that resemble long-tailed cats and are related to the civets and genets; *also* : a related mammal (*Poiana richardsoni*) of Africa

**lin·seed** \'lin-,sēd\ *n* [ME, fr. OE *linsæd*, fr. *lin* flax + *sæd* seed — more at LINEN] (bef. 12c) : FLAXSEED

**linseed oil** *n* (15c) : a yellowish drying oil obtained from flaxseed and used esp. in paint, varnish, printing ink, and linoleum

**lin·sey-wool·sey** \,lin-zē-'wul-zē\ *n* [ME *lynsy wolsye*] (15c) : a coarse sturdy fabric of wool and linen or cotton

**lin·stock** \'lin-,stäk\ *n* [D *lontstok*, fr. *lont* match + *stok* stick] (1575) : a staff having a pointed foot (as for sticking into the ground) and a forked tip and formerly used to hold a lighted match for firing cannon

**lint** \'lint\ *n* [ME] (15c)  1 a : a soft fleecy material made from linen usu. by scraping  b : fuzz consisting esp. of fine ravelings and short fibers of yarn and fabric  2 : a fibrous coat of thick convoluted hairs borne by cotton seeds that yields the cotton staple — **linty** \-ē\ *adj*

**lin·tel** \'lint-'l\ *n* [ME, fr. MF, fr. LL *limitaris* threshold, fr. L, constituting a boundary, fr. *limit-, limes* boundary — more at LIMB] (14c) : a horizontal architectural member spanning and usu. carrying the load above an opening

**lint·er** \'lint-ər\ *n* (ca. 1890)  1 : a machine for removing linters  2 *pl* : the fuzz of short fibers that adheres to cottonseed after ginning

**lint·white** \'lint-,hwīt, -,wīt\ *n* [ME *lynkwhyt,* by folk etymology fr. OE *linetwige*] (bef. 12c) : LINNET

**li·on** \'lī-ən\ *n, pl* **lions** [ME, fr. OF, fr. L *leon-, leo,* fr. Gk *leōn*] (12c)  1 *a or pl* **lion** : a large carnivorous chiefly nocturnal cat (*Felis leo*) of open or rocky areas of Africa and esp. formerly southern Asia that has a tawny body with a tufted tail and a shaggy blackish or dark brown mane in the male  b : any of several large wildcats; *esp* : COUGAR  c *cap* : LEO  2 a : a person felt to resemble a lion in courage or ferocity  b : a person of outstanding interest or importance  3 *cap* [*Lions (club)*] : a member of a major national and international service club — **li·on·like** \-ən-,līk\ *adj*

**li·on·ess** \'lī-ə-nəs\ *n* [ME *liones, leonesse,* fr. MF *lionesse, leonesse,* fr. *lion, leon* lion, fr. OF] (14c) : a female lion

**li·on·fish** \'lī-ən-,fish\ *n* (ca. 1907) : any of several scorpion fishes (genus *Pterois*) of the tropical Pacific that are brilliantly striped and barred with elongated fins and venomous dorsal spines

**li·on·heart·ed** \,lī-ən-'härt-əd\ *adj* (1708) : COURAGEOUS, BRAVE


lionfish

**li·on·ize** \'lī-ə-,nīz\ *vt* **-ized; -iz·ing** (1809)  1 : to treat as an object of great interest or importance  2 *Brit* : to show the sights of a place to — **li·on·i·za·tion** \,lī-ə-nə-'zā-shən\ *n* — **li·on·iz·er** \'lī-ə-,nī-zər\ *n*

**lion's share** *n* (1790) : the largest portion (received the *lion's share* of the research money)

**lip** \'lip\ *n* [ME, fr. OE *lippa*; akin to OHG *leffur* lip and prob. to L *labium, labrum* lip] (bef. 12c)  1 : either of two fleshy folds that surround the mouth in man and many other vertebrates and in man are organs of speech; *also* : the red or pinkish margin of the human lip  2 *slang* : BACK TALK  3 a : a fleshy edge or margin (as of a wound)  b : LABIUM  c : LABELLUM 1  d : a limb of a labiate corolla  4 a : the edge of a hollow vessel or cavity  b : a projecting edge; as (1) : the beveled upper edge of the mouth of an organ flue pipe  (2) : the sharp cutting edge on the end of an auger or similar tool  (3) : a short spout (as on a pitcher)  5 : EMBOUCHURE — **lip·less** \-ləs\ *adj* — **lip·like** \-,līk\ *adj*

**lip** *adj* (1558)  1 : spoken with the lips only : INSINCERE ⟨~ *praise*⟩  : produced with the participation of the lips : LABIAL ⟨~ *consonants*⟩

**lip** *vt* **lipped; lip·ping** (1604)  1 : to touch with the lips; *esp* : KISS  2 : UTTER  3 : to lap against : LICK  4 : to hit (a putt) so that the ball hits the edge of the cup but fails to drop in

**lip-** *or* **lipo-** *comb form* [NL, fr. Gk, fr. *lipos* — more at LEAVE] : fat : fatty tissue : fatty ⟨*lipoid*⟩ ⟨*lipoprotein*⟩

**li·pase** \'lī-,pās, -,pāz\ *n* [ISV] (1897) : an enzyme that accelerates the hydrolysis or synthesis of fats or the breakdown of lipoproteins

**lip·id** \'lip-əd\ *also* **lip·ide** \-,īd\ *n* [ISV] (1912) : any of various substances that are soluble in nonpolar organic solvents (as chloroform and ether), that with proteins and carbohydrates constitute the principal structural components of living cells, and that include fats, waxes, phosphatides, cerebrosides, and related and derived compounds — **li·pid·ic** \lip-'id-ik\ *adj*

**lip·o·gen·e·sis** \,lip-ə-'jen-ə-səs\ *n* [NL] (1882) : the formation of fatty acids from acetyl coenzyme A in the living body

**li·po·ic acid** \li-,pō-ik-, lip-,ō-\ *n* [*lip-, lipo-*] (ca. 1951) : any of several microbial growth factors; *esp* : a crystalline compound $C_8H_{14}O_2S_2$ that is essential for the oxidation of alpha-keto acids (as pyruvic acid) in metabolism

**lip·oid** \'li-,pȯid, 'lip-,ȯid\ *or* **li·poi·dal** \li-'pȯid-ᵊl, lip-'ȯid-\ *adj* [ISV] (1876) : resembling fat

**lipoid** *n* [ISV] (1906) : LIPID

**li·pol·y·sis** \li-'pāl-ə-səs, lip-'äl-\ *n* [NL] (ca. 1903) : the hydrolysis of fat — **li·po·lyt·ic** \,lip-ə-'lit-ik, ,lip-ə-\ *adj*

**li·po·ma** \li-'pō-mə, lip-'ō-\ *n, pl* **-mas** *or* **-ma·ta** \-mət-ə\ [NL] (1830) : a tumor of fatty tissue — **li·po·ma·tous** \-mət-əs\ *adj*

**li·po·phil·ic** \,lip-ə-'fil-ik, ,lip-ə-\ *adj* (1939) : having an affinity for lipids (as fats) ⟨a ~ *metabolite*⟩

**li·po·poly·sac·cha·ride** \,li-pō-,päl-i-'sak-ə-,rīd, ,lip-ō-\ *n* (1950) : a large molecule consisting of lipids and sugars joined by chemical bonds

**li·po·pro·tein** \-'prō-,tēn, -'prōt-ē-ən\ *n* (1909) : a conjugated protein that is a complex of protein and lipid

**li·po·some** \'li-pə-,sōm, 'lip-ə-\ *n* (1968) : an artificial vesicle composed of one or more concentric phospholipid bilayers — **li·po·so·mal** \,li-pə-'sō-məl, ,lip-ə-\ *adj*

**li·po·tro·pic** \,li-pō-'trō-pik, ,lip-ō-, -'träp-ik\ *adj* [ISV] (1935) : promoting the physiological utilization of fat ⟨~ *dietary factors*⟩

**li·po·tro·pin** \-'trō-pən\ *n* (1964) : either of two protein hormones of the anterior part of the pituitary gland that function in the mobilization of fat reserves

**lipped** \'lipt\ *adj* (14c) : having a lip or lips esp. of a specified kind or number — often used in combination ⟨*tight-lipped*⟩

**lip·pen** \'lip-ən\ *vb* [ME *lippenen*] *vi chiefly Scot* (12c) : TRUST, RELY — *chiefly Scot* : ENTRUST

**Lippes loop** \'lip-əs-, 'lips-\ *n* [Jack *Lippes,* 20th cent Am. physician] (1964) : an S-shaped plastic intrauterine device

**lip·ping** \'lip-iŋ\ *n* (1894)  1 : outgrowth of bone in liplike form at a joint margin  2 : a piece of wood set in an archer's bow where a knot has been cut out  3 : EMBOUCHURE 1

**lip·py** \'lip-ē\ *adj* **lip·pi·er; -est** (ca. 1875) : given to back talk : IMPUDENT

**lip-read** \'lip-,rēd\ *vb* **-read** \-,red\; **-read·ing** \-,rēd-iŋ\ *vt* (1892) : to understand by lipreading  ~ *vi* : to use lipreading — **lip-read·er** \-,rēd-ər\ *n*

**lip-read·ing** \-,rēd-iŋ\ *n* (1874) : the interpreting of a speaker's words by watching his lip and facial movements without hearing his voice

**lip service** *n* (1644) : an avowal of advocacy, adherence, or allegiance that goes no further than expression in words

**lip·stick** \'lip-,stik\ *n* (1880) : a waxy solid usu. colored cosmetic in stick form for the lips; *also* : a stick of such cosmetic with its case — **lip·sticked** *adj*

**lip sync** *n* (1949) : the synchronization of recorded speech or song with the movement of the lips of a person mouthing the sounds — **lip-sync** *or* **lip-synch** \'lip-,siŋk\ *vb*

**li·quate** \'lī-,kwāt\ *vi* **li·quat·ed; li·quat·ing** [L *liquatus,* pp. of *liquare,* akin to L *liquēre*] (ca. 1864) : to cause (a more fusible substance) to separate out of a combination or mixture by the application of heat (metallic lead from its ore) — **li·qua·tion** \li-'kwā-shən\ *n*

**liq·ue·fac·tion** \,lik-wə-'fak-shən\ *n* [ME, fr. LL *liquefaction-, liquefactio,* fr. L *liquefactus,* pp. of *liquefacere,* fr. *liquēre* to be fluid + *facere* to make — more at DO] (15c)  1 : the process of making or becoming liquid  2 : the state of being liquid

**liquefied petroleum gas** *n* (ca. 1925) : a compressed gas that consists of flammable hydrocarbons (as propane and butane) and is used esp. as fuel or as raw material for chemical synthesis

**liq·ue·fy** *also* **liq·ui·fy** \'lik-wə-,fī\ *vb* **-fied; -fy·ing** [MF *liquefier,* fr. L *liquefacere*] *vt* (15c) : to reduce to a liquid state  ~ *vi* : to become liquid — **liq·ue·fi·abil·i·ty** \,lik-wə-,fī-ə-'bil-ət-ē\ *n* — **liq·ue·fi·able** \,lik-wə-'fī-ə-bəl\ *adj* — **liq·ue·fi·er** \-,fī-(ə)r\ *n*

**li·ques·cent** \lik-'wes-ᵊnt\ *adj* [L *liquescent-, liquescens,* prp. of *liquescere* to become fluid, incho. of *liquēre*] (ca. 1727) : being or tending to become liquid : MELTING

**li·queur** \li-'kər, -'k(y)u̇(ə)r\ *n* [F, fr. OF *licour* liquid — more at LIQUOR] (1729) : a usu. sweetened spirituous liquor (as brandy) flavored with fruit, spices, nuts, herbs, or seeds

740  melee • memoriter

**me·lee** also **mê·lée** \'mā-,lā, mā-'\ n [F mêlée, fr. OF meslee, fr. mesler to mix — more at MEDDLE] (1648) : a confused struggle; esp : a hand-to-hand fight among several people

**mel·ic** \'mel-ik\ adj [L melicus, fr. Gk melikos, fr. melos song — more at MELODY] (1699) : of or relating to song : LYRIC; esp : of or relating to Greek lyric poetry of the 7th and 6th centuries B.C.

**mel·i·lot** \'mel-ə-,lät\ n [ME melilot, fr. OF melilot, fr. L melilotos, fr. Gk melilōtos, fr. meli honey + lōtos clover, lotus — more at MELLIFLUOUS] (12c) : SWEET CLOVER; esp : a yellow-flowered sweet clover (Melilotus officinalis)

**me·lio·rate** \'mēl-yə-,rāt, 'mē-lē-ə-\ vb -rated; -rating [LL melioratus, pp. of meliorare, fr. L melior better; akin to L multus much, Gk mala very] (1542) : AMELIORATE — **me·lio·ra·tion** \,mēl-yə-'rā-shən, ,mē-lē-ə-\ n — **me·lio·ra·tive** \'mēl-yə-,rāt-iv, 'mē-lē-ə-\ adj — **me·lio·ra·tor** \-,rāt-ər\ n

**me·lio·rism** \'mēl-yə-,riz-əm, 'mē-lē-ə-\ n (1877) : the belief that the world tends to become better and that man can aid its betterment — **me·lio·rist** \-rəst\ adj or n — **me·lio·ris·tic** \,mēl-yə-'ris-tik, ,mē-lē-ə-\ adj

**me·lis·ma** \mi-'liz-mə\ n, pl -ma·ta \-mət-ə\ [NL, fr. Gk, song, melody, fr. melizein to sing, fr. melos song] (1880) 1 : a group of notes or tones sung on one syllable in plainsong 2 : melodic embellishment or ornamentation 3 : CADENZA — **me·lis·mat·ic** \,mel-əz-'mat-ik\ adj

**mell** \'mel\ vb [ME mellen, fr. MF mesler] archaic (14c) : MIX

**mel·lif·lu·ent** \me-'lif-lə-wənt\ adj [LL mellifluent-, mellifluens, fr. L mell-, miel + fluent-, fluens, prp. of fluere] (1601) : MELLIFLUOUS — **mel·lif·lu·ent·ly** adv

**mel·lif·lu·ous** \me-'lif-lə-wəs, mə-\ adj [ME mellyfluous, fr. LL mellifluus, fr. L mell-, mel honey + fluere to flow; akin to Goth miluth honey, Gk melit-, meli] (15c) 1 : filled with something (as honey) that sweetens 2 : having a smooth rich flow (a ~ voice) — **mel·lif·lu·ous·ly** adv — **mel·lif·lu·ous·ness** n

**mel·lo·phone** \'mel-ə-,fōn\ n ['mellow + -phone] (1926) : a valved brass instrument similar in form and range to the French horn and used chiefly in marching bands

**Mel·lo·tron** \'mel-ə-,trän\ trademark — used for an electronic keyboard instrument programmed to produce the tape-recorded sounds usu. of orchestral instruments

**¹mel·low** \'mel-(,)ō, -ə(-w)\ adj [ME melowe] (15c) 1 a of a fruit : tender and sweet because of ripeness  b of a wine : well aged and pleasingly mild  2 a : made gentle by age or experience  b : rich and full but free from garishness or stridency  c : warmed and relaxed by or as if by liquor  d : PLEASANT, AGREEABLE (in a ~ mood)  3 of soil : having a soft and loamy consistency — **mel·low·ly** adv — **mel·low·ness** n

**²mellow** vt (1572) : to make mellow ~ vi : to become mellow

**me·lo·de·on** \mə-'lōd-ē-ən\ n [G melodion, fr. melodie melody, fr. OF] (1847) : a small reed organ in which a suction bellows draws air inward through the reeds

**me·lod·ic** \mə-'läd-ik\ adj (1823) : of or relating to melody : MELODIOUS — **me·lod·i·cal·ly** \-i-k(ə-)lē\ adv

**me·lo·di·ous** \mə-'lōd-ē-əs\ adj (14c) 1 : having a pleasing melody 2 : of, relating to, or producing melody — **me·lo·di·ous·ly** adv — **me·lo·di·ous·ness** n

**mel·o·dist** \'mel-əd-əst\ n (1789) 1 : SINGER 2 : a composer of melodies

**mel·o·dize** \'mel-ə-,dīz\ vb -dized; -diz·ing vi (1662) : to compose a melody ~ vt : to make melodious ; set to melody — **mel·o·diz·er** n

**melo·dra·ma** \'mel-ə-,dräm-ə, -,dram-\ n [modif. of F mélodrame, fr. Gk melos song + F drame drama, fr. LL drama] (1809) 1 a : a work (as a movie or play) characterized by extravagant theatricality and by the predominance of plot and physical action over characterization  b : the genre of dramatic literature constituted by such works  2 : melodramatic events or behavior — **melo·dra·ma·tist** \,mel-ə-'dräm-ət-əst, -'dräm-\ n

**melo·dra·mat·ic** \,mel-ə-drə-'mat-ik\ adj (1816) 1 : of, relating to, or characteristic of melodrama  2 : appealing to the emotions : SENSATIONAL  syn see DRAMATIC — **melo·dra·mat·i·cal·ly** \-i-k(ə-)lē\ adv

**melo·dra·mat·ics** \-iks\ n pl but sing or pl in constr (1915) : melodramatic conduct or writing

**melo·dra·ma·tize** \,mel-ə-'dräm-ə-,tīz, -'dram-\ vt (1820) 1 : to make melodramatic (~ a situation)  2 : to make a melodrama of (as a novel) — **melo·dra·ma·ti·za·tion** \-,dram-ət-ə-'zā-shən, -,dräm-\ n

**mel·o·dy** \'mel-əd-ē\ n, pl -dies [ME melodie, fr. OF, fr. LL melodia, fr. Gk melōidia chanting, music, fr. melos limb, musical phrase, song (akin to Bret mell joint) + aeidein to sing — more at ODE] (13c) 1 : a sweet or agreeable succession or arrangement of sounds : TUNEFULNESS  2 : a rhythmic succession of single tones organized as an aesthetic whole

**mel·on** \'mel-ən\ n, often attrib [ME, fr. MF, fr. LL melon-, melo, short for L melopepon-, melopepo, fr. Gk mēlopepōn, fr. mēlon apple + pepōn, an edible gourd — more at PUMPKIN] (14c) 1 : any of various gourds (as a muskmelon or watermelon) usu. eaten raw as fruits  2 : something rounded like a melon; also : a protruding abdomen  3 a : a surplus of profits available for distribution to stockholders  b : a financial windfall

**mel·pha·lan** \'mel-fə-,lan\ n [prob. fr. methanol + phenylalanine] (ca. 1964) : an antineoplastic drug $C_{13}H_{18}Cl_2N_2O_2$

**Mel·pom·e·ne** \mel-'päm-ə-(,)nē\ n [L, fr. Gk Melpomenē] : the Greek Muse of tragedy

**¹melt** \'melt\ vb [ME melten, fr. OE meltan; akin to L mollis soft, molere to grind — more at MEAL] vi (bef. 12c) 1 : to become altered from a solid to a liquid state usu. by heat  2 a : DISSOLVE, DISINTEGRATE (the sugar ~ed in the coffee)  b : to disappear as if by dissolving (her anger ~ed at his kind words)  3 obs : to become subdued or crushed (as by sorrow)  4 : to become mild, tender, or gentle  5 : to lose distinct outline : BLEND ~ vt  1 : to reduce from a solid to a liquid state usu. by heat  2 : to cause to disappear or disperse  3 : to make tender or gentle : SOFTEN — **melt·abil·i·ty** \,mel-tə-'bil-ət-ē\ n — **melt·able** \'mel-tə-bəl\ adj — **melt·er** n

**²melt** n (1854) 1 a : material in the molten state  b : the mass melted at a single operation or the quantity melted during a specified period  2 a : the action or process of melting or the period during which it occurs (roads softened during the spring ~)  b : the condition of being melted

**³melt** n [ME milte, fr. OE; akin to OHG milzi spleen] (bef. 12c) : SPLEEN; esp : spleen of slaughtered animals for use as feed or food

**melt·down** \'melt-,daun\ n (1963) : the melting of the core of a nuclear reactor

**melt·ing** \'mel-tiŋ\ adj (1593) : TENDER, DELICATE (a love song's ~ lyric) — **melt·ing·ly** adv

**melting point** n (1842) : the temperature at which a solid melts

**melting pot** n (15c) 1 : a vessel for melting something : CRUCIBLE  2 a : a place where racial amalgamation and social and cultural assimilation are going on (long cherished the myth of the public school as the melting pot —M. R. Berube)  b : the population of such a place  3 : a process of blending that often results in invigoration or novelty

**mel·ton** \'melt-ᵊn\ n [Melton Mowbray, England] (1823) : a heavy smooth woolen fabric with short nap

**melt·wa·ter** \'melt-,wot-ər, -,wät-\ n (1923) : water derived from the melting of ice and snow

**mem** \'mem\ n [Heb mēm, lit., water] (ca. 1899) : the 13th letter of the Hebrew alphabet — see ALPHABET table

**mem·ber** \'mem-bər\ n, often attrib [ME membre fr. OF, fr. L membrum; akin to Goth mimz flesh, Gk mēros thigh, mēninx membrane] (13c) 1 a : a body part or organ: as  a : LIMB  b : PENIS  c : a unit of structure in a plant body  2 : one of the individuals composing a group  3 : a person baptized or enrolled in a church  4 : a constituent part of a whole: as  a : a syntactic or rhythmic unit of a sentence : CLAUSE  b : one of the propositions of a syllogism  c : one of the elements of a set or class  d : either of the equated elements in a mathematical equation  syn see PART

**mem·bered** \'mem-bərd\ adj (14c) : made up of or divided into members

**mem·ber·ship** \'mem-bər-,ship\ n (1647) 1 : the state or status of being a member  2 : the body of members (an organization with a large ~)  3 : the relation between an element of a set or class and the set or class — compare INCLUSION 3

**mem·brane** \'mem-,brān\ n [L membrana skin, parchment, fr. membrum] (15c) 1 : a thin soft pliable sheet or layer esp. of animal or plant origin  2 : a piece of parchment forming part of a roll — **mem·braned** \'mem-,brānd\ adj

**membrane bone** n (1880) : a bone that ossifies directly in connective tissue without previous existence as cartilage

**mem·bra·nous** \'mem-brə-nəs\ adj (1597) 1 : of, relating to, or resembling membrane  2 : thin, pliable, and often somewhat transparent (~ leaves)  3 : characterized or accompanied by the formation of a usu. abnormal membrane or membranous layer (~ croup) — **mem·bra·nous·ly** adv

**membranous labyrinth** n (1840) : the sensory structures of the inner ear

**me·men·to** \mi-'ment-(,)ō\ n, pl -tos or -toes [ME, fr. L, remember, imper. of meminisse to remember — more at MENTAL] (1580) : something that serves to warn or remind; also : SOUVENIR

**memento mori** \mi-,ment-ō-'mōr-ē, -'mor-\ n, pl memento mori [L, remember that you must die] (1596) 1 : a reminder of mortality; esp : DEATH'S-HEAD  2 : a reminder of man's failures or mistakes

**Mem·non** \'mem-,nän\ n [Gk Memnōn] : an Ethiopian king slain by Achilles at a late stage of the Trojan War

**memo** \'mem-(,)ō\ n, pl mem·os (1889) : MEMORANDUM

**mem·oir** \'mem-,wär, -,wo(ə)r\ n [F mémoire, lit., memory, fr. L memoria] (15c) 1 : an official note or report : MEMORANDUM  2 a : a narrative composed from personal experience  b : AUTOBIOGRAPHY — usu. used in pl.  3 a : an account of something noteworthy : REPORT  b pl : the record of the proceedings of a learned society — **mem·oir·ist** \-əst\ n

**mem·o·ra·bil·ia** \,mem-ə-rə-'bil-ē-ə, -'bil-yə\ n pl [L, fr. neut. pl. of memorabilis] (1806) : things that are remarkable and worthy of remembrance; also : things that stir recollection : MEMENTOS

**mem·o·ra·bil·i·ty** \-'bil-ət-ē\ n (1661) 1 : the quality or state of being memorable  2 : the quality or state of being rememberable

**mem·o·ra·ble** \'mem-(ə-)rə-bəl, 'mem-ər-bəl\ adj [ME, fr. L memorabilis, fr. memorare to remind, mention, fr. memor mindful] (15c) : worth remembering : NOTABLE — **mem·o·ra·ble·ness** n — **mem·o·ra·bly** \-blē\ adv

**mem·o·ran·dum** \,mem-ə-'ran-dəm\ n, pl -dums or -da \-də\ [ME, fr. L, neut. of memorandus to be remembered, gerundive of memorare] (1542) 1 : an informal record; also : a written reminder  2 : an informal written note of a transaction or proposed instrument  3 a : an informal diplomatic communication  b : a usu. brief communication written for interoffice circulation  c : a communication that contains directive, advisory, or informative matter

usage Although some commentators warn against the use of memoranda as a singular and condemn the plural memorandas, our evidence indicates that these forms are rarely encountered in print. We have little evidence of the confusion of forms, including use of memorandum as a plural, in speech (as at congressional hearings). As plurals memoranda and memorandums are about equally frequent.

**¹me·mo·ri·al** \mə-'mōr-ē-əl, -'mor-\ adj (14c) 1 : serving to preserve remembrance : COMMEMORATIVE  2 : of or relating to memory — **me·mo·ri·al·ly** \-ə-lē\ adv

**²memorial** n (14c) 1 : something that keeps remembrance alive: as  a : MONUMENT  b : something (as a speech or ceremony) that commemorates  c : KEEPSAKE, MEMENTO  2 a : RECORD, MEMOIR (language literature… the ~s of another age —J. H. Fisher)  b : MEMORIAL NOTE; specif : a legal abstract  c : a statement of facts addressed to a government and often accompanied by a petition or remonstrance

**Memorial Day** n (1869) 1 : May 30 formerly observed as a legal holiday in most states of the U.S. in remembrance of war dead  2 : the Monday in May observed as a legal holiday in most states of the U.S.  3 : CONFEDERATE MEMORIAL DAY

**me·mo·ri·al·ist** \mə-'mōr-ē-ə-ləst, -'mor-\ n (1706) 1 : a person who writes or signs a memorial  2 : a person who writes a memoir

**me·mo·ri·al·ize** \-,līz\ vt -ized; -iz·ing (1798) 1 : to address or petition by a memorial  2 : COMMEMORATE

**memorial park** n (ca. 1928) : CEMETERY

**me·mor·i·ter** \mə-'mōr-ə-,te(ə)r, -'mär-\ adv [L, adv., by memory, fr. memor] (1802) : marked by emphasis on memorization

methods, or ideas : UP-TO-DATE  3 cap : of, relating to, or having the characteristics of the present or most recent period of development of a language  syn see NEW — mod·ern·ly \'mäd-ərn-lē\ adv — mod·ern·ness \-ərn-nəs\ n
²modern n (1585)  1 : a person of modern times or views  2 : a style of printing type distinguished by regularity of shape, precise curves, straight hairline serifs, and heavy downstrokes
Modern Hebrew n (1949) : Hebrew as used in present-day Israel
mod·ern·ism \'mäd-ər-ˌniz-əm\ n (1737)  1 : a practice, usage, or expression peculiar to modern times  2 often cap : a tendency in theology to accommodate traditional religious teaching to contemporary thought and esp. to devalue traditional supernatural elements  3 : modern artistic or literary philosophy and practice; esp : a self-conscious break with the past and a search for new forms of expression — mod·ern·ist \-nəst\ n or adj — mod·ern·is·tic \ˌmäd-ər-'nis-tik\ adj
mod·ern·i·za·tion \ˌmäd-ər-nə-'zā-shən\ n (1770)  1 : the act of modernizing : the state of being modernized  2 : something modernized : a modernized version
mod·ern·ize \'mäd-ər-ˌnīz\ vb -ized; -iz·ing  vt (1748) : to make modern in taste, style, or usage ~ vi : to adopt modern ways — mod·ern·iz·er n
modern pentathlon n (1943) : a composite contest in which all contestants compete in a 300-meter freestyle swim, a 4000-meter cross-country run, a 5000-meter 30-jump equestrian steeplechase, épée fencing, and target shooting at 25 meters
mod·est \'mäd-əst\ adj [L modestus moderate; akin to L modus measure] (1565)  1 a : placing a moderate estimate on one's abilities or worth  b : neither bold nor self-assertive : tending toward diffidence  2 : arising from or characteristic of a modest nature  3 : observing the proprieties of dress and behavior : DECENT  4 a : limited in size, amount, or scope  b : UNPRETENTIOUS (a ~ cottage)  syn see SHY, CHASTE — mod·est·ly adv
mod·es·ty \'mäd-ə-stē\ n (15c)  1 : freedom from conceit or vanity  2 : propriety in dress, speech, or conduct
mod·i·cum \'mäd-i-kəm, 'mōd-\ n [ME, fr. L, neut. of modicus moderate, fr. modus measure] (15c) : a small portion : a limited quantity
mod·i·fi·ca·tion \ˌmäd-ə-fə-'kā-shən\ n (1603)  1 : the limiting of a statement : QUALIFICATION  2 : ¹MODE 6a  3 a : the making of a limited change in something; also : the result of such a change  b : a change in an organism caused by environmental factors
mod·i·fi·er \'mäd-ə-ˌfī(-ə)r\ n (1583)  1 : one that modifies  2 : a grammatical qualifier  3 : a gene that modifies the effect of another
mod·i·fy \'mäd-ə-ˌfī\ vb -fied; -fy·ing [ME modifien, fr. MF modifier, fr. L modificare to measure, fr. modus] vt (14c)  1 : to make less extreme : MODERATE  2 a : to limit or restrict the meaning of esp. in a grammatical construction : QUALIFY  b : to change (a vowel) by umlaut  3 a : to make minor changes in  b : to make basic or fundamental changes in often to give a new orientation to or to serve a new end (the wing of a bird is an arm modified for flying) ~ vi : to undergo change  syn see CHANGE — mod·i·fi·abil·i·ty \ˌmäd-ə-ˌfī-ə-'bil-ət-ē\ n — mod·i·fi·able \'mäd-ə-ˌfī-ə-bəl\ adj
mo·dil·lion \mō-'dil-yən\ n [It modiglione] (1563) : an ornamental block or bracket under the corona of the cornice (as in the Corinthian order)
mod·ish \'mōd-ish\ adj (1660) : FASHIONABLE, STYLISH (a ~ hat) (a ~ writer) — mod·ish·ly adv — mod·ish·ness n
mo·diste \mō-'dēst\ n [F, fr. mode style, mode] (1840) : one who makes and sells fashionable dresses and hats for women
mod·u·la·bil·i·ty \ˌmäj-ə-lə-'bil-ət-ē\ n (1928) : the capability of being modulated
mod·u·lar \'mäj-ə-lər\ adj (1798)  1 : of, relating to, or based on a module or a modulus  2 : constructed with standardized units or dimensions for flexibility and variety in use — mod·u·lar·i·ty \ˌmäj-ə-'lar-ət-ē\ n — mod·u·lar·ly \'mäj-ə-lər-lē\ adv
modular arithmetic n (1959) : arithmetic that deals with whole numbers where the numbers are replaced by their remainders after division by a fixed number (in a modular arithmetic with modulus 5, 3 multiplied by 4 would be 2) (5 hours after 10 o'clock is 3 o'clock because clocks follow a modular arithmetic with modulus 12)
mod·u·lar·ized \'mäj-ə-lə-ˌrīzd\ adj (1959)  1 : containing or consisting of modules (~ electronic equipment)  2 : produced in the form of modules
mod·u·late \'mäj-ə-ˌlāt\ vb -lat·ed; -lat·ing [L modulatus, pp. of modulari to measure, fr. modulus small measure, rhythm, dim. of modus measure — more at METE] vt (1615)  1 : to tune to a key or pitch  2 : to adjust to or keep in proper measure or proportion : TEMPER  3 : to vary the amplitude, frequency, or phase of (a carrier wave or a light wave) for the transmission of intelligence (as by radio); also : to vary the velocity of electrons in an electron beam ~ vi  1 : to play or sing with modulation  2 : to pass from one musical key into another by means of intermediary chords or notes that have some relation to both keys  3 : to pass gradually from one state to another — mod·u·la·tor \-ˌlāt-ər\ n — mod·u·la·to·ry \-lə-ˌtōr-ē, -ˌtor-\ adj
mod·u·la·tion \ˌmäj-ə-'lā-shən\ n (1531)  1 : a regulating according to measure or proportion : TEMPERING  2 : an inflection of the tone or pitch of the voice; specif : the use of stress or pitch to convey meaning  3 : a change from one musical key to another by modulating  4 : the process of modulating a carrier or signal (as in radio); also : the result of this process
mod·ule \'mäj-(ˌ)ü(ə)l\ n [L modulus] (1586)  1 : a standard or unit of measurement  2 : the size of some one part taken as a unit of measure by which the proportions of an architectural composition are regulated  3 a : any in a series of standardized units for use together: as  (1) : a unit of furniture or architecture  (2) : an educational unit which covers a single subject or topic  b : a usu. packaged functional assembly of electronic components for use with other such assemblies  4 : an independently-operable unit that is a part of the total structure of a space vehicle  5 a : a subset of an additive group that is also a group under addition  b : a mathematical set that is a commutative group under addition and that is closed under multiplication which is distributive from the left or right or both by elements of a ring and for which a(bx) = (ab)x or (xb)a = x(ba) or both where a and b are elements of the ring and x belongs to the set
mod·u·lo \'mäj-ə-ˌlō\ prep [NL, abl. of modulus] (1897) : with respect to a modulus of (19 and 54 are congruent ~ 7)

mod·u·lus \'mäj-ə-ləs\ n, pl -li \-ˌlī, -ˌlē\ [NL, fr. L, small measure] (1753)  1 a : the factor by which a logarithm of a number to one base is multiplied to obtain the logarithm of the number to a new base  b : ABSOLUTE VALUE 2  c  (1) : the number (as a positive integer) or other mathematical entity (as a polynomial) in a congruence that divides the difference of the two congruent members without leaving a remainder — compare RESIDUE b  (2) : the number of different numbers used in a system of modular arithmetic  2 : a constant or coefficient that expresses usu. numerically the degree in which a property (as elasticity) is possessed by a substance or body
mo·dus ope·ran·di \ˌmōd-ə-ˌsäp-ə-'ran-dē, -ˌdī\ n, pl mo·di operandi \ˌmō-ˌdē, -ˌäp-, 'mō-ˌdī\ [NL] (1654) : a method of procedure
mo·dus vi·ven·di \ˌmōd-əs-vi-'ven-dē, -ˌdī\ n, pl mo·di vi·ven·di \ˌmō-ˌdē-, 'mō-ˌdī-\ [NL, manner of living] (1879)  1 : a feasible arrangement or practical compromise; esp : one that bypasses difficulties  2 : a manner of living : a way of life
Mogen David var of MAGEN DAVID
¹mo·gul \'mō-(ˌ)gəl, mō-'\ n [Per Mughul, fr. Mongolian Moṅgol] (1588)  1 or mo·ghul cap : an Indian Muslim of or descended from one of several conquering groups of Mongol, Turkish, and Persian origin; esp : GREAT MOGUL  2 : a great personage : MAGNATE — mogul adj, often cap
²mo·gul \'mō-gəl\ n [prob. of Scand origin; akin to Norw dial. muge heap, fr. ON múgi — more at MOW] (ca. 1959) : a bump in a ski run
mo·hair \'mō-ˌha(ə)r, -ˌhe(ə)r, -ˌhi\ [modif. of obs. It mocaiarro, fr. Ar mukhayyar, lit., choice] (1570) : a fabric or yarn made wholly or in part of the long silky hair of the Angora goat; also : this hair
Mo·ham·med·an var of MUHAMMADAN
Mo·hawk \'mō-ˌhȯk\ n, pl Mohawk or Mohawks [of Algonquian origin; akin to Narraganset Mohowauuck] (1634)  1 a : an American Indian people of the Mohawk river valley, New York  b : a member of this people  2 : the language of the Mohawk people
Mo·he·gan \mō-'hē-gən, mə-\ or Mo·hi·can \-'hē-kən\ n, pl Mohegan or Mohegans or Mohican or Mohicans (1614) : a member of an American Indian people of southeastern Connecticut
Mo·hi·can \mō-'hē-kən, mə-\ var of MAHICAN
Moho \'mō-ˌhō\ n [short for Mohorovičić discontinuity, fr. Andrija Mohorovičić †1936 Yugoslavian geologist] (ca. 1952) : a point ranging from about 3 miles (5 kilometers) beneath the ocean basin floor to about 25 miles (40 kilometers) beneath the continental surface at which seismological studies indicate a transition in earth materials from those of the earth's crust to those of the subjacent mantle
Mo·hock \'mō-ˌhäk\ n [alter. of Mohawk] (1711) : one of a gang of aristocratic ruffians who assaulted and otherwise maltreated people in London streets in the early 18th century — Mo·hock·ism \-ˌiz-əm\ n
Mo·ho·ro·vi·cic discontinuity \ˌmō-hə-'rō-və-ˌchich-\ n (1936) : MOHO
Mohs' scale \'mōz-, 'mōs-, ˌmō-səz-\ n [Friedrich Mohs †1839 Ger. mineralogist] (1879)  1 : a scale of hardness for minerals in which 1 represents the hardness of talc; 2, gypsum; 3, calcite; 4, fluorite; 5, apatite; 6, orthoclase; 7, quartz; 8, topaz; 9, corundum; and 10, diamond  2 : a revised and expanded version of the original Mohs' scale in which 1 represents the hardness of talc; 2, gypsum; 3, calcite; 4, fluorite; 5, apatite; 6, orthoclase; 7, vitreous pure silica; 8, quartz; 9, topaz; 10, garnet; 11, fused zirconium oxide; 12, fused alumina; 13, silicon carbide; 14, boron carbide; and 15, diamond
mo·hur \'mō-(ˌ)ər, mə-'hü(ə)r\ n [Hindi muhr gold coin, seal, fr. Per; akin to Skt mudrā seal] (1690) : a former gold coin of India and Persia equal to 15 rupees
moi·ety \'mȯi-ət-ē\ n, pl -eties [ME moite, fr. MF moité, fr. LL medietat-, medietas, fr. L medius middle — more at MID] (15c)  1 a : one of two equal parts : HALF  b : one of two approximately equal parts  2 : one of the portions into which something is divided : COMPONENT, PART  3 : one of two basic complementary tribal subdivisions
¹moil \'mȯi(ə)l\ vb [ME moillen, fr. MF moillier, fr. (assumed) VL molliare, fr. L mollis soft — more at MELT] vt, chiefly dial (15c) : to make wet or dirty ~ vi  1 : to work hard : DRUDGE  2 : to be in continuous agitation : CHURN, SWIRL — moil·er n
²moil n (ca. 1612)  1 : hard work : DRUDGERY  2 : CONFUSION, TURMOIL
moil·ing \'mȯi-liŋ\ adj (1603)  1 a : requiring hard work  b : INDUSTRIOUS (~ workers)  2 : violently agitated : TURBULENT — moil·ing·ly \-liŋ-lē\ adv
Moi·rai \'mȯi-ˌrī\ n pl [Gk, fr. pl. of moira lot, fate; akin to Gk meros part — more at MERIT] : FATE 4
moire \mȯi(ə)r, 'mȯ(ə)r, 'mwär\ n [F, fr. E mohair] archaic (1660) : a watered mohair
moi·ré \mō-'rā, mwä-\ or moire \same, or 'mȯi(-ə)r, 'mō(ə)r, 'mwär\ n [F moiré, fr. moiré like moire, fr. moire] (1818)  1 a : an irregular wavy finish on a fabric  b : a ripple pattern on a stamp  2 : a fabric having a wavy watered appearance  3 : an independent usu. shimmering pattern seen when two geometrically regular patterns (as two sets of parallel lines or two halftone screens) are superimposed esp. at an acute angle — moiré adj
moist \'mȯist\ adj [ME moiste, fr. MF, fr. (assumed) VL muscidus, alter. of L mucidus slimy, fr. mucus nasal mucus] (14c)  1 : slightly or moderately wet : DAMP  2 : TEARFUL  3 : characterized by high humidity  syn see WET — moist·ly adv — moist·ness \'mȯis(t)-nəs\ n
moist·en \'mȯis-ᵊn\ vb moist·ened; moist·en·ing \'mȯis-niŋ, -ᵊn-iŋ\ vt (14c) : to make moist ~ vi : to become moist — moist·en·er \'mȯis-nər, -ᵊn-ər\ n
mois·ture \'mȯis(h)-chər\ n [ME, modif. of MF moistour, fr. moiste] (14c) : liquid diffused or condensed in relatively small quantity
mois·tur·ize \-chə-ˌrīz\ vt -ized; -iz·ing (1945) : to add moisture to (~ the air) — mois·tur·iz·er n
moke \'mōk\ n [origin unknown] (1848)  1 slang Brit : DONKEY  2 slang Austral : NAG
mo·lal \'mō-ləl\ adj [¹mole] (1905) : of, relating to, or containing a mole of solute per 1000 grams of solvent — mo·lal·i·ty \mō-'lal-ət-ē\ n

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \o\ law  \ȯi\ boy  \th\ thin  \ṯh\ the  \ü\ loot  \u̇\ foot
\y\ yet  \zh\ vision  \ə, k, ᵊ, œ, ǖ, ue, ᵫ, ᵊ\ see Guide to Pronunciation

¹pound \'paùnd\ n, pl pounds also pound [ME, fr. OE pund, fr. L pondo pound; akin to L pondus weight — more at PENDANT] (bef. 12c) 1 : any of various units of mass and weight; specif : a unit now in general use among English-speaking peoples equal to 16 avoirdupois ounces or 7000 grains or 0.45359237 kilogram — called also avoirdupois pound; see WEIGHT table. 2 a : the basic monetary unit of the United Kingdom — called also pound sterling b : any of numerous basic monetary units of other countries — see MONEY table c : the basic monetary unit of Israel until 1980

²pound vb [alter. of ME pounen, fr. OE punian] vt (bef. 12c) 1 : to reduce to powder or pulp by beating 2 a : to strike heavily or repeatedly b : to produce with or as if with repeated vigorous strokes — usu. used with out (~ out a story on the typewriter) c : to inculcate by insistent repetition : DRIVE ⟨day after day the facts were ~ed home to them —Ivy B. Priest⟩ 3 : to move along heavily or persistently ⟨~ed the pavements looking for work⟩ ~ vi 1 : to strike heavy repeated blows 2 a : to move with or make a heavy repetitive sound b : to work hard and continuously — used with away

³pound n (1362) : an act or sound of pounding

⁴pound n [ME, enclosure, fr. OE pund-] (15c) 1 a : an enclosure for animals; esp : a public enclosure for stray or unlicensed animals (a dog ~) b : a depot for holding impounded personal property until redeemed by the owner (a car ~) 2 : a place or condition of confinement 3 : an enclosure within which fish are kept or caught; esp : the inner compartment of a fish trap or pound net

pound-age \'paún-dij\ n (ca. 1500) 1 : a charge per pound of weight 2 : weight in pounds

²poundage n (1554) : the act of impounding : the state of being impounded

pound-al \'paún-d⁷l\ n [¹pound + -al (as in quintal)] (1879) : a unit of force equal to the force that would give a free mass of one pound an acceleration of one foot per second per second

pound cake n [fr. the original recipe prescribing a pound of each of the principal ingredients] (1747) : a rich butter cake made with a large proportion of eggs and shortening

¹pound-er \'paún-dər\ n (bef. 12c) : one that pounds

²pounder n (1684) 1 : one having a usu. specified weight or value in pounds — usu. used in combination ⟨caught a ten-pounder with his new fishing rod⟩ 2 : a gun throwing a projectile of a specified weight — usu. used in combination ⟨the ship was armed with six-pounders⟩

pound-fool-ish \'paún(d)-'fü-lish\ adj [fr. the phrase penny-wise and pound-foolish] (1607) : imprudent in dealing with large sums or large matters

pound mile n (1939) : the transport of one pound of mail or express for one mile

pound net n (1856) : a fish trap consisting of a netting arranged into a directing wing and an enclosure with a narrow entrance

¹pour \'pō(ə)r, 'pó(ə)r\ vb [ME pouren] vt (14c) 1 a : to cause to flow in a stream b : to dispense from a container ⟨~ed drinks for everyone⟩ 2 : to supply or produce freely or copiously 3 : to give full expression to : VENT ⟨~ed out his feelings⟩ ~ vi 1 : to move with a continuous flow 2 : to rain hard 3 : to move or come continuously : STREAM ⟨complaints ~ed in⟩ — pour-able \'pōr-ə-bəl, 'pór-\ adj — pour-er \-ər\ n — pour-ing-ly \-iŋ-lē\ adv

²pour n (1790) 1 : the action of pouring : STREAM 2 a : an instance of pouring or an amount poured ⟨a ~ of concrete⟩ b : a heavy fall of rain : DOWNPOUR

pour-boire \pü(ə)r-b-'wär\ n [F, fr. pour boire for drinking] (1815) : TIP, GRATUITY

pour-parler \,pü(ə)r-pär-'lā\ n [F] (1795) : a discussion preliminary to negotiations

pour-point \'pü(ə)r-,pòint, -,pwant\ n [ME purpoint, fr. MF pourpoint] (15c) : a padded and quilted doublet

pour point \'pō(ə)r-,pòint, 'pó(ə)r-\ n (ca. 1922) : the lowest temperature at which a substance flows under specified conditions

pousse-café \,pü-(,)ska-'fā\ n [F, lit., coffee chaser] (1880) : an after-dinner drink consisting of several liqueurs of different colors and specific gravities poured so as to remain in separate layers

pous-sette \pü-'set\ vi pous-sett-ed; pous-sett-ing [F, game in which contestants cross pins with each attempting to get his pin on top, fr. pousser to push] (1812) : to swing in a semicircle with hands joined with one's partner in a country-dance

¹pout \'paút\ vb [ME pouten] vi (14c) 1 a : to show displeasure by thrusting out the lips or wearing a sullen expression b : SULK 2 : PROTRUDE ~ vt : to cause to protrude ⟨~ed her lips⟩

²pout n (1591) 1 : a protrusion of the lips expressive of displeasure 2 pl : a fit of pique

³pout n, pl pout or pouts [prob. fr. (assumed) ME poute, a fish with a large head, fr. OE -pūte; akin to ME pouten to pout, Skt budbuda bubble] (1591) : any of several large-headed fishes (as a bullhead or eel-pout)

pout-er \'paút-ər\ n (1809) 1 : one that pouts 2 : a domestic pigeon of a breed characterized by erect carriage and a dilatable crop

pouty \'paút-ē\ adj (1863) : SULKY

pov-er-ty \'päv-ərt-ē\ n, often attrib [ME poverte, fr. OF poverté, fr. L paupertas, fr. pauper poor — more at POOR] (12c) 1 a : the state of one who lacks a usual or socially acceptable amount of money or material possessions b : renunciation as a member of a religious order of the right as an individual to own property 2 : SCARCITY, DEARTH 3 a : debility due to malnutrition b : lack of fertility ⟨~ of the soil⟩
syn POVERTY, INDIGENCE, PENURY, WANT, DESTITUTION mean the state of one with insufficient resources. POVERTY may cover a range from extreme want of necessities to an absence of material comforts; INDIGENCE implies seriously straitened circumstances; PENURY suggests a cramping or oppressive lack of money; WANT and DESTITUTION imply extreme poverty that threatens life itself through starvation or exposure.

poverty line n (1901) : a level of personal or family income below which one is classified as poor according to governmental standards — called also poverty level

pov-er-ty-strick-en \-,strik-ən\ adj (1803) : very poor : DESTITUTE

¹pow \'pō, 'paù\ n [alter. of POLL] (1724) : HEAD, POLL

²pow \'paù\ n [imit.] (1881) : a sound of a blow or explosion

POW \,pē-(,)ō-'dəb-əl-(,)yü, -yə(-w), -'dəb-(-ə)-yə(-w), -'dəb-yē\ n (ca. 1919) : PRISONER OF WAR

¹pow-der \'paúd-ər\ n, often attrib [ME poudre, fr. OF, fr. L pulver-, pulvis dust — more at POLLEN] (13c) 1 : matter in a finely divided state : particulate matter 2 a : a preparation in the form of fine particles esp. for medicinal or cosmetic use b : fine dry light snow 3 : any of various solid explosives used chiefly in gunnery and blasting

²powder vb pow-dered; pow-der-ing \'paúd-(ə-)riŋ\ vt (14c) 1 : to sprinkle or cover with or as if with powder 2 : to reduce or convert to powder 3 : to hit (as a ball) very hard ~ vi 1 : to become powder 2 : to apply cosmetic powder — pow-der-er \-ər-ər\ n

powder blue n (1896) : a variable color averaging a pale blue

powder horn n (1533) : a flask for carrying gunpowder; esp : one made of the horn of an ox or cow

powder keg n (1855) 1 : a small usu. metal cask for holding gunpowder or blasting powder 2 : something liable to explode

powder metallurgy n (1933) : a branch of science or an art concerned with the production of powdered metals or of metallic objects by compressing a powdered metal or alloy with or without other materials and heating without thoroughly melting to solidify and strengthen

powder monkey n (1682) : one who carries or has charge of explosives (as in blasting operations)

powder-puff adj (1939) : of, relating to, or being a competitive activity or event for women (a ~ football game)

powder puff n (ca. 1704) : a small fluffy device (as a pad) for applying cosmetic powder

powder room n (ca. 1937) 1 : a rest room for women 2 : a lavatory in the main living area of a house

pow-dery \'paúd-ə-rē\ adj (15c) 1 a : resembling or consisting of powder (~ snow) b : easily reduced to powder : CRUMBLING 2 : covered with or as if with powder

powdery mildew n (1889) 1 : a perfect fungus (family Erysiphaceae) or an imperfect fungus (genus Oidium) producing abundant powdery conidia on the host 2 : a plant disease caused by a powdery mildew

¹pow-er \'paú(-ə)r\ n, often attrib [ME, fr. OF poeir, fr. poeir to be able, fr. (assumed) L potēre to be powerful — more at POTENT] (13c) 1 a : possession of control, authority, or influence over others b : one having such power; specif : a sovereign state c : a controlling group : ESTABLISHMENT — often used in the phrase the powers that be d archaic : a force of armed men e chiefly dial : a large number or quantity 2 a (1) : ability to act or produce an effect (2) : ability to get extra-base hits (3) : capacity for being acted upon or undergoing an effect b : legal or official authority, capacity, or right 3 a : physical might b : mental or moral efficacy c : political control or influence 4 pl : an order of angels — see CELESTIAL HIERARCHY 5 a : the number of times as indicated by an exponent that a number occurs as a factor in a product; also : the product itself b : CARDINAL NUMBER 2 6 a : a source or means of supplying energy; esp : ELECTRICITY b : MOTIVE POWER c : the time rate at which work is done or energy emitted or transferred 7 : MAGNIFICATION 2b 8 : SCOPE, COMPREHENSIVENESS 9 : the probability of rejecting the null hypothesis in a statistical test when a particular alternative hypothesis happens to be true
syn POWER, AUTHORITY, JURISDICTION, CONTROL, COMMAND, SWAY, DOMINION mean the right to govern or rule or determine. POWER implies possession of ability to wield force, permissive authority, or substantial influence; AUTHORITY implies the granting of power for a specific purpose within specified limits; JURISDICTION applies to official power exercised within prescribed limits; CONTROL stresses the power to direct and restrain; COMMAND implies the power to make arbitrary decisions and compel obedience; SWAY suggests the extent or scope of exercised power or influence; DOMINION stresses sovereign power or supreme authority
syn POWER, FORCE, ENERGY, STRENGTH, MIGHT mean the ability to exert effort. POWER may imply latent or exerted physical, mental, or spiritual ability to act or be acted upon; FORCE implies the actual effective exercise of power; ENERGY applies to power expended or capable of being transformed into work; STRENGTH applies to the quality or property of a person or thing that makes possible the exertion of force or the withstanding of strain, pressure, or attack; MIGHT implies great or overwhelming power or strength.

²power vt (1540) 1 : to supply with power and esp. motive power 2 : to give impetus to

power base n (1959) : a base of political support

pow-er-boat \'paú(-ə)r-,bōt\ n (1908) : MOTORBOAT

power broker n (1961) : a person (as in politics) able to exert strong influence because of votes or individuals that he controls

pow-er-dive \-'dīv\ vi (1937) : to make a power dive ~ vt : to cause to power-dive

power dive n (1930) : a dive of an airplane accelerated by the power of the engine

pow-er-ful \'paú(-ə)r-fəl\ adj (15c) 1 : having great power, prestige, or influence 2 : leading to many or important deductions (a ~ set of postulates) — pow-er-ful-ly \-f(ə-)lē\ adv

power function n (1957) 1 : a function of a parameter under statistical test whose value for a particular value of the parameter is the probability of rejecting the null hypothesis if that value of the parameter happens to be true 2 : a function (as $f(x) = ax^k$) that equals the product of a constant and a power of the independent variable

pow-er-house \'paú(-ə)r-,haús\ n (ca. 1890) 1 a : POWER PLANT 1 b : a source of influence or inspiration 2 : one having great driving energy, or ability

pow-er-less \-ləs\ adj (ca. 1552) 1 : devoid of strength or resources : lacking the authority or capacity to act — pow-er-less-ly adv — pow-er-less-ness n

power mower n (1940) : a motor-driven lawn mower

power of attorney (1747) : a legal instrument authorizing one to act as the attorney or agent of the grantor

power pack n (1936) : a unit for converting a power supply (as from a battery or household electrical circuit) to a voltage suitable for an electronic device

power plant n (1890) 1 : an electric utility generating station 2 : an engine and related parts supplying the motive power of a self-propelled object (as a rocket or automobile)

**1176   subscriber • substitutable**

PORT ~ vi   1 : to sign one's name to a document.   2   a : to give consent or approval to something written by signing (found him unwilling to ~ to the agreement)   b : to set one's name to a paper in token of promise to give something (as a sum of money); also : to give something in accordance with such a promise   c : to enter one's name for a publication or service; also : to receive a periodical or service regularly on order   d : to agree to purchase and pay for securities esp. of a new offering (subscribed for 1000 shares)   3 : to feel favorably disposed (I ~ to your sentiments)   syn see ASSENT — sub·scrib·er n
**sub·script** \'səb-ˌskript\ n [L subscriptus, pp. of subscribere] (1895)   : a distinguishing symbol (as a letter or numeral) written immediately below or below and to the right or left of another character — **subscript** adj
**sub·scrip·tion** \səb-'skrip-shən\ n [ME subscripcioun signature, fr. L subscription-, subscriptio, fr. subscriptus, pp.] (15c)   1   a : the act of signing one's name (as in attesting or witnessing a document)   b : the acceptance (as of ecclesiastical articles of faith) attested by the signing of one's name.   2 : something that is subscribed: as   a : an autograph signature; also : a paper to which a signature is attached   b : a sum subscribed   3 : an arrangement for providing, receiving, or making use of something of a continuing or periodic nature on a prepayment plan: as   a : a purchase by prepayment for a certain number of issues (as of a periodical)   b : application to purchase securities of a new issue   c : a method of offering or presenting a series of public performances
**subscription TV** n (ca. 1954)   : pay-TV that broadcasts programs directly over the air to customers provided with a special receiver — called also subscription television; compare PAY-CABLE
**sub·sec·tion** \'səb-ˌsek-shən\ n (1621)   1 : a subdivision or a subordinate division of a section   2 : a subordinate part or branch
¹**sub·se·quence** \'səb-sə-ˌkwen(t)s, -si-kwən(t)s\ n (1500)   : the quality or state of being subsequent; also : a subsequent event
²**sub·se·quence** \'səb-ˌsē-kwən(t)s, -ˌsē-, -ˌkwen(t)s\ n (ca. 1942)   : a mathematical sequence that is part of another sequence
**sub·se·quent** \'səb-si-kwənt, -sə-ˌkwent\ adj [ME, fr. L subsequent-, subsequens, prp. of subsequi to follow close, fr. sub- near + sequi to follow — more at SUB, SUE] (15c)   : following in time, order, or place : SUCCEEDING — subsequent n — sub·se·quent·ly \-ˌkwent-lē, -kwənt-\ adv — sub·se·quent·ness \-ˌkwent-, -kwənt-\ n
**sub·serve** \(ˌ)səb-'sərv\ vt [L subservire to serve, be subservient, fr. sub- + servire to serve] (1661)   1 : to promote the welfare or purposes of   2 : to serve as an instrument or means in carrying out
**sub·ser·vi·ence** \səb-'sər-vē-ən(t)s\ n (1676)   1 : a subservient or subordinate place or function   2 : obsequious servility
**sub·ser·vi·en·cy** \-ən-sē\ n (1651)   : SUBSERVIENCE
**sub·ser·vi·ent** \-ənt\ adj [L subservient-, subserviens, prp. of subservire] (1632)   1 : serving to promote some end   2 : useful in an inferior capacity : SUBORDINATE   3 : obsequiously submissive : TRUCKLING — **sub·ser·vi·ent·ly** adv
syn SUBSERVIENT, SERVILE, SLAVISH, OBSEQUIOUS mean showing or characterized by extreme compliance or abject obedience. SUBSERVIENT implies the cringing manner of one very conscious of a subordinate position (domestic help was expected to be properly subservient) SERVILE suggests the mean or fawning behavior of a slave (a political boss and his entourage of servile hangers-on) SLAVISH suggests abject or debased servility (the slavish status of migrant farm workers) OBSEQUIOUS implies fawning or sycophantic compliance and exaggerated deference of manner (waiters who are obsequious in the presence of celebrities)
**sub·set** \'səb-ˌset\ n (1902)   : a set each of whose elements is an element of an inclusive set
**sub·shrub** \-ˌshrəb, esp Southern -ˌsrəb\ n (1851)   : a perennial plant having woody stems except for the terminal part of the new growth which is killed back annually; also : a low shrub
**sub·side** \səb-'sīd\ vi **sub·sid·ed; sub·sid·ing** [L subsidere, fr. sub- + sidere to sit down, sink; akin to L sedere to sit — more at SIT] (1646)   1 : to sink or fall to the bottom : SETTLE   2 : to tend downward : DESCEND; esp : to flatten out so as to form a depression   3 : to let oneself settle down : SINK (subsided into a chair)   4 : to become quiet or less (as the fever ~s) (my anger subsided)   syn see ABATE — **sub·si·dence** \səb-'sīd-ᵊn(t)s, 'səb-səd-ən(t)s\ n
¹**sub·sid·iary** \səb-'sid-ē-ˌer-ē, -'sid-ə-rē\ adj [L subsidiarius, fr. subsidium reserve troops] (1543)   1   a : furnishing aid or support : AUXILIARY (~ details)   b : of secondary importance : TRIBUTARY (a ~ stream)   2 : of, relating to, or constituting a subsidy (a ~ payment to an ally) — **sub·sid·iar·i·ly** \-ˌsid-ē-'er-ə-lē\ adv
²**subsidiary** n, pl **-iar·ies** (1603)   : one that is subsidiary; esp : a company wholly controlled by another
**sub·si·dize** \'səb-sə-ˌdīz, -zə-\ vt **-dized; -diz·ing** (1795)   : to furnish with a subsidy: as   a : to purchase the assistance of by payment of a subsidy   b : to aid or promote (as a private enterprise) with public money (~ a steamship line) — **sub·si·di·za·tion** \ˌsəb-səd-ə-'zā-shən, -zəd-\ n — **sub·si·diz·er** n
**sub·si·dy** \'səb-səd-ē, -zəd-\ n, pl **-dies** [ME, fr. L subsidium reserve troops, support, assistance, fr. sub- near + sedēre to sit — more at SUB, SIT] (14c)   : a grant or gift of money: as   a : a sum of money formerly granted by the British Parliament to the crown and raised by special taxation   b : money granted by one state to another   c : a grant by a government to a private person or company to assist an enterprise deemed advantageous to the public
**sub·sist** \səb-'sist\ vb [LL subsistere to exist, fr. L, to come to a halt, remain, fr. sub- + sistere to come to a stand; akin to L stare to stand — more at STAND] vi (1549)   1   a : to have existence : BE   b : PERSIST, CONTINUE   2 : to have or acquire the necessities of life (as food and clothing); esp : to nourish oneself (~ing on roots, berries and grubs)   3   a : to hold true   b : to be logically conceivable as the subject of true statements ~ vt : to support with provisions
**sub·sis·tence** \səb-'sis-tən(t)s\ n [ME, fr. LL subsistentia, fr. subsistent-, subsistens, prp. of subsistere] (15c)   1   (1) : real being : EXISTENCE (an abstraction without real ~)   (2) : the condition of remaining in existence : CONTINUATION, PERSISTENCE   b : an essential characteristic quality of something that exists   c : the character possessed by whatever is logically conceivable   2 : means of subsisting: as   a : the minimum (as of food and shelter) necessary to support life   b : a source or means of obtaining the necessities of life — **sub·sis·tent** \-tənt\ adj

**subsistence farming** n (1937)   1 : farming or a system of farming that provides all or almost all the goods required by the farm family usu. without any significant surplus for sale   2 : farming or a system of farming that produces a minimum and often inadequate return to the farmer — called also subsistence agriculture — **subsistence farmer** n
**sub·so·cial** \ˌsəb-'sō-shəl, 'səb-\ adj (ca. 1909)   : incompletely social; esp : tending to associate gregariously but lacking fixed or complex social organization (~ insects)
¹**sub·soil** \'səb-ˌsȯil\ n (1799)   : the stratum of weathered material that underlies the surface soil
²**subsoil** vt (1840)   : to turn, break, or stir the subsoil of — **sub·soil·er** n
**sub·so·lar point** \ˌsəb-ˌsō-lər-\ n (1908)   : the point on the surface of the earth or a planet at which the sun is at the zenith
**sub·son·ic** \ˌsəb-'sän-ik, 'səb-\ adj [ISV] (1942)   1 : of, relating to, or being a speed less than that of sound in air   2 : moving, capable of moving, or utilizing air currents moving at a subsonic speed   3 : INFRASONIC I — **sub·son·i·cal·ly** \-i-k(ə-)lē\ adv
**sub·space** \'səb-ˌspās\ n (1927)   : a subset of a space; esp : one that has the essential properties (as those of a vector space or topological space) of the including space
**sub·spe·cial·ty** \ˌsəb-'spesh-əl-tē, 'səb-\ n (1926)   : a subordinate field within a specialty (as in medicine)
**sub spe·cie ae·ter·ni·ta·tis** \ˌsùb-'spek-ē-ˌā-ˌi-ˌter-nə-'tät-əs\ adv [NL, lit., under the aspect of eternity] (1895)   : in its essential or universal form or nature
**sub·spe·cies** \'səb-ˌspē-shēz, -sēz\ n [NL] (1699)   : a subdivision of a species: as   a : a taxonomic category that ranks immediately below a species and designates a morphologically or physiologically distinguishable and geographically isolated group whose members interbreed successfully with those of other subspecies of the same species where their ranges overlap   b : a named subdivision (as a race or variety) of a taxonomic species — **sub·spe·cif·ic** \ˌsəb-spi-'sif-ik\ adj
**sub·stage** \'səb-ˌstāj\ n (1888)   : an attachment to a microscope by means of which accessories (as mirrors, diaphragms or condensers) are held in place beneath the stage of the instrument
**sub·stance** \'səb-stən(t)s\ n [ME, fr. MF, fr. L substantia, fr. substant-, substans, prp. of substare to stand under, fr. sub- + stare to stand — more at STAND] (14c)   1   a : essential nature : ESSENCE   b : a fundamental or characteristic part or quality   c Christian Science : GOD 1b   2   a : ultimate reality that underlies all outward manifestations and change   b : practical importance : MEANING USEFULNESS (the . . . bill — which will be without ~ in the sense that it will authorize nothing more than a set of ideas —Richard Reeves)   3   a : physical material from which something is made or which has discrete existence   b : matter of particular or definite chemical constitution   4 : material possessions : PROPERTY (a man of ~) — **sub·stance·less** \-ləs\ adj — **in substance** : in respect to essentials : FUNDAMENTALLY
**substance P** n (1942)   : a protein present esp. in the gastrointestinal tract and pituitary gland that causes reduction in blood pressure and contraction of smooth muscle and that is thought to function as a neurotransmitter
**sub·stan·dard** \ˌsəb-'stan-dərd, 'səb-\ adj (1897)   : deviating from or falling short of a standard or norm: as   a : of a quality lower than that prescribed by law   b : conforming to a pattern of linguistic usage existing within a speech community but not that of the prestige group in that community — compare NONSTANDARD   c : constituting a greater than normal risk to an insurer
**sub·stan·tial** \səb-'stan-chəl\ adj (14c)   1   a : consisting of or relating to substance   b : not imaginary or illusory : REAL, TRUE   c : IMPORTANT, ESSENTIAL   2 : ample to satisfy and nourish : FULL (a ~ meal)   3   a : possessed of means : WELL-TO-DO   b : considerable in quantity : significantly large (earned a ~ wage)   4 : firmly constructed : STURDY   5 : being largely but not wholly that which is specified (a ~ lie) — **substantial** n — **sub·stan·ti·al·i·ty** \-ˌstan-chē-'al-ət-ē\ n — **sub·stan·tial·ly** \-'stanch-(ə-)lē\ adv — **sub·stan·tial·ness** \-'stan-chəl-nəs\ n
**sub·stan·tia ni·gra** \səb-ˌstan-chē-ə-'nī-grə, -'nig-rə\ n, pl **sub·stan·ti·ae ni·grae** \-chē-ˌē-'nī-(ˌ)grē, -'nig-(ˌ)rē\ [NL, lit., black substance] (ca. 1885)   : a layer of deeply pigmented gray matter situated in the midbrain and containing the cell bodies of a tract of dopamine-producing nerve cells whose secretion tends to be deficient in Parkinson's disease
**sub·stan·ti·ate** \səb-'stan-chē-ˌāt\ vt **-at·ed; -at·ing** (1657)   1 : to give substance or form to : EMBODY   2 : to establish by proof or competent evidence : VERIFY (~ a charge)   syn see CONFIRM — **sub·stan·ti·a·tion** \-ˌstan-chē-'ā-shən\ n — **sub·stan·ti·a·tive** \-'stan-chē-ˌāt-iv\ adj
**sub·stan·ti·val** \ˌsəb-stən-'tī-vəl\ adj (1832)   : of, relating to, or serving as a substantive — **sub·stan·ti·val·ly** \-və-lē\ adv
¹**sub·stan·tive** \'səb-stən-tiv\ n [ME substantif, fr. MF, fr. substantif, adj., having or expressing substance, fr. LL substantivus] (14c)   : NOUN; broadly : a word or word group functioning syntactically as a noun — **sub·stan·tiv·ize** \-tiv-ˌīz\ vt
²**sub·stan·tive** \'səb-stən-tiv; 2c & 3 also səb-'stant-iv\ adj [ME, fr. LL substantivus having substance, fr. L substantia] (15c)   1 : being a totally independent entity   2   a : real rather than apparent : FIRM; also : PERMANENT, ENDURING   b : belonging to the substance of a thing : ESSENTIAL   c : expressing existence (the ~ verb is the verb to be)   d : requiring or involving no mordant (a ~ dyeing process)   3   a : having the nature or function of a grammatical substantive (a ~ phrase)   b : relating to or having the character of a noun or pronominal term in logic   4 : considerable in amount or numbers : SUBSTANTIAL   5 : creating and defining rights and duties (~ law)   6 : having substance : involving matters of major or practical importance to all concerned (~ discussions among world leaders) — **sub·stan·tive·ly** adv — **sub·stan·tive·ness** n
**substantive right** n (1939)   : a right (as of life, liberty, property, or reputation) held to exist for its own sake and to constitute part of the normal legal order of society
**sub·sta·tion** \'səb-ˌstā-shən\ n (1890)   1 : a branch post office   2 : a subsidiary station in which electric current is transformed
**sub·stit·u·ent** \səb-'stich-(ə-)wənt\ n [L substituent-, substituens, prp. of substituere] (1895)   : an atom or group that replaces another atom or group in a molecule — **substituent** adj
**sub·sti·tut·able** \'səb-stə-ˌt(y)üt-ə-bəl\ adj (1805)   : capable of being substituted — **sub·sti·tut·abil·i·ty** \ˌsəb-stə-ˌt(y)üt-ə-'bil-ət-ē\ n