# EXHIBIT 7

# WEBSTER'S NEW WORLD DICTIONARY

OF THE AMERICAN LANGUAGE

SECOND COLLEGE EDITION

Copyright © 1982 and 1970, 1972, 1974, 1976, 1978, 1979, 1980 by Simon & Schuster, a Division of Gulf & Western Corporation
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Simon & Schuster Division of Gulf & Western Corporation
Simon & Schuster Building
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON and SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, and colophons are trademarks of Simon & Schuster.

Dictionary Editorial Offices: New World Dictionaries,
850 Euclid Avenue, Cleveland, Ohio 44114

Manufactured in the United States of America
6 7 8 9 10

Library of Congress Cataloging in Publication Data

CATALOG CARD NO.: 81-85763
Webster's New World Dictionary.

　　New York: Simon & Schuster
　　1728 p. College ed.
　　8201　　　　811119

0-671-41809-2 cl., indexed
0-671-41807-6 cl., plain edge
0-671-41811-4 Pbk.
0-671-47035-3 LeatherKraft

**‑ous** (ma lif′ər əs) *adj.* [L. *mellifer* < *mel*, honey ...(see ‑FEROUS) + ‑OUS] producing honey

**‑ent** (‑loo wənt) *adj.* [LL. *mellifluens*] same as ...

...—mel′lif′lu·ence *n.*

**‑ous** (‑loo wəs) *adj.* [L. *mellifluus* < *mel* (gen. ...(see MILDEW) + *fluere*, to flow] sounding ...smooth; honeyed [*mellifluous* tones] —mel′lif′-...adv. —mel′lif′lu·ous·ness *n.*

**...(mel′ən).** Andrew William 1855-1937; U.S. finan-...(tary of the treasury (1921-32)

**...(mel′ō)** *adj.* [ME. *melwe*, ripe, prob. < or akin to ...(see MEAL¹), Pl. *meluw*, soft, mellow] 1. soft, ...juicy because ripe: said of fruit 2. full-flavored; ...(not acid or bitter: said of wine, etc. 3. full, ...and pure; not harsh: said of sound, light, color, ...etc. 4. moist and rich; loamy: said of soil 5. ...and made gentle, understanding, and sympathetic ...experience 6. [Colloq.] genial or convivial, as ...drinking liquor —*vt., vi.* to make or become mellow

**RIPE** —mel′low·ly *adv.* —mel′low·ness *n.*

**...de·on** (mə lō′dē ən) *n.* [G. *melodion* coined (1806) ...Dietz, G. inventor, for another instrument < ...OFr. MELODY] a small keyboard organ in which ...tones are produced by drawing air through metal ...by means of a bellows operated by pedals: it is ...like a harmonium

**...di·a** (‑dē ə) *n.* [ModL. < LL. MELODY] an 8-foot ...stop with wooden pipes and a flutelike tone

**...ic** (mə lä′dik) *adj.* [Fr. *mélodique* < LL. *melodicus*] ...having the nature of. melody 2. *same as* MELODI-...—me·lod′i·cal·ly *adv.*

**...di·ous** (mə lō′dē əs) *adj.* [ME < OFr. *melodieus*] ...containing or producing melody 2. pleasing to hear; ...sweet; tuneful —me·lo′di·ous·ly *adv.* —me·lo′-...ous·ness *n.*

**...dist** (mel′ə dist) *n.* a singer or composer of melodies

**...dize** (‑dīz′) *vt.* ‑dized′, ‑diz′ing [ML. *melodizare*] ...to make melodious 2. to set to melody —*vi.* to make ...melody or compose melodies —mel′o·diz′er *n.*

**...lo·dra·ma** (mel′ə drä′mə, ‑dram′ə) *n.* [altered (after ...DRAMA) < Fr. *mélodrame* < Gr. *melos*, a song + Fr. *drame* ...(LL. *drama*)] 1. orig., a sensational or romantic stage ...play with interspersed songs and an orchestral accompani-...ment 2. now, a drama with exaggerated conflicts and ...emotions, stereotyped characters, etc. 3. any sensational, ...extravagantly emotional action, utterance, etc. —mel′-...dram′a·tist (‑dram′ə tist) *n.*

**mel·o·dra·mat·ic** (mel′ə drə mat′ik) *adj.* of, characteristic ...of, or like melodrama; sensational, violent, and extrav-...agantly emotional —mel′o·dra·mat′i·cal·ly *adv.*

**mel·o·dra·mat·ics** (‑iks) *n.pl.* melodramatic behavior

**mel·o·dy** (mel′ə dē) *n., pl.* ‑dies [ME. *melodie* < OFr. < ...LL. *melodia* < Gr. *melōidia* < *melos*, song (see MELIC) + ...*aeidein*, to sing: see ODE] 1. *a)* pleasing sounds or arrange-...ment of sounds in sequence *b)* musical quality, as in the ...arrangement of words 2. *Music a)* a sequence of single ...tones, usually in the same key or mode, to produce a ...rhythmic whole; often, a tune, air, or song *b)* the element ...of form having to do with the arrangement of single tones ...in sequence: distinguished from HARMONY *c)* the leading ...part, or voice, in a harmonic composition; the air

**SYN.**—melody refers to the rhythmic arrangement of tones in ...sequence to express a musical idea; air, in strict application, refers ...to the principal, or leading, melody of a harmonized composition, ...but it is sometimes used as an equivalent of tune, which is the ...popular term for any easily remembered melody that identifies ...a song, dance, etc.

**mel·oid** (mel′oid) *n.* [< ModL. *Meloidae*, name of the ...family < *meloe*, oil beetle] *same as* BLISTER BEETLE —*adj.* ...of such beetles

**mel·o·lon·thid** (mel′ə län′thid) *n.* [< Gr. *mēlolonthē*, ...cockchafer + ‑ID] any of various beetles (family Melo-...lonthidae) including the cockchafers, June bugs, etc ...whose larvae feed chiefly on roots —*adj.* of these beetles

**mel·on** (mel′ən) *n.* [ME. < OFr. < LL. *melo* (gen. *melonis*), ...for L. *melopepo* < Gr. *mēlopepōn*, apple-shaped melon < ...*mēlon*, apple + *pepōn*, melon] 1. any of several large, ...juicy, thick-skinned, many-seeded fruits of certain trailing ...plants of the gourd family, as the watermelon, muskmelon, ...cantaloupe, etc. 2. any of these plants ☆3. [Slang] profits, ...winnings, political spoils, or the like, for distribution among ...stockholders, etc.: chiefly in *cut a melon*, to distribute ...such profits, etc.

**Me·los** (mē′läs) *same as* MÍLOS

**Mel·pom·e·ne** (mel päm′ə nē′) [L. < Gr. *Melpomenē* < ...*melpein*, to sing] *Gr. Myth.* the Muse of tragedy

**Mel·rose** (mel′rōz) village in SE Scotland: site of the ruins ...of a Cistercian abbey

**melt** (melt) *vt., vi.* melt′ed, melt′ing, archaic pp. mol′ten ...[ME. *mellen* < OE. *meltan, vi., miellan, vt.*: for IE. base ...see MILL¹] 1. to change from a solid to a liquid state, ...generally by heat 2. to dissolve; disintegrate 3. to dis-...appear or cause to disappear gradually (often with *away*) ...4. to merge gradually; blend [the sea *melting* into the sky] ...5. to soften; make more gentle and tender [a story ...

to *melt our hearts* ] —*n.* 1. a melting or being melted 2. something melted 3. the quantity melted at one operation or during one period —*melts down* to melt (previously formed metal) so that it can be cast or molded again —*melt in one's mouth* 1. to require little or no chewing: said of tender meat 2. to taste especially de- licious —melt′a·ble *adj.* —melt′er *n.* —melt′ing·ly *adv.*

**SYN.**—melt implies the bringing of a substance from its solid to its liquid state, usually by heat [to *melt* butter]; dissolve refers specifically to the reduction of a solid to a liquid by placing it in another liquid so that its particles are evenly distributed among those of the solvent [to *dissolve* sugar in water]; liquefy is the general term meaning to change to a liquid state and may be applied to gases as well as solids; thaw implies the reducing of a frozen substance to its normal state, usually to a liquid or a semiliquid, by raising its temperature [the ice has *thawed*] —ANT. solidify, freeze

**melt·age** (‑ij) *n.* 1. the act of melting 2. the thing or quantity resulting from melting

**melt·down** (‑doun′) *n.* a situation in which a defect in the cooling system of a nuclear reactor can result in the melting of the fuel rods, the sinking of the core into the earth, and the release of dangerous radiation

**melting point** the temperature at which a specified solid becomes liquid

**melting pot** 1. a container in which metals or other substances are melted; crucible 2. a country, place, etc. in which immigrants of various nationalities and races are assimilated

**Mel·ton** (mel′t′n) *n.* [< *Melton Mowbray* in Leicestershire, England] a heavy woolen cloth with a smooth surface and a short nap, used for overcoats

**melt. pt.** melting point

**melt·wa·ter** (melt′wôt′ər, ‑wät′ər) *n.* water produced by the melting of snow or ice

**Mel·ville** (mel′vil) [< the surname (orig. place name)] 1. a masculine name; var. *Melvil* 2. Herman, 1819-91; U.S. novelist

**Melville Island** 1. island of Canada in the Arctic Ocean, north of Victoria Island: 16,141 sq. mi. 2. island of Australia, off the N coast: c. 2,400 sq. mi.

**Melville Peninsula** peninsula in NE Canada, opposite Baffin Island: c. 250 mi. long

**Mel·vin** (mel′vin) [< ? OE. *mæl*, *mæthel*, council + *wine*, friend, protector] a masculine name

**mem** (mem) *n.* [Heb. *mēm*, lit., water: see M] the thirteenth letter of the Hebrew alphabet (מ, ם)

**mem.** 1. member 2. memoir 3. memorandum 4. memorial

**mem·ber** (mem′bər) *n.* [ME. *membre* < OFr. < L. *membrum* < IE. *mēmsro‑*, var. of *mēmsŏ‑*, flesh, whence Sans. *māṁsá‑*, Goth. *mimz*; flesh] 1. a part or organ of a human or animal body; specif., *a)* an arm or leg *b)* the penis 2. a part of a plant considered with regard to structure or position rather than function 3. *a)* a distinct part or element of a whole, as of a mathematical equation, a sentence, a syllogism, a series, a building, a bridge, etc. *b)* a part or division in a system of classification [species are *members* of a genus] 4. a person belonging to some association, society, community, party, etc. 5. [M‑] *a)* a Member of Congress, in the House of Representatives *b)* a Member of Parliament, in the House of Commons *c)* a Member of the Canadian Parliament —mem′bered *adj.*

**mem·ber·ship** (‑ship′) *n.* 1. the state of being, or status as, a member 2. members collectively, as of an organiza- tion 3. the number of members

**mem·brane** (mem′brān) *n.* [L. *membrana*, membrane, fine skin, parchment, < *membrum*, member] a thin, soft, pliable sheet or layer, especially of animal or vegetable tissue, serving as a covering or lining, as for an organ or part —mem′braned *adj.*

**membrane bone** a bone developed in a connective tissue membrane rather than in cartilage

**mem·bra·nous** (mem′brə nəs) *adj.* [Fr. *membraneux* < L. *membraneus*] 1. of, having the nature of, or like mem- brane 2. characterized by the forming of a membrane: said of some diseases Also mem′bra·na′ceous (‑nā′shəs)

**membranous labyrinth** the soft tissue structure con- forming to the bony labyrinth of the inner ear: see EAR¹

**Me·mel** (mā′məl) *E.* mem′əl) *Ger. name of* KLAIPĖDA

**me·men·to** (mi men′tō, mə‑) *n., pl.* ‑tos, ‑toes [L., im- perative of *meminisse*, to remember: for IE. base see MIND¹] 1. [M‑] *R.C.Ch.* either of two prayers in the Canon of the Mass, one for the living and one for the dead, be- ginning "Memento" 2. anything serving as a reminder or warning or, now esp., a souvenir

**me·men·to mo·ri** (mi men′tō mô′ri, ‑rē) [L., remember that you must die] any reminder of death

**Mem·ling** (mem′liŋ), Hans 1433?-94; Fl. painter, prob. born in Germany; also Mem′line (‑lin)

**Mem·non** (mem′nän) [L. < Gr. *Memnōn*] 1. *Gr. Myth.* an Ethiopian king killed by Achilles in the Trojan War and made immortal by Zeus 2. a gigantic statue of an Egyptian king at Thebes, said to have emitted a musical sound at sunrise —Mem·no′ni·an (‑nō′nē ən) *adj.*