# EXHIBIT 8

# Remington's Pharmaceutical Sciences

*100 YEARS*

# Remington's
# Pharmaceutical
# Sciences

# 17



**17**TH
EDITION

# Remington's

**ALFONSO R GENNARO**

*Editor, and Chairman
of the Editorial Board*

# Pharmaceutical

# Sciences

## 1985

MACK PUBLISHING COPMANY

Easton, Pennsylvania 18042

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington, DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, by The Philadelphia College of Pharmacy and Science

All Rights Reserved

*Med Lb*
*RS91*
*R4*
*+*
*Oversize*
*1985*

Library of Congress Catalog Card No 60-53334

ISBN 0-912734-03-5

The use of portions of the text of USP XX, NF XV, and USAN and the USP Dictionary of Drug Names is by permission of the USP Convention. The Convention is not responsible for any inaccuracy of quotation or for any false or misleading implication that may arise from separation of excerpts from the original context or by obsolescence resulting from publication of a supplement

NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF). In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail

Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania

**Remington's Pharmaceutical Sciences** . . . *a treatise on the theory and practice of the pharmaceutical sciences, with essential information about pharmaceutical and medicinal agents; also a guide to the professional responsibilities of the pharmacist as the drug-information specialist of the health team . . . A textbook and reference work for pharmacists, physicians, and other practitioners of the pharmaceutical and medical sciences.*

| EDITORS | Alfonso R Gennaro, *Chairman* | Robert E King |
|---|---|---|
| | Grafton D Chase | Alfred N Martin |
| | Melvin R Gibson | Thomas Medwick |
| | C Boyd Granberg | Ewart A Swinyard |
| | Stewart C Harvey | Gilbert L Zink |

**AUTHORS**      The 109 chapters of this edition of *Remington's Pharmaceutical Sciences* were written by the editors, by members of the Editorial Board, and by other authors listed on pages ix to xi.

**Production Manager**      Christine L Bailey

**Directors**      William A Thawley, 1980–1983
Allen Misher 1984–1985

Seventeenth Edition—1985

*Published in the 165th year of the*
PHILADELPHIA COLLEGE OF PHARMACY AND SCIENCE

# Remington Historical / Biographical Data

The following is a record of the editors and the dates of publication of successive editions of this book, prior to the 13th Edition known as *Remington's Practice of Pharmacy* and subsequently as *Remington's Pharmaceutical Sciences*.

**First Edition, 1886**           Joseph P Remington
**Second Edition, 1889**
**Third Edition, 1897**
**Fourth Edition, 1905**

**Fifth Edition, 1907**           Joseph P Remington
**Sixth Edition, 1917**           *Assisted by*
                                  E Fullerton Cook

**Seventh Edition, 1926**

*Editors*
  E Fullerton Cook
  Charles H LaWall

**Eighth Edition, 1936**

*Editors*                 *Associate Editors*
  E Fullerton Cook          Ivor Griffith
  Charles H LaWall          Adley B Nichols
                            Arthur Osol

**Ninth Edition, 1948**      *Editors*
                              E Fullerton Cook
                              Eric W Martin

**Tenth Edition, 1951**      *Editors*
                              E Fullerton Cook
                              Eric W Martin

**Eleventh Edition, 1956**

*Editors*                 *Associate Editors*
  Eric W Martin             E Emerson Leuallen
  E Fullerton Cook          Arthur Osol
                            Linwood F Tice
                            Clarence T Van Meter

**Twelfth Edition, 1961**

*Editors*                 *Assistant to the Editors*
  Eric W Martin             John E Hoover
  E Fullerton Cook
  E Emerson Leuallen
  Arthur Osol
  Linwood F Tice
  Clarence T Van Meter

**Thirteenth Edition, 1965**

*Editor-in-Chief*
  Eric W Martin
*Editors*
  Grafton D Chase           Robert E King
  Herald R Cox              E Emerson Leuallen
  Richard A Deno            Arthur Osol
  Alfonso R Gennaro         Ewart A Swinyard
  Stewart C Harvey          Clarence T Van Meter
            *Managing Editor*
              John E Hoover

**Fourteenth Edition, 1970**

*Chairman, Editorial Board*
  Arthur Osol
*Editors*
  Grafton D Chase           Robert E King
  Richard A Deno            Alfred N Martin
  Alfonso R Gennaro         Ewart A Swinyard
  Melvin R Gibson           Clarence T Van Meter
  Stewart C Harvey          Bernard Witlin
            *Managing Editor*
              John E Hoover

**Fifteenth Edition, 1975**

*Chairman, Editorial Board*
  Arthur Osol
*Editors*
  John T Anderson           C Boyd Granberg
  Cecil L Bendush           Stewart C Harvey
  Grafton D Chase           Robert E King
  Alfonso R Gennaro         Alfred N Martin
  Melvin R Gibson           Ewart A Swinyard
            *Managing Editor*
              John E Hoover

**Sixteenth Edition, 1980**

*Chairman, Editorial Board*
  Arthur Osol
*Editors*
  Grafton D Chase           Robert E King
  Alfonso R Gennaro         Alfred N Martin
  Melvin R Gibson           Ewart A Swinyard
  C Boyd Granberg           Gilbert L Zink
  Stewart C Harvey

# Editorial Board Members and Editors

**Alfonso R Gennaro, PhD** / *Philadelphia College of Pharmacy and Science*—Director of Graduate Studies and Professor of Chemistry. Chairman of the Editorial Board and Editor, *Remington's Pharmaceutical Sciences.*

**Grafton D Chase, PhD** / *Philadelphia College of Pharmacy and Science*—Professor of Chemistry; Chairman, Department of Chemistry. Editor, Part 4, *Radioisotopes in Pharmacy and Medicine.* Author, Chapters 28, 29.

**Melvin R Gibson, PhD** / *Washington State University College of Pharmacy*—Professor of Pharmacognosy. Editorial Board member. Editor, Part 9, *Pharmaceutical Practice.* Author, Chapters 1, 4.

**C Doyd Granberg, PhD** / *Drake University College of Pharmacy*—Dean and Professor of Pharmacy. Editor, Part 1, *Orientation.* Author, Chapter 7.

**Stewart C Harvey, PhD** / *University of Utah School of Medicine*—Professor of Pharmacology. Editorial Board member. Editor, Part 6, *Pharmaceutical and Medicinal Agents.* Author, Chapters 37, 40, 42, 45 to 49, 51, 63, 64; Coauthor, Chapters 38, 43, 52.

**Robert E King, PhD** / *Philadelphia College of Pharmacy and Science*—Professor of Industrial Pharmacy. Editorial Board member. Editor, Part 8, *Pharmaceutical Preparations and Their Manufacture.* Coauthor, Chapter 86.

**Alfred N Martin, PhD** / *University of Texas at Austin College of Pharmacy*—Sublett Professor of Pharmaceutics, Drug Dynamics Institute. Editorial Board member. Editor, Part 2, *Pharmaceutics.* Coauthor, Chapter 21.

**Thomas Medwick, PhD** / *Rutgers University*—Professor and Chairman, Department of Pharmaceutical Chemistry. Editorial Board member. Editor, Part 3, *Pharmaceutical Chemistry,* and Part 5, *Testing and Analysis.* Coauthor, Chapter 30.

**Ewart A Swinyard, PhD** / *University of Utah*—Professor Emeritus of Pharmacology, College of Pharmacy and School of Medicine. Editorial Board member. Editor, Part 6, *Pharmaceutical and Medicinal Agents.* Author, Chapters 41, 44, 50, 55 to 62, 65, 67, 72; Coauthor, Chapter 68.

**Gilbert L Zink, PhD** / *Philadelphia College of Pharmacy and Science*—Associate Professor of Biology. Editor, Part 7, *Biological Products.* Author, Chapter 73.

# Authors

The following contributors to the Seventeenth Edition of *Remington's Pharmaceutical Sciences* served as authors or coauthors, along with the editors and members of the Editorial Board, of the 109 chapters of this book.

**Hamed P Abdou, PhD** / Director of Product Quality Control, E R Squibb & Sons; Author of Chapter 34, *Instrumental Methods of Analysis* and Chapter 35, *Dissolution*.

**John Adams, PhD** / Vice President, Scientific & Professional Relations, Pharmaceutical Manufacturers Association; Author of Chapter 8, *Research*.

**Mary Celeste Alessandri, BA** / Free Lance Writer; Coauthor of Chapter 26, *Drug Nomenclature and United States Adopted Names*.

**Joan Anderson, MSc** / Clinical Assistant Professor of Pharmacy, Philadelphia College of Pharmacy & Science; Coauthor of Chapter 99, *Patient Communication*.

**Howard C Ansel, PhD** / Professor of Pharmacy & Dean, School of Pharmacy, University of Georgia; Author of Chapter 101, *The Prescription*.

**Kenneth E Avis, DSc** / Goodman Professor and Chairman, Department of Pharmaceutics, College of Pharmacy, University of Tennessee; Author of Chapter 85, *Parenteral Preparations*.

**Leonard Bailey, PhD** / Associate Professor of Pharmaceutical Chemistry, Rutgers University College of Pharmacy; Author of Chapter 33, *Chromatography*.

**Thomas Blake, RPh** / Director, Regulatory Drug Affairs, Pharmaceutical Division, Ciba-Geigy Corp; Author of Chapter 5, *Pharmacists in Industry*.

**Lawrence H Block, PhD** / Professor of Pharmaceutics, Duquesne University College of Pharmacy; Author of Chapter 88, *Medicated Applications*.

**Joseph B Bogardus, PhD** / Associate Director, Pharmaceutical Research & Development, Bristol Myers Co; Coauthor of Chapter 18, *Reaction Kinetics*.

**John A Bosso, PharmD** / Associate Professor of Clinical Pharmacy, College of Pharmacy, University of Utah; Coauthor of Chapter 36, *Diseases: Manifestations and Pathophysiology*.

**Arthur A Cammarata, PhD** / Professor of Physical Medicinal Chemistry, School of Pharmacy, Temple University; Author of Chapter 15, *Thermodynamics*.

**Alan Cheung, PharmD** / Deputy Director, Pharmacy Service, Veterans' Association, Washington DC; Coauthor of Chapter 96, *Long-Term Care Facilities*.

**Joseph L Ciminera, DSc** / Director, Biometrics Long Term Planning, Merck Sharp & Dohme Research Laboratories; Author of Chapter 10, *Statistics*.

**Anthony J Cutie, PhD** / Director of Pharmaceutics & Industrial Pharmacy, Professor of Pharmaceutics, Anna and Marie Schwartz College of Pharmacy; Coauthor of Chapter 93, *Aerosols*.

**Ara Der Marderosian, PhD** / Professor of Pharmacognosy, Philadelphia College of Pharmacy & Science; Author of Chapter 66, *Pesticides*.

**Anthony R DiSanto, PhD** / Director, Clinical Biopharmaceutics/ New Formulation Development, The Upjohn Co; Author of Chapter 77, *Bioavailability and Bioequivalency Testing*.

**Clarence A Discher, PhD** / Professor Emeritus, Rutgers University; Author of Chapter 23, *Inorganic Pharmaceutical Chemistry*.

**Barry N Eigen, MBA** / President, Sickroom Service, Milwaukee WI; Author of Chapter 104, *Health Accessories*.

**Clyde R Erskine, BSc** / Director, Corporate Quality Assurance, SmithKline Beckman Corporation; Author of Chapter 83, *Quality Assurance and Control*.

**Lorraine Evans, BS, H(ASCP)** / Clinical Pathology, Bristol-Myers Co; Coauthor of Chapter 32, *Clinical Analysis*.

**Joseph L Fink III, BS(Pharm), JD** / Assistant Dean & Professor, College of Pharmacy, University of Kentucky; Coauthor of Chapter 107, *Laws Governing Pharmacy*

**Michael R Franklin, PhD** / Professor of Pharmacology, College of Pharmacy & School of Medicine, University of Utah, Author of Chapter 54, *Enzymes*.

**Donald G Fraser, PharmD** / Director of Medical & Clinical Affairs, Reid-Provident Laboratories; Author of Chapter of 103, *Utilization and Evaluation of Clinical Drug Literature*.

**James W Freston, MD, PhD** / Professor & Chairman, Department of Medicine, University of Connecticut; Coauthor of Chapter 36, *Diseases: Manifestations and Pathophysiology*.

**Philip P Gerbino, PharmD** / Professor of Clinical Pharmacy, Philadelphia College of Pharmacy & Science; Coauthor of Chapter 99, *Patient Communication*.

**Thomas J Gildea, BSc** / Manager, Data Quality Assurance & Scientific Computing, G D Searle & Company; Coauthor of Chapter 11, *Computer Science*.

**Robert L Giles, BA** / Vice President & General Manager, Glenn Beall Engineering Co, Gurnee IL; Coauthor of Chapter 81, *Plastic Packaging Material*.

**Harold N Godwin, MS** / Professor & Director of Pharmacy, University of Kansas; Author of Chapter 95, *Institutional Patient Care*.

**Frederick J Goldstein, PhD** / Professor of Pharmacology, Philadelphia College of Pharmacy & Science; Coauthor of Chapter 71, *Pharmacological Aspects of Drug Abuse*.

**Larry D Grieshaber, PhD** / Veterans Administration Medical Center, St Louis MO; Coauthor of Chapter 3, *Ethics*.

**Frank E Halleck, PhD** / Corporate Director for Scientific Affairs, American Sterilizer Corporation; Coauthor of Chapter 79, *Sterilization*.

**William I Higuchi, PhD** / Distinguished Professor & Chairman, Department of Pharmaceutics, College of Pharmacy, University of Utah; Coauthor of Chapter 21, *Particle Phenomena and Coarse Dispersions*.

**Norman F H Ho, PhD** / Professor of Pharmaceutics, College of Pharmacy, University of Michigan; Coauthor of Chapter 21, *Particle Phenomena and Coarse Dispersions*.

**Daniel A Hussar, PhD** / Remington Professor of Pharmacy, Philadelphia College of Pharmacy & Science; Author of Chapter 100, *Patient Compliance* and Chapter 102, *Drug Interactions*.

**Joseph B Jerome, PhD** / Secretary Emeritus, United Adopted Names Council; Coauthor of Chapter 26, *Drug Nomenclature—United States Adopted Names*.

***Lloyd Kennon, PhD** / Associate Professor Industrial Pharmacy Program Director, Arnold & Marie Schwartz College of Pharmacy & Health Sciences; Coauthor of Chapter 13, *Molecular Structure, Properties, and States of Matter*.

**Adelbert M Knevel, PhD** / Professor of Medicinal Chemistry & Associate Dean, School of Pharmacy & Pharmacal Sciences, Purdue University; Author of Chapter 78, *Separation*.

**Harry B Kostenbauder, PhD** / Associate Dean for Research, College of Pharmacy, University of Kentucky; Author of Chapter 18, *Reaction Kinetics*.

**Richard Kronenthal, PhD** / Director of Research, Ethicon Inc; Author of Chapter 105, *Surgical Supplies*.

**Austin H Kutscher, DDS** / Professor of Dentistry (in Psychiatry) and Director, New York State Psychiatric Institute Dental Service, School of Dental & Oral Surgery, Columbia University; Author of Chapter 109, *Dental Services*.

**Eric J Lien, PhD** / Professor of Pharmacy & Pharmaceutics, School of Pharmacy, University of Southern California; Coauthor of Chapter 13, *Molecular Structure, Properties, and States of Matter*.

**Joseph A Linkewich, PharmD** / Director, Pharmacy Service, Jeanes Hospital, Philadelphia 19111, PA; Author of Chapter 69, *Adverse Effects of Drugs*.

* Deceased

x

Carl J Lintner, PhD / Lintner Associates, Kalamazoo MI; Author of Chapter 82, *Stability of Pharmaceutical Products.*

Mark A Longer, BSc / Research Assistant, School of Pharmacy, University of Wisconsin; Coauthor of Chapter 92, *Sustained Release Drug Delivery Systems.*

Werner Lowenthal, PhD / Professor of Pharmacy & Pharmaceutics, School of Pharmacy, Commonwealth University of Virginia; Author of Chapter 9, *Metrology and Calculation* and Coauthor of Chapter 68, *Pharmaceutical Necessities.*

John D Mullins, PhD / Director, Pharmaceutical Services, Alcon Laboratories, Fort Worth TX; Author of Chapter 87, *Ophthalmic Preparations.*

Marvin C Myer, PhD / Professor of Pharmaceutics and Associate Dean for Graduate & Research Programs, College of Pharmacy, University of Tennessee; Author for Chapter 14, *Complexation.*

Maven J Myers, JD, PhD / Dean of Health Sciences & Professor of Pharmacy Administration, Philadelphia College of Pharmacy & Science; Coauthor of Chapter 3, *Ethics.*

J G Nairn, PhD / Professor of Pharmacy, Faculty of Pharmacy, University of Toronto; Author of Chapter 84, *Solutions, Emulsions, Suspensions, and Extractives.*

Paul J Niebergall, PhD / Professor of Pharmaceutics & Director for Pharmaceutical Development, Medical University of South Carolina; Author of Chapter 17, *Ionic Solutions and Electrolytic Equilibria.*

Steven J Padula, MD / Instructor, Department of Medicine, University of Connecticut Health Center; Coauthor of Chapter 36, *Diseases: Manifestations and Pathophysiology.*

Richard W Pecina, PhD / President, Richard W Pecina & Associates, Waukegan IL; Coauthor of Chapter 81, *Plastic Packaging Materials.*

G Briggs Phillips, PhD / Senior Vice President for Scientific Affairs, Health Industries Manufacturers Association; Coauthor of Chapter 79, *Sterilization.*

Nicholas G Popovich, PhD / Associate Professor of Pharmacy Practice, School of Pharmacy & Pharmacal Sciences, Purdue University; Author of Chapter 94, *Ambulatory Patient Care.*

Stuart C Porter, PhD / COLORCON Inc, Author of Chapter 91, *Coating of Pharmaceutical Dosage Forms.*

James W Ravin, MBA / Professor of Pharmacy Administration, College of Pharmacy, University of Michigan; Author of Chapter 108, *Pharmaceutical Economics and Management.*

Edward W Rippie, PhD / Professor of Pharmaceutics, College of Pharmacy, University of Minnesota; Author of Chapter 12, *Calculus* and of Chapter 89, *Powders.*

Joseph R Robinson, PhD / Professor of Pharmacy, School of Pharmacy, University of Wisconsin; Coauthor of Chapter 92, *Sustained Drug Delivery Systems.*

Frank Roia, PhD / Dean of Students and Professor of Biology, Philadelphia College of Pharmacy & Science; Author of Chapter 74, *Immunizing Agents and Diagnostic Skin Antigens*

Douglas E Rollins, MD, PhD / Associate Professor of Medicine, School of Medicine & College of Pharmacy, University of Utah; Author of Chapter 39, *Clinical Pharmacokinetics.*

G Victor Rossi, PhD / Vice President for Academic Affairs and Professor of Pharmacology, Philadelphia College of Pharmacy & Science; Author of Chapter 31, *Biological Testing* and Coauthor of Chapter 71, *Pharmacological Aspects of Drug Abuse.*

Paul G Sanders, MS / Consulting Biostatistician, G D Searle & Co; Coauthor of Chapter 11, *Computer Science.*

Hans Schott, PhD / Professor of Pharmaceutics, School of Pharmacy, Temple University; Author of Chapter 20, *Colloidal Dispersions* and of Chapter 22, *Rheology.*

Joseph B Schwartz, PhD / Professor of Pharmaceutics, Philadelphia College of Pharmacy & Science; Coauthor of Chapter 90, *Oral Solid Dosage Forms.*

John J Sciarra, PhD / Executive Dean & Professor of Industrial Pharmacy, Arnold & Marie Schwartz College of Pharmacy & Health Sciences; Coauthor of Chapter 93, *Aerosols.*

John H Shinkai, PhD / Associate Professor of Pharmaceutical Chemistry, Rutgers University; Coauthor of Chapter 24, *Organic Pharmaceutical Chemistry*

Richard H Shough, PhD / Associate Dean and Professor, College of Pharmacy, University of Oklahoma; Author of Chapter 75, *Allergenic Extracts.*

Frederick P Siegel, PhD / Professor of Pharmacy, College of Pharmacy, University of Illinois; Author of Chapter 80, *Tonicity, Osmoticity, Osmolality, and Osmolarity.*

Anthony P Simonelli, PhD / Professor of Pharmaceutics, School of Pharmacy and Institute of Material Science, University of Connecticut; Coauthor of Chapter 21, *Particle Phenomena and Coarse Dispersions.*

Larry M Simonsmeier, BS, PharmD / Dean & Associate Professor, College of Pharmacy, Washington State University; Coauthor of Chapter 107, *Laws Governing Pharmacy*

Milton W Skolaut, BSc / Director, Department of Pharmacy, Duke University Hospital; Author of Chapter 6, *Pharmacists in Government.*

Robert D Smyth, PhD / Vice President, Research Support, Bristol-Myers Co; Coauthor of Chapter 32, *Clinical Analysis.*

Theodore D Sokoloski, PhD / Professor of Pharmacy, College of Pharmacy, Ohio State University; Author of Chapter 16, *Solutions and Phase Equilibria.*

Glenn Sonnedecker, PhD / Professor, History of Pharmacy, School of Pharmacy, University of Wisconsin; Author of Chapter 2, *Evolution of Pharmacy.*

Frederick J Spencer, MB, BS, MPH / Professor & Chairman, Department of Preventative Medicine, School of Medicine, Medical College of Virginia; Author of Chapter 97, *The Pharmacist and Public Health.*

James Swarbrick, DSc, PhD / Professor & Chairman, Division of Pharmaceutics, School of Pharmacy, University of North Carolina; Coauthor of Chapter 21, *Particle Phenomena and Coarse Dispersions.*

Anthony R Temple, MD / Medical Director, McNeil Consumer Products; Author of Chapter 108, *Poison Control.*

John P Tischio, PhD / Director, Clinical Drug Testing, Pragma Bio-Tech Inc; Author of Chapter 70, *Pharmacogenetics.*

Salvatore J Turco, PharmD / Professor of Pharmacy, Temple University; Coauthor of Chapter 86, *Intravenous Mixtures.*

John W Turczan, BS / NMR Spectroscopist, Food & Drug Administration, Brooklyn NY; Coauthor of Chapter 30, *Analysis of Medicinals.*

Vincent S Venturella, PhD / Senior Technical Fellow, Roche Research Center, Hoffman-LaRoche Inc; Author of Chapter 25, *Natural Products.*

Peter H Vlasses, PharmD / Associate Director, Clinical Pharmacology & Associate Professor of Medicine, Thomas Jefferson University College of Medicine; Coauthor of Chapter 96, *Long-Term Care Facilities.*

Albert J Wertheimer, PhD / Professor & Director, Department of Graduate Studies in Social & Administrative Pharmacy, College of Pharmacy, University of Minnesota; Author of Chapter 98, *The Patient: Behavioral Determinants.*

Dean D Wittwer, PhD / Associate Professor of Pharmacology, School of Medicine, University of Utah; Coauthor of Chapter 39, *Basic Pharmacokinetics*; Chapter 43, *Cardiovascular Drugs*; and Chapter 52, *Hormones.*

Murray Zanger, PhD / Professor of Chemistry, Philadelphia College of Pharmacy & Science; Author of Chapter 27, *Structure-Activity Relationship and Drug Design.*

George Zografi, PhD / Professor, School of Pharmacy, University of Wisconsin; Author of Chapter 19, *Interfacial Phenomena.*

# CHAPTER 89

# Powders

**Edward G Rippie, PhD**

Professor of Pharmaceutics
College of Pharmacy, University of Minnesota
Minneapolis, MN 55455

Powders are encountered in almost every aspect of pharmacy, both in industry and in practice. Drugs and other ingredients, when they occur in the solid state in the course of being processed into a dosage form, usually are in a more or less finely divided condition. Frequently this is a powder whose state of subdivision is critical in determining its behavior both during processing and in the finished dosage form. Apart from their use in the manufacture of tablets, capsules, suspensions, etc, powders also occur as a pharmaceutical dosage form. While use of powders as a dosage form has declined, the properties and behavior of finely divided solids material are of considerable importance in pharmacy.

This chapter is intended to provide an introduction to the fundamentals of powder mechanics and to the primary means of powder production and handling. The relationships of the principles of powder behavior to powders as dosage forms are discussed.

## Production Methods

### Molecular Aggregation

**Precipitation and Crystallization**—These two processes are fundamentally similar and depend on achieving three conditions in succession: (1) a state of supersaturation (supercooling in the case of crystallization from a melt), (2) formation of nuclei, and (3) growth of crystals or amorphous particles.

Supersaturation can be achieved through evaporation of solvent from a solution, cooling of the solution if the solute has a positive heat of solution, by production of additional solute as a result of a chemical reaction, or by a change in the solvent medium by addition of various soluble secondary substances. In the absence of seed crystals, significant supersaturation is required to initiate the crystallization process through formation of nuclei. A nucleus is thought to consist of from ten to a few hundred molecules having the spatial arrangement of the crystals that will ultimately be grown from them. Such small particles are shown by the Kelvin equation to be more soluble than large crystals and, therefore, to require supersaturation, relative to large crystals, for their formation and subsequent growth. It is a gross oversimplification to assume that, for a concentration gradient of a given value, the rate of crystallization is the negative of the rate of dissolution. The latter is generally somewhat greater.

Depending on the conditions of crystallization, it is possible to control or modify the nature of the crystals obtained. When polymorphs exist, careful temperature control and seeding with the desired crystal form are often necessary. The habit or shape of a given crystal form is often highly dependent on impurities in solution, pH, rate of stirring, rate of cooling, and the solvent. Very rapid rates of crystallization can result in impurities being included in the crystals by entrapment.

**Spray Drying**—Atomization of a solution of one or more solids *via* a nozzle, spinning disk, or other device, followed by evaporation of the solvent from the droplets is termed spray drying. The nature of the powder that results is a function of several variables, including the initial solute concentration, size distribution of droplets produced, and rate of solvent removal. The weight of a given particle is determined by the volume of the droplet from which it was derived and by the solute concentration. The particles produced are aggregates of primary particles consisting of crystals and/or amorphous solids, depending on the rate and conditions of solvent removal. This approach to the powdered state provides the opportunity to incorporate multiple solid substances into individual particles at a fixed composition, independent of particle size, and avoiding difficulties that can arise in attempting to obtain a uniform mixture of several powdered ingredients by other procedures.

### Particle Size Reduction

Comminution in its broadest sense is the mechanical process of reducing the size of particles or aggregates. Thus, it embraces a wide variety of operations including cutting, chopping, crushing, grinding, milling, micronizing, and trituration, which depend primarily on the type of equipment employed. The selection of equipment in turn is determined by the characteristics of the material; the initial particle size, and the degree of size reduction desired. For example, very large particles may require size reduction in stages simply because the equipment required to produce the final product will not accept the initial feed, as in crushing prior to grinding. In the case of vegetable and other fibrous material, size reduction generally must be, at least initially, accomplished by cutting or chopping. Chemical substances used in pharmaceuticals, in contrast, generally need not be subjected to either crushing or cutting operations prior to reduction to the required particle size. However, these materials do differ considerably in melting point, brittleness, hardness, and moisture content, all of which affect the ease of particle size reduction and dictate the choice of equipment. The heat generated in the mechanical grinding, in particular, presents problems with materials which tend to liquefy or stick together and with the thermolabile products which may degrade unless the heat is dissipated by use of a flowing stream of water or air. The desired particle size, shape, and size distribution must also be considered in the selection of grinding or milling equipment. For example, attrition mills tend to produce spheroidal, more free-flowing particles than do impact-type mills, which yield more irregular-shaped particles.

**Fracture Mechanics**—Reduction of particle size through fracture requires application of mechanical stress to the material to be crushed or ground. Materials respond to stress by yielding, with consequent generation of strain. Depending on the time course of strain as a function of applied stress, materials can be classified according to their behavior over a continuous spectrum ranging from brittle to plastic. In the case of a totally brittle substance, complete rebound would occur on release of applied stress at stresses up to the yield point, where fracture would occur. In contrast, a totally

plastic material would not rebound nor would it fracture. The vast majority of pharmaceutical solids lie somewhere between these extremes and thus possess both elastic and viscous properties. Linear and, to a lesser extent, nonlinear visco-elastic theory has been well developed to account for quantitatively and explain the simultaneous elastic and viscous deformations produced in solids by applied stresses.

The energy expended by comminution ultimately appears as surface energy associated with newly created particle surfaces, internal free energy associated with lattice changes, and as heat. Most of the energy expressed as heat is consumed in the viscoelastic deformation of particles, friction, and in imparting kinetic energy to particles. Energy is exchanged among these modes and some is, of course, effective in producing fracture. It has been estimated that 1% or less of the total mechanical energy used is associated with newly created surface or with crystal lattice imperfections.

While the grinding process has been described mathematically, the theory of grinding has not been developed to the point where the actual performance of the grinding equipment can be predicted quantitatively. However, three fundamental laws have been advanced:

**Kick's Law**—The work required to reduce the size of a given quantity of material is constant for the same reduction ratio regardless of the original size of the initial material.

**Rittinger's Law**—The work used for particulate size reduction is directly proportional to the new surface produced.

**Bond's Law**—The work used to reduce the particle size is proportional to the square root of the diameter of the particles produced.

In general, however, these laws have been useful only in providing trends and qualitative information on the grinding process. Usually laboratory testing is required to evaluate the performance of particular equipment. A work index, developed from Bond's Law, is a useful way of comparing the efficiency of milling operations.[1] A grindability index, which has been developed for a number of materials, also can be used to evaluate mill performance.[2]

A number of other factors must also be considered in equipment selection. Abrasion or mill wear is an important factor in the grinding of hard materials, particularly in high-speed, close-clearance equipment (eg, hammer mills). In some instances mill wear may be so extensive as to lead to highly contaminated products and excessive maintenance costs that make the milling process uneconomical. Hardness of the material, which is often related to abrasiveness, must also be considered. This is usually measured on the Moh's Scale. Qualitatively, materials from 1 to 3 are considered as soft and from 8 to 10 as hard. Friability (ease of fracture) and fibrousness can be of equal importance in mill selection. Fibrous materials, eg, plant products, require a cutting or chopping action and cannot usually be reduced in size effectively by pressure or impact techniques. A moisture content above about 5% will in most instances also create a problem and can lead to agglomeration or even liquefaction of the milled material. Hydrates will often release their water of hydration under the influence of a high-temperature milling process and thus may require cooling or low-speed processing.

**Methods and Equipment**—When a narrow particle size distribution with a minimum of fines is desired, closed-circuit milling is advantageous. This technique combines the milling equipment with some type of classifier (see *Particle Size Measurement and Classification*). In the simplest arrangement, a screen is used to make the separation, and the oversize particles are returned to the mill on a continuous basis while the particles of the desired size pass through the screen and out of the grinding chamber. Overmilling, with its subsequent production of fines, is thereby minimized.

In order to avoid contamination or deterioration, the equipment used for pharmaceuticals should be fabricated of materials which are chemically and mechanically compatible with the substance being processed. The equipment should be readily disassembled for ease in cleaning to prevent cross-contamination. Dust-free operation, durability, simplified construction and operation, and suitable feed and outlet capacities are additional considerations in equipment selection.

While there is no rigid classification of large-scale comminution equipment, it generally is divided into three broad categories based on feed and product size:

1. *Coarse crushers* (eg, jaw; gyratory; roll and impact crushers).
2. *Intermediate grinders* (eg, rotary cutters; disk; hammer, roller, and chaser mills).
3. *Fine grinding mills* (eg, ball, rod, hammer, colloid, and fluid energy mills; high-speed mechanical screen and centrifugal classifier).

Machines in the first category are ordinarily employed where the size of the feed material is relatively large, ranging from $1\frac{1}{2}$ to 60″ in diameter. These are used most frequently in the mineral crushing industry and will not be considered further. The machines in the second category are used for feed materials of relatively small size and provide products which fall between 20- and 200-mesh. Those in the third category produce particles, most of which will pass through a 200-mesh sieve, though, often the particle size of the products from fine grinding mills is well into the micron range.

The comminution effect of any given operation can be described mathematically in terms of a matrix whose elements represent the probabilities of transformation of the various-size particles in the feed material to the particle sizes present in the output. The numerical values of the elements in the transition matrix can be determined experimentally and the matrix serves to characterize the mill. Matrices of this type are frequently a function of feed rate and feed particle size distribution but are useful in predicting mill behavior. Multiplication of the appropriate comminution matrix with the feed size distribution line-matrix yields the predicted output size distribution.

**Intermediate and Fine Grinding Mills**—The various types of comminuting equipment in this class generally employ one of three basic actions or, more commonly, a combination of these actions.

1. *Attrition*—This involves breaking down of the material by a rubbing action between two surfaces. The procedure is particularly applicable to the grinding of fibrous materials where a tearing action is required to reduce the fibers to powder.
2. *Rolling*—This uses a heavy rolling member to crush and pulverize the material. Theoretically, only a rolling-crushing type of action is involved, but in actual practice some slight attrition takes place between the face of the roller and the bed of the mill.
3. *Impact*—This involves the operation of hammers (or bars) at high speeds. These strike the lumps of material and throw them against each other or against the walls of the containing chamber. The impact causes large particles to split apart, the action continuing until small particles of required size are produced. In some instances high-velocity air or centrifugal force may be utilized to generate high impact velocities.

*Roller Mills* in their basic form consist of two rollers revolving in the same direction at different rates of speed. This principle, which provides particle size reduction mainly through compression (crushing) and shear has been applied to the development of a wide variety of roller mills. Some use multiple smooth rollers or corrugated, ribbed, or saw-toothed rollers to provide a cutting action. Most allow adjustment of the gap between rollers to control the particle size of the product. The roller mill is quite versatile and can be used to crush a variety of materials.

*Hammer Mills* consist of a rotating shaft on which are mounted either rigid or swing hammers (beaters). This unit is enclosed with a chamber containing a grid or removable screen through which the material must pass. On the upper part is the feed hopper. As the material enters the chamber, the rapidly rotating hammers strike against it and break it into



Fig 89-1. Sprout-Waldron double attrition mill.



Fig 89-2. Chaser mill (courtesy, MSD).

smaller fragments. These are swept downward against the screen where they undergo additional "hammering" action until they are reduced to a size small enough to pass through the openings and out. Oversize particles are hurled upward into the chamber where they also undergo further blows by the revolving hammers.

These mills operate at high speed and generally with controlled feed rate. Both impact and attrition provide the grinding action. Particle size is regulated by rotor speed, feed rate, type and number of hammers, clearance between hammers and chamber wall, and discharge openings. The higher the speed, the steeper the approach angle of the particle to the screen hole. Thus, for any screen size opening, the higher the blade speed, the smaller the particle obtained. Increasing the screen thickness will have a similar effect. In general flat-edged blades are most effective for pulverizing, while sharp-edged blades will act to chop or cut fibrous materials.

A wide range of particle sizes down to the micron size can be produced by these mills. The particle shape, however, is generally sharper and more irregular than that produced by compression methods. When very fine particles are desired, hammer mills can be operated in conjunction with an air classifier. Under such conditions a narrower particle size distribution and lower grinding temperatures are obtained. Fine pulverizing of plastic material can be accomplished in these mills by embrittlement with liquid $N_2$ or $CO_2$ or by jacketing the grinding chamber.

*Cutter Mills* are useful in reducing the particle size of fibrous material and act by a combined cutting and shearing action. They consist of a horizontal rotor in which are set a series of knives or blades. This rotor turns within a housing into which are set stationary bed knives. The feed is from the top and a perforated plate or screen is set into the bottom of the housing through which the finished product is discharged. The particle size and shape is determined by the plate size, gap between rotor and bed knives, and size of the openings. A number of rotor styles are available to provide different particle shapes and sizes, though cutter mills are normally not designed to produce particles finer than 80 to 100 mesh.

*Attrition Mills* make use of two stone or steel grinding plates, one or both of which revolve to provide grinding mainly through attrition. These mills are most suitable for friable or medium-hard, free-flowing material.

The Sprout-Waldron double runner attrition mill (Fig 89-1) is an example of a mill which utilizes two rotating disks revolving in opposite directions. The particle size reduction is controlled by varying the speed at which the disks revolve, the space between the disks, and the size and number of ridges and indentations in the face of the disks. By using other plates and shell construction, these mills can be adapted for coarse granulating, pulverizing, shredding, and cutting. Projecting spikes, when added to the rotating plates to mesh with spikes on the stationary plate, provide a milling action that is similar to that obtained with a hammer mill. By appropriate combination with a classifier, particle sizes ranging from 10 mesh to 20 $\mu$m can be obtained by these attrition mills.

*Chaser Mills* are so called because two heavy granite stones, mounted vertically like wheels and connected by a short horizontal shaft, are made to revolve or *chase* each other upon a granite base (Fig 89-2). In practice chasers are enclosed in a tight box or small room with airtight doors and the substances to be powdered are fed in from the top by an elongated funnel, the spout of which delivers the material in the path of the stones. The height of a curb in the mill may be increased and the fineness of the powder thereby influenced by its height. Revolution of the chasers produces an upward current of air; this carries over the lighter particles, which fall outside the curb and are subsequently collected as a fine powder.

*Pebble or Ball Mills*, sometimes called "pot mills" or "jar mills," are operated on the principle of attrition and impact, the grinding being effected by placing the substance in jars or cylindrical vessels, lined with porcelain or a similar hard substance and containing "pebbles" or "balls" of flint, porcelain, steel, or stainless steel. These cylindrical vessels revolve horizontally on their long axis and the tumbling of the pebbles or balls over one another and against the sides of the cylinder produces pulverization with a minimum loss of material. Ball milling is a relatively slow process and generally requires many hours to produce material of suitable fineness. In order to keep the grinding time within reasonable limits, coarse material (>10-mesh) should be preground before introduction into a ball mill. Fig 89-3 shows a sectional view of a single jar mill. Rod mills are a modification in which rods about 3″ shorter than the length of the mill are used in place of balls. This results in a lower production of fines and a somewhat more granular product.

*Vibrating Ball Mills*, which also combine attrition and impact, consist of a mill shell containing a charge of balls similar to rotating ball mills. However, in this case the shell is vibrated at some suitable frequency, rather than rotated. These mills offer the advantage of being free of rotating parts, and thus can be integrated readily into a particle classifying system or other ancillary equipment. Furthermore, there have been several studies which have demonstrated that the vibrating ball mill will grind at rates often as high as 20 to 30 times that of the conventional tumbling mill and offer a higher order of grinding rate and efficiency than other prevailing milling procedures.



Fig 89-3    Single jar mill.

*Fluid-Energy Mills* are used for pulverizing and classifying extremely small particles of many materials. The mills have no moving parts, grinding being achieved by subjecting the solid material to streams of high velocity elastic fluids, usually air, steam or an inert gas. The material to be pulverized is swept into violent turbulence by the sonic and supersonic velocity of the streams. The particles are accelerated to relatively high speeds and when they collide with each other the impact causes violent fracture of the particles.

A schematic representation of one type of fluid-energy mill is shown in Fig 89-4. The elastic grinding fluid is introduced through nozzles in the lower portion of the mill under pressures ranging from 25 to 300 pounds per square inch. In this way, a rapidly circulating flow of gas is generated in the hollow, doughnut-shaped mill. A Venturi feeder introduces the coarse material into the mill and the particles enter into the jet stream of rapidly moving gas. The raw material is quickly pulverized by mutual impact in the reduction chamber. As the fine particles form they are carried upward in the track. Particles are simultaneously ground and classified in this process. The smaller particles are entrapped by the drag of gas leaving the mill and are carried out to a collecting chamber or bag. Centrifugal force at the top of the chamber stratifies the larger, heavy particles and their greater momentum carries them downward and back to the grinding chamber.



CLASSIFIER

OUTLET FOR FINISHED
PRODUCT AND SPENT
FLUID

VENTURI
FEEDER

REDUCTION
CHAMBER

NOZZLES        AIR

Fig 89-4.    The Jet-O-Mizer fluid energy mill (courtesy, Fluid Energy).



Fig 89-5.    CentriMil, a centrifugal-impact mill, available in models ranging from 2 to 250 hp. A: Spinning rotor; B: rotor hub disks; C: impacters (courtesy, Entoleter).

A major advantage of the fluid-energy mill lies in the fact that the cooling effect of the grinding fluid as it expands in the grinding chamber more than compensates for the moderate heat generated during the grinding process. Another advantage in the use of these mills is the rather narrow range of particle sizes produced. When precise control of particle size is an important factor, the fluid-energy mill produces very narrow ranges of particles with minimum effort.

One major disadvantage is the necessity of controlling the feeding of the coarse, raw material into the jet stream. Often the feeding device becomes clogged by a clump of material, and special feeding devices must be built to produce a uniform rate of feed.

*Centrifugal-Impact Pulverizers* also have been found to be effective for the reduction of the particle size of a wide variety of materials ranging from very soft organic chemicals to hard abrasive minerals. In addition, this type of mill is well suited for the size reduction of heat-sensitive substances. Basically, in these pulverizers, the material is fed into the center of a spinning rotor which applies a high centrifugal force to the particles. The material, thus accelerated, moves toward the impactor set at the periphery of the rotor. On striking these impactors the material is hurled against the outer casing where final reduction is achieved. Processed material is removed from the bottom of the conical discharge hopper (Fig 89-5). Particle size reduction in the range of 10- to 325-mesh can be obtained with this type of mill with a minimum of fines.

## Particle Size Measurement and Classification

### Size and Distribution

**Statistical Parameters—**Monodisperse systems of particles of regular shape, such as perfect cubes or spheres, can be completely described by a single parameter, ie, length of a side or diameter. However, when either nonuniform size distributions or anisometric shapes exist, any single parameter is incapable of totally defining the powder. Measurements must be made over the total range of sizes present. Statistical diameters, for example, are useful measures of central size tendency and are computed from some measured property that is a function of size and related to a linear dimension. For irregular particles the assigned size will be strongly dependent on the method of measurement.

Once a method of assignment of numerical value for the

### Table I—Definition of Statistical Diameters*

| Type of Mean Diameter | Statistical Definition | Description |
|---|---|---|
| Arithmetic | $\Sigma nd/\Sigma n$ | Mean diameter weighted by number |
| Diameter moment | $\Sigma nd^2/\Sigma nd$ | Mean diameter weighted by particle diameter |
| Surface moment | $\Sigma nd^3/\Sigma nd^2$ | Mean diameter weighted by particle surface |
| Volume moment | $\Sigma nd^4/\Sigma nd^3$ | Mean diameter weighted by particle volume |
| Surface | $(\Sigma nd^2/\Sigma n)^{1/2}$ | Root mean square |
| Volume | $(\Sigma nd^3/\Sigma n)^{1/3}$ | |

* When grouped data are used, $n$ is the number of particles in a size interval characterized by a diameter, $d$.



Fig 89-6.    Symmetrical particle size distribution curve.



Fig 89-7.    Skewed particle size distribution curve.

diameter, surface area, or other parameter has been established, the average value computed for the parameter is dependent on the weighting given the various sizes. Mean particle diameter is the most important single statistical parameter since, if the proper diameter is chosen, the various other parameters of interest such as specific surface area, number, mean particle weight, etc, often may be calculated. Thus the choice of the mean diameter to be measured or calculated is based on its intended use. For example, specific surface area, which may control drug dissolution, frequently can be related to the root mean square diameter. Depending on the method of measurement, various diameters are obtained; these will be discussed later. The particle diameters most commonly used are listed in Table I.

**Size Distributions**—As has been pointed out, size distributions are often complex and no single particle size parameter is sufficient to characterize or permit prediction of the many bulk properties of pharmaceutical interest, eg, flow characteristics, packing densities, compressibility, segregation tendencies. Thus, descriptions beyond the central tendency provided by the various mean diameters are needed. These generally take the form of equations or charts that describe in detail the distribution of particle size. In measuring particle size it is important first to select the parameter that is related to the ultimate use of the product, and then select the method that will measure this parameter.

Certainly more useful information would be gained if the particle size of a powder used in a suspension were determined by sedimentation than by microscopy, or if the total surface area of the particles were the critical factor (as in use as an adsorbant) by the more useful method of permeability or gas adsorption.

Particles can be classified by determining the number of particles in successive size ranges. The distribution can be represented by a bar graph or histogram (Fig 89-6), where the widths of the bars represent the size range and the heights represent the frequency of occurrence in each range. A smooth curve drawn through the midpoints of the tops of the bars in this case results in a normal probability size distribution curve. A line drawn through the center of the curve to the abscissa divides the area into two equal parts and represents the mean value. Since a number of other symmetrical distributions could have this same midpoint a term to describe the scatter about the mean value is needed. Standard deviation (the root-mean square deviation about the mean) serves to define the spread of the curve on either side of the midpoint.

Most particulate material cannot, however, be described by a normal distribution curve. The resultant curves are usually skewed as shown in Fig 89-7, making mathematical analysis complex. In a skewed size distribution the mean value is affected by very large or very small values. In these cases the median (ie, the central value of a series of observations) is a more useful average. In a symmetrical distribution the mean and the median values are the same. Most asymmetrical size distribution curves relating to powders can be converted into symmetrical curves by using the logarithm of the size, ie, Log Normal Distribution curve. The symmetrical shape of the latter curve allows for simplified mathematical analysis.

Cumulative plots are also useful for particle size distribution analysis. Here the cumulative percent of the particles which are finer (or larger) than a given size is plotted against the size. By use of logarithmic–probability paper the median size (geometric mean) and standard deviation (geometric standard deviation) can be readily obtained by graphical solution. The median is the 50% size and the standard deviation is the slope of the line and equal to the ratio 50% size/15.87% size (Fig 89-8).

### Size Measurement

Frequently, particle size measurements are made in conjunction with separation of the powder into fractions on the basis of size. Methods that lead primarily to size distribution analysis only are discussed first, followed by methods in which classification by size is a central feature.

The basic processes employed for measurement, classification or fractionation of fine solid particles involve direct and indirect techniques. Direct methods measure the actual dimensions of the particle by use of a calibration scale as in microscopy and sieving. Indirect measurements make use of some characteristic of the particle that can be related to particle size; eg, sedimentation rates, permeability, and optical properties.

**Microscopy**—Microscopic techniques have been classified as one of the most accurate of *direct* methods. Here, particles



**Fig 89-8.** Log-probability plot of particle size vs cumulative weight % frequency oversize.

are sized directly and individually, rather than being grouped statistically by some other means of classification. The linear measurement of particles is made by comparison with a calibrated scale usually incorporated into the microscope. For spherical particles the size is defined by the measurement of the diameter. However, for other-shaped particles one single size designation is generally used; eg, the diameter of a sphere with the same projected area as the nonspheroidal particle being measured. Other characteristic diameters based on various aspects of the projected particle outline as seen through the microscope also have been reported in the literature to describe nonspheroidal particles.

The method is rather tedious and other limitations are found in the techniques required for preparation of the slides and in the maximum resolution which sets the lower limits of particle size measurement using visible light. White light can resolve particles within the range of 0.2 to 100 $\mu$m. This lower limit can be decreased to about 0.1 $\mu$m by the use of ultraviolet light and to about 0.01 $\mu$m by the use of the ultramicroscope. The electron microscope finds its greatest usefulness in particle size measurements in the range of 0.2 to 0.001 $\mu$m.

While microscopic methods for particle size determination are time consuming, tedious, and generally require more skill than some of the other techniques, they do offer a number of advantages. They supply information about the shape and thickness that cannot be obtained by other methods and, in addition, supply a permanent record through use of photomicrographs.

A variety of semiautomated procedures have been developed to reduce the fatigue and tedium associated with manual counting of particles. These are represented by instruments such as the Imanco Quantimet 720 and the $\pi$MC System (*Millipore*) which scan the powder image in a manner similar to a TV scanner. The signal obtained is analyzed by a pulse-height analyzer and is expressed as a particle size distribution.

**Adsorption of Gases**—Adsorption of a solute from solution or of a gas at low temperatures onto powdered material serves as a measure of the particle surface area, generally reported as specific surface (area/unit mass). Common adsorption techniques utilize the adsorption of nitrogen and krypton at low temperatures. The volume of the gas adsorbed by a powdered sample is determined as a function of gas pressure, and an appropriate plot is prepared. The point at which a monomolecular layer of adsorbate occurs is estimated from the discontinuity that shows in the curve. The specific surface area then can be calculated from a knowledge of the volume of gas required to achieve this monolayer, and the area/molecule occupied by the gas, its molecular weight, and density. Frequently, more complex expressions such as the Brunauer, Emmett, and Teller (BET) equation must be used to describe the surface adsorption of some materials, and to determine the volume of gas required to produce an adsorbed monolayer. The surface properties of a number of pharmaceuticals have been investigated by this technique.

**Permeability**—When a gas or liquid is allowed to flow through a powdered material, the resistance to this flow is found to be a function of such factors as specific surface of the powder, area of the bed, pore space, pressure drop across the bed, and viscosity of the fluid. This resistance can be described and the specific surface calculated by the Kozeny-Carmen equation which relates these factors. This method, while it does not provide a size distribution analysis, does offer a rapid and convenient means of size estimation that is useful for some industrial operations.

Instruments that measure the rate of flow of a gas through a powder bed under controlled pressure differential are available commercially. The Fisher *Sub-Sieve Sizer* permits the reading of average particle size directly. The Blaine *Permeameter* produced by Precision Scientific Company utilizes the principle of filling the void spaces in a powder with mercury and then weighing it. The void fraction is calculated from the known density of mercury at different temperatures.

The calculations involved in permeability techniques are often complicated and yield only an average size of particles. In measuring particles in the subsieve ranges, rather large deviations may be encountered. With larger mesh sizes, some good agreement is found between the results obtained by techniques employing permeability and microscopy, particularly if the powders are made up of spherical or near-spherical particles.

**Impaction and Inertial Techniques**—The laws that govern the trajectories of particles in fluid streams are utilized in several methods of particle size measurement. Impaction devices are based on the dynamics of deposition of fine particles in a moving air stream when directed past obstacles of defined geometric form, or when forced from a jet device onto a plane surface.

The *cascade impactor*, described by Pilcher and his coworkers,[3] forces particle laden air at a very high speed and fixed rate through a series of jets (each smaller than the preceding one) onto glass slides; impaction takes place in a series of stages. The velocities of the air stream and the particles suspended in it are increased as they advance through the impactor. As a result, the particles are classified by impaction on the different slides, with the larger particles on the top slides and the smaller ones on the downstream slides. Fig 89-9 illustrates the principle of the cascade impactor. The exact size of impacted particles on each slide must subse-



Fig 89-9.   The principle of the cascade impactor.[3]

quently be determined.  Size analyses may be obtained directly by theoretical treatment or prior calibration of the instrument.

Tillotson[4] has described an instrument based on inertial principles similar to those of the cascade impactor.  This instrument may be adapted for automatic readout of size distribution by means of light-scattering techniques and electronic counters.  The method is claimed to provide complete particle size distribution data in a few minutes.

**Automatic Particle Size Counters**—The Coulter Counter, HIAC Counter, and Gelman Automatic Particle Counter represent three examples of automatic counting equipment.

The *Coulter Counter* will determine the particle volume distribution of material suspended in an electrolyte-containing solution.  A table of size ranges of several methods compared with the Coulter principle is shown in Fig 89-10.  The principle underlying use of this instrument is described on page 560.

The *HIAC Counter* measures the size distribution of particles suspended in either liquids or gases.  The standard models will measure sizes from 2 to 2500 $\mu$m at pressures up to 3000 psi.  Basically, in this instrument the particles pass



Fig 89-10.   Size range of Coulter method compared with coverage of sieve, sedimentation, and microscopic methods, and overlap of electron microscope and centrifuge ranges (courtesy, Coulter).

a window one-by-one.  Each particle as it passes, depending on its size, interrupts some portion of a light beam.  This causes an instantaneous reduction in the voltage from a photodetector which is proportional to the size of the particle.  Several counting circuits with preset thresholds tally the particles by size.

The *Gelman Counter* uses the principles of light-scattering to count particles in the air in the range of 0.5 $\mu$m and larger.

### Size Classification

**Sieving**—This is one of the simplest and probably the most frequently used method for determining particle size distribution.  The technique basically involves size classification followed by the determination of the weight of each fraction.

In this technique, particles of a powder mass are placed on a screen made up of uniform apertures.  By application of some type of motion to the screen, the particles smaller than the apertures are made to pass through.  The sieve motion generally is either (a) horizontal, which tends to loosen the packing of the particles in contact with the screen surface, permitting the entrapped subsieve particles to pass through or (b) vertical, which serves to agitate and mix the particles as well as to bring more of the subsieve particles to the screen surface.

One major difficulty associated with this method is the production of screens with uniform apertures, particularly in the very fine mesh sizes.  As a result the practical lower limit for woven-wire mesh screens is about 43 $\mu$m (325-mesh).  However, with the introduction of electroformed screens, sieves capable of analyzing particles in the 5-$\mu$m range are now available.  In addition, "blinding" of the openings by oversize or irregular particles and inefficient presentation of the particles to the screen surface are problems associated with this technique.  The use of horizontal and vertical screening motions, airjets, sudden periodic reversal of the sieve motion, and continuous cycling all have been used in an attempt to eliminate these problems.

For continuous operations, the screens are attached to mechanical or electromagnetic devices which supply the energy required to shake the particles through the openings in the screen and also prevent accumulation of fines within the openings as this tends to clog them and slow down the operation.  The use of an electromagnetic instead of mechanical drive provides a more gentle sieving action with a resultant decrease in sieve wear, blinding, and less machine noise.  Sieves may be used either in a sequence of sizes through which the material must pass or singly in the required size.

This apparatus is useful in obtaining size analysis data under controlled conditions.  The sample is placed in the top of the nest of standard sieves arranged in a descending order.  The length of time and force of vibration to which the sample is subjected may be preset by variable time and voltage controls.  The controlled vibration causes the powder particles to pass through the sieves, each fraction coming to rest in the sieve through which it cannot pass.  For the purpose of analysis, the weight of each fraction is determined and the percentage calculated.

The Sonic Sifter (*Allen-Bradley* and *ATM*) is a laboratory sifter that utilizes sonic oscillation to classify particles.  A mechanical pulse action is used to reduce blinding and agglomeration in the subsieve sizes.  This combination of sonic and mechanical agitation permits dry sifting down to 5 $\mu$m.  US Standard Sieves are available for this unit from 3½- to 400-mesh and in precision electroformed mesh sizes from 150 to 5 $\mu$m.

Industrial-size mechanical sieves are varied in design and capacity, and include the gyratory, circular rotatory, vibrating, shaking, and revolving sifters.  In gyratory sifters the motion



Fig 89-11.   Gyro-Whip sifter (courtesy, Sprout-Waldron).



Fig 89-12.   Plain weave screen.

Fig 89-13.   Twilled weave screen.

is in a single horizontal plane, but may vary from circular to reciprocal from the feed to the discharge end.  The circular sifter also confines the screen motion to a horizontal plane, but in this case the total motion applied to the sieve is circular. The Sprout-Waldron *Gyro-Whip* is an example of such a sifter in which the material enters the top and spreads over the first sieve.  Some of the finer particles drop through and are discharged into the "throughs" channel.  The remaining powder moves to the next sieve in order, the process is repeated until complete separation is accomplished (Fig 89-11).

Centrifugal screening is utilized in the Symons *V-Screen* developed by Nordberg.  Here the material is pushed through a spinning vertical wire cloth cylinder.  Sharp cuts in particle size can be obtained with this equipment.  Downward air flow, instead of shaking and tapping, has been used to move the particles through the screen openings; alternating with a reverse air flow serves to prevent "blinding," particularly with fine-mesh sieves.

**Wet Screening**—The addition of water is sometimes employed to dissolve out any unwanted binders, remove fines or surface contamination, and to reduce surface forces, particularly in micro-mesh sieves, that oppose the flow of particles through the sieve.  Particles that tend to agglomerate or react with oxygen or moisture and thus cannot be dry-sieved often can be handled by wet-sieving.  Particles in the 6 to 150-$\mu$m range have been classified with good precision using electroformed sieves.  Some hydrophobic substances which resist wetting by water may be wet screened by the use of organic liquids such as petroleum ether, acetone, or alcohol.  Wet screening may be accomplished by spraying both the screen surface and the material as it is fed onto the screen or by feeding a slurry of material directly onto the screen.

**Screening Surfaces**—A number of factors must be considered in selecting screening surfaces.  Primary consideration is given to the size and shape of the aperture opening, selection of which is determined by the particle size that is to be separated.  Screens commonly used in pharmaceutical processing include *woven wire screens*, *bolting cloth*, *closely spaced bars*, and *punched plates*.  Punched plates are used for coarse sizing; their holes may be round, oval, square, or rectangular. The plates must be sturdy and withstand rough service.  Sizes in common use range upward from 1/4 inch.

Most screening, however, is accomplished with woven wire screens ranging in size from those with 400 openings to the inch to screens with 4-inch square openings or larger.  There are numerous types of woven wire screens, including plain, twilled and braided weave.  An example of the plain and twilled weave is shown in Figs 89-12 and 89-13.

In the US, the two common standards are the *Tyler Standard* and *US Standard* sieves.  In both these series the sieve number refers to the number of openings per linear inch.  For most purposes, screens from the two series are interchangeable, though in a few instances the number designations are different.  Since these numbers do not define the size of the openings the Bureau of Standards has established specifications for *Standard Sieves*, as given in Table II.  These specifications also establish tolerances for the evenness of weaving, as irregularities from careless weaving might permit much larger particles to pass the sieve than would be indicated.  The standard sieves used for pharmaceutical testing are of wire cloth.

**Sedimentation**—This method employs the settling of particles in a liquid of a relatively low density, under the influence of a gravitational or centrifugal field.  In free settling (ie, no particle–particle interference) the particles are supported by hydraulic forces and their fall can be described by

**Table II—Nominal Dimensions of Standard Sieves**

| No | Sieve opening mm | Sieve opening μm | Permissible variation in average opening, % | Permissible variation in maximum opening, % | Wire diameter, mm |
|---|---|---|---|---|---|
| 2 | 9.52 | 9520 | ±3 | + 5 | 2.11 to 2.59 |
| 4 | 4.76 | 4760 | ±3 | +10 | 1.14 to 1.68 |
| 8 | 2.38 | 2380 | ±3 | +10 | 0.74 to 1.10 |
| 10 | 2.00 | 2000 | ±3 | +10 | 0.68 to 1.00 |
| 20 | 0.84 | 840 | ±5 | +15 | 0.38 to 0.55 |
| 30 | 0.59 | 590 | ±5 | +15 | 0.29 to 0.42 |
| 40 | 0.42 | 420 | ±5 | +25 | 0.23 to 0.33 |
| 50 | 0.297 | 297 | ±6 | +25 | 0.170 to 0.253 |
| 60 | 0.250 | 250 | ±5 | +25 | 0.149 to 0.220 |
| 70 | 0.210 | 210 | ±5 | +25 | 0.130 to 0.187 |
| 80 | 0.177 | 177 | ±6 | +40 | 0.114 to 0.154 |
| 100 | 0.149 | 149 | ±6 | +40 | 0.096 to 0.125 |
| 120 | 0.125 | 125 | ±6 | +40 | 0.079 to 0.103 |
| 200 | 0.074 | 74 | ±7 | +60 | 0.045 to 0.061 |

Stokes' law. However, in most real situations particle-particle interference, nonuniformity, and turbulence are all present, resulting in more complex settling patterns. The Andreason pipet, which is based on sampling near the bottom of a glass sedimentation chamber, is perhaps the best known of the early instruments. With centrifugation, entrainment of particles in the currents produced by other particles may also interfere with fractionation.

Gravitational settling chambers are often used for large-scale separation of relatively coarse particles in the range of 100 μm. Centrifugal devices are useful for the separation of much smaller particles (5–10 μm).

Sedimentation balances are available which provide a means of directly weighing particles at selected time intervals as they fall in a liquid system. For continuous observations, automatic recording balances are also available. A commercially available instrument called a *Micromerograph* utilizes the principle of sedimentation in an air column. This instrument and others related to it in principle offer more rapid determinations than those which utilize a liquid medium. There are, however, serious uncertainties in the method which must be taken into consideration. Deviations from Stokes' law and impaction of particles against the inner wall of the settling chamber are sources of appreciable error.

The Carey and Stairmand *photosedimentometer* photographs the tracks of particles as they fall in a dispersion medium. The size determination is derived from the length of the photographic track, which is an indication of the distance traveled by the particles, and the time of exposure of the photograph.

**Elutriation—**In this process the particles are suspended in a moving fluid, generally water or air. In vertical elutriation at any particular velocity of the fluid, particles of a given size will move upwards with the fluid, while larger particles will settle out under the influence of gravity. In horizontal elutriation a stream of suspended particles is passed over a settling chamber. Particles that leave the stream are collected in the bottom of the chamber. Normally, for all elutriation techniques, both smaller and oversize particles appear in each fraction and recycling is required if a clean cut is desired. By varying the fluid velocities stepwise the sample may be separated into fractions. The amount in each fraction can then be determined and the size limits calculated by the use of the Stokes' equation or measured directly by microscopy. Air elutriation usually will give a sharper fractionation in a shorter time than will water elutriation.



Fig 89-14. DorrClone, a hydrocentrifugal classifier (courtesy, Dorr-Oliver).

Centrifugal elutriation is basically the same process, except in this case the fluid stream is caused to spin so as to impart a high centrifugal force to the suspended particles. Those particles which are too large to follow the direction of flow separate out on the walls or bottom of the elutriator or cyclone. The finer particles escape with the discharge stream. Separation down to about 0.5 μm can be achieved with some centrifugal classifiers.

The DorrClone (*Dorr-Oliver*) shown in Fig 89-14 is an example of a centrifugal type classifier. The feed enters tangentially into the upper section. Centrifugal forces in the vortex throw the coarser particles to the wall where they collect and then drop down and out of the unit. The fine particles move to the inner spiral of the vortex and are displaced upward and finally out of the top of the unit.

The Sharples *Super Classifier* (Fig 89-15) is another example of a centrifugal classifier useful for the high-speed separation of fine particles. It has a capacity of about 250 lb/hr and operates at an air flow of about 100 cu ft/min at a maximum rotor speed of about 15,000 rpm.

The Donaldson air classifier subjects the feed particles to a high degree of dispersion just prior to classification and thus is able to make sharp separations in production quantities as low as 0.5 μm.

Inertial elutriators, which utilize an abrupt change in direction of the fluid stream to produce separation, are effective down to about 200-mesh. However, as with other elutriators a clean cut cannot usually be obtained without recycling.

*Felvation* is a unique process that combines elutriation and sieving along with a varying fluid flow rate and a turbulent fluidized bed to achieve particle separation. The particles are fluidized within the felvation column. By gradually in-



Fig 89-15. The Sharples K-8 Super Classifier (courtesy, Sharples).

creasing the fluid flow rate the very fine particles are brought up to and then through a sieve surface set into the upper section of the column. These fines are subsequently filtered out of the fluid stream. A further increase in the fluid flow rate causes larger and larger particles to move through the sieve. The final stage is reached when particles just larger than the sieve aperture are elutriated up to the sieve. Because of the way in which the particles are presented to the sieve, very little blinding of the openings occur. Furthermore, since the sieve need only serve as a "go, no go" gauge and not as a supporting surface for the powder, a relatively small sieve surface is required. Thus, the more uniform but more expensive electroform sieves, even down to a 10-μm size, can be utilized in this process.

**Miscellaneous Methods**—Numerous other methods have been applied to particle size determination, including X-ray and electron diffraction, ultrasound, flotation, and electrostatic, magnetic, and dielectrophoretic methods. These techniques either are used principally as research tools or are industrial-scale methods of use outside the pharmaceutical industry. Detailed descriptions of their principles of operation and their applications can be found in the texts listed at the end of this chapter.

## Solids Handling

### Packing and Bulk Properties

**Bulk Density; Angles of Repose**—Systems of particulate solids are the most complex physical systems encountered in pharmacy. No two particles in a powder are identical and the nature of momentum and energy exchange between particles defies description except in the most idealized and approximate terms. Bulk properties of powders are determined in part by the chemical and physical properties of their component solids and in part by the manner in which the various components interact. These interactions in turn frequently depend on the past history of the powder bed as well as on the ambient conditions.

The static properties of a particulate bed are dependent on particle–particle interactions and in particular on the way in which applied stresses are distributed through the bed. The number of contacts between particles and hence the average number of interparticulate contact points per particle increases as bed packing increases. Packing may be expressed in terms of porosity, percent voids, or fraction of solids by volume. Packings for regular arrangements of uniform

spheres can be calculated and range in fractional solids from 0.53 for cubic to 0.74 for tetrahedral lattices. Powders comprised of irregular-shaped particles in a distribution of sizes can pack to fractional densities approaching unity.

The manner in which stresses are transmitted through a bed and the bed's response to applied stress are reflected in the various angles of friction and repose. The most commonly used of these is the angle of repose which may be experimentally determined by a number of methods, with slightly differing results. The typical method is to pour the powder in a conical heap on a level flat surface and to measure the included angle with the horizontal. Angles of repose range from 23 degrees for smooth uniform glass beads to 64 degrees for granular limestone. Cohesive materials frequently behave in an anomalous manner yielding values in excess of 90 degrees.

The angle of internal friction is a measure of internal stress distributions and is the angle at which an applied stress diverges as it passes through the bed. This angle together with the angle of slide are useful parameters in the design of storage/discharge bins. The latter angle is defined as the least slope at which a powder will slide down an inclined plane surface. Various other angles are in lesser use and will not be discussed here.

**Statics**—Powders at rest experience stresses that vary with location throughout their volume and that arise from pressures exerted by the container as well as from the weight of the bed above. Each point within the bed experiences both normal and shear stresses in general. Normal stresses may be either tensile or compressive. The powder bed will remain motionless and no flow will occur unless the normal and/or the shear strength is exceeded at some point within the bed. In general, the yield strengths, both normal and shear, are functions of the normal and shear stresses at the point of interest and depend upon the orientation of the axes of reference and the nature of the powder itself. It is apparent that to understand powder flow it is necessary to understand the conditions under which bed failure occurs and powder flow is initiated and sustained.

Consider the stresses which are applied to the faces of a small cube that is centered about a point chosen at random within a powder bed. Normal stresses are designated $\sigma_i$, where the subscript indicates the axis normal to the face and shear stresses are designated $\tau_{ij}$, where the first subscript indicates the face and the second indicates the direction of the applied force. If the cube has an edge length, $l$, which is not infinitesimal, and if a stress gradient exists within the region, the corresponding stresses on opposite faces of the cube will not be equal. However, if the cube is made progressively smaller and as $l$ approaches zero, the stress values will converge to those at the point of interest. These forces are illustrated in Fig 89-16. It can be seen from this diagram that the state of stress at a point can be described by nine stress components.

If the system is in static equilibrium, and is not being accelerated translationally or rotationally, the forces which would otherwise result in movement must be in balance and have the effect of canceling each other. For example, $\tau_{xy}$ must equal $\tau_{yx}$ if rotation about the $z$-axis is not to occur. In a similar manner, shear and normal stresses, which would lead to translational movement along any of the three axes, must also balance.

Because the directions of the mutually perpendicular axes in Fig 89-16 were chosen arbitrarily, any other orientation of the cube corresponding to another set of axes must also result in a balance of forces. However, the distribution of stress among normal and shear components will depend on the particular axes selected. Thus, the stress condition of a powder can be analyzed in terms of the dependence of the normal and shear stresses on the direction chosen for the



Fig 89-16.



Fig 89-18.

reference axes. This can be done by a method of analysis devised by Mohr, and can be visualized using a Mohr circle diagram. The Mohr diagram permits stresses at any given point within a powder bed to be graphically resolved into normal, $\sigma$, and shear, $\tau$, stresses for any arbitrary choice of axes.

For simplicity, assume that stress in the z-direction is not a function of z and that stress gradients exist in the x and y directions only. Stresses then can be analyzed in the xy plane without reference to the z-axis. Fig 89-17 shows the relationship between stresses relative to two xy coordinate systems at an angle $\theta$ to each other. If the condition of stress in the powder remains constant and only the angle $\theta$ between the two sets of reference axes is allowed to change, the resolution of stress into normal and shear components will be different for each set of axes and will depend on $\theta$. By means of trigonometry, the relationships between these two sets of stresses is shown to be:

$$\sigma_{x'} = \frac{\sigma_x + \sigma_y}{2} + \frac{\sigma_x - \sigma_y}{2}\cos2\theta + \tau_{xy}\sin2\theta$$

$$\sigma_{y'} = \frac{\sigma_x + \sigma_y}{2} - \frac{\sigma_x - \sigma_y}{2}\cos2\theta - \tau_{xy}\sin2\theta$$

$$\tau_{x'y'} = -\frac{\sigma_x - \sigma_y}{2}\sin2\theta - \tau_{xy}\cos2\theta$$

These equations permit the calculation of $\sigma$ and $\tau$ values for any desired set of axes if the values are known for any given set of axes. In particular, if $\theta$ is chosen properly, $\tau_{x'y'}$ can be made to vanish and normal stresses only will remain. The set of axes for which this is true are called the *principal axes* of stress and the corresponding $\sigma$'s are called the *principal stresses*. All points within static beds of powders can be characterized by principal axes and stresses which will, in general, vary from point to point throughout the bed. The principal axes do not necessarily correspond to the orientation of the walls of the powder container.

These concepts can be extended to three dimensions. Thus, it is possible to find a set of three mutually perpendicular planes, on which there are no shear stresses acting, for each location within the powder. The normals to these planes are the principal axes. It is also possible to find a set of planes for which the shear stresses are a maximum and the normal stresses are equal. The associated axes are called the axes of maximum shear. These two sets of axes are important since they represent directions of bed failure were it to occur.

The relationships between stresses, as functions of $\theta$, can be illustrated and determined graphically. Fig 89-18 is an example of a Mohr's circle diagram for stress. Such diagrams are based on the stress equations. This can be seen by comparison of Fig 89-18 with the equations, noting the relationships of the stresses of $\theta$. A Mohr diagram can be constructed for any point within the powder, permitting stresses to be graphically resolved into normal and shear components for any arbitrary choice of axes.

Steps in constructing a diagram are as follows. (1) Plot the center of the circle, $p$, on the $\sigma$ axis at the average normal stress, $(\sigma_x + \sigma_y)/2$. (2) Plot point $x$ and $y$ with coordinates $(\sigma_x, \tau_{xy})$ and $(\sigma_y, \tau_{xy})$, respectively. Note that these three points lie on a diameter of the circle. (3) Draw a circle with its center at $p$ and passing through points $x$ and $y$. (4) Locate the $x'y'$ diameter using the angle $2\theta$. The stress components corresponding to the new axes can be read off the graph. Both



Fig 89-17.



**Fig 89-19.**

$\sigma_{x'}$ and $\sigma_{y'}$ are read off the same axes on the graph since both are normal stresses.

For the particular case in Fig 89-18, the principal axes lie at an angle of $\theta^*$ to the original axes. The axes of maximum shear stress lie at an angle of $\theta'$ from the original axes since the $xy$ line corresponding to maximum shear is perpendicular to the $\sigma$ axis. Depending on the state of the powder, it is possible to have negative $\sigma$ values, where the Mohr circle passes to the left of the $\tau$ axis.

The application of stress normal to a plane of shear influences the shear stress at which the powder fails. Because of this, a given powder will fail at various combinations of normal and shear stresses. These combinations can be expressed graphically by a line in the $\sigma,\tau$ plane which separates regions on the graph at which the powder either flows or is stable. This is shown in Fig 89-19 for a typical powder. Various powders will display curves which uniquely define their failure characteristics. Each point on such a curve corresponds to a $\sigma,\tau$ combination at which failure occurs and can be analyzed by constructing a Mohr circle which passes through the point and is centered at the intersection of a line perpendicular to the point, $q$, and the $\sigma$ axis. An example is shown in Fig 89-19.

**Bulk Properties**—In addition to the angles of repose and friction which reflect bulk behavior, tensile and shear strength and dilatancy are of interest. Tensile strength is measured by forming a powder bed on a roughened and split plate. Half of the plate is laterally movable and the force necessary to rupture the bed by pulling the plate halves apart, minus sliding plate friction corrections, represents the bed tensile strength. Various methods of applying force to the movable plate are used, including tipping the plate from the horizontal and allowing it to react to gravity by rolling on steel balls.

Shear strength is determined from the force necessary to shear horizontally a bed of known cross section. The Jenike shear cell is typical of those in use. It permits various loads to be applied normal to the plane of shear, whereby a shear failure locus can be determined. With the desired normal load applied, a steadily increasing shearing force is applied until failure occurs. These measurements are the basis for constructing powder failure curves such as that in Fig 89-19.

When packed powder beds are deformed, local expansion occurs along the failure planes, barring fracture of the particles themselves. This phenomenon is termed dilatancy and is a direct consequence of the micromechanics of interparticulate movement. For one particle to move past another it is necessary for it to move to the side in order to move forward when the particles are in an "interlocked" arrangement. Such ar-rangements predominate in packed beds with the consequence that the collective sideways movements in the failure zone produce bed expansion. Room for expansion must therefore be provided when packed beds are forced to flow.

### Mixing of Powders

**Degree of Homogeneity**—Many mathematical expres-sions have been proposed and used to express the degree of homogeneity of powders comprised of two or more compo-nents. For the most part measures of mixture uniformity have been statistical and based on either the standard de-viation or variance of the composition from its mean value. It should be recognized that these indices of mixing are scalar quantities and are incapable of uniquely describing the composition profile of a given powder bed. A practical defi-nition of mixing uniformity should be selected to relate as closely as possible to the desired properties of the mix. The manner in which samples are taken (number, size, and location of samples) largely determines the validity and interpretation of the derived index.

The standard deviation is presented here as a representative index. It can be estimated solely from a set of $n$ samples. If sample number $i$ has composition $x_i$, and all samples are of uniform size, then the sample standard deviation is defined in the usual way as:

$$s = \sqrt{\sum_{i=1}^{n} (x_i - \bar{x})^2/(n-1)}$$

where $\bar{x}$ is the mean composition estimated from the samples alone.

In sampling a bed, there should be assurance that the bed is sampled uniformly over its entirety. This can be done ei-ther by use of a sampling "thief" designed to probe the bed and collect samples at selected points or serially as the powder is discharged from the mixer.

The "scale of scrutiny" at which the powder is examined for uniformity is determined by the sample size. This should be chosen based on the ultimate use of the powder. For a tablet or capsule formulation the appropriate sample size is that of the dosage form.

Two important concepts related to mixing uniformity have been described by Danckwerts as the scale and the intensity of segregation. Assuming that zones having uniform but differing compositions exist in a powder bed, the scale of segregation is a function of the size of the zones. The intensity of segregation is in turn a function of the composition differ-ences among zones. Generally, the process of mixing tends to reduce the intensity of segregation while the scale of seg-regation passes through a maximum.

**Mechanisms of Mixing and Segregation**—Three pri-mary mechanisms are responsible for mixing: (i) convective movement of relatively large portions of the bed, (ii) shear failure which primarily reduces the scale of segregation, and (iii) diffusive movement of individual particles. Most effi-cient mixers operate to induce mixing by all three mecha-nisms. Thus, mixing can be considered to be a random shuffling-type operation involving both large and small par-ticle groups and even individual particles. However, it should be noted that the use of random motion to achieve random distribution assumes that no other factors influence this dis-tribution. This is rarely if ever the case in practice. Instead, a variety of properties of the powders being mixed influence this approach to complete randomness. Stickiness or slip-periness of particles must be considered, among other factors. As might be expected, the stickier the material the less readily it mixes and demixes. Electrostatic forces on the particle surface also can produce marked effects on the mixing process, and in fact may produce sufficient particle–particle repulsion to make random mixing impossible.

By enabling particles to undergo movement relative to each other, mixers also provide the conditions necessary for segregation to occur. Any manipulation of a powder bed for purposes of conveying, discharge from a hopper, etc. provides the opportunity for segregation. Thus, many of the so-called mechanisms of segregation are actually conditions under which segregation can happen.

The segregation that occurs in free-flowing solids usually does so as a result of differences in particle size and, to a lesser extent, to differences in particle density and shape. The circumstances leading to segregation can be generalized from a fundamental physical standpoint. The necessary and sufficient conditions for segregation to occur are twofold: (i) that various mixture components exhibit mobilities for interparticulate movement which differ and (ii) that the mixture experience either a field which exerts a directional motive force on the particles or a gradient in a mechanism capable of inducing or modifying interparticulate movement. The combination of these conditions results in asymmetric particle migrations and leads to segregation.

**Rates of Mixing and Segregation**—Rate expressions analogous to those of chemical kinetics can be derived using any of the various indices of mixing as time dependent variables. When this is done, it is usually found that mixing follows a first-order approach to an equilibrium state of mixedness. More recently, mixing has been described as a stochastic process (by means of stationary and nonstationary Markov chains) in which the probabilities of particle movement from place to place in the bed are determined. When applied to a mixer, this approach is capable of indicating zones of greater and lesser mixing intensity.

**Large-Scale Mixing Equipment**—The ideal mixer should produce a complete blend rapidly with as gentle as possible a mixing action to avoid product damage. It should be easily cleaned and discharged, be dust-tight, and require low maintenance and low power consumption. All of these assets generally are not found in any single piece of equipment, thus requiring some compromise in the selection of a mixer.

*Rotating Shell Mixers*—The drum-type, cubical-shaped, double-cone, and twin-shell blenders are all examples of this class of mixers. Drum-type blenders with their axis of rotation horizontal to the center of the drum are used quite commonly. These, however, suffer from poor crossflow along the axis. The addition of baffles or inclining the drum on its axis increases crossflow and improves the mixing action. Cubical- and polyhedron-shaped blenders with the rotating axis set at various angles also are available. However, in the latter, because of their flat surfaces, the powder is subjected more to a sliding than a rolling action, a motion which is not conducive to the most efficient mixing.

Double-cone blenders, an important class of rotating shell or tumbling mixers, were developed in an attempt to overcome some of the shortcomings of the previously discussed mixers. Here, the mixing pattern provides a good crossflow with a rolling rather than a sliding motion. Normally, no baffles are required so that cleaning is simplified. The twin-shell blender is another important tumbling-type blender. This blender combines the efficiency of the inclined drum-type with the intermixing that occurs when two such mixers combine their flow. The Zig-Zag blender, an extension of the twin-shell blender, provides efficient continuous precision blending.

*Fixed-Shell Mixers*—The ribbon mixer, one of the oldest mechanical solid–solid blending devices, exemplifies this type of mixer. The ribbon mixer consists of a relatively long troughlike shell with a semicircular bottom. The shell is fitted with a shaft on which are mounted spiral ribbons, paddles, or helical screws, alone or in combination. These mixing blades produce a continuous cutting and shuffling of the charge by circulating the powder from end to end of the trough as well as rotationally. The shearing action that develops between



Fig 89-20.    Sprout-Waldron vertical mixer.

the moving blade and the trough serves to break down powder agglomerates. However, ribbon mixers are not precision blenders; in addition, they suffer from the disadvantage of being more difficult to clean than the tumbler-type blenders and of having a higher power requirement.

*Sigma-Blade and Planetary Paddle Mixers* are also used for solid–solid blending, although most generally as a step prior to the introduction of liquids. Mixers with high-speed impeller blades set into the bottom of a vertical or cylindrical shell have been shown to be very efficient blenders. This type of mixer, in addition to its ability to produce precise blends, serves also to break down agglomerates rapidly. The mechanical heat buildup produced by this mixer within the powder mix, and the relatively high power requirement are often drawbacks to the use of this type of mixer.

*Muller Mixers* are a specialized class of mixers, useful for heavy-duty operations requiring high shearing forces. The mulling action is a shearing mechanism, and is the closest to the type of mixing achieved by the hand-operated mortar and pestle. *Vertical Impeller Mixers*, which have the advantage of requiring little floor space, employ a screw type of impeller which constantly overturns the batch (Fig 89-20). The fluidized mixer is a modification of the vertical impeller type. The impeller is replaced by a rapidly moving stream of air fed into the bottom of the shell. The body of the powder is fluidized and mixing is accomplished by circulation and overtumbling in the bed (Fig 89-21). Generally, when precision solid–solid blending is required, the rotating twin shell or the double cone type blenders are recommended.

*Motionless Mixers*—These are in-line continuous processing devices with no moving parts. They consist of a series of fixed flow-twisting or flow-splitting elements. The Ross Blendex (*Ross & Son*), designed for blending of free-flowing solids, is constructed to operate in a vertical plane. Four pipes interconnect with successive tetrahedral chambers, the number of chambers needed depending on the quality of mix desired. The powders enter the mixer from overhead hoppers

Fig 89-21. Air Mix mixer (courtesy, Sprout-Waldron)

and free fall through the mixer and are mixed by what is described as Interfacial Surface Generation. For two input streams entering this mixer the number of layers, $L$, emerging from each of the successive chambers, $C$, is $L = 2(4)^C$. Thus for 10 chambers over 2 million layers are generated. This type of blender provides efficient batch or continuous mixing for a wide variety of solids without particle size reduction or heat generation and essentially no maintenance. Units are available to mix quantities ranging from 100 to 5000 lb/hr.

**Small-Scale Mixing Equipment**—The pharmacist most generally employs the mortar and pestle for the small-scale mixing usually required for prescription compounding. However, the use of spatulas and sieves also may be utilized on occasion. The mortar and pestle method combines comminution and mixing in a single operation. This is particularly useful where some degree of particle size reduction as well as mixing is required as in the case of mixtures of crystalline material.

The blending of powders with a spatula on a tile or paper, a relatively inefficient method, is sometimes used for small quantities of powders often as an auxiliary blending technique or when the compaction produced by the mortar and pestle technique is undesirable.

Sieving is usually employed as a pre- or post-mixing method to reduce loosely held agglomerates and to increase the overall effectiveness of a blending process. When used alone as a solid–solid blending technique, several passes through the sieve are required to produce a reasonably homogeneous mix.

*Storage and Flow*

**Flow Patterns**—Discharge of powders from large-scale mixers, storage bins, or machine-feed hoppers primarily generates flow in the form of shear failure. That is, the powder behaves in a manner analogous to a viscous liquid in laminar flow. The analogy ends at that point since conditions are then present in the powder bed conducive to segregation. The overall pattern of discharge from a bin takes the form of either funnel-flow or mass-flow. Bin design characteristics, which take into account the powder's angles of slide and internal friction and its yield locus in terms of normal and shear stresses, determine which flow pattern will occur.

In funnel flow the powder moves in a column down the center of the bin toward the exit orifice at the bottom. Material surrounding this relatively rapidly moving core remains stationary or is slowly drawn into the core. The core is primarily fed from the top where powder moves to the center and then down in the manner of a funnel.

The powder in a mass flow bin moves downward toward the orifice as a coherent mass. When it reaches the tapered section of the bin leading to the orifice it is compressed and flows in shear analogous to a plastic mass being compressed. This type of bin is advantageous for use with powders having a strong tendency to segregate.

The rate of discharge from a hopper varies as a function of the cube of the orifice diameter and is nearly independent of the height of the bed. An arch forms over the orifice which in effect is a boundary between material in essentially free fall and material in the closely packed condition of the powder bed. The rate of mass transport across this constantly renewed surface determines the rate of orifice flow. It has been shown that flow can be substantially increased if gas is pumped through the bed and across the orifice in the direction of solids flow. Flow conditioners are also an important means of improving flow and are discussed in Chapter 21.

**Pneumatic Transport**—This method of transporting powders is of interest since it can be used to mix powders at the same time as they are being conveyed. The method consists of propelling a solids–gas mixture along a conduit *via* a gas pressure drop. The solids are held in suspension by the turbulence of the gas stream. At low solids concentrations where the particles are relatively small, the solids are uniformly dispersed over the pipe cross-section. However, at higher solids content or with larger particles some stratification will occur in a horizontal pipe and solids will settle out if the pipe is overloaded.

As mentioned before, gas flow must be turbulent so as to suspend the solids; however, the solids behave as in laminar flow. Slippage between gas and solid occurs, particularly in vertical pipes, with the consequence that gas and solids flow rates are not in proportion to flow stream composition. Further, smaller and less dense particles flow more rapidly than large and dense material and a chromatographic-like separation occurs. This is not a problem, however; once steady state is achieved. Because of the industrial importance of this process in many fields it has been extensively investigated and a number of useful theoretical and empirical expressions have been derived and may be used to predict conditions necessary for satisfactory pneumatic transport.

## Powders as a Dosage Form

Historically, powders represent one of the oldest dosage forms. They are a natural outgrowth of man's attempt to prepare crude drugs and other natural products in a more conveniently administered form. However, with declining use of crude drugs and increasing use of many highly potent compounds, powders as a dosage form have been replaced largely by capsules and tablets.

In certain situations powders possess advantages and thus still represent a portion (although small) of the solid dosage forms currently being employed. These advantages are flexibility in compounding and relatively good chemical sta-

bility. The chief disadvantages of powders as a dosage form are (1) they are time-consuming to prepare and (2) they are not well suited for the dispensing of many unpleasant-tasting, hygroscopic, or deliquescent drugs.

Bulk powders have another serious disadvantage when compared with divided and individually weighed powders—inaccuracy of dose. The dose is influenced by many factors including size of measuring spoon, density of powder, humidity, degree of settling, fluffiness due to agitation, and personal judgment. Not only do patients measure varying amounts of powder when using the same spoon but they often select one differing in size from that specified by their physician.

## Extemporaneous Techniques

In both the manufacturing and extemporaneous preparation of powders the general techniques of weighing, measuring, sifting, mixing, etc, as described previously are applied. However, the following procedures should receive special attention.

1. Use of geometric dilution for the incorporation of small amounts of potent drugs.
2. Reduction of particle size of all ingredients to the same range to prevent stratification of large and small particles.
3. Sieving when necessary to achieve mixing or reduction of agglomerates, especially in the preparation of dusting powders or powders into which liquids have been incorporated.
4. Heavy trituration, when applicable, to reduce the bulkiness of a powder.
5. Protection against humidity, air oxidation, and loss of volatile ingredients.

Powders are most commonly prepared either as divided powders and bulk powders which are mixed with water or other suitable material prior to administration, or as dusting powders which are applied locally. They also may be prepared as dentifrices, products for reconstitution, insufflations, aerosols, and other miscellaneous products.

The manually operated procedures usually employed by the prescription pharmacist today are *trituration, pulverization by intervention,* and *levigation.*

**Trituration**—This term refers to the process of reducing substances to fine particles by rubbing them in a mortar with a pestle. The term also designates the process whereby a mixture of fine powders is intimately mixed in a mortar. The circular mixing motion of the pestle on the powders contained in a mortar results in blending them and in also breaking up soft aggregates of powders. By means of the application of pressure on the pestle, crushing or grinding also can be effected.

When granular or crystalline materials are to be incorporated into a powdered product, these materials are comminuted individually and then blended together in the mortar.

**Pulverization by Intervention**—This is the process of reducing the state of subdivision of solids with the aid of an additional material which can be removed easily after the pulverization has been completed. This technique is often applied to substances which are gummy and tend to reagglomerate or which resist grinding. A prime example is camphor which cannot be pulverized easily by trituration because of its gummy properties. However, on the addition of a small amount of alcohol or other volatile solvent, this compound can be reduced readily to a fine powder. Similarly, iodine crystals may be comminuted with the aid of a small quantity of ether. In both instances the solvent is permitted to evaporate and the powdered material is recovered.

**Levigation**—In this process a paste is first formed by the addition of a suitable nonsolvent to the solid material. Particle size reduction is then accomplished by rubbing the paste in a mortar with a pestle or on an ointment slab using a spatula. Levigation is generally used by the pharmacist to incorporate solids into dermatologic and ophthalmic ointments and suspensions.

**The Mortar and Pestle**—These are the most frequently used utensils in small-scale comminution. Mortars made of various materials and in diverse shapes are available and while these are often used interchangeably the different kinds of mortars have specific utility in preparing or grinding different materials.

Modern mortars and pestles are usually prepared from Wedgwood ware, porcelain, or glass. While pharmacists often use different mortars interchangeably, each type has a preferential range of utility which makes its use more efficient. Glass mortars, for example, are designed primarily for use in preparing solutions and suspensions of chemical materials in a liquid. They also are suitable for preparing ointments which require the reduction of soft aggregates of powdered materials or the incorporation of relatively large amounts of liquid. Glass also has the advantage of being comparatively nonporous and of not staining easily and thus is particularly useful when substances such as flavoring oils or highly colored substances are used. Glass cannot be used for comminuting hard solids.

Wedgwood mortars are well suited for comminution of crystalline solids or for the reduction in particle size of most materials used in modern prescription practice. They are capable of adequately powdering most substances which are available only as crystals or hard lumps. However, Wedgwood is relatively porous and will stain quite easily. A Wedgwood mortar is available with a roughened interior which aids in the comminution process but which requires meticulous care in washing since particles of the drugs may be trapped in the rough surface and cause contamination of materials subsequently comminuted in the mortar.

Porcelain mortars are very similar to Wedgwood except that the exterior surface of the former is usually glazed and thus less porous than the Wedgwood mortar. Porcelain mortars may be used for comminution of soft aggregates or crystals but are more generally used for the blending of powders of approximately uniform particle size.

Pestles are made of the same material as the mortar. Pestles for Wedgwood or porcelain mortars are available with hard rubber or wooden handles screwed into the head of the pestle. Also available are one-piece Wedgwood pestles. Pestles made entirely of porcelain are objectionable, because they are easily broken.

Pestles and mortars should not be interchanged. The efficiency of the grinding or mixing operation depends largely on a maximum contact between the surfaces of the head of the pestle and the interior of the mortar. The pestle should have as much bearing on the interior surface of the mortar as its size will permit. A pestle which does not "fit" the mortar will result in a waste of labor.

### Divided Powders

Divided powders (*chartula* or *chartulae*) are dispensed in the form of individual doses and are generally dispensed in papers, properly folded. They also may be dispensed in metal foil, small heat-sealed plastic bags, or other containers.

**Dividing Powders**—After the weighing, comminuting, and mixing of ingredients are completed, the powders must be accurately divided into the prescribed number of doses. In order to achieve accuracy consistent with the other steps in the preparation, *each dose should be weighed individually* and transferred to a powder paper. Following completion of this step the powder papers are folded.

**Folding Powders**—The operations of folding powder papers are illustrated in Fig 89-22. Care in making the several



Fig 89-22.    Folding powder papers.

folds, and experience gained by repetition, are necessary to obtain uniformity when the powders are finally placed in the box for dispensing. Deviation from any of the three main folds will result in powders of varying height being formed, and variations in the folded ends will likewise be noticeable when the powders are placed side by side.

All of the powder papers for the prescription being filled should be creased by folding down a margin on the top. For a standard 3- by 4-inch powder paper, the fold should be about ½ inch wide; for other powder papers it should be in proportion.

After the powder has been distributed over the papers as described, the additional folds are made as follows. The lower edge of the paper is lifted and folded over until it lies exactly in the crease of the original top fold (Fig 89-22B) which is then pressed down over this lower edge (Fig 89-22C). The top of the paper, as it now appears, is folded toward the operator until it exactly divides the folded paper in the center (Fig 89-22D). The three folds mentioned will so regulate the height of the powders in a low-style powder box that they will just protrude slightly, thus making it possible to pick up one powder with the fingers without disturbing the others. For the old-style boxes having greater depth the final fold should be adjusted to make the powder at least even with the edge of the box.

When the individual powder paper has been folded lengthwise, it is picked up in both hands by the ends and pressed down over the ends of the box so that both ends are turned over exactly the same length. At the same time the end of the box is pressed in slightly so that the powder when finally completed will fit and slide evenly in the box (Fig 89-22E).

The turned ends are simultaneously and firmly pressed between the thumb and finger to complete the folding. The top of the powder paper, at the center, should not be creased with the fingers or with a spatula, as the "roll edge" adds materially to the appearance of the finished box of powders, and creasing may unnecessarily cake the powder. However, where a large number of powders must be placed in a comparatively small box, creasing may help.

When all the powders are folded they may be assembled in one hand, with the lengthwise folds uppermost and toward the operator, and placed in the box. Some pharmacists prefer to alternate the folds, having one forward and one backward, and some even prefer to turn every other powder upside down to lessen the likelihood of the powders springing from the box when a powder is removed. This occurs most frequently when the powder is bulky, and it is possible to adjust this partially by tapping the assembled powders down, first from one side or end and then from the other to effect a more uniform distribution of the powder.

**Packaging Divided Powders**—Specially manufactured paper and boxes are available for dispensing divided powders.

*Powder Papers*—Four basic types of powder papers are available.

1.  Vegetable parchment, a thin semiopaque moisture-resistant paper.
2.  White bond, an opaque paper with no moisture-resistant properties.
3.  Glassine, a glazed, transparent moisture-resistant paper.
4.  Waxed, a transparent waterproof paper.

Hygroscopic and volatile drugs can be protected best by use of a waxed paper, double-wrapped with a bond paper to improve the appearance of the completed powder. Parchment and glassine papers offer limited protection for these drugs.

A variety of sizes of powder papers are available. The selection of the proper size depends on the bulk of each dose and the dimensions of the powder box required to hold the number of doses prescribed.

*Powder Boxes*—Various types of boxes are supplied in several sizes for dispensing divided powders. The hinged-shoulder boxes shown in Fig 89-22F are the most popular and have the advantage of preventing the switching of lids with the directions for use when several boxes of the same size are in the same home. The prescription label may be pasted directly on top of the lid or inside the lid. In the latter case the name of the pharmacy is lithographed on top of the lid.

## Special Problems

The incorporation of volatile substances, eutectic mixtures, liquids, and hygroscopic or deliquescent substances into powders presents problems that require special treatment.

**Volatile Substances**—The loss of camphor, menthol, and essential oils by volatilization when incorporated into powders may be prevented or retarded by use of heat-sealed plastic bags or by double wrapping with a waxed or glassine paper inside of bond paper.

**Eutectic Mixtures**—Liquids result from the combination of phenol, camphor, menthol, thymol, antipyrine, phenacetin, acetanilid, aspirin, salol, and related compounds at ordinary temperatures. These so-called eutectic mixtures may be incorporated into powders by addition of an inert diluent. Magnesium carbonate or light magnesium oxide are commonly used and effective diluents for this purpose, although kaolin, starch, bentonite, and other absorbents have been recommended. Silicic acid prevents eutexia with aspirin, phenyl salicylate, and other troublesome compounds; incorporation of about 20% silicic acid (particle size, 50 μm) prevented liquefaction even under the compression pressures required to form tablets.

In handling this problem each eutectic compound should be first mixed with a portion of the diluent and gently blended together, preferably with a spatula on a sheet of paper. Generally, an amount of diluent equal to the eutectic compounds is sufficient to prevent liquefaction for about two weeks. Deliberate forcing of the formation of the liquid state, by direct trituration, followed by absorption of the moist mass, will also overcome this problem. This technique requires use of more diluent than previously mentioned methods but offers the advantage of extended product stability. Thus the technique is useful for dispensing a large number of doses that normally would not be consumed over a period of one or two weeks.

**Liquids**—In small amounts, liquids may be incorporated into divided powders. Magnesium carbonate, starch, or lactose may be added to increase the absorbability of the powders if necessary. When the liquid is a solvent for a nonvolatile heat-stable compound, it may be evaporated gently on a water bath. Lactose may be added during the course of the evaporation to increase the rate of solvent loss by increasing the surface area. Some fluidextracts and tinctures may be treated in this manner, although use of an equivalent amount of a powdered extract, when available, is a more desirable technique.

**Hygroscopic and Deliquescent Substances**—Substances that become moist because of affinity for moisture in the air may be prepared as divided powders by adding inert diluents. Double wrapping is desirable for further protection. Extremely deliquescent compounds cannot be satisfactorily prepared as powders.

## Bulk Powders

Bulk powders may be classified as (1) oral powders, (2) dentifrices, (3) douche powders, (4) dusting powders, (5) insufflations, and (6) triturations.

**Oral Powders**—These are generally supplied as *finely divided powders* or as *effervescent granules*.

The finely divided powders are intended to be suspended or dissolved in water or mixed with soft foods, eg, applesauce, prior to administration. Antacids and laxative powders are frequently administered in this form.

Effervescent granules contain sodium bicarbonate and either citric acid, tartaric acid, or sodium biphosphate in addition to the active ingredients. On solution in water carbon dioxide is released as a result of the acid–base reaction. The effervescence from the release of the carbon dioxide serves to mask the taste of salty or bitter medications.

Granulation is generally accomplished by producing a moist mass, forcing it through a coarse sieve, and drying it in an oven. The moisture necessary for massing the materials is readily obtained by heating them sufficiently to drive off the water of hydration from the uneffloresced citric acid. The completed product must be dispensed in tightly closed glass containers to protect it against the humidity of the air. For a formerly official general formula for preparing effervescent salts see RPS-15, page 1574.

Effervescent powders may be prepared also by adding small amounts of water to the dry salts in order to obtain a workable mass. The mass is dried and ground to yield the powder or granule. Care must be utilized in this procedure to ensure that the reaction which occurs in the presence of water does not proceed too far before it is stopped by the drying process. Should this happen, the effervescent properties of the product will be destroyed.

Other preparative techniques have been reported for effervescent powders such as a fluidized bed procedure in which the powders are blended and then suspended in a stream of air in a Wurster chamber. Water is sprayed into the chamber resulting in a slight reaction and an expansion of the particles to form granules ranging in size from 10- to 30-mesh. This approach apparently offers a number of advantages over the older techniques. The extent of reaction and particle size are controlled during the manufacture. A drying oven, trays, and even grinding devices are not required. Furthermore, the technique lends itself to a continuous as well as a batch operation.

The heat generated from the blending and mixing operation also has been used to mass the powders by causing the release of the water of hydration from the citric acid. The massed materials can be dried and sieved through a coarse sieve. This technique thus eliminates the need of an external heat source or a granulating solution.

**Dentifrices**—These may be prepared in the form of a bulk powder, generally containing a soap or detergent, mild abrasive, and an anticariogenic agent. These products are considered in more detail in Chapter 109.

**Douche Powders**—These products are completely soluble and are intended to be dissolved in water prior to use as antiseptics or cleansing agents for a body cavity. They are most commonly intended for vaginal use, although they may be formulated for nasal, otic, or ophthalmic use. Generally, since aromatic oils are included in these powders, they are passed through a No 40 or 60 sieve to eliminate agglomeration and to insure complete mixing. Dispensing in wide-mouth glass jars serves to protect against loss of volatile materials and permits easy access by the patient. Bulk powder boxes may be used for dispensing douche powders, although glass containers are preferred because of the protection afforded by these containers against air and moisture.

**Dusting Powders**—These are locally applied nontoxic preparations that are intended to have no systemic action. They always should be dispensed in a very fine state of subdivision to enhance effectiveness and minimize irritation. When necessary, they may be micronized or passed through a No 80 or 100 sieve.

Extemporaneously prepared dusting powders should be dispensed in sifter-top packages. Commercial dusting powders are available in sifter-top containers or pressure aerosols. The latter, while generally more expensive than the other containers, offer the advantage of protection from air, moisture, and contamination, as well as convenience of application. Foot powders and talcum powders are currently available as pressure aerosols.

Dusting powders are applied to various parts of the body as lubricants, protectives, absorbents, antiseptics, antipruritics, antibromhidrosis agents, astringents, and antiperspirants.

While in most cases dusting powders are considered nontoxic, absorption of boric acid through large areas of abraded skin has caused toxic reactions in infants. Accidental inhalation of zinc stearate powder has led to pulmonary inflammation of the lungs of infants. The pharmacist should be aware of the possible dangers when the patient uses these compounds as well as other externally applied products. See also Chapter 40.

**Insufflations**—These are finely divided powders introduced into body cavities such as the ears, nose, throat, tooth sockets, and vagina. An insufflator (powder blower) is usually employed to administer these products. However, the difficulty in obtaining a uniform dose has restricted their general use.

Specialized equipment has been developed for the administration of micronized powders of relatively potent drugs. The Norisodrine Sulfate Aerohaler Cartridge (*Abbott*) is an example of such a product. In the use of this Aerohaler, inhalation by the patient causes a small ball to strike a cartridge containing the drug. The force of the ball shakes the proper amount of the powder free, permitting its inhalation. Another device, the Spinhaler turbo-inhaler (*Fisons*), is a propeller-driven device designed to deposit a mixture of lactose and micronized cromolyn sodium into the lung as an aid in the management of bronchial asthma.

Pressure aerosols have also been employed as a means of administering insufflations, especially for potent drugs. This method offers the advantage of excellent control of dose, through metered valves, as well as product protection.

**Triturations**—These are dilutions of potent powdered drugs, prepared by intimately mixing them with a suitable diluent in a definite proportion by weight. They were at one time official as 1–10 dilutions. The pharmacist sometimes prepares triturations of poisonous substances, e.g., atropine, in a convenient concentration using lactose as the diluent, for use at the prescription counter. These medicinal substances are more accurately and conveniently weighed by using this method.

The correct procedure for preparing such triturations or any similar dilution of a potent powder medicament, to insure uniform distribution of the latter, is as follows: (1) reduce the drug to a moderately fine powder in a mortar; (2) add about an equal amount of diluent and mix well by thorough trituration in the mortar; (3) successively add portions of diluent, triturating after each addition, until the entire quantity of diluent has been incorporated. Under no circumstance

should the entire quantity of diluent be added at once to the drug that is to be diluted in the expectation that uniform dispersion of the latter will be more expeditiously achieved on brief trituration of the mixture.

### References

1. Parrott EL, in Lachman L, et al: *The Theory and Practice of Industrial Pharmacy*, 2nd ed Lea & Febiger, Philadelphia, 466, 1976.
2. Perry RH, et al: *Chemical Engineers' Handbook*, 4th ed, McGraw-Hill, New York, 8–8, 1963.
3. Pilcher JM, et al: *Proc Chem Spec Mfrs Assoc Ann Mfg:* 66, 1958.
4. Tillotson D: *Aerosol Age 3(5):* 41, 1958.

### Bibliography

Irani RR, Callis CF: *Particle Size: Measurement, Interpretation and Application*, Wiley, New York, 1963.

Cadle RD: *Particle Size*, Reinhold, New York, 1965.
Silverman L, et al: *Particle Size Analysis in Industrial Hygiene*, Academic, New York, 1971.
Allen T: *Particle Size Measurement*, Chapman & Hall, London, 1968.
Orr C, Jr, Dalla Valle JM: *Fine Particle Measurement*, Macmillan, New York, 1959.
Martin AN: *Physical Pharmacy*, 3rd ed, Lea & Febiger, Philadelphia, 1983.
Orr C, Jr: *Particulate Technology*, Macmillan, New York, 1966.
Brown RL, Richards JC: *Principles of Powder Mechanics*, Pergamon, Oxford, 1970.
Uhl VW, Gray JW: *Mixing*, Vol II, Academic, New York, 1967.
Stockman JD, Fochtman EG eds: *Particle Size Analysis*, Ann Arbor Science Publishers, Ann Arbor, 1977.
Jelinek IZK: *Particle Size Analysis*, Wiley, New York, 1970.
Sterbacek Z, Tausk P: *Mixing in the Chemical Industry*, Pergamon, Oxford, 1965.
DallaValle JM: *Micromeritics*, 2nd ed, Pitman, New York, 1948.
Parfitt GD, Sing KSW: *Characterization of Powder Surfaces*, Academic, London, 1976.