# EXHIBIT 10

RLF1-2409499-1

# Science for Clinicians

## Lipophilicity, Hydrophilicity, and the Central Nervous System Side Effects of Beta Blockers

Dennis E. Drayer, Ph.D.

One of the attributes of beta-adrenergic blocking agents that has distinguished these drugs from each other is degree of lipophilicity. While this feature may play a role in facilitating passage across the blood-brain barrier, it is essential to realize that crossing the barrier is not necessarily synonymous with the ability to cause central nervous system (CNS) effects. Several studies have found some degree of CNS side effects, particularly tiredness and fatigue, with atenolol, a hydrophilic beta blocker. Pindolol, a moderately lipophilic beta blocker, has been reported to cause greater disturbances on electroencephalogram (EEG) than propranolol, the most highly lipophilic beta blocker. The investigational agent bevantolol exhibits a moderate degree of lipophilicity and a low frequency of CNS side effects. Drug-induced increases in plasma catecholamine levels, the possible saturation of CNS receptor sites at relatively low drug levels, and the specific structural details of beta-blocker molecules have been suggested as possible contributory factors in determining the degree of CNS effects.
(Pharmacotherapy 1987;7(4):87–91)

OUTLINE

Lipophilicity of Beta Blockers
Beta Blockers in the CNS
CNS Side Effects
Conclusion

The most serious adverse reactions to beta-adrenergic blocking agents are usually a consequence of their beta-adrenergic blocking action.[1,2] These include heart failure, especially in patients with impaired left ventricular function; heart block; bronchoconstriction; augmentation of the hypoglycemic action of insulin and masking of tachycardia that may signal hypoglycemia; withdrawal and subsequent rebound syndrome, which includes exacerbation of angina and myocardial infarction; and Raynaud's phenomenon. Gastrointestinal side effects of nausea, vomiting, diarrhea, and constipation; reactions of rash, fever, and purpura that are probably of an allergic nature; and central nervous system (CNS) complaints of fatigue, mental depression, nightmares, hallucinations, lethargy, and insomnia are thought to be, for the most part, unrelated to their antihypertensive action. It is with the CNS side effects of the beta blockers and the relative lipophilicity of these agents that this paper is chiefly concerned.

One of the attributes of beta-adrenergic blocking agents that has distinguished members of this class from each other is their degree of lipophilicity. In general, lipophilicity, as opposed to hydrophilicity, has been noted to be associated with greater first-pass extraction and therefore lower systemic availability, as well as greater biotransformation in the liver, larger volume of distribution, greater penetration into the brain, elimination in the urine as metabolites rather than as unchanged drug, and shorter half-life.[3,4] A correlate of lipophilicity that has frequently been mentioned with respect to beta blockers is increased occurrence of side effects that originate in the CNS.[5-9]

### Lipophilicity of Beta Blockers

Log $K_p$ values (defined as the logarithm of the octanol:water partition coefficient) for a series of beta blockers are presented in Table 1. Propranolol and

From the Departments of Pharmacology and Medicine, Cornell University Medical College, New York.
Address reprint requests to Dennis E. Drayer, Ph.D., Department of Pharmacology, Cornell University Medical College, 1300 York Avenue, New York, NY 10021.
This work was supported in part by an educational grant from Parke-Davis.

Table 1. Pharmacokinetic Comparisons of Beta Blockers

| Agent | Log $K_p$ | Bioavailability (%) | Elimination Half-life (hrs) | Brain:plasma Concentration (human)[a] | Brain:plasma Concentration (animal)[a] |
|---|---|---|---|---|---|
| Propranolol | 3.65 | 30 | 3.5–6 | 15–26 | 5.7–14.9 |
| Alprenolol[b] | 2.6 | 10 | 2–3 | 16 | — |
| Oxprenolol[b] | 2.18 | 40 | 1–2 | 50 | — |
| Metoprolol | 2.15 | 50 | 3–4 | 12 | — |
| Timolol | 2.1 | 75 | 3–4 | — | — |
| Acebutolol | 1.9 | 50 | 3–4 | — | — |
| Pindolol | 1.75 | 90 | 3–4 | — | — |
| Bevantolol[b] | 1.2 | 55 | 1.5–2 | — | 2 |
| Nadolol | 0.7 | 30 | 14–24 | — | — |
| Atenolol | 0.23 | 40 | 6–9 | 0.2 | 0.05 |

[a] Human and animal data appear to correlate relatively well in the determination of brain:plasma concentration ratios.
[b] Investigational drug.
From references 7, 10–14.

atenolol are, respectively, at the lipophilic and hydrophilic extremes.

Generally, as the partition coefficient ($K_p$) and the log $K_p$ in a related series of orally administered drugs increase, the fraction of drug that undergoes first-pass metabolism in the liver increases, leading to decreased systemic availability of orally administered drug relative to intravenously administered drug; consequently, the fraction excreted unchanged in the urine decreases.[7] A clinically significant result is that for the more lipophilic drugs, dosage reduction may be necessary in patients with liver disease but not in those with renal disease. The opposite is usually true for the more hydrophilic agents. Beta blockers have a very weak trend toward increased protein binding with increased lipophilicity.[7]

### Beta Blockers in the CNS

Adverse CNS effects were reported with beta blockers shortly after they were introduced in the late 1960s and early 1970s. It is a generally held impression that lipophilic beta blockers gain ready access to the CNS and that this is responsible for the nightmares, vivid dreams, hallucinations, depression, insomnia, and other less dramatic CNS side effects that may be observed with these agents.[6-8] Beta blockers are present in plasma in equilibrium between free and bound states. The free portion is thought to control the intensity of a drug's actions by establishing the diffusion gradient for the agent to reach its receptor sites.[7] Within the brain, beta blockers are present in the cerebrospinal fluid (CSF) in free form and bound in brain nerve cells.[9]

The blood-brain barrier consists of fused capillary endothelial cells that form a continuous layer between blood and glial cells in the brain. Together with the blood-CSF barrier, it prevents the free passage of circulating molecules and cells into the brain.[15,16]

The blood-brain barrier is selectively permeable: lipid-soluble substances cross by simple diffusion; hydrophilic substances do not. Because the brain requires various nutrients that are not lipid soluble (e.g., glucose), such substances are transported across the barrier by carrier systems specific to the substance; the barrier is not completely impermeable to any substance.[15] Thus hydrophilic beta blockers are found in brain tissue, albeit at much lower concentrations than the lipophilic drugs.[17]

An added complication is that concentrations of a substance in the brain and CSF are not necessarily equivalent.[15] For lipophilic propranolol and pindolol, CSF concentration has been found to be proportional to free plasma concentration.[18] In another study, the concentration in CSF of 3 lipophilic beta blockers (propranolol, oxprenolol, and metoprolol) approximated free drug concentration in plasma and was a poor predictor of brain concentration.[9] These agents appeared in brain tissue in humans at concentrations 10–20 times greater than that for the hydrophilic agent atenolol (propranolol 2561 ng/g; oxprenolol 1380 ng/g; metoprolol 1520 ng/g; and atenolol 133 ng/g). In this study, the approximate brain:plasma ratios were 26 for propranolol, 50 for oxprenolol, 12 for metoprolol, and 0.2 for atenolol.[9]

The degree of lipophilicity of beta blockers may be of consequence in producing CNS side effects in that variations may produce great differences in brain:plasma concentration ratios. As shown in Table 1, the ratio for moderately lipophilic bevantolol is 2, which is closer to that for hydrophilic atenolol than it is to that for highly lipophilic propranolol. These data suggest that the concentration in the brain of one lipophilic beta blocker compared with another may vary, even when free plasma concentrations of the two lipophilic agents are comparable. Moreover, the mechanism through which beta blockers produce CNS side effects is unknown. For example, it is not known if these side effects are mediated through

beta receptors in the brain. It has been postulated that propranolol's blocking of the 5HT receptor in the brain might be related to its CNS effects.[19]

### CNS Side Effects

It is essential to realize that crossing the blood-brain barrier is not necessarily synonymous with the ability to cause CNS effects. Single doses of oxprenolol 320 mg, propranolol 320 mg, and sotalol 240 mg failed to produce *consistently* statistically significant effects in a series of psychomotor and psychosensory tests. The authors noted that "penetration of beta-adrenoceptor blocking agents into the CNS is not sufficient to prove they have central action."[12]

Another study compared the relative sedative effects of a hydrophilic beta blocker, atenolol 100 mg/day, with those of metoprolol, a lipophilic beta blocker 150 mg/day, during 14 days of treatment.[20] According to the investigators, "both drugs caused subtle but significant reductions" in objective measurements of mental alertness. While the degree of drug-induced sedation was similar for both agents (19.6% ± 3% for atenolol vs 17.2% ± 9% for metoprolol), the duration of sedative effect was 6 hours for atenolol and 2 hours for metoprolol. It was suggested that atenolol's longer-lasting sedative effect was probably due to pharmacokinetic factors, specifically, to its slowly decreasing serum and CNS levels. Another possibility is that the receptors mediating CNS effects might be saturated at low concentrations; thus the higher concentrations reached by a lipophilic beta blocker would not produce a more intense effect. The authors concluded, "Relative lipid solubility does not reliably predict the neurologic effects of beta blockers."[20]

Other investigators found "impairment of psychomotor function and subjective experience" with beta blockers administered under controlled conditions in doses as low as 40 mg oxprenolol and 40 mg propranolol, as well as with 100 mg atenolol.[18]

The adverse neurologic effects of propranolol include the lethargy, fatigue, vivid dreams, depression, hallucinations, and delirium reported with other beta blockers, as well as psychotic reactions and paresthesias.[21] Propranolol is the most lipophilic beta blocker, with a log $K_p$ of 3.65. Pindolol, however, which is moderately lipophilic (log $K_p$ 1.75), causes the greatest disturbances on EEG.[5,6] Something other than relative lipophilicity is quite possibly at work.

Several studies have shown that beta blockers antagonize behavioral responses involving serotonin metabolism[16,22] and bind to serotonin receptors in the brain.[16,19] The relationship of serotonin-receptor binding to lipophilicity is unknown. Beta blockers also have been shown to increase catecholamine levels.[23] Complex CNS effects were observed in patients administered atenolol; it was concluded that "some change in catecholamine metabolism could be responsible for the described changes in nervous functions. Atenolol, like other beta blockers, has been reported to increase plasma catecholamine levels."[23]

Data on adverse CNS reactions with atenolol are presented in Table 2.[24] The figures represent combined data obtained from United States and foreign controlled studies.

A study of clinical experience with atenolol and propranolol revealed that dose-limiting CNS effects reported from clinical experience were no less frequent with atenolol than with propranolol (Table 3). Atenolol was, however, withdrawn less frequently than propranolol.[25]

Specific structural details of beta blocker molecules may also play a role in determining CNS side effects. The indole ring in pindolol, for example, was suggested as a possible cause of its CNS activity.[6] It is worth noting that the Food and Drug Administration requires beta blockers — hydrophilic as well as lipophilic — to carry a warning for CNS side effects that may include "reversible mental depression progressing to catatonia, visual disturbances, hallucinations, an acute reversible syndrome characterized by disorientation of time and place, short-term memory loss, emotional lability with slightly clouded sensorium, and decreased performance on neuropsychometrics."[24]

Table 2. Frequency of Adverse CNS Reactions with Atenolol

| Reaction | Atenolol (%) (n = 399) | Placebo (%) (n = 407) |
|---|---|---|
| Tiredness | 26 | 13 |
| Dizziness | 13 | 6 |
| Depression | 12 | 9 |
| Fatigue | 6 | 5 |
| Light-headedness | 3 | 0.7 |
| Lethargy | 3 | 0.7 |
| Dreaming | 3 | 1 |
| Drowsiness | 2 | 0.5 |
| Vertigo | 2 | 0.2 |

From reference 24.

Table 3. Number of Patients with Adverse CNS Effects Attributable To Atenolol (4 years, 543 patients) and Propranolol (10 years, 390 patients)

| Number of Patients Withdrawn from Therapy | | Adverse Effects | Number of Patients With Dose-limiting Effects | |
|---|---|---|---|---|
| Atenolol | Propranolol | | Atenolol | Propranolol |
| 0 | 1 | Fatigue | 21 | 14 |
| 0 | 2 | Vivid dreams and/or insomnia | 5 | 6 |
| 0 | 0 | Hallucinations | 0 | 2 |
| 0 | 2 | Paresthesia | 2 | 4 |
| 1 | 0 | Dizziness | 4 | 1 |
| 0 | 2 | Depression | 4 | 1 |

From reference 25.

An additional example of the paradoxic relationship between lipophilicity and the frequency of CNS side effects is the investigational beta blocker bevantolol. In spite of its moderate lipophilicity (log $K_p$ 1.2) it is associated with a low frequency of CNS side effects (Table 4).[26,27] Further support for bevantolol's characterization as moderately lipophilic is the fact that it is eliminated almost completely by biotransformation.[28]

An international, multicenter, placebo-controlled, double-blind, parallel group comparative trial between bevantolol 400 mg/day and atenolol 100 mg/day was carried out among patients receiving treatment for mild to moderate hypertension. Demographic data and frequency of CNS side effects are presented in Table 5.[29]

The frequency of CNS side effects elicited in a multicenter, United Kingdom, open, clinical study of nadolol in the treatment of hypertension is given in Table 6.[30] No figures were obtained at baseline or for placebo. Nadolol is a hydrophilic beta blocker whose log $K_p$ of 0.7 is midway between that of atenolol (0.23) and bevantolol (1.2). Although obtained in an unrelated study, the figures for CNS side effects are quite similar to those reported for bevantolol and atenolol.

Table 4. Frequency of CNS Adverse Reactions with Bevantolol

| Side Effect | Bevantolol (n = 423) | Placebo (n = 291) |
|---|---|---|
| Headache | 24 (5.7%) | 16 (5.5%) |
| Fatigue | 9 (2.1%) | 5 (1.7%) |
| Dizziness | 6 (1.4%) | 5 (1.7%) |
| Somnolence | 3 | 1 |
| Anxiety | 3 | 1 |
| Abnormal dreams | 2 | 1 |
| Insomnia | 2 | 1 |
| Libido increase | 2 | 1 |
| Libido decrease | 1 | 0 |
| Impotence | 1 | 1 |
| Tinnitus | 1 | 1 |
| Vertigo | 1 | 0 |
| Paresis | 1 | 1 |

From reference 27.

Table 5. Multicenter International Comparison of Bevantolol and Atenolol

| Variables | Placebo | Bevantolol | Atenolol |
|---|---|---|---|
| Number | 229 | 111 | 111 |
| Men | | 75 | 71 |
| Women | | 36 | 40 |
| Mean age (yrs) | | 52.7 | 50.5 |
| (range) | | (27–69) | (22–66) |
| Mean weight (kg) | | 78.2 | 77.6 |
| (range) | | (56–134) | (51–121) |
| Patients assessed at 12 weeks) | | 97 | 99 |
| Frequency of CNS side effects (%) | | | |
| Headache | 6.6 | 4.5 | 3.6 |
| Fatigue | 1.7 | 10.8 | 12.6 |
| Dizziness | 0.4 | 6.3 | 4.5 |
| Abnormal dreams | 1.7 | 1.8 | 0.9 |
| Agitation | 3.5 | 0 | 0 |
| Depression | 0.4 | 1.8 | 1.8 |
| Libido loss | 0 | 0 | 0 |

From reference 29.

Table 6. Multicenter UK Open Trial of Nadolol (n = 9837)

| Side Effect | % |
|---|---|
| Tiredness | 10.32 |
| Dizziness | 8.17 |
| Headache | 4.53 |
| Malaise | 4.28 |
| Anxiety/depression | 3.53 |
| Sleep disturbance | 0.87 |

From reference 30.

## Conclusion

The frequency of CNS effects with various beta blockers does not seem to be directly dependent upon relative lipophilicity. A complex of factors may influence CNS side effects, including actual brain levels achieved, degree of beta-adrenergic and serotonin-receptor inhibition, possible low-level saturation of receptors in the brain, the amount of partial agonist activity and production of catecholamines by beta blockers, and specific chemical constituents of the beta-blocker molecules.

It is necessary for clinicians to weigh the frequency and severity of CNS effects against those of other side effects when prescribing a beta blocker. In the 1970s, some of the worst non-CNS side effects occurred with practolol, a hydrophilic beta blocker that caused skin lesions and keratoconjunctivitis.[6] In lieu of better understanding of the mechanism of side effects of these drugs, clinicians should rely on the actually demonstrated frequency of CNS and other side effects, not on the simple formula of lipophilicity versus hydrophilicity.

## References

1. Weiner N. Drugs that inhibit adrenergic nerves and block adrenergic receptors. In: Gilman AG, Goodman LS, Rall TW, Murad F, eds. Goodman and Gilman's the pharmacological basis of therapeutics. 7th ed New York: Macmillan, 1985.
2. Cohen PF, Braunwald E. Chronic ischemic heart disease. In: Braunwald E, ed. Heart disease: A textbook of cardiovascular medicine. 2nd ed. Philadelphia: WB Saunders, 1984.
3. Lowenthal DT, Saris SD, Packer J, Haratz A, Conry K. Mechanisms of action and the clinical pharmacology of beta-adrenergic blocking drugs. Am J Med 1984;77(suppl 4A):119–27.
4. Woods PB, Robinson ML. An investigation of the comparative liposolubilities of β-adrenoceptor blocking agents. J Pharm Pharmacol 1981;33:172–3.
5. Betts TA, Alford C. β-Blocking drugs and sleep: a controlled trial. Drugs 1983;25(suppl 2):268–72.
6. Cruickshank JM. How safe are β-blockers? Drugs 1983;25(suppl 2):331–40.

7. Drayer DE. Clinical consequences of the lipophilicity and plasma protein binding of antiarrhythmic drugs and active metabolites in man. Ann NY Acad Sci 1984;432:45-56.
8. Gerber JG, Nies AS. Beta-adrenergic blocking drugs. Ann Rev Med 1985;36:145-64.
9. Neil-Dwyer G, Bartlett J, McAnish J, Cruickshank JM. β-Adrenoceptor blockers and the blood-brain barrier. Br J Clin Pharmacol 1981;11:549-53.
10. Frishman WH. β-Adrenoceptor antagonists: new drugs and new indications. N Engl J Med 1981;305:500-6.
11. Thadani U. Beta blockers in hypertension. Am J Cardiol 1983;52:10D-15D.
12. Patel L, Turner P. Central actions of β-adrenoceptor blocking drugs in man. Med Res Rev 1981;1:387-410.
13. Kaplan HR. Bevantolol hydrochloride — preclinical pharmacologic profile. Angiology 1986;37:254.
14. Scriven AJ, Lewis PJ. β-Adrenergic blocking drugs in the treatment of hypertension. Pharmacol Ther 1983;20:95-131.
15. Pardridge WM, Oldendorf WH, Cancilla P, Frank HJL. Blood-brain barrier: interface between internal medicine and the brain. Ann Intern Med 1986;105:82-95.
16. Turner P. β-Blockade and the human central nervous system. Drugs 1983;25(suppl 2):262-4.
17. Day MD, Hemsworth BA, Street JA. The central uptake of β-adrenoceptor antagonists. J Pharm Pharmacol 1977;29:52.
18. Taylor EA, Jefferson D, Carroll JD, Turner P. Cerebrospinal fluid concentrations of propranolol, pindolol and atenolol in man: evidence for central actions of β-adrenoceptor antagonists. Br J Clin Pharmacol 1981;12:549-59.
19. Middlemiss DN, Blakeborough L, Leather SR. Direct evidence for an interaction of β-adrenergic blockers with 5HT receptor. Nature 1977;267:289-90.
20. Gengo FM, Huntoon L, McHugh WB. Lipid-soluble and water-soluble β-blockers: comparison of the central nervous system depressant effect. Arch Intern Med 1987;147:39-43.
21. American Medical Association Department of Drugs. AMA drug evaluations. 5th ed. Chicago: American Medical Association, 1983.
22. Grahame-Smith DG, Orr MW. Clinical psychopharmacology. In: Turner P, Shand DG, eds. Recent advances in clinical pharmacology. Vol. 1. Edinburgh: Churchill Livingstone, 1978:168-87.
23. Schenk GK, Anlauf M. Atenolol therapy in hypertensive patients: effects on vigilance and behavior. Drugs 1983;25(suppl 2):278-9.
24. Tenormin product information. Physicians' desk reference. 41st ed. Oradell, NJ. Medical Economics, Inc., 1987: 1988-9.
25. Zacharias FJ, Cowen KJ, Cuthbertson PJR, et al. Atenolol in hypertension: a study of long-term therapy. Postgrad Med J 1977;53(suppl 3):102-10.
26. Bray JS. Safety profile of bevantolol. Angiology 1986;37:248-54.
27. Parke-Davis. Vantol — new drug application. Morris Plains, N.J.; 1985.
28. Soliman M, Massey SG, Campese VM. Renal hemodynamics and pharmacokinetics of bevantolol in patients with impaired renal function. Am J Cardiol 1986;58(Suppl):21E-4E.
29. Fairhurst GJ. Bevantolol and atenolol in hypertensive patients: results of a comparative study. In: Advances in beta blockade, a symposium, April 21, 1985, Geneva, Switzerland.
30. Jackson DA. Nadolol, a once daily treatment for hypertension: multicentre clinical evaluation. Br J Clin Pract 1980;34:211-21.