# EXHIBIT 11

RLF1-2409499-1

Int. J. Nucl. Med. Biol. Vol. 12, No. 5, pp. 353–356, 1985
Printed in Great Britain. All rights reserved

0047-0740/85 $3.00 + 0.00
Copyright © 1985 Pergamon Press Ltd

# Effect of Lipophilicity on the *In Vivo* Localization of Radiolabelled Spiperone Analogues

S. M. MOERLEIN, P. LAUFER and G. STÖCKLIN

Institut für Chemie 1 (Nuklearchemie), Kernforschungsanlage Jülich GmbH, D-5170 Jülich, F.R.G.

(Received 1 August 1985)

A series of N-alkylated and *para*-brominated analogues of spiperone were synthesized to ascertain the effect of lipophilicity on the *in vivo* localization of neuroleptics. While the $IC_{50}$ for $D_2$ receptor binding was within the same order of magnitude for these compounds, the calculated octanol-water partition coefficients varied 300-fold. When the *in vivo* distribution data for $^{77}Br$-labelled compounds were compared with previous data for $^{18}F$- and $^{11}C$-labelled analogues it was seen that the highest cerebral uptake was for bromospiperone, but the optimum striatum-to-cerebellum and brain-to-blood concentrations were achieved by N-methyl spiperone. The implications of these results for radiopharmaceutical design or medicinal chemistry are discussed.

## Introduction

Alterations in cerebral dopaminergic receptor densities in the neurological disorders schizophrenia,[1,2] Parkinson's disease,[3] and Huntington's chorea[4] have created potential for methods which allow the non-invasive measurement of cerebral dopamine receptors in man. Such a method is the quantitative reconstruction using positron-emission tomography (PET) of the *in vivo* distribution of dopaminergic receptor-binding neuroleptics radiolabelled with $^{11}C$ ($\beta^+$, $t_{1/2}$ = 20 min), $^{18}F$ ($\beta^+$, $t_{1/2}$ = 110 min), or $^{77}Br$ ($\beta^+$, $t_{1/2}$ = 96 min). Subsequent to initial work which showed that [$^3H$]spiperone localized *in vivo* in areas of the brain rich in dopaminergic receptors,[5-8] spiperone labelled with the positron-emitting nuclides $^{11}C$[9] and $^{18}F$[10,11] were evaluated for use with PET technology. Synthetic inconvenience in the high specific-activity incorporation of $^{11}C$ or $^{18}F$ into the *para*-fluorobutyrophenone structure of spiperone has led to the use of radiolabelled analogues which are easier to synthesize yet leave the essential molecular characteristics necessary for receptor binding unaltered. Examples of these are N-methyl spiperone, labelled with $^{11}C$[12,13] and *para*-bromospiperone, which has been labelled with $^{77}Br$[14-16] and $^{76}Br$[17,18] for testing preceding eventual use with $^{75}Br$ in man.

Because the latter work indicates that N-methylation and bromination of the anilino ring of spiperone does not destroy the ability of the neuroleptic to concentrate *in vivo* within cerebral regions dense in dopaminergic receptors, this systematic study was initiated to ascertain in greater detail the effect of N-alkylation and bromination of spiperone on the tissue localization properties of this butyrophenone. It is hoped that the conclusions drawn from this investigation not only indicate optimum structural analogues of spiperone for labelling with $^{11}C$, $^{18}F$, or $^{75}Br$ for PET applications, but that the more general lipophilicity effects observed have impact on designing other receptor-binding radiopharmaceuticals and drug-delivery systems for the butyrophenone neuroleptics.

## Materials and Methods

### Syntheses of standard compounds

The compounds used in this paper are illustrated in Scheme 1. Spiperone (SP) was a gift from Janssen Pharmaceutica, Beerse, Belgium. The N-alkylated analogues were synthesized by reacting the potassium salt of SP with the corresponding alkyl halide. These compounds were halogenated by direct bromination using $Br_2$ in $CH_2Cl_2/CCl_4$ to give the brominated analogues. The details of the synthesis and characterization of these compounds will be published elsewhere.[19]

### Measurement of $D_2$ receptor-binding constants

The $IC_{50}$ values for the inhibition of [$^3H$]spiperone binding to membranes of the nucleus caudatus from calf brain were determined for the spiperone analogues using standard *in vitro* techniques.[20]

### Radiosyntheses of spiperone analogues

No-carrier-added $^{77}Br^-$ was produced via the $^{75}As(\alpha, 2n)$ $^{77}Br$ reaction using the JULIC CV-28

Scheme 1. Compounds used.

**Analogues synthesized:**

| | X | R |
|---|---|---|
| SP | H | H |
| MSP | H | Me |
| BSP | Br | H |
| BMSP | Br | Me |
| BESP | Br | Et |
| BPSP | Br | Pr |

Table 1. $D_2$ Receptor-binding affinity and lipophilicity of spiperone analogues

| Compound | Molecular weight | $IC_{50}$ (nM)[a] | log $P$[b] |
|---|---|---|---|
| SP | 395 | 2.6 | 2.67 |
| MSP | 409 | 7.3 | 3.18 |
| BSP | 474 | 3.3 | 3.65 |
| BMSP | 488 | 9.4 | 4.16 |
| BESP | 502 | 10.1 | 4.68 |
| BPSP | 516 | 3.9 | 5.20 |

[a] Ref. (20).
[b] Calculated using the methods of Refs (27) and (28).

compact cyclotron.[21,22] $^{77}$Br-BSP, $^{77}$Br-BMSP, $^{77}$Br-BESP and $^{77}$Br-BPSP were synthesized via direct no-carrier-added electrophilic radiobromination of the corresponding N-alkylated spiperone analogues using either dichloramin-T or hydrogen peroxide–glacial acetic acid as in situ oxidants.[23] As previously recommended,[24] the specific activity of each radiolabelled analogue was adjusted using standard compounds following chromatographic purification to give an injected dose of 20 μg/kg in the animal experiments. The details of these radiosynthetic procedures will be published elsewhere.[33]

### Animal studies

A quantity of 50–100 μCi (20 μg/kg) of each radiolabelled spiperone analogue in 0.1 mL ethanolic saline solution was injected into the femoral vein of 250–300 g female Sprague–Dawley rats under light ether anesthesia. Following a 6 h period during which the animals were allowed free access to food and water, the rats were sacrificed in groups of five to eight animals. The brain of each animal was immediately excised, and the striatum and cerebellum were dissected over an ice-cold plate.[25] A blood sample was obtained by cardiac puncture directly preceding decapitation. The brain and blood samples were weighed and the radioactivity assayed by counting in a NaI(Tl) well-type γ-scintillation counter. The results were calculated in terms of percent injected dose per gram of tissue using a standard sample of the injectate. These values were normalized to body weight to minimize errors due to differences in animal sizes and to allow easier interspecies comparison.[26]

### Results and Discussion

Table 1 shows that N-alkylation and/or para-bromination of spiperone does not significantly change the receptor-binding affinity of the neuroleptic. All $IC_{50}$ values determined in this test system were within the same order of magnitude, which is to be expected since the chemical modifications made in the analogues shown in Table 1 have left the 4'-fluoro-4-amino-butyrophenone pharmacophore[29] of butyrophenone neuroleptics unaltered. Similarly, N-alkylation and bromination of spiperone results in only a modest increase in molecular weight; BPSP has a molecular weight only 31% higher than that of SP. By contrast the octanol–water partition constant varies dramatically for these analogues. For the structures shown in Table 1, a three hundred-fold variation in the octanol–water partition coefficient is possible. Based upon the relative values shown in this table, we can attribute any differences in the in vivo localization properties of these spiperone analogues primarily, if not totally, to variation in the lipophilicity of each structure.

The in vivo localization of the $^{77}$Br-labelled spiperone analogues is given in Table 2. For comparison are also tabulated the data from $^{18}$F-SP[10] and $^{11}$C-MSP.[13] These data are presented in the form of percentage of mean body concentration (% MBC) to permit adequate inter-individual comparison.[26] As can be seen in this table, N-alkylation and bromination of spiperone strongly influences the in vivo pharmacokinetics of the neuroleptic. The tissue enrichment in the dopaminergic receptor-rich striatum, the receptor-poor cerebellum, the whole brain, and blood is found to vary for each spiperone analogue.

Because the striatum contains a high density of dopaminergic receptors relative to the cerebellum,[30] the relative striatum-to-cerebellum concentration ratio is a useful index for receptor-specific to non-specific binding. The %MBC in the striatum and cerebellum is plotted as a function of lipophilicity in

Table 2. Tissue concentrations of radiolabelled spiperone analogues[a] in rats

| | Tissue concentration (% MBC)[b] | | | |
|---|---|---|---|---|
| Compound | Striatum | Cerebellum | Whole brain | Blood |
| SP[c] | 96 ± 22 | 9 ± 2 | 36 ± 6 | 20 ± 2 |
| MSP[d] | 147 ± 43 | 7 ± 1 | 40 ± 11 | 14 ± 7 |
| BSP | 390 ± 31 | 48 ± 2 | 108 ± 9 | 91 ± 8 |
| BMSP | 290 ± 19 | 51 ± 1 | 70 ± 6 | 247 ± 19 |
| BESP | 158 ± 11 | 31 ± 2 | 55 ± 4 | 148 ± 9 |
| BPSP | 85 ± 6 | 16 ± 1 | 30 ± 2 | 31 ± 2 |

[a] Unless otherwise indicated, data is for 6 h post injection. Values represent the mean and standard error for 5–8 animals.
[b] % MBC = (counts in organ/weight of organ) ÷ (total counts injected/total body weight) × 100%.
[c] Ref. (10).
[d] Ref. (13).

Radiolabelled spiperone analogues                355



Fig. 1. *In vivo* localization of radiolabelled spiperone analogues in cerebral tissues of rodents 6 h post injection as a function of lipophilicity. ●, striatum; ▼, cerebellum; □, relative striatum-to-cerebellum concentration ratio.

Fig. 1. As can be seen, the enrichment on the striatum initially increases as the lipophilicity of spiperone is enhanced by methylation or bromination. This may be attributed to easier penetration of the blood–brain barrier by the more lipophilic analogues. Although enhanced striatal uptake is seen, the concomitant increase in the enrichment of the cerebellum results in a relative striatum-to-cerebellum concentration which at first increases and then decreases with increasing lipophilicity. Further alkylation of BSP leads to a decrease in the striatal and cerebellar uptake as well as in the relative striatum-to-cerebellum concentration ratio.

The overall cerebral radioactivity concentrations and the concentrations in the blood compartment are compared in Fig. 2 for the various log $P$ values of the spiperone analogues. As this figure illustrates, when the lipophilicity of the spiperone analogue is increased, the cerebral as well as blood concentrations increase. At lipophilicities exceeding that of BSP, however, the brain levels of the neuroleptics decrease while those in the blood continue to rise. This decline in brain concentrations may be due to competitive binding at lipoidal sites of plasma proteins, which increases with larger log $P$ values of the spiperone analogues. As the lipophilicity of the butyrophenones is increased even further, the blood concentrations are also diminished. This is probably due to precipitation of the highly lipophilic analogues, leading to sequestration of the precipitates from the blood pool by the liver, spleen, or bone marrow.

These lipophilic effects also influence the relative



Fig. 2. *In vivo* localization of radiolabelled spiperone analogues in the whole brain and blood of rodents 6 h post injection. ●, whole brain; ▼, blood; □, relative brain-to-blood concentration ratio.

potencies of these compounds as medicinal agents. It has been suggested that the pharmacological action of neuroleptics is proportional to drug levels in the brain.[31] The relatively high brain concentration achieved by BSP implies that for i.v. (and possibly oral) administration, BSP may be the most potent neuroleptic of the analogues tested. This conclusion is supported by results which show that serum prolactin levels are raised to a higher level by BSP than by SP.[32]

In summary, this work shows that increasing the lipophilicity of spiperone analogues does not have straightforward effects on the cerebral localization properties of the radiolabelled compounds. Whereas the cerebral uptake of spiperone analogues can be enhanced by increased lipophilicity, this effect is ultimately limited due to competitive binding to plasma proteins and/or precipitation in the blood. The influence of lipophilicity on the regional cerebral localization of the neuroleptics is similar, with the striatal concentration as well as the cerebellar concentration increasing with log $P$.

Both of these trends result in an optimum in the relative brain-to-blood concentration and in the relative striatum-to-cerebellum concentration which lies near log $P = 3.2$. For radiopharmaceutical application, this suggests that the optimum neuroleptic for labelling with $^{11}C$ or $^{18}F$ is MSP due to the relatively high brain-to-blood and striatum-to-cerebellum concentration ratios which are obtained.[11] For $^{75}Br$, the optimum labelling substrate is non-alkylated SP to form $^{75}Br$–BSP; alkylation of BSP decreases both brain-to-blood and striatum-to-cerebellum concentration ratios. It is interesting to note that specific cerebral localization remains unchanged above about log $P = 4$. Even for BPSP (log $P = 5.2$), the relative striatum-to-cerebellum concentration ratio is 5.3. This suggests that high lipophilicity does not completely eliminate the specific in vivo binding of receptor ligands, and that the use of the halogenated analogue approach for developing $^{75}Br$-labelled radiopharmaceuticals should be possible for other receptor systems, given a suitable ligand for radiohalogenation.

*Acknowledgements*—The authors thank Dr P. Laduron of Janssen Pharmaceutica, Beerse, Belgium for the gift of spiperone. We are also grateful to Dr H. Horstmann and Dr G. Schöllnhammer of Troponwerke GmbH & Co KG, Köln, for the measurement of $IC_{50}$ values, and to Mr G. Blessing and Mr H. Rosczin for the production of $^{77}Br$.

### References

1. Mackay A. V. P., Doble A., Bird E. D., Spokes E. G., Quik M. and Iversen L. L. *Life Sci.* 23, 527 (1978).
2. Own F., Cross A. J., Crow T. J., Longden A., Poulter M. and Riley G. J. *Lancet* II, 223 (1978).
3. Reisine T. D., Fields J. Z., Yamamura H. I., Bird E. D., Spokes E., Schreiner P. S. and Enna S. J. *Life Sci.* 21, 335 (1977).
4. Reisine T. D., Fields J. Z., Stern L. Z., Johnson P. C., Bird E. D. and Yamamura H. I. *Life Sci.* 21, 1123 (1977).
5. Laduron P. and Leysen J. *Biochem. Pharmac.* 26, 1003 (1977).
6. Laduron P. M., Janssen P. F. M. and Leysen J. E. *Biochem. Pharmac.* 27, 317 (1978).
7. Kuhar M. J., Murrin L. C., Malouf A. T. and Klemm N. *Life Sci.* 22, 203 (1978).
8. Klemm N., Murrin L. C. and Kuhar M. J. *Brain Res.* 169 1 (1979).
9. Arnett C. D., Fowler J. S., Wolf A. P. and MacGregor R. R. *J. Neurochem.* 40, 455 (1983).
10. Welch M. J., Kilbourn M. R., Mathias C. J., Mintun M. A. and Raichle M. E. *Life Sci.* 33, 1687 (1983).
11. Arnett C. D., Shiue C.-Y., Wolf A. P., Fowler J. S. and Logan J. *J. Neurochem.* 44, 835 (1985).
12. Wagner H. N., Burns H. D., Dannals R. F., Wong D. F., Langström B., Duelfer T., Frost J. H., Ravert H. T., Links J. M., Rosenbloom S. B., Lukas S. E., Kramer A. V. and Kuhar M. J. *Science* 221, 1264 (1983).
13. Burns H. D., Dannals R. F., Langström B., Ravert H. T., Zemyan S. E., Duelfer T., Wong D. F., Frost J. J., Kuhar M. J. and Wagner H. N. *J. Nucl. Med.* 25, 1222 (1984).
14. Kulmala H. K., Huang C. C., Dinerstein R. J. and Friedman A. M. *Life Sci.* 28, 1911 (1981).
15. Friedman A. M., Huang C. C., Kulmala H. A., Dinerstein R., Navone J., Brunsden B., Gawlas D. and Cooper M. *Int. J. Nucl. Med. Biol.* 9, 57 (1982).
16. Pogun S., Duelfer T., Corley E. G., Dannals R. F., Dranbauer B. J., Scheffel U., Waud J. M., O'Brien H. A., Kuhar M. J., Burns H. D. and Wagner H. N. In *Proc. 3rd World Congress on Nuclear Medicine and Biology*, (Ed. Raynaud C.) Vol. 4, p. 3606 (Pergamon Press, New York, 1982).
17. Owen F., Poulter M., Mashal R. D., Crow T. J., Veall N. and Zanelli G. D. *Life Sci.* 33, 765 (1983).
18. Crawley J. C. W., Smith T., Veall N., Zanelli G. D., Crow T. J. and Owen F. *Lancet* 975 (1983).
19. Mazière B., Loc'h C., Hantraye P., Guillon R., Duquesnoy N., Soussaline F., Naquet R., Comar D. and Mazière M. *Life Sci.* 35, 1349 (1984).
20. Horstmann H. and Schöllnhammer G. Troponwerke GmbH & Co. KG, Köln. Personal communication.
21. Blessing G., Weinreich R., Qaim S. M. and Stöcklin G. *Int. J. Appl. Radiat. Isot.* 33, 333 (1982).
22. Blessing G. and Qaim S. M. *Int. J. Appl. Radiat. Isot.* 35, 927 (1984).
23. Dejesus O. T., Friedman A. M., Prasad A. and Revenaugh J. R. *J. Labeled Compd. Radiopharm.* 20, 745 (1983).
24. Dejesus O. T., Revenaugh J. R., Dinerstein R. J. and Friedman A. M. *Life Sci.* 35, 2165 (1984).
25. Glowinski J. and Iversen L. L. *J. Neurochem.* 13, 655 (1966).
26. Dedrick R. L. *J. Pharmacokinet. Biopharm.* 1, 435 (1973).
27. Nys G. G. and Rekker R. F. *Chim. Ther.* 5, 521 (1973).
28. Nys G. G. and Rekker R. F. *Chim. Ther.* 9, 361 (1974).
29. Janssen P. A. J. In *International Encyclopedia of Pharmacology and Therapeutics* (Ed. Cavallito C. J.) Vol 1, p. 37. (Pergamon Press, Oxford, 1973).
30. List S. J. and Seeman P. *Proc. Natn. Acad. Sci. U.S.A.* 78, 2620 (1981).
31. Janssen P. A. J. and Allewijn F. T. *Arzneim.-Forsch.* 19, 199 (1969).
32. Huang C. C., Friedman A. M., Simonovic M. and Meltzer H. Y. *J. Pharm. Sci.* 69, 984 (1980).
33. Moerlein S. M., Laufer P. and Stöcklin G. *J. Labeled Compd. Radiopharm.* In press (1986).