IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEPHALON, INC. and | ) | |
| UNIVERSITY OF UTAH | ) | |
| RESEARCH FOUNDATION, | ) | |
| | ) | Civil Action No. 05-29-JJF |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BARR LABORATORIES, INC., | ) | |
| | ) | |
| Defendants | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Gregory P. Teran to represent Plaintiffs Cephalon, Inc. and University of Utah

Research Foundation in this matter.

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiffs Cephalon, Inc. and
University of Utah Research Foundation

Dated: July 19, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted

Dated: _____        _____
                                            United States District Judge

RLF1-2900724-1

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, and the United States Courts of Appeal for the First and Federal Circuits, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or couse of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☑ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6429

Dated: July 18, 2005

RLF1-2862144-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 19, 2005, I electronically filed the foregoing Motion

for Admission Pro Hac Vice with the Clerk of Court using CM/ECF which will send notification

of such filing(s) and Hand Delivered to the following.

Josy W. Ingersoll
Young, Conaway, Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19899

I hereby certify that on July 19, 2005, I have mailed via Federal Express, the documents

to the following non-registered participants.

George C. Lombardi
Bradley F. Graveline
Michael K. Nutter
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

Robert C. Millonig
Heidi L. Kraus
Sterne, Kessler, Goldstein & Fox. PLLC
1100 New York Avenue, N.W.
Washington, DC  20005

Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700