# EXHIBIT 4

## CHART PROVIDING EACH PARTIES' CONSTRUCTIONS FOR DISPUTED CLAIM LIMITATIONS

| Disputed Limitation | Plaintiffs' Construction | Barr's Construction |
|---|---|---|
| "*a pharmacologically effective dose of the drug*" as found in claims 1, 6, 18 and 37 | a quantity of a drug that is sufficient to produce a desired therapeutic effect | NOT DISPUTED |
| "*in a substantially powdered form*" as found in claims 1, 6, 18 and 37 | largely in the form of fine particles | largely in the form of fine particles absent the presence of free liquid |
| "*mixing the drug and the carbohydrate material*" as found in claims 1 and 18 | combining or blending the drug and one or more carbohydrate material(s) | combining or blending the drug from step (a), the drug largely in the form of fine particles absent the presence of free liquid, with the one or more carbohydrate material(s) from step (b), without the use of free liquids |
| "*at a temperature below the melting points of the drug and the one or more carbohydrate material*" as found in claims 1, 6, 18 and 37 | at a temperature below the melting points of the drug and the one or more carbohydrate material(s) | NOT DISPUTED |
| "*compressing the drug-containing matrix*" as found in claim 1 | pressing or squeezing the drug containing matrix | pressing or squeezing the drug-containing matrix from step (c), the drug-containing matrix being a compressible drug-containing powder matrix. |
| "*compressing the drug-containing matrix in a mold*" as found in claim 18 | pressing or squeezing the drug containing matrix | pressing or squeezing the drug-containing matrix from step (d), the drug-containing matrix being a compressible drug-containing powder matrix. |
| "*a drug in a substantially powdered form …. compressed with the carbohydrate material into a solid integral mass*" as found in claims 6 and 37 | pressed or squeezed together with one or more carbohydrate material(s) into a unitary mass that is not liquid or gaseous | the drug largely in the form of fine particle absent the presence of free liquid pressed or squeezed together with one or more carbohydrate material(s), in the absence of free liquid, to form a unitary mass that is not liquid or gaseous |
| "*lipophilic*" as found in claims 18 and 37 | having an affinity for lipids | NOT DISPUTED |
| "*substantially powdered carbohydrate material*" as found in claim 37 | one or more carbohydrate material(s) largely in the form of fine particles | one or more carbohydrate material(s) largely in the form of fine particles absent the presence of free liquid |