**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-29-JJF |

**PROPOSED ORDER**

The Court having considered the parties' claim construction briefs, declarations, submissions, and arguments regarding U.S. Patent No. 4,863,737, construes the terms in dispute as follows:

"*in a substantially powdered form*," as found in claims 1, 6, 18 and 37, means **"largely in the form of fine particles absent the presence of free liquid."**

"*mixing the drug and the carbohydrate material*," as found in claims 1 and 18, means **"combining or blending the drug from step (a), the drug being largely in the form of fine particles absent the presence of free liquid, with the one or more carbohydrate material(s) from step (b), without the use of free liquids."**

"*compressing the drug-containing matrix*," as found in claim 1, means **"pressing or squeezing the drug-containing matrix from step (c), the drug-containing matrix being a compressible drug-containing powder matrix."**

*"compressing the drug-containing matrix,"* as found in claim 18, means **"pressing or squeezing the drug-containing matrix from step (d), the drug-containing matrix being a compressible drug-containing powder matrix."**

*"a drug in a substantially powdered form ... compressed with the carbohydrate material into a solid integral mass,"* as found in claims 6 and 37, means **"the drug largely in the form of fine particles absent the presence of free liquid, pressed or squeezed together with one or more carbohydrate material(s), in the absence of free liquid, to form a unitary mass that is not liquid or gaseous."**

*"substantially powdered carbohydrate material,"* as found in claim 37, means **"one or more carbohydrate material(s) largely in the form of fine particles absent the presence of free liquid."**

**IT IS ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

2