## CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on July 29, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

I further certify that on July 29, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated below:

**BY FEDERAL EXPRESS**

>William F. Lee, Esquire
>David B. Bassett, Esquire
>Peter Kolovos, Esquire
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Barr Laboratories, Inc.*

DB01:1607116.1