*Curriculum Vitae[1]*

## LAWRENCE H. BLOCK, Ph.D.

Professor of Pharmaceutics
Graduate School of Pharmaceutical Sciences and
Mylan School of Pharmacy
Duquesne University
Pittsburgh, PA 15282
*Tel.*: 1-412-396-6362
*FAX*: 1-412-396-5599
*E-Mail*: block@duq.edu
*URL*: http://www.pharmacy.duq.edu/block.html

### *Table of Contents*

| | Page |
|---|---|
| Personal Data | 1 |
| Professional Experience | |
|     Current | 1 |
|     Previous Academic Experience | 2 |
|     Previous Nonacademic Experience | 2 |
|     Legal Consultation | 3 |
| Licensure | 3 |
| Publications | |
|     Patents | 4 |
|     Papers, Research | 4 |
|     Papers, Non-Research | 7 |
|     Chapters, Monographs, etc. | 9 |
|     Books | 11 |
|     Book Reviews | 11 |
| Presentations | |
|     Papers Read at Scientific/Professional Meetings | 12 |
|     Poster Presentations | 14 |
|     Invited Presentations, Seminars, Talks | 21 |
| Special Meetings, Conferences, C.E. Programs Attended | 25 |
| Current Membership in Professional and Scientific Organizations | 28 |
|     Organizational Participation | 28 |
| University Activities | |
|     School of Pharmacy, Duquesne University | 30 |
|     Duquesne University | 31 |
|     School of Pharmacy, University of Pittsburgh | 31 |
| Courses Taught | |
|     School of Pharmacy, Duquesne University | 32 |
|     School of Pharmacy, University of Pittsburgh | 33 |
| Research Activity | |
|     Post-Baccalaureate Students Advised | 33 |
|     Pharm.D. Research Advisees | 33 |
|     M.S. Advisees | 36 |
|     Ph.D. Advisees | 38 |
| Grants, Donations, Contracts | 38 |
| Honors Received | 41 |

---

[1] *as of 14 April 2005*

*Curriculum Vitae*

**LAWRENCE H. BLOCK, Ph.D.**
Professor of Pharmaceutics
Division of Pharmaceutical Sciences
Graduate School of Pharmaceutical Sciences and
Mylan School of Pharmacy
Duquesne University
Pittsburgh, PA 15282

*Tel.:* 1-412-396-6362
*FAX:* 1-412-396-5599
*E-Mail:* block@duq.edu
*URL:* http://www.pharmacy.duq.edu/faculty/block.html

## Personal Data

| | |
|---|---|
| Birth Date | November 24, 1941 |
| Place of Birth | Baltimore, MD |
| Education | B.S. in Pharmacy, 1962, University of Maryland School of Pharmacy, Baltimore, MD |

M.S. (*Major: Pharmacy; Minor: Chemistry*), 1966, University of Maryland, Baltimore, MD
*Thesis:* "An investigation of the Influence of Macromolecules on Drug Transfer in an *In Vitro* Model"

Ph.D. (*Major: Pharmacy; Minors: Chemistry, Pharmacology/Physiology*), 1969, University of Maryland, Baltimore, MD
*Dissertation:* "Some Factors Affecting the Use of Structured Media as Vehicles for Topical Application"

## Professional Experience

### Current

Professor of Pharmaceutics, School of Pharmacy, Duquesne University, 1975-present

Member, Graduate Faculty, Duquesne University, 1970-present

Director, Center for Biotechnology, Duquesne University, 2001-present

Chair, Expert Committee on Excipient Monographs 2, United States Pharmacopeia, 2005-2010

Member, Council of Experts, United States Pharmacopeia, 2005-2010

Consultant, Thar Designs, Inc., Pittsburgh, PA, 2003-present

Consultant, Eckert Seamans Cherin & Mellott, LLC, Pittsburgh, PA, 1999-present

Delegate, United States Pharmacopeial Convention, Duquesne University School of Pharmacy, 1986-present

Consultant, The TASA Group, Inc., Blue Bell, PA, 1970-present

1

**Previous Academic Experience**

Visiting Professor of Pharmaceutical Sciences, Center for Pharmacogenomics, School of Pharmacy, University of Pittsburgh, 2001-2002

Visiting Scholar (Kawasaki Fund Recipient), Kobe Gakuin University, Kobe, Japan, 1992

Chairman, Department of Medicinal Chemistry and Pharmaceutics, School of Pharmacy, Duquesne University, 1985-1999

Associate Professor of Pharmaceutical Chemistry and Pharmaceutics, Duquesne University, School of Pharmacy, 1971-1975

Assistant Professor of Pharmaceutical Chemistry and Pharmaceutics, Duquesne University, School of Pharmacy, 1970-1971

Assistant Professor of Pharmaceutics, University of Pittsburgh, School of Pharmacy, 1968-1970

Member, Graduate Faculty, University of Pittsburgh, 1969-1970

**Previous Nonacademic Experience**

Member, Expert Committee on Excipient Monograph Content, United States Pharmacopeia, 2002-2005

Consultant, Whitehall-Robins Healthcare, div. of American Home Products Corp., Richmond, VA, 2001.

Consultant, Biosyn, Inc., Philadelphia, PA, 2000-2001

Consultant, FMC Corporation, Princeton, NJ, 1996-1998

Consultant, Upsher-Smith Laboratories, Inc., Minneapolis, MN, 1985-1996

Member, Boehringer-Ingelheim Ltd. Speakers Bureau, 1985-86

Member, Advisory Board, Alivel, BSL Enterprises, Pittsburgh, PA , 1984-1988

Consultant, CIBA Pharmaceutical Company, div. CIBA-Geigy Corporation, Summit, NJ, 1983-1985

Consultant, Travenol Laboratories, Inc., Deerfield, IL, 1983-1984

Member, CIBA Medical Horizons Lecture Group, 1982-1994

Reviewer, USP Dispensing Information, 1980-81

Member, Technical Advisory Committee, Drug, Device & Cosmetic Board, Department of Health, Commonwealth of Pennsylvania, 1978-1990

Consultant, Biodecision Laboratories, Inc., Pittsburgh, PA, 1978 -1983

Consultant, Hoffman-LaRoche, Inc., Nutley, NJ, 1978-1980

Chairman, Advisory Committee on Efficacy and Standards of Drug Products, Department of Public Welfare, Commonwealth of Pennsylvania, 1977

Consultant, Thrift Drug, Inc., div. J. C. Penney Co., Inc., Pittsburgh, PA, 1976-1997

Member, Advisory Board, *Handbook of Radiation Measurement and Protection*, CRC Press, Inc., Boca Raton, FL, 1976-1983

Consultant, Division of Pharmaceutical Services, Department of Public Welfare, Commonwealth of Pennsylvania, 1975-1977

Consultant, Pittsburgh Poison Center and National Poison Center Network, Pittsburgh, PA, 1973-1980

Chairperson, Scientific Review Panel on Anti-Infectives, Drug Interactions Evaluation Program, American Pharmaceutical Association, 1973-1978

Secretary-Treasurer, PESA Research, Inc., Pittsburgh, PA 1971-1975

Consultant, Pfizer, Inc., New York, NY, 1970

Consultant, Aerosol Pharmacal Co., Baltimore, MD, 1963-1964

2

Pharmacist, Read Drug & Chemical Co., Baltimore, MD, 1962-1968.

### *Legal Consultation*

#### *TASA cases*

Heirs *v.* Estate of Mary L. Muzydla — 2002-2003
Commonwealth of Penna. *v.* Quindo Leoni — 1993
Commonwealth of Penna. *v.* Siegfried William Amundsen — 1991
Barbara/John Ducato *v.* London Chemical, *et al.* — 1987
Commonwealth of Penna. *v.* Edward Delaney — 1977
Plantan *v.* Mel's Pharmacy — 1975
Joseph Zeglowitsch *v.* J. C. Penney Co. — 1973
Broskey *et vir. v.* Abbott Laboratories *et al.* — 1971
Mastorovich *v.* Procter & Gamble — 1971

#### *non-TASA cases*

* AstraZeneca *v.* **Eon Labs, Inc.** — 2002-present [deposition]
* Schering Corp. *v.* **Three Rivers Pharmaceuticals** — 2001-2003
* **Novartis Pharmaceuticals Corp.** *v.* SangStat Medical Corp. — 1999-2000
* **The Upjohn Co.** *v.* Mova Corp. — 1997
* Key Pharmaceuticals *v.* **Upsher-Smith Laboratories** — 1996-1997 [deposition]
Commonwealth of Penna. *v.* Natalie McKnight — 1994 [courtroom testimony]
William I. Sloniger, deceased *v.* Punxsutawney Area Hospital, Inc. and Joseph B. Haver and Haver Pharmacy —1993
Steven S. Levine *v.* Ira L. Fox, M.D. — 1993 [deposition]
Robert Pobanz *v.* Appalachian Power Company — 1993
Sandra Lee Burns *v.* State Pipe Services, Inc. — 1991 [deposition]
Holman *v.* Thrift Drug *et al.* — 1987
Fiske *v.* Thrift Drug *et al.* — 1987
Wayne Burton *v.* J. C. Penney Co. and Thrift Drugs — 1985

* *Hatch-Waxman Act* litigation — **bold-face type** identifies party retaining Dr. Block as an expert

## Licensure

Registered Pharmacist, Maryland, 1962-1974
Registered Pharmacist, Pennsylvania, 1974-present

## Publications

### Patents

2.  **L. H. Block** and S. S. Sabnis, "Methods of Creating a Unique Chitosan and Employing the Same to Form Complexes with Drugs, Delivery of the Same within a Patient and a Related Dosage Form," U.S. Patent 5,900,408 (May 4, 1999).

1.  **L. H. Block** and S. S. Sabnis, "Methods of Creating a Unique Chitosan and Employing the Same to Form Complexes with Drugs, Delivery of the Same within a Patient and a Related Dosage Form," U.S. Patent 5,830,883 (November 3, 1998).

### Papers — Research

42.  P. R. Rege, R. J. Garmise, and **L. H. Block**, "Spray-dried chitinosans. Part II: in vitro drug release from tablets made from spray-dried chitinosans," *Int. J. Pharm.* **252**: 53-59 (2003).

41.  P. R. Rege, R. J. Garmise, and **L. H. Block**, "Spray-dried chitinosans. Part I: preparation and characterization," *Int. J. Pharm.* **252**: 41-51 (2003).

40.  P. R. Rege, D. J. Shukla, and **L. H. Block**, "Chitinosan-drug complexes: effect of electrolyte on naproxen release in vitro," *Int. J. Pharm.* **250**: 259-272 (2003).

39.  A. Hashash, D. L. Kirkpatrick, J. S. Lazo, and **L. H. Block**, "Solubility, ionization, and partitioning behavior of unsymmetrical disulfide compounds: Alkyl 2-imidazolyl disulfides," *J. Pharm. Sci.* **91**: 1686-1692 (2002).

38.  A. Hashash, D. L. Kirkpatrick, M. J. Egorin, **L. H. Block**, and J. S. Lazo, "Reversed- and normal-phase high-performance liquid chromatographic methods for the determination of the novel anti-tumor agent: 1-methylpropyl-2-imidazolyl disulfide," *J. Chromatog. B* **768**: 239-246 (2002).

37.  S. Ramanathan and **L. H. Block**, "The use of chitosan gels as matrices for electrically-modulated drug delivery," *J. Contr. Rel.* **70**:109-123 (2001).

36.  H. Tokumitsu, H. Ichikawa, T. K. Saha, Y. Fukumori, and **L. H. Block**, "Design and preparation of gadolinium-loaded chitosan particles for cancer neutron capture therapy," *S.T.P. Pharma Sci.* **10** (1): 39-49 (2000).

35.  S. Sabnis and **L. H. Block**, "Chitosan as an Enabling Excipient for Drug Delivery Systems. I. Molecular Modifications," *Int. J. Biol. Macromol.* **27**: 181-186 (2000).

34.  K. Hojo, M. Maeda, Y. Mu, H. Kamada, Y. Tsutsumi, Y. Nishiyama, T. Yoshikawa, K. Kurita, **L. H. Block**, T. Mayumi, and K. Kawasaki, "Facile Synthesis of a Chitosan Hybrid of a Laminin-related Peptide and Its Antimetastatic Effect in Mice," *J. Pharm. Pharmacol.* **52**: 67-73 (2000).

4

33.    B. Li, S. Li, Y. Tan, D. B. Stolz, S. C. Watkins, **L. H. Block**, and L. Huang, "Lyophilization of Cationic Lipid-Protamine-DNA (LPD) Complexes," *J. Pharm. Sci.* **89**: 355-364 (2000).

32.    P. R. Rege and **L. H. Block**, "Chitosan Processing: Influence of Process Parameters During Acidic and Alkaline Hydrolysis and Effect of the Processing Sequence on the Resultant Chitosan's Properties." *Carbohydrate Research* **321**: 235-245 (1999).

31.    K. Hojo, M. Maeda, Y. Mu, H. Kamada, Y. Tsutsumi, Y. Nishiyama, T. Yoshikawa, K. Kurita, **L. H. Block**, T. Mayumi, and K. Kawasaki, "Preparation of a Chitosan Hybrid of an Antimetastatic Laminin-related Peptide," *Pharm. Pharmacol. Commun.* **5**: 277-280 (1999).

30.    P. R. Rege, D. J. Shukla, and **L. H. Block**, "Chitinosans as tableting excipients for modified release delivery systems" *Int. J. Pharm.* **181**: 49-60 (1999).

29.    H. Tokumitsu, H. Ichikawa, Y. Fukumori, and **L. H. Block**, "Preparation of Acid-Loaded Chitosan Microparticles for Gadolinium Neutron-Capture Therapy of Cancer by a Novel Emulsion-Droplet Coalescence Technique," *Chem. Pharm. Bull.* **47**: 838-842 (1999).

28.    Y. Fukumori, H. Tamura, K. Jono, M. Miyamoto, H. Tokumitsu, H. Ichikawa, and **L. H. Block**, "Dry grinding of chitosan powder by a planetary ball mill" *Adv. Powder Technol.* **9** (4): 281-292 (1998).

27.    S. Sabnis, P. Rege, and **L. H. Block**, "Use of Chitosan in Compressed Tablets of Diclofenac Sodium: Inhibition of Drug Release in an Acidic Environment," *Pharm. Develop. Technol.* **2**: 243-255 (1997).

26.    S. Sabnis and **L. H. Block**, "Improved Infrared Spectroscopic Method of Analysis of Degree of *N*-Deacetylation of Chitosan," *Polymer Bull.* **39**: 67-71 (1997).

25.    C.S. Hsu and **L.H. Block**, "Anionic Gels as Vehicles for Electrically-Modulated Drug Delivery. I. Solvent and Drug Transport Phenomena," *Pharm Res.* **13**:1865-1870 (1996).

24.    N. G. Nerella, **L. H. Block**, and P. K. Noonan, "The Impact of Lag-Time on the Estimation of Pharmacokinetic Parameters. I. One-Compartment Open Model," *Pharm. Res.* **10**:1031-1036 (1993).

23.    T. Macedo, **L. H. Block**, and A. J. Shukla, "Release of Tolmetin from Carbomer Gel Systems," *Drug Development Ind. Pharm.* **19**: 887-902 (1993).

22.    **L. H. Block**, "On the Problem of the Bioequivalence of Drug Delivery Systems," *Mem. Fac. Pharm. Sci. Kobe-Gakuin Univ.* **4**: 1-21 (1992).

21.    N. A. Shaikh, S. E. De Yanes, A. J. Shukla, **L. H. Block**, C. C. Collins, and J. C. Price, "Effect of different binders on release characteristics of theophylline from compressed microspheres," *Drug Dev. Ind. Pharm.* **17**:793-804 (1991).

20.    **L. H. Block**, "The Impact of Biotechnology on Pharmaceutics," *Am. J. Pharm. Ed.* **54**: 69-70 (1990)

19.    A. V. Athani, **L. H. Block**, C. C. Collins, and A. J. Shukla, "Facilitating polymer selection for drug delivery systems," *Proceedings 16th Int. Symp. Contr. Rel. Bioactive Materials*, Chicago, IL, Contr. Rel. Soc., 1989, 463-464. [Abstract]

18.    S. V. Mahashabde, **L. H. Block**, C. C. Collins, and A. J. Shukla, "Transdermal Delivery of Metoprolol," *Proceedings 16th Int. Symp. Contr. Rel. Bioactive Materials*, Chicago, IL, Contr. Rel. Soc., 1989, 314-315. [abstract]

17.    N. A. Shaikh, S.E. Abidi, and **L. H. Block**, "Evaluation of Ethylcellulose as a Matrix for Prolonged Release Formulation. II. Sparingly Water Soluble Drugs: Ibuprofen and Indomethacin," *Drug Develop. Ind. Pharm.* **13**:2495-2518 (1987).

16.    N. A. Shaikh, S.E. Abidi, and **L. H. Block**, "Evaluation of Ethylcellulose as a Matrix for Prolonged Release Formulations. I. Water Soluble Drugs: Acetaminophen and Theophylline," *Drug Develop. Ind. Pharm.* **13** (No. 8):1345-1369 (1987).

15.    W. F. McGhan and **L. H. Block**, "Drug Recalls and Court Actions: Comparison of Research-Intensive and Nonresearch-Intensive Pharmaceutical Firms," *Clin. Res. Practices Drug Reg. Affairs* **5** (Nos. 2 & 3):177-194 (1987).

14.    W.F. McGhan and **L. H. Block**, "An Analysis of Drug Recalls and Court Actions in the United States Pharmaceutical Industry," *Pharmaceut. Med.* **1**:187-193 (1986).

13.    **L. H. Block** and S.V. Gupta, "Percutaneous Transport of Antihistamines," *J. Soc. Cosmetic Chem.* **34**:404 (1983). (abstract)

12.    U. V. Banakar and **L. H. Block**, "Beyond Bioavailability Testing," *Pharm. Technol.* **7** (No. 9): 107,109,112,115,117 (1983).

11.    **L. H. Block**, "An Evaluation of Drug Product Citations in the FDA Weekly Reports between 1970 and 1978," *Contemporary Pharmacy Practice* **3**: 171-179 (1980).

10.    M. J. Paccioretti and **L. H. Block**, "Effects of Aspirin on Platelet Aggregation as a Function of Dosage and Time," *Clin. Pharmacol. Therap.* **27**: 803-809 (1980).

9.    J. R. DiBona and **L. H. Block**, "A Comparison of Nutritional Monitoring Parameters in Stressed (S) and Unstressed (U) Patients (Pt)," *J. Parenteral Enteral Nutrition* **3**:516 (1979). [abstract]

8.    M. L. Eaton, **L. H. Block**, and P. W. Keys, "Analog Computer Simulation of Salicylate Pharmacokinetics in Children Following Acute Salicylate Ingestion," *Toxicol. Letters* **2**:77-83 (1978).

7.   C. R. Behl, **L. H. Block**, and M. L. Borke, "Aqueous Solubility of $^{14}$C-Triamcinolone Acetonide," *J. Pharm. Sci.* **65**:429-430 (1976).

6.   H. M. Arbit, **L. H. Block**, and L. A. Mulhern, "Tobacco Smoking and Serum Salicylate Levels in Rheumatoid Arthritis," *VOICES*, 12/60, **4** (No. 10): (1974). [audiocassette]

5.   J. M. Parker, M. L. Borke, **L. H. Block**, and T. G. Cochran, "Decomposition of Cannabidiol in Chloroform Solution," *J. Pharm. Sci.* **63**:970-971 (1974).

4.   **L. H. Block** and R. N. Patel, "Solubility and Dissolution of Triamcinolone Acetonide," *J. Pharm. Sci.* **62**:617-621 (1973).

3.   **L. H. Block** and P. P. Lamy, "The Rheological Evaluation of Semi-Solids," *J. Soc. Cosmetic Chem.* **21**: 645-660 (1970).

2.   **L. H. Block** and P. P. Lamy, "The Role of Macromolecules in the Depression of Drug Transfer," *Pharm. Acta Helv.* **44**:44-53 (1969).

1.   **L. H. Block** and P. P. Lamy, "Orientation of Cellulosic Ethers at Liquid/Liquid Interfaces," *Kolloid-Z. Z. Polymere* **225**: 164-166 (1968).

*Papers — Non-Research*

24.   **L. H. Block**, Scale-up of liquid and semisolid manufacturing processes, *Pharm. Technol.* **29** (Supplement): s26-s33 (2005).

23.   **L. H. Block**, Letters ["Tolterodine and Effect of pH" ], *Consultant Pharm.* **18** (2): 96-97 (2003). [letter to the editor]

22.   **L. H. Block**, "Process scale-up for pharmaceutical liquids and semisolids," *Am. Pharm. Rev.* **3** (4): 12, 14-15 (2000).

21.   **L. H. Block**, "APhA, the *Journal of Pharmaceutical Sciences*, and the Future of the Profession," *J. Am. Pharm. Assoc.* **40** (6): 715-716 (2000).

20.   **L. H. Block** and A. J. Shukla, "Drug Delivery Systems in the 1990s," *U.S.Pharmacist* **11** (No. 10): 51-56, 58 (1986).

19.   **L. H. Block**, "Quality is Crucial," *Private Practice* **18** (No. 9): 2-3 (1986).

18.   **L. H. Block**, "Drug Interactions in the Elderly," *U.S. Pharmacist* **10** (No. 6): 59-66, 68, 72 (1985).

17.   **L. H. Block**, "Polymedicine: Known and Unknown Drug Interactions, *J. Am. Geriatrics Soc.* **30**:S94-S98 (1982).

16.   **L. H. Block**, "The Quality of the Nation's Drugs," *Pharm. Technol.* **5** (No. 4): 16-17 (1981). [*guest editorial*]

15. **L. H. Block,** "Generic Drug Product Selection and the Pennsylvania Generic Formulary," *Penna. Pharmacist* **60** (No. 4) 7 and 9 (1979). [letter to the editor]

14. **L. H. Block,** "Generic Drug Product Selection and the Pennsylvania Generic Formulary," *Penna. Pharmacist* **59** (No. 10): 21-22, 24, 26 (1978).

13. **L. H. Block,** "Generic Drug Product Selection," *PHORUM* **27** (No. 1) 7-12 (1978).

12. **L. H. Block,** "Drug Interactions and the Elderly," *U.S. Pharmacist* **2** (No. 10): 46-53 (1977).

11. **L. H. Block,** "Drug Interactions and the Geriatric Patient," in *Proceedings, Pharmaceutical Services to Nursing Homes, Part II,* Duquesne University School of Pharmacy, Pittsburgh, PA (1974), pp. 114-123.

10. **L. H. Block,** "Pharmacy and the Consumer," *Allegheny County Pharmacist* **25** (No. 12): 5 (1972).

9. **L. H. Block,** "Guidelines for the Selection and Purchase of Generic Drugs," *PHORUM* **26** (No. 1): 6-10 (1971).

8. **L. H. Block,** "Drug Awareness Among Young People," *Allegheny County Pharmacist* **24** (No. 1): 9 (1971).

7. **L. H. Block,** "Screening Patients for Potential Susceptibility to Drug Interactions," *Hosp. Pharmacy* **5** (No. 10): 7-11 (1970).

6. **L. H. Block,** "A Practical Approach to the Problem of Drug Interactions," *J. Am. Pharm. Assoc.* NS10: (1970).

5. **L. H. Block** and P. P. Lamy, "Drug Interactions with Emphasis on OTC Drugs," *J. Am. Pharm. Assoc.* NS9:202-206 (1969).

4. P. P. Lamy and **L. H. Block,** "Interactions and Side-Effects of O-T-C Drugs," *Maryland Pharmacist* **43**: 440, 442-446, 448, 450, 452, 454-455 (1968).

3. **L. H. Block** and P. P. Lamy, "These Drugs Discolor the Feces or Urine," *Am. Professional Pharmacist* **34** (No. 2): 27-29 (1968).

2. **L. H. Block** and P. P. Lamy, "Legend Drugs with O-T-C Drugs...Therapeutic Incompatibilities," *J. Am. Pharm. Assoc.* NS8: 66-68, 82-84 (1968).

1. **L. H. Block,** "Dimethyl Sulfoxide: Medicinal and Pharmaceutical Aspects," *Drug Cosmetic Ind.* **95**:342, 345-346, 462-465 (1964).

**Chapters, Monographs, etc.**

26. **L. H. Block**, "Medicated Topicals," Chapter 44 in *Remington: The Science and Practice of Pharmacy*, 21st ed., Lippincott Williams & Wilkins, Baltimore & Philadelphia, 2005, in press.

25. R. L. Schnaare, **L. H. Block**, and L. C. Rohan, "Rheology," Chapter 23, in *Remington: The Science and Practice of Pharmacy*, 21st ed., Lippincott Williams & Wilkins, Baltimore & Philadelphia, 2005, in press.

24. **L. H. Block**, "Pharmaceutical Principles and Drug Dosage Forms," Chapter 3, in *Comprehensive Pharmacy Review*, 5th ed., L. Shargel, A.H. Mutnick, P.F. Souney, L.N. Swanson, eds., Lippincott Williams & Wilkins, Baltimore, 2003.

23. **L. H. Block**, "Biopharmaceutics and Drug Delivery Systems," Chapter 4. in *Comprehensive Pharmacy Review*, 5th ed., L. Shargel, A.H. Mutnick, P.F. Souney, L.N. Swanson, eds., Lippincott Williams & Wilkins, Baltimore, 2003.

22. **L. H. Block**, "Nonparenteral Liquids and Semisolids," Chapter 3, in *Pharmaceutical Process Scale-Up*, M. Levin, ed., Marcel Dekker, New York, 2001, pp. 57-94.

21. **L. H. Block** and A.B.C. Yu, "Pharmaceutical Principles and Drug Dosage Forms," Chapter 3 in *Comprehensive Pharmacy Review*, 4th ed., L. Shargel, A.H. Mutnick, P.F. Souney, L.N. Swanson, eds., Lippincott Williams & Wilkins, Baltimore, 2001, pp. 28-77.

20. **L. H. Block** and C.C. Collins, "Biopharmaceutics and Drug Delivery Systems," Chapter 4 in *Comprehensive Pharmacy Review*, 4th ed., L. Shargel, A.H. Mutnick, P.F. Souney, L.N. Swanson, eds., Lippincott Williams & Wilkins, Baltimore, 2001, pp. 78-91.

19. **L. H. Block**, "Medicated Topicals," Chapter 44 in *Remington: The Science and Practice of Pharmacy*, 20th ed., Lippincott Williams & Wilkins, Baltimore & Philadelphia, 2000, pp. 836-857.

18. **L. H. Block**, "Scale-Up of Disperse Systems: Theoretical and Practical Aspects," in *Pharmaceutical Dosage Forms: Disperse Systems*, 2nd ed., Chapter 9, in vol. 3, H.A. Lieberman, M. M. Rieger and G. S. Banker, eds., Marcel Dekker, Inc., New York, 1998, pp. 363-394.

17. **L. H. Block** and A.B.C. Yu, "Pharmaceutical Principles and Drug Dosage Forms," Chapter 3, in *Comprehensive Pharmacy Review*, 3rd ed., L. Shargel, A.H. Mutnick, P.F. Souney, L.N. Swanson, and **L. H. Block**, eds., Williams & Wilkins, Baltimore, 1997, pp. 28-76.

9

16.    **L. H. Block** and C.C. Collins, "Biopharmaceutics and Drug Delivery Systems," Chapter 4 in *Comprehensive Pharmacy Review*, 3rd ed., L. Shargel, A.H. Mutnick, P.F. Souney, L.N. Swanson, and **L. H. Block**, eds., Williams & Wilkins, Baltimore, 1997, pp. 77-89.

15.    **L. H. Block**, "Pharmaceutical Emulsions and Microemulsions," Chapter 2, in *Pharmaceutical Dosage Forms: Disperse Systems*, 2nd ed., vol. 2, H.A. Lieberman, M. M. Rieger and G. S. Banker, eds., Marcel Dekker, Inc., New York, 1996, pp. 47-109

14.    M. Gold, M. VePuri, and **L. H. Block**, "Suppository Development and Production," Chapter 12 in *Pharmaceutical Dosage Forms: Disperse Systems*, vol. 2, 2nd ed., H. A. Lieberman, M. M. Rieger and G. S. Banker, eds., Marcel Dekker, Inc., New York, 1996, pp. 447-496.

13.    **L. H. Block**, "Medicated Applications," Chapter 90 in *Remington: The Science and Practice of Pharmacy*, 19th ed., Mack Publishing Co., Easton, PA, 1995, pp. 1577-1597.

12.    **L. H. Block**, "Medicated Applications," Chapter 87 in *Remington's Pharmaceutical Sciences*, 18th ed., Mack Publishing Co., Easton, PA, 1990, pp. 1596-1614.

11.    **L. H. Block**, "Emulsions and Microemulsions," Chapter 9 in *Pharmaceutical Dosage Forms: Disperse Systems*, Vol. 2, 1st ed., H. A. Lieberman, M. M. Rieger, and G. S. Banker, eds., Marcel Dekker, Inc., New York, 1989, pp. 335-378.

10.    U. V. Banakar, **L. H. Block**, and A. M. Galinsky, "Evaluation of a low density and a high density polyethylene as potential prolonged release tablet excipients," in M. H. Rubinstein, ed., *Pharmaceutical Technology:Controlled Drug Release*, Vol. 1, Ellis Horwood Ltd., Chichester; John Wiley & Sons, New York, 1987, pp. 17-33.

9.    **L. H. Block**, "Medicated Applications," Chapter 88 in *Remington's Pharmaceutical Sciences*, 17th ed., Mack Publishing Co., Easton, PA, 1985, pp.1567-1584; "Aplicaciones medicinales," Chapter 88 in *Remington's Pharmaceutical Sciences*, Vol. II, Editorial Medica Panamericana, Buenos Aires, 1987.

8.    **L. H. Block**, "Drug Interactions in the Geriatric Client," in L. A. Pagliaro and A. M. Pagliaro, eds., *Pharmacologic Aspects of Aging*, C.V. Mosby Co., St. Louis, MD, 1983, pp. 140-191.

7.    **L. H. Block**, "Compilations of Pharmacokinetic Data," in A. Brodsky, ed., *Handbook of Radiation Measurement and Protection*, 1982, Section A, Vol. II, CRC Press, Inc., Boca Raton, FL, pp. 633-635. [appendix]

6.    **L. H. Block**, "Mechanisms of Uptake, Distribution, and Elimination of Radionuclides in Humans," in A. Brodsky, ed., *Handbook of Radiation Measurement and Protection*, 1982, Section A, Vol. II, CRC Press, Inc.,    Boca Raton, FL, pp. 101-119.

5.    **L. H. Block**, "Insulin-Propranolol," in *Evaluations of Drug Interactions*, 1974 Supplement, American Pharmaceutical Association, Washington, DC, pp. 378-379.

4.    **L. H. Block**, "Nitrofurantoin-Probenecid," in *Evaluations of Drug Interactions*, 1973, American Pharmaceutical Association, Washington, DC, pp. 114-115.

3.    **L. H. Block**, "Penicillin-Probenecid," in *Evaluations of Drug Interactions*, 1973, American Pharmaceutical Association, Washington, DC, pp. 119-121.

2.    **L. H. Block** and P. P. Lamy, "Acid-Base Balance Therapy," in *Evaluations of Drug Interactions*, 1973, American Pharmaceutical Association, Washington, DC, pp. 200-204.

1.    **L. H. Block**, "Antibiotic—Anti-Infective Agent Therapy," in *Evaluations of Drug Interactions*, 1973, American Pharmaceutical Association, Washington, DC, pp. 236-242.

## Books

2.    L. Shargel, A.H. Mutnick, P.F. Soucy, L.N. Swanson, and **L. H. Block**, eds., *Comprehensive Pharmacy Review*, 3rd ed., Williams & Wilkins, Baltimore, 1997.

1.    **L. H. Block**, *Biopharmaceutical Facts and Figures*, 5th. ed., Duquesne University School of Pharmacy, Pittsburgh, PA, 1974.

## Book Reviews

4.    **L. H. Block**, "Hospital Instrumentation Care and Servicing for Critical Care Units, by R.B. Spooner, ed.," *Instrumentation Technol.*, Dec., 1977, p. 90.

3.    **L. H. Block**, "E.A. Hartshorn; Handbook of Drug Interactions, 2nd ed.," *Am. J. Pharm. Educ.* **38**: 499-500 (1974).

2.    **L. H. Block**, "E. J. Ariens; Drug Design, Vol. II," *Am. J. Pharm. Educ.* **36**: 683-684 (1972).

1.    **L. H. Block**, "E.A. Hartshorn; Handbook of Drug Interactions," *Am. J. Pharm. Educ.* **35**: 339-340 (1971).

## Presentations

### *Papers Read at Scientific/Professional Meetings*

25. American Pharmaceutical Association-Academy of Pharmaceutical Research and Science, San Francisco, CA, March, 2001:
    "The Influence of Gender and Age on Estimates of Creatinine Clearance"

24. American Association of Pharmaceutical Scientists, Seattle, WA, October 1996:
    "Development of Modified Chitosan and Its Use in Novel Implantable Drug Delivery Systems"

23. Annual Scientific Meeting, Society of Cosmetic Chemists, New York, NY, 1988:
    "Percutaneous Absorption Kinetics of Topically Applied Substances"

22. Seventh Pharmaceutical Technology Conference, London, England, 1988:
    "Further Considerations in Correlating *In Vitro - In Vivo* Data Employing the Mean-Time Concept based on Statistical Moments"

21. Pharmaceutical Analysis & Control Section, Academy of Pharmaceutical Sciences, Midwest Regional Meeting, Chicago, IL, 1985:
    "Testing for Drug Release Characteristics of New Drug Delivery Systems"

20. Annual Scientific Meeting, Society of Cosmetic Chemists, New York, NY, 1983:
    "Percutaneous Transport of Antihistamines"

19. Fourteenth Annual Graduate Student Pharmaceutics Research Meeting, West Virginia University, Morgantown, WV, 1982:
    "Beyond Bioavailability Testing"

18. Third Pharmacokinetics Workshop, College of Pharmacy, University of Cincinnati Medical Center, Cincinnati, OH, 1982:
    "An Evaluation of the Frequency Distributions of Some Pharmacokinetic Parameters"

17. Symposium on "Managing Medication in an Older Population: Physician, Pharmacist, and Patient Perspectives," New York, NY, 1981:
    "Polymedicine: Known and Unknown Drug Interactions"

16. Fourth Clinical Congress, American Society for Parenteral and Enteral Nutrition, Chicago, IL, 1980:
    "A Comparison of Nutritional Monitoring Parameters in Stressed and Unstressed Patients"

15. First Annual Pharmacy Undergraduate Research Seminar, West Virginia University School of Pharmacy, Morgantown, WV 1979:
    "An Evaluation of Drug Product Citations in the FDA Weekly Reports 1970-1978"

14. Industrial Pharmaceutical Technology Section, Academy of Pharmaceutical Sciences, Anaheim, CA, 1979:
    "Effects of Internal Hydrostatic Pressure on Drug Release from Carbopol Gels"

13. 22nd Canadian Conference on Pharmaceutical Research, Montreal, Canada, 1975:
    "The Kinetics of Sulfonylurea Binding to Normal and Acetylated Human Serum Albumin"

12. National Poison Center Network Symposium, Pittsburgh, PA, 1975:
    "Pharmacokinetics and the Clinical Toxicologist"

11. Conference on Accidental Poisoning, Children's Hospital, Pittsburgh, PA, 1973:
    "Disposition of Drugs in the Body"

10. Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, San Diego, CA, 1973:
    "The Effect of Hot and Cold Liquid Ingestion on the Gastrointestinal Absorption of Acetaminophen"

9. Western Pennsylvania Section, American Association of Physics Teachers, Waynesburg, PA, 1973:
    "The Analysis of Diffusion in Semi-Solids by a Laser Interferometric Technique"

8. Annual Seminar Meeting, Society of Cosmetic Chemists, Los Angeles, CA, 1972:
    "Factors Affecting Medicament Release from Gels"

7. 31st International Congress of Pharmaceutical Sciences, Washington, D.C., 1971:
    "Release of Triamcinolone Acetonide from Lyophilic Macromolecular Gels"

6. Ninth Annual Symposium on Biomathematics and Computer Science in the Life Sciences, Houston, TX, 1971:
    "In Numero Study of Repetitive Dosing and Parameter Variation"

5. Fourth Annual Midyear Clinical Meeting, American Society of Hospital Pharmacists, Washington, DC, 1969:
    "The Drug Interaction Crisis"

4. Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, Montreal, Canada, 1969:
    "Internal Hydrostatic Pressure in Gels"

3. Annual Seminar Meeting, Society of Cosmetic Chemists, St. Louis, MO, 1969:
    "Rheological Evaluation of Gels"

2.    Section Np, Pharmaceutical Sciences, AAAS, New York, NY, 1967:
        "Diffusion in Structured Media"

1.    Section Np, Pharmaceutical Sciences, AAAS, Washington, DC, 1966:
        "The Role of Macromolecules in the Depression of Drug Transfer"

*Poster Presentations*

81.    AAPS, Baltimore, MD, November, 2004:
        "Facilitating Preformulation and Formulation Evaluations of NDEs using
        Multiwell Plate Methods"

80.    AAPS, Salt Lake City, UT, October, 2003:
        "Characterization of Chitosan-DNA Complexes"

79.    AAPS, Salt Lake City, UT, October, 2003:
        "The Determination of Chitosan Aggregation by Fluorometry"

78.    AAPS, Salt Lake City, UT, October, 2003:
        "Enhancing Delivery of Dihydrofolate Reductase Inhibitors for
        Effective Treatment of *Toxoplasma gondii* and *Pneumocystis carinii*
        Infections"

77.    Controlled Release Society, 30th International Symposium on Controlled Release
        of Bioactive Materials, Glasgow, Scotland, July, 2003:
        "Standardization of Chitosan as an Enabling Excipient for Drug Delivery
        Systems"

76.    AAPS, Toronto, Ontario, Canada, November 2002:
        "Size Exclusion Chromatography (SEC) of Chitinosans (Chitosans)
        and Xanthan Gums"

75.    AAPS, Toronto, Ontario, Canada, November 2002:
        "Preparation and Characterization of Low Molecular Weight Chitinosans
        (Chitosans)"

74.    Medicinal Chemistry Graduate Research Seminar, Toledo, OH, June 2002:
        "Enhancing Delivery of Dihydrofolate Reductase (DHFR) Inhibitors for
        Effective Treatment of *Toxoplasma gondii* (*tg*) Infections"

73.    AAPS, Denver, CO, October 2001 [abstract: *AAPS PharmSci.* 3 (4), Suppl.,
        2001]:
        "Solubility, Dissociation, and Partitioning Behavior of Novel Antitumor
        Agents: the Alkyl 2-Imidazolyl Disulfides"

72.    AAPS, Denver, CO, October 2001 [abstract: *AAPS PharmSci.* 3 (4), Suppl.,
        2001]:
        "Chitosan-Carrageenan Complexes and Their Application to Ibuprofen
        Release"

71.    AACR, New Orleans, LA, March, 2001 [abstract: *Proc. Amer. Assoc. Cancer Res.*, February, 2001]:
"Preclinical Pharmacokinetic Evaluation of PX12 and its Major Metabolite, 2-Mercaptoimidazole, in MCF-7 Cells *In Vitro* and in Swiss Webster Mice."

70.    AAPS, Indianapolis, IN, October 2000 [abstract: *AAPS PharmSci.* 2 (4), Suppl., 2000]:
"Conductometric Evaluation of Chitosan-Carrageenan Complexes in Solution"

69.    AAPS, Indianapolis, IN, October 2000 [abstract: *AAPS PharmSci.* 2 (4), Suppl., 2000]:
"Controlled Drug Delivery from Tablets Using a Chitosan-Carrageenan Matrix"

68.    AAPS, Indianapolis, IN, October 2000 [abstract: *AAPS PharmSci.* 2 (4), Suppl., 2000]:
"Molecular Weight Characterization of Chitosans and Carrageenans Using SEC with Triple Detector"

67.    AAPS, Indianapolis, IN, October 2000 [abstract: *AAPS PharmSci.* 2 (4), Suppl., 2000]:
"Preparation of Chitosan Microparticles by a Planetary Mill for Their Possible Applications as Drug Carriers"

66.    AAPS, New Orleans, LA, November 1999 [abstract: *AAPS PharmSci.* 1 (4), Suppl., 1999]:
"Spray Dried Chitosans as Excipients for Use in Drug Delivery Systems"

65.    AAPS, New Orleans, LA, November 1999 [abstract: *AAPS PharmSci.* 1 (4), Suppl., 1999]:
"Micromeritic Characterization of Chitosans"

64.    AAPS, New Orleans, LA, November 1999 [abstract: *AAPS PharmSci.*1 (4), Suppl., 1999]:
"Determination of the Degree of N-Deacetylation of Chitosan following Batch or Continuous Processing: Development of an Improved Infrared Method"

63.    AAPS, San Francisco, CA , November 1998 [abstract: *PharmSci.* 1 (1), 1998]:
"Use of Electrolytes in Directly Compressed Naproxen Sodium-Chitosan Tablets: Controlled *In Vitro* Release Under Simulated Gastrointestinal Conditions"

62.    AAPS, San Francisco, CA , November 1998 [abstract: *PharmSci.* 1 (1), 1998]:
"Chitosan Processing: Study of the Kinetics of Chitosan Depolymerization in Acidic Solution"

61.    AAPS, San Francisco, CA , November 1998 [abstract: PharmSci. 1 (1), 1998]:
       "A Simple, Sensitive GC/MS Method for the Quantitation of
       d-α-Tocopherol Quinone"

60.    Controlled Release Society, 25th International Symposium on Controlled Release
       of Bioactive Materials, Las Vegas, Nevada, June, 1998:
          "Chitinosans as Tableting Excipients for Modified Release Delivery
          Systems"

59.    AAPS, Boston, MA, November 1997:
          "Effect of the Deacetylation-Depolymerization Sequence on the
          Manufacture of Chitosans"

58.    AAPS, Boston, MA, November 1997:
          "The Use of Cationic Hydrogels as Matrices for Electrically Modulated
       Drug Delivery. II"

57.    Controlled Release Society, 25th International Symposium on Controlled Release
       of Bioactive Materials, Las Vegas, NV, June, 1998:
          "Electrically-induced syneresis in anionic gel systems and its
          contribution to anionic drug delivery,"

56.    American Association of Pharmaceutical Scientists, Boston, MA, November
       1997 [abstract: *Pharm. Res.* 14: S-387 (1997)]:
          "Effect of the Deacetylation-Depolymerization Sequence on the
          Manufacture of Chitosans"

55.    American Association of Pharmaceutical Scientists, Boston, MA, November
       1997 [abstract: *Pharm. Res.* 14: S-310 (1997)]:
          "The Use of Cationic Hydrogels as Matrices for Electrically Modulated
          Drug Delivery "

54.    Controlled Release Society, 24th International Symposium on Controlled Release
       of Bioactive Materials, Stockholm, Sweden, June 1997:
          "The Use of Cationic Hydrogels as Matrices for Electrically Modulated
          Drug Delivery"

53.    American Association of Pharmaceutical Scientists, Seattle, WA, October 1996
       [abstract: *Pharm. Res.* 13: S-380 (1996)]:
          "The Use of Cationic Hydrogels in Electrically Modulated Drug
          Delivery Devices"

52.    American Association of Pharmaceutical Scientists, Seattle, WA, October 1996
       [abstract: *Pharm. Res.* 13: S-281 (1996)]:
          "Electrically-Induced Syneresis in Anionic Gel Systems and Its
          Contribution to Cationic/Neutral Drug Delivery"

51.    Controlled Release Society, 23rd International Symposium on Controlled
       Release of Bioactive Materials, Kyoto, Japan, July 1996:
          "Electrically-Induced Syneresis Phenomena in Hydrophilic Gels. III. pH
          Effects"

50.    American Association of Pharmaceutical Scientists, Eastern Regional Meeting,
New Brunswick, NJ, 14-16 June 1996:
        "Effect of Degree of Polymerization of Chitosan on Its Reactivity"

49.    American Association of Pharmaceutical Scientists, Tenth Annual Meeting,
Miami Beach, FL 6-10 November, 1995 [abstract: *Pharm. Res.* **12**: S-222
(1995)]:
        "Use of Chitosan in Directly Compressed Tablets of Diclofenac Sodium:
        Inhibition of Drug Release in the Gastric Region"

48.    American Association of Pharmaceutical Scientists, Tenth Annual Meeting,
Miami Beach, FL 6-10 November, 1995 [abstract: *Pharm. Res.* **12**: S-213
(1995)]:
        "Electrically induced Syneresis in Hydrogels and Its Relationship to
        Microviscosity and Drug Delivery"

47.    Controlled Release Society, 22nd International Symposium on Controlled
Release of Bioactive Materials, Seattle, WA , 6-10 August, 1995:
        "Electrically-Induced Syneresis in Hydrophilic Gels and Its Relevance to
        Drug Delivery"

46.    American Association of Pharmaceutical Scientists, 1994, Annual Meeting, San
Diego, CA 6-10 November, 1994 [abstract: *Pharm. Res.* 11: S-31]:
        "Evaluation of the Degree of *N*-Deacetylation of Chitosan using
        UV/VIS, IR, and NIR Spectroscopic Techniques"

45.    American Association of Pharmaceutical Scientists, 1993, Annual Meeting, Lake
Buena Vista [Orlando] FL, 14-18, November, 1993 [abstract: *Pharm. Res.* **10**:
S-213 (1993)]:
        "Niacin Release from Commercial Formulations: A Comparative
        Evaluation"

44.    American Association of Pharmaceutical Scientists, 1992 Annual Meeting, San
Antonio, TX, 15-19-20 November, 1992 [abstract: *Pharm. Res.* **9**: S-202 (1992)]:
        "Evaluation of Three Water Soluble Vitamins in Formulations
        Containing Acrylic Acid Polymers"

43.    American Association of Pharmaceutical Scientists Fifth Annual Meeting and
Exposition, Pharmaceutical Technology Section, Las Vegas, NV, November
1990:
        "Influence of Matrix Characteristics on Release Profiles of Hydrophilic
        and Hydrophobic Drugs"

42.    American Association of Pharmaceutical Scientists Fifth Annual Meeting and
Exposition, Pharmaceutics and Drug Delivery Section,Las Vegas, NV,
November 1990:
        "Sustained Release of Verapamil HCl from Directly Compressible
        Polymer Matrix Tablets"

41.    GRASP meeting, University of Pittsburgh, May, 1991:
          "On the Problem of Lag-Time in Pharmacokinetics"

40.    GRASP meeting, University of Pittsburgh, May, 1991:
          "Evaluation of Solid Dispersions of Water Soluble Vitamins in
          Hydroxypropylcellulose"

39.    16th International Symposium on Controlled Release of Bioactive Materials,
       Chicago, Illinois, August 6-9, 1989:
          "Transdermal Delivery of Metoprolol"

38.    16th International Symposium on Controlled Release of Bioactive Materials,
       Chicago, Illinois, August 6-9, 1989:
          "Facilitating Polymer Selection for Drug Delivery Systems"

37.    American Association of Pharmaceutical Scientists Fourth Annual Meeting and
       Exposition, Atlanta, Georgia, October 22 - October 26, 1989:
          "Evaluation of Modified Starches as Directly Compressible Diluents - 3"

36.    American Association of Pharmaceutical Scientists Fourth Annual Meeting and
       Exposition, Atlanta, Georgia, October 22 - October 26, 1989:
          "Transdermal Delivery of Metoprolol. 2"

35.    American Association of Pharmaceutical Scientists Third Annual Meeting and
       Exposition, Orlando, FL, 1988:
          "Hydrophobic Polymers as Solid Dispersion Matrices for Prolonged
          Drug Release"

34.    American Association of Pharmaceutical Scientists Third Annual Meeting and
       Exposition, Orlando, FL, 1988:
          "Permeation of Selected Beta-Blockers Through Polymeric Films. 1.
          Influence of Polymer Type and Plasticizer Concentration"

33.    American Association of Pharmaceutical Scientists Third Annual Meeting and
       Exposition, Orlando, FL, 1988:
          "Peroral Controlled Release Formulations of Selected Beta- Blockers"

32.    American Association of Pharmaceutical Scientists Third Annual Meeting and
       Exposition, Orlando, FL, 1988:
          "The Effects of Polyols, Penetration Enhancers, and Donor Solution pH
          on Skin Permeation by Metoprolol"

31.    American Association of Pharmaceutical Scientists Third Annual Meeting and
       Exposition, Orlando, FL, 1988:
          "Computer Simulation for Transdermal Drug Delivery System
          Development"

30.    1st International Congress on Therapeutic Drug Monitoring, Osaka, Japan, 1988:
          "Incidence of Nonlinear Theophylline Kinetics in an Adult Western
          Pennsylvania Population"

18

29.    GRASP '88, Hartford, CT, 1988:
    "Computer Simulation for Transdermal Drug Delivery System
    Development"

28.    Japan-United States Congress of Pharmaceutical Sciences, Honolulu, HI, 1987:
    "Peptide and Protein Delivery System Formulation: A Watershed in
    Pharmaceutical Technology"

27.    American Association of Colleges of Pharmacy Meeting, Charleston, SC, 1987:
    "Incorporation of Clinical Pharmacokinetic Software into the
    Undergraduate Curriculum"

26.    American Association of Pharmaceutical Scientists Second Annual Meeting and
    Exposition Meeting, Boston, MA, 1987:
    "Dermatopharmacokinetics and the Development of Transdermal Drug
    Delivery System"

25.    American Association of Pharmaceutical Scientists Second Annual Meeting and
    Exposition Meeting, Boston, MA, 1987:
    "Release of a Nonsteroidal Anti-inflammatory Drug (NSAID) from
    Carbomer Gel Systems"

24.    American Association of Pharmaceutical Scientists First Annual Meeting and
    Exposition, Washington, DC, 1986:
    "The Parameter Dependence of the Steady-State Volume of Distribution
    in a Two-Compartment Open Model"

23.    American Association of Pharmaceutical Scientists First Annual Meeting and
    Exposition, Washington, DC, 1986:
    "Release of Indomethacin from Wax Matrices Composed of Carnauba
    Wax, Gelucires and Polyethylene Glycols"

22.    American Association of Pharmaceutical Scientists First Annual Meeting and
    Exposition, Washington, DC, 1986:
    "Effect of Binders on Compressed Theophylline Microspheres Made
    with Cellulose Acetate Butyrate"

21.    Pharmacodynamics and Drug Disposition Section, Academy of Pharmaceutical
    Sciences, San Francisco, CA, 1986:
    "Frequency Distributions of Pharmacokinetic Parameters"

20.    Industrial Pharmaceutical Technology Section, Academy of Pharmaceutical
    Sciences, San Antonio, TX, 1985:
    "Prolonged Release Solid Dispersion Formulations. II. Ibuprofen and
    Indomethacin"

19.    Industrial Pharmaceutical Technology Section, Academy of Pharmaceutical
    Sciences, San Antonio, TX, 1985:
    "Prolonged Release Solid Dispersion Formulations. I. Acetaminophen
    and Theophylline"

18.  Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, San
     Antonio, TX, 1985:
            "Polyethylene (PE) as Potential Prolonged Release Tablet Excipient"

17.  Industrial Pharmaceutical Technology Section, Academy of Pharmaceutical
     Sciences,  Philadelphia, PA, 1984:
            "Prolonged Release Ibuprofen Solid Dispersions"

16.  Industrial Pharmaceutical Technology Section, Academy of Pharmaceutical
     Sciences, Philadelphia, PA, 1984:
            "Prolonged Release Ibuprofen Formulations"

15.  Industrial Pharmaceutical Technology Section, Academy of Pharmaceutical
     Sciences, Philadelphia, PA, 1984:
            "*In Vitro* Release of Propranolol from Anhydrous Lanolin-
            Ethylcellulose Films"

14.  Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences,
     Philadelphia, PA, 1984:
            "Liposomal Formulation of Naloxone HCl"

13.  Pharmacodynamics and Drug Disposition Section, Academy of Pharmaceutical
     Sciences, Montreal, Canada, 1984:
            "Studies on Drug Displacement of Lidocaine from Human Plasma
            Proteins"

12.  Pharmaceutical Analysis and Control Section, Academy of Pharmaceutical
     Sciences, Montreal, Canada, 1984:
            "Simultaneous Determination of Benzocaine and p-Aminobenzoic Acid
            in Plasma and Urine by High Pressure Liquid Chromatography"

11.  Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, Montreal,
     Canada, 1984:
            "Prolonged Release Preparations of Procainamide HCl Microcapsules"

10.  Basic Pharmaceutics Section, Academy of Pharmaceutical Sciences, Miami, FL,
     1983:
            "Effects of Surfactants on the Dissolution of Hydrochlorothiazide from
            Tablets"

9.   Pharmacodynamics and Drug Disposition Section, Academy of Pharmaceutical
     Sciences, Miami, FL, 1983:
            "Studies on the Interactions Between Lidocaine and Human Plasma
            Proteins"

8.   Midwest Regional Meeting, Academy of Pharmaceutical Sciences, Chicago, IL,
     1983:
            "Tolbutamide Interaction with Acetylated and Nonacetylated Human
            Serum Albumin"

7.   Research/Program Reception, Pennsylvania Affiliate, American Heart
     Association, Pittsburgh, PA, 1982:
          "Lidocaine Binding to Plasma Proteins"

6.   American Association of Colleges of Pharmacy, Boston, MA, 1980:
          "A Rapid Analytical Method for Assessment of Compounding Accuracy
          of Pharmacy Students"

5.   Thirteenth Annual Midyear Clinical Meeting, American Society of Hospital
     Pharmacists, San Antonio, TX, 1978:
          "Temporal Variations of Alkaline Phosphatase Isoenzymes in Patients
          Receiving Total Parenteral Nutrition"

4.   Twelfth Annual Midyear Clinical Meeting, American Society of Hospital
     Pharmacists, Atlanta, GA, 1977:
          "A Preliminary Investigation of the Pharmacokinetics of Heparin"

3.   Twelfth Annual Midyear Clinical Meeting, American Society of Hospital
     Pharmacists, Atlanta, GA, 1977:
          "*In Vivo* Correlation of Activated Partial Thromboplastin Time with
          Plasma Heparin Concentrations"

2.   Eleventh Annual Midyear Clinical Meeting, American Society of Hospital
     Pharmacists, Anaheim, CA, 1976:
          "Computer Assisted Approach to Insulin Dosing in Diabetic Patients"

1.   Ninth Midyear Clinical Meeting, American Society of Hospital Pharmacists,
     Miami Beach, FL, 1974:
          "A Comparison of Pre-Anesthetic Oral and Intramuscular Doses of
          Atropine in Children"

### Invited Presentations, Seminars, Talks*

     *numbers in parentheses following a given topic indicate the number of
     presentations made of that topic; a complete listing of the organizations or
     groups addressed is available separately

81.  "Inequivalence of Multisource Macromolecular Excipients"
          Annual Scientific Meeting, U. S. Pharmacopeia, Iselin, NJ,
          September 28, 2004.

80.  "Chitosans as Enabling Excipients for Drug Delivery Systems — Present and
     Future Aspects,"
          Monbusho International Cooperative Research Program, Kobe Gakuin
          University, Kobe, Japan, 31 July 2000.

79.  "Principles of Processing Liquids and Semi-Solids and Their Relationship to
     Validation," (2)
          Institute of Validation Technology, Washington, DC, August, 1999;
          June, 2000

78.   "Biopharmaceutic/Pharmacokinetic Insights into Pharmaceutical Care and the
      Ritschel Trajectory",
            Wolfgang A. Ritschel Symposium, College of Pharmacy, University of
            Cincinnati, Cincinnati, OH, November 13, 1998.

77.   "Chitin, Chitosan, and Chitinosans: Process Optimization of These Enabling
      Excipients,"
            Monbusho International Cooperative Research Program, Kobe Gakuin
            University, Kobe, Japan, 5 August 1998.

76.   "The Chitin-Chitinosan Spectrum of Biopolymers: Enabling Excipients for
      Modified Release Dosage Forms,"
            Tanabe Seiyaku Co., Ltd., Osaka, Japan, 30 July, 1998.

75.   "Hydrophilic Gels as Matrices for Electrically Modulated Drug Delivery
      Systems."
            Alza Corp., Palo Alto, CA, May, 1998.

74.   "Scale-Up of Pharmaceutical Liquids and Semisolids,"
            Workshop on Pharmaceutical Unit Processes and Liquid/Semisolid
            Dosage Form Development, Duquesne University, Pittsburgh, May,
            1998; May, 1999; May, 2000.

73.   "Selected Technologies: Purification, Filtration, Concentration. Where Are They
      Going?,"
            VTEL presentation to Calgon Carbon Corp. (Pittsburgh, PA), SRI
            (Research Triangle, NC), and Duquesne University (Pittsburgh),
            February 1998.

72.   "Selected Technologies: Purification, Filtration, Concentration. Where Are They
      Going?",
            Calgon Carbon Corp., Pittsburgh, PA, February 1998.

71.   "Chitinosans: Enabling Excipients for Drug Delivery Systems", Internationales
            Symposium: Chitin/Chitosan — Isolierung,
            Charakterisierung,Anwendung, Lübeck, Germany, June, 1997.

70.   "Chitosan as an Excipient for Drug Delivery Systems",
            FMC Corporation,  Princeton, NJ, March 1997.

69.   "Electrically Modulated Drug Delivery: The Importance of the Formulation
      Matrix" (2),
            School of Pharmacy, Kobe Gakuin University, Kobe, Japan, July, 1996;
            FMC Corporation, Princeton, NJ, March 1997.

68.   "New Applications for Carbon in the 'Biopharmaceutical' Industry",
            Calgon Carbon Corp., Pittsburgh, PA, February 1997.

67.    "A Personal Perspective: Teaching, Research and Practice: Their Interrelationships,"
        Faculty Senate Forum, Duquesne University, March, 1996.

66.    "Overview of Liposomes as a Drug Delivery System with Emphasis on Stability Considerations"
        DuPont-Merck Pharmaceuticals, North Billerica, MA, October, 1995

65.    "An Overview of Suppositories and Associated Issues of Scale-Up"
        AAPS/FDA/USP Workshop on Scale-up of Disperse Systems, Alexandria, VA, May 24-26, 1993.

64.    "Some Neglected Aspects of Gel Systems" (2)

63.    "Novel Biocompatible Prosthetic Implants for Antibiotic Delivery"

62.    "Pharmacodynamics and the Practicing Physician" (2)

61.    "Dermatopharmacokinetics: The Key to Cosmetic and Pharmaceutical Formulation"

60.    "The Closing of the American Mind"

59.    "Cosmetic Science and Technology"

58.    "Estrogen Replacement Therapy" (3)

57.    "Pharmaceutic Aspects of Drug Delivery Systems for Bioactive Proteins and Polypeptides" (2)

56.    "Testing for Drug Release Characteristics of New Drug Delivery Systems" (2)

55.    "Managing Medication in the Elderly" (8)

54.    "Evaluation of Manufacturer/Vender Acceptability as a Source of a Generic Drug Product" (6)

53.    "Transdermal Drug Delivery Systems" (75)

52.    "Advances in Nitroglycerin Therapy" (2)

51.    "Advances in Drug Delivery Systems"; "New/Novel Drug Delivery Systems" (31)

50.    "New Drug Delivery Systems and Dosage Forms of the 1980s"

49.    "Controlled Release of Drugs from Dosage Forms"

48.    "Problems Associated with Interpretation of Blood Drug Levels"

47.    "Introduction to Pharmaceutical Dosage Forms" (3)

46.    "Drugs and the Environment"

45.    "Uptake and Disposition of Radionuclides in Humans"

44.    "Utilization of the Analog Computer in Clinical Pharmacokinetics"

43.    "New Ophthalmic Drug Delivery Systems"

42.    "Ocular Uptake and Absorption of Drugs"

41.    "Bell-Shaped Curves — The Average Patient"

40.    "Factors Influencing the Bioavailability of Drug Products"

39.    "Drug Interactions: An Overview" (2)

38.    "Hypertension: Drug Therapy and Non-Pharmacologic Treatment"

37.    "Geriatrics: Birth to Death"

36.    "Aging: Physiological and Pathologic Changes: Considerations for Drug Use" (3)

35.    "Drug Therapy and Nutritional Management in the Aging"

34.    "Drugs and the Elderly" (6)

33.    "The Functions of Pharmacokinetics in Providing Effective Drug Information Services"

32.    "Computerized Drug Therapy"

31.    "The Pharmacokinetics of Anti-Malarial Drugs"

30.    "Clinical Pharmacokinetics at Duquesne University"

29.    "The Mathematical Interpretation of Data: Curve-Fitting"

28.    "Drug Dosage in Patients with Renal Dysfunction" (2)

27.    "New Drugs of 1973-1974"

26.    "Salicylate Toxicity--Pharmacokinetic Aspects" (2)

25.    "A Survey of Mathematical Applications to the Life Sciences" (2)

24.    "Interaction of Plastic Containers with Their Contents" (3)

23.    "Biopharmaceutics and Pharmacokinetics of the Digitalis Glycosides" (2)

22.    "Pharmacokinetics and Drug Absorption"

21.    "Selection and Purchase of Generic Drugs" (12)

20.    "The Interactions of Antibiotics with Other Drugs"

19.    "OTC Analgesic Products: An Evaluative Review"

18.    "Self-Medication: The Role of OTC Drugs in Health Care Delivery" (2)

17.    "Why People Differ in Their Response to Drugs" (2)

16.    "Consumerism and the Pharmacist" (2)

15.    "Drugs and Society"

14.    "Venereal Disease"

13.    "Accidental Poisoning of Children" (12)

12.    "Diet Pills and Their Effectiveness" (3)

11.    "Safety of Cosmetics and Dermatological Products" (8)

10.    "Drug Abuse" (37)

9.    "Misuse of Nonprescription Drugs" (39)

8.    "Drug-Food Interactions" (15)

7.    "Drug Interactions and the Geriatric Patient" (4)

6.    "Drug Interactions with Special Emphasis on Drugs Used in Disorders of the CNS"

5.    "Drug Interactions Involving Cardiac Glycosides"

4.    "Drug Interactions with Emphasis on Anticoagulants"

3.    "The Role of the Pharmacist in Monitoring Drug Interactions" (2)

2.    "Drug Interactions Involving OTC Medication" (3)

1.    "Patient Susceptibility to Adverse Drug Reactions" (7)

**Special Meetings, Conferences, C.E. Programs Attended**

"Predicting Human Pharmacokinetics," AAPS Short Course, Indianapolis, IN, 2000

"Gel Permeation Chromatography," Waters Corp., Pittsburgh, PA, 1997

25

"Viscometry and Light Scattering," Viscotek Corp., Pittsburgh, PA 1997

"Multi-Phase Systems for Oral and Parenteral Drug Delivery: Physical and Biopharmaceutical Aspects," 37th Annual International Industrial Pharmaceutical Research and Development Conference, Merrimac, WI, 1995.

"*In Vitro* and *In Vivo* Correlations," FDA Generic Drugs Advisory Committee, Rockville, MD, 1994.

"Peptides, Peptoids, and Proteins," Center for Pharmacodynamic Research, University of Pittsburgh School of Pharmacy, Pittsburgh, PA, 1989

"Enhancing Executive Leadership in Schools of Pharmacy," AACP, San Diego, CA, 1988

"NONMEM: Applications to Drug Development and Utilization," Center for Pharmacodynamic Research, University of Pittsburgh School of Pharmacy, Pittsburgh, PA 1986

"Pharmacy Practice and the Geriatric Patient," Duquesne University of School of Pharmacy, Green Tree, PA, 1986

"Scientific and Clinical Experience of Transdermal Nitroglycerin," (closed symposium) CIBA Pharmaceutical Co., St. Thomas, U.S. Virgin Islands, 1985

"Computer-Aided Data Acquisition & Control," Cyborg Corporation, Monroeville, PA, 1985

"Ion Chromatography," Dionex Corporation, Monroeville, PA, 1984

"Problem Solving," American Association of Colleges of Pharmacy, Kansas City, MO, 1982

"Managing Medication in an Older Population: Physician, Pharmacist, and Patient Perspectives," American Geriatric Society, New York, NY 1981

"Parenteral Nutrition Training Program," School of Pharmacy, Duquesne University, Pittsburgh, PA, 1979

"Pharmacokinetics '79," Los Angeles, CA, 1979

"Bioavailability and Clinical Pharmacokinetics," American College of Clinical Pharmacology, Philadelphia, PA 1976

"The Future of Drug Testing in Human Volunteers," Biodecision Laboratories, Pittsburgh, PA, 1975

"Methods and Materials for Teaching Rational Pharmacotherapeutics," American College of Clinical Pharmacology, Atlantic City, NJ, 1975.

"Impact of Blood Level Assays on Medical Practice," Society for Analytical Chemists of Pittsburgh and the Division of Continuing Education of the University of Pittsburgh School of Medicine, Pittsburgh, PA, 1974

"Post-Graduate Course in Pharmacokinetics," Department of Pharmacy, Chelsea College, University of London, U.K., 1974

"Workshop on Liquid Chromatography," Waters Associates, Inc. and the Society for Analytical Chemists of Pittsburgh, Pittsburgh, PA, 1972

"Improved Drug Activity through Physical/Chemical Modification," National Industrial Pharmaceutical Research Conference, University of Wisconsin, Land O'Lakes, WI, 1972

"Radioimmunoassays in Bioavailability Testing," Biodecision Laboratories, Pittsburgh, PA, 1974.

"Bioavailability of Drugs," National Academy of Sciences/National Research Council, Washington, DC, 1971

"Next Steps in Planning Local Health Care Delivery Systems," Providers Forum, Western Pennsylvania Comprehensive Health Planning Agency, Pittsburgh, PA, 1971

"Drug Absorption through the Gastrointestinal Barrier," National Industrial Pharmaceutical Research Conference, University of Wisconsin, Land O'Lakes, WI, 1971

"Leadership Development Workshop on Drug Abuse Education," University of Pittsburgh, Pittsburgh, PA, 1970-1971

"Conference on Sampling of Pharmaceuticals," Society of Pharmacists in Industry, St. Louis, MO, 1970

**Current Membership in Professional and Scientific Organizations**

        Academy of Pharmaceutical Research and Science
        American Pharmacists Association
        American Association of Pharmaceutical Scientists
        American Association of Colleges of Pharmacy
        Controlled Release Society
        New York Academy of Sciences
        Sigma Xi, The Scientific Research Society

*Organizational Participation*

Academy of Pharmaceutical Sciences (APS)
        Member, Screening Committee, Basic Pharmaceutics Section, APS
                Meeting, Anaheim, CA, 1979
        Chairman, Task Force on Teleconferencing, 1984-1985
        Member, Short Course Committee, 1985-1986

Allegheny County Pharmaceutical Association (ACPA)
        Member, Board of Directors, 1971-1984
        Co-Chairman, Speakers Bureau, 1971-1972
        Chairman, Speakers Bureau, 1972-1975
        Chairman, Board of Canvassers, 1972
        Member, Public Relations Committee, 1973-1982
        Treasurer, 1977-1981

American Association of Colleges of Pharmacy (AACP)
        Member, Nominating Committee, Conference of Teachers, 1972-1973
        Reviewer, AACP-Lilly Geriatric Curriculum Project, Health Sciences
                Consortium, 1982
        Chair-Elect, Teachers of Pharmaceutics Section, 1988-1989
        Program Chairman, Teachers of Pharmaceutics Section, 1989 Annual
        Meeting, Portland, OR
            "Intellectual Property and the Pharmaceutical Scientist"
            "The Impact of Biotechnology on Pharmaceutics Education"
        Chair, Teachers of Pharmaceutics Section, 1989-1990
        Immediate Past Chair, Teachers of Pharmaceutics Section, 1990-1991

American Association of Pharmaceutical Scientists (AAPS)
        Member, Short Course Committee, 1986

American Pharmaceutical Association (APhA)
    Drug Interactions Evaluation Program, 1972-1978
    Member, Scientific Review Panel on Antibiotics & Anti-Infective
        Agents, 1972-1978
    Member, Scientific Review Panel on Antituberculars, 1972-1973
    Member, Scientific Review Panel on Antidiabetic Agents, 1972-1973
    Member, Scientific Review Panel on Cardiac Glycosides, 1972-1973
    Chairperson, Antibiotic and Anti-Infective Agent Subpanel, 1973-1978

Academy of Pharmaceutical Research and Science (APRS)
    Chair, Basic Pharmaceutical Sciences Section, 2000-2001
    Chair-Elect, Basic Pharmaceutical Sciences Section, 1999-2000
    Member, APRS Education Committee, 1999-2001
    Member, Executive Committee, 2001-2002

American Society of Hospital Pharmacists Research and Education Foundation,
Inc.
    Member, Selection Committee for the Research Award, 1971-1974

American Society for Testing Materials
    Member, Medical and Surgical Materials and Devices Committee

Sigma Xi Chapter, Duquesne University
    Treasurer, 1973-1975

Society of Cosmetic Chemists
    Member, Committee on Scientific Affairs, 1987-1989

United States Pharmacopeia
    Member, Planning Committee of the USP Annual Science Meeting,
        2004- present

## University Activities

### *School of Pharmacy, Duquesne University*

Chair, Thesis and Dissertation Manual Committee, Graduate School of
    Pharmaceutical Sciences, 2004- present

Member, Self-Study Steering Committee, Graduate School of Pharmaceutical
    Sciences, 2002- present

Member, Curriculum Committee, Graduate School of Pharmaceutical Sciences,
    2002- present

Chair, School of Pharmacy Faculty Excellence Awards Committee, 2000-2001
    Member, Promotion and Scholarship Committee, 2000-2001

Member, Deacanal Search Committee, 1997-1998

Member, Curriculum Implementation Committee, 1997- present

Member, Bulletin and Philosophy Committee, 1993- present

Member, Executive Committee, 1985-1999

Member, Departmental Seminars Committee, 1985-1999

Member, Steering Committee, 1983-1996

Member, Outcomes Assessment Committee, 1983- present

Member, Student Standing Committee, 1982-present

Member, Pharmaceutical Industry Educational Visitation Committee, 1993-
    present

Member, Pharmacy Board Review Committee, 1983- 1990

Member, Faculty Development Committee, 1982-1995

Member, Curriculum Committee, 1982-1999

Member, Pharmacy Computer Committee, 1983-1994

Member, Comprehensive Examination Committee, 1980

Chairman, Ad Hoc Committee for Evaluation of Cumulative Science 2.0 QPA,
    1982-1992

Member, Department Chairmen's Committee, 1985-1999

Chairman, Search Committees (Pharmaceutical Chemistry) 1991-1992

Chairman, Search Committees (Pharmaceutics) 1988-1989; 1990

Member, Clinical Pharmacokinetics Committee, 1973-1987;
    Chairman, 1981-1985

Chairman, Search Committee (Medicinal Chemistry) 1986

Member, Task Force on Student Evaluations of Their Educational Experience,
    1982-1983

Faculty Advisor, Drug Abuse Education Committee, SAPhA, 1970-1982

Faculty Delegate, American Association of Colleges of Pharmacy, 1980-1982

Member, Internship/Externship Committee, 1980-1981

Meeting Coordinator, Industry Advisory Council, 1981

Member, Alcohol Awareness Committee, 1980-1981

Member, Committee on Development of Basic Health Sciences Program,
    Graduate School of Liberal Arts & Sciences, 1979-1980

Member, Academic Affairs Committee, Faculty Senate, 1977-1978

Member, Committee on OTC Products Course, 1972-1978

Faculty Advisor, Class of 1977, 1972-1977

Chairman, Committee on Course Updating and Curricular Revision,
    Dept. of Pharmaceutical Chemistry and Pharmaceutics, 1973-1975

Delegate, House of Delegates, Pennsylvania Pharmaceutical Association,
    1972-1973
Member, Committee on Internship, 1972
Faculty Advisor, PHORUM, 1970-1983
Chairman, Ad Hoc Committee on Generic Drug Substitution, 1970

### Duquesne University

Member, Graduate Student Award for Excellence in Teaching Committee,
    2002-present
Member, Presidential Awards for Faculty Excellence Committee, 2000-2002
Member, Faculty Senate Select Committee on Program/Department Termination,
    1996-1997
Member, Institutional Review Board (for Protection of Human Subjects),
    1978-2001; Chairman, 1981-1995
Member, Promotion and Tenure Committee, 1985-1990
Member, Graduate Council, College of Liberal Arts and Sciences, 1985-1990
Member, Graduate Advisory Council, 1985-1990
Member, Academic Advisory Committee (Five Year Plan), 1985-1986
Pharmacy Delegate, Promotion and Tenure Committee, 1984-1985
Chairman, Ad Hoc Committee for the Evaluation of Graduate Programs,
    1982-1983
Member, Computer Science Committee, College of Liberal Arts and Sciences,
    1978-1979
Chairman, Ad Hoc Committee on Grade Trends, Faculty Senate, 1974-1976

### School of Pharmacy, University of Pittsburgh

Coordinator, Common Hour Programs, 1968-1970
Faculty Advisor, Alpha Zeta Omega Pharmaceutical Fraternity, 1969-1970

**Courses Taught**

*School of Pharmacy, Duquesne University: 1970 - present*

*currently taught*:

        PHCEU 432 - Pharmacokinetics - 4 cr.
        PHCEU 430 - Biopharmaceutics - 4 cr.
        PHPRC 460 - Issues in Women's Health - 3 cr. [2 hr lecture on gender-related
                 differences in biopharmaceutics and pharmacokinetics]
        PHPRC 470 - Religion and Health Care [2 hr. lecture on Jewish perspectives...]

        GPHSC 504 - Regulatory Aspects of Industrial Practice - 2 cr.
        GPHSC 505, 506 - Cosmetic Science and Technology - 2 cr., lecture, 1 cr., lab
        GPHSC 507 - Data Analysis and Modeling - 2 cr.
        GPHSC 510 - Advanced Pharmacokinetics I - 2 cr.
        GPHSC 513 - Principles of Drug Action, Design, and Delivery - 3 cr.
                [10 hr. of lecture on the drug approval process; drug product formulation;
                biopharmaceutics; pharmacokinetics]
        GPHSC 615 - Advanced Pharmaceutics I - 3 cr.
        GPHSC 616 - Advanced Pharmaceutics II - 3 cr.

*previously taught*:

        Pharm.12 - Physical Pharmacy II - 4 cr.
        Pharm.21 - Biopharmaceutics & Dosage Forms I - 4 cr.
        Pharm.22 - Biopharmaceutics & Dosage Forms II - 4 cr.
        Pharm. 305 [PHPCT 305] - Pharmaceutics III - Biopharmaceutics - 3 cr.
        Pharm. 306 - Pharmaceutics IV - Pharmacokinetics - 4 cr.
        Pharm. 483 - Aging and Health Care - 3 cr. (team-taught)
        PHCEU 430R - Biopharmaceutics recitation - 0 cr.
        PHCEU 430L - Pharmaceutical Analysis/Biopharmaceutics Lab. - 1 cr.
        PHINT 490 - Integrated Case Studies - 0.5 cr. [1 semester]

        GPHSC 511 - Advanced Pharmacokinetics II - 3 cr.
        Pharm. Sci. 615 - Interfacial Phenomena - 3 cr.
        Math. 661, 662 [PHCEU 661, 662] - Biomathematics I, II - 3 cr. each term
                (team-taught)

*School of Pharmacy, University of Pittsburgh:*

*currently taught:*

> PR 215 - Endocrinology Practicum [1 hr lecture on insulin pump therapy]
> Pharm. 3008 - Advanced Drug Delivery and Targeting [2 hr lecture on protein
> and peptide delivery systems]

*previously taught [1968-1970]:*

> Pharm. 110 - Pharmaceutical History, Literature & Ethics - 2 cr.
> Pharm. 112 - Introduction to Dosage Forms - 4 cr. (team-taught)
> Pharm. 116 - Physical Pharmacy II - 3 cr. (team-taught)
> Pharm. 118 - Pharmaceutical Manufacturing & Control - 3 cr.
> Pharm. 244 - Advanced Physical Pharmacy II - 3 cr. (team-taught)
> Pharm. 250 - Drug Production & Control - 3 cr.

## Research Activity

*Post-Baccalaureate Students Advised (1968-present):*

|          | Degree Completed | Degree Pending | Degree In Progress | Degree Incomplete |
|----------|------------------|----------------|--------------------|-------------------|
| Pharm.D. | 27               | -              | -                  | -                 |
| M.S.     | 21               | 1              | 2                  | 5                 |
| Ph.D.    | 9                | -              | 1                  | 2                 |
| Total    | 57               | 1              | 3                  | 7                 |

*Pharm.D. Research Advisees*        *Year of Degree*

| | | |
|---|---|---|
| 27. | Mark J. **Ellison**<br>"Correlation of Free (Unbound) Lidocaine Concentrations with Suppression of Ventricular Arrhythmias" | 1983 |
| 26. | Richard S. **Weisman**<br>"An Evaluation of the Hull and Sarubbi Nomogram for Dosing Patients in Renal Failure with Gentamicin" | 1979 |
| 25. | Gerald K. **McEvoy**<br>"The Effect of Microwaves on the Activity and Stability of Frozen Neutral Sodium Cephalothin During Quick Thawing (A Preliminary Study)" | 1979 |
| 24. | John R. **DiBona**<br>"A Comparison of Monitoring Parameters for Nutritional Assessment in Stressed and Unstressed Patients" | 1979 |
| 23. | Mary Ann **Strembo**<br>"A Study to Determine Interferences by Methenamine with Commercial Urine Test Kits" | 1978 |

22.    David R. Pipher                                              1978
        "A Biopharmaceutical Comparison of a New Dosage Form
        of Acetaminophen with Established Dosage Forms"
21.    Maria Paccioretti                                            1978
        "The Correlation of Aspirin Administration and Platelet Ag-
        gregation Inhibition in Humans as a Function of Dosage and Time"
20.    Robert M. McNulty                                            1978
        "Selected Criteria for Dosage Determination of Gentamicin"
19.    Kenneth A. Ferrett                                           1978
        "Temporal Variations of Alkaline Phosphatase Isoenzymes in
        Patients Receiving Total Parenteral Nutrition"
18.    Jeffrey K. Errick                                            1978
        "Studies on the Development of a Phenytoin Dosage Adjustment
        Method Using a Programmable Calculator"
17.    Steven Williams                                              1977
        "A Preliminary Investigation of the Pharmacokinetics of Heparin"
16.    LaVerne R. Van De Wall                                       1977
        "A Preliminary Study of the Salivary Disposition of Phenobarbital
        in a Pediatric Population"
15.    David Rosenbloom                                             1977
        "Studies in Digoxin Therapy"
14.    Evans Prieston                                               1977
        "Examination of the Feasibility of Developing a Protocol for
        Individualizing Quinidine Dosing Regimens"
13.    Michelle Vigneault McNeill                                   1977
        "Salivary Lithium Levels as an Aid to Optimal Lithium Dosing
        in Manic-Depressive Patients"
12.    James L. Gray III                                            1977
        "Gentamicin Stability in Intravenous Fluids as a Function of
        Container Material, Time, and Temperature"
11.    Richard L. Klee                                              1977
        "An Evaluation of the EMIT Enzyme Immunoassay for Phenytoin"
10.    Thomas Grande                                                1976
        "An Investigation of Some Factors Affecting the Development
        of a Clinically Useful Pharmacokinetic Protocol for Procainamide
        Dosing"
9.     Burt Finkelstein                                             1976
        "*In Vivo* Correlation of Activated Partial Thromboplastin with
        Plasma Heparin Concentration"
8.     Keith D. Campagna                                            1976
        "The Therapeutic Effectiveness of Alpha-Methyldopa in a
        Population of Hypertensive Patients"
7.     Margaret L. Eaton                                            1976
        "Analog Computer Simulation of Acute Salicylate Intoxication"
6.     George Paul Sesin                                            1975
        "The Microbiological Effects of Combinations of Cephalothin
        and Kanamycin on *Proteus rettgeri*"
5.     John M. Hoopes                                               1974
        "Effect of the Preoperative Administration of Atropine on Heart
        Rate in Children"

34

4.    Lawrence A. **Corbin**                                                    1973
      "The Effect of Hot and Cold Liquid Ingestion on the Gastro-
      intestinal Absorption of Acetaminophen"

3.    John **Coté**                                                            1972
      "A New Buccal Dosage Form Intended for Pediatric Usage:
      A Pilot Study Using Salicylamide"

2.    Dennis **Hoffman**                                                       1972
      "A Clinical Study of the Effect of Smoking on Quinidine
      Metabolism"

1.    Harvey M. **Arbit**                                                      1972
      "A Study of the Effect of Tobacco Smoking on Serum Salicylate
      Levels in Rheumatoid Arthritics"

| *M.S. Research Advisees* | *Year of Degree* |
|---|---|
| 29. Rana Rais<br>"Multiwell Plate Methodology for Preformulation" | *in progress* |
| 28. Geetha **Goparaju**<br>"Chitosan as a Non-Viral Vector for Gene Delivery" | *in progress* |
| 27. Gopimohan **Sundaram**<br>"Evaluation of Chitosan as a Directly Compressible Excipient:<br>Study of Compaction Characteristics by Compaction Simulation" | 2005 *pending* |
| 26. Soosmita **Sinha**<br>"Enhancing Delivery of Dihydrofolate Reductase Inhibitors for<br>Effective Treatment of *Toxoplasma gondii* and *Pneumocystis<br>carinii* Infections" | 2004 |
| 25. Dhruti J. **Shukla**<br>"Study of Chitinosan and Carrageenan Molecular Weights<br>and Molecular | 2003 |
| 24. Aditya **Wakankar**<br>"Polyelectrolyte Complexes of Chitosan and Carrageenan for<br>Use in Drug Delivery Systems" | 2001 *incomplete* |
| 23. Pei [Bei] **Li**<br>"Lyophilization of Cationic Lipid-Protamine-DNA (LPD)<br>Complexes" | 1999 *incomplete* |
| 22. Srinivasan **Ramanathan**<br>"The Use of Chitosan Gels as Matrices for Electrically<br>Modulated Drug Delivery" | 1998 |
| 21. Farrell B. **Melnick**<br>"Investigation of Some Analytical and Kinetic Aspects of<br>$\beta$-Glucuronidase as a Bladder Cancer Marker" | 1997 |
| 20. Roy C. **Shugars**<br>"The Percutaneous Absorption of Tacrolimus Across Hairless<br>Mouse Skin *In Vitro*: Influence of Vehicle Composition" | 1997 |
| 19. Nadhamuni G. **Nerella**<br>"On the Problem of Lag-Time in Pharmacokinetics" | 1992 |
| 18. Kalpana B. **Patel**<br>"Hydrophilic Polymers for Use in Transdermal Drug Delivery" | 1989 |
| 17. Terence **Macedo**<br>"Release of Tolmetin from Carbomer Gel Systems" | 1987 |
| 16. Naeem Azid **Shaikh**<br>"Evaluation of Ethylcellulose as a Matrix for Prolonged Release<br>Formulations of Theophylline and of Indomethacin" | 1985 |
| 15. Sheng-Hao **Lee**<br>"A Study on the Dissolution Rate of Solid Drug Particles" | 1984 |
| 14. May-Lynn **Huang**<br>"Studies of the Interaction of Tolbutamide with Acetylated and<br>Nonacetylated Human Serum Albumin" | 1982 |
| 13. Diana C. (Ching-Ching) **Hou**<br>"An Evaluation of the Frequency Distributions of Some<br>Pharmacokinetic Parameters" | 1981 |
| 12. Raja B. **Velagapudi**<br>"Studies on the Analysis of Warfarin and its Metabolites" | 1978 |

*M.S. Research Advisees, cont'd.*                    *Year of Degree*

| | | |
|---|---|---|
| 11. | Samir K. Gupta<br>"Some *In Vitro* Studies of Percutaneous Transport" | 1978 |
| 10. | Vassilios I. Avramis<br>"Clinical Pharmacokinetics of Lidocaine and Metabolites" | 1977 |
| 9. | Wanda Chang<br>"Mechanistic Studies of Carboxypeptidase Y" | 1977 |
| 8. | Harendra J. Shah<br>"A Study of Some Aspects of Platelet Aggregation Inhibition by Aspirin" | 1975 |
| 7. | Kamlesh C. Rastogi<br>"Sulfonylurea Binding to Normal and Acetylated Human Serum Albumin" | 1975 |
| 6. | Milap C. Nahata<br>"A Mathematical Analysis of Percutaneous Transport" | 1975 |
| 5. | Ashok C. Ghandi<br>"Internal Hydrostatic Pressure in Gels" | 1973 |
| 4. | Ramesh N. Patel<br>"Solubility and Dissolution of Triamcinolone Acetonide" | 1972 |
| 3. | Shabir Z. Masih*<br>"Internal Hydrostatic Pressure in Hydrophilic Macromolecular Gels" | 1970 |
| 2. | Barry N. Segal<br>" Enhancement of an *In Vitro* Model for the Simulation of Absorption" | 1970 incomplete |
| 1. | A. James Ueberroth<br>"An Analytical Study of the Uniformity of Tablet Splitting" | 1970 incomplete |

* *University of Pittsburgh*

*Ph.D. Advisees*                    *Year of Degree*

| | | |
|---|---|---|
| 12. | Mansoor Beg<br>"Macromolecular Excipient Characterization, with a Focus on Chitosan" | in progress |
| 11. | Ahmad Hashash<br>"Preclinical Development of Alkyl-2-Imidazolyl Disulfide Compounds: Pharmaceutical Aspects" | 2003 |
| 10. | Pankaj Regé<br>"On the Development of Chitinosans as Enabling Excipients for Use in Modified Release Drug Delivery Systems" | 2000 |
| 9. | Chang-Shan Hsu<br>"Anionic Gels as Vehicles for Electrically-Modulated Drug Delivery" | 1997 |
| 8. | Shobhan S. Sabnis<br>"Development of Modified Chitosans as Excipients for Use in Drug Delivery Systems" | 1996 |

**Ph.D. Advisees, cont'd.**                                      *Year of Degree*

7.     Jyothi Nambiar                                              1994
           "Development and Evaluation of Hydrophilic Solid Dispersions
           with an Emphasis on Their Utilization for Nutritional Sup-
           plementation"
6.     Shashank Mahashabde                              *1994 incomplete*
           "Studies on Skin and Polymer Permeation with Application to
           Transdermal Delivery Systems"
5.     David Enock                                      *1992 incomplete*
           "Drug Biotransformation and Promotion of Carcinogenesis"
4.     Anuradha Athani                                            1989
           "Some Aspects of the Selection of Polymeric Excipients for
           Controlled Drug Delivery System Development"
3.     Naeem Azid Shaikh                                          1988
           "Prolonged Drug Release from Polymeric Matrices"
2.     Umesh V. Banakar                                           1985
           "Polyethylenes as Potential Prolonged Release Tablet Excipients"
1.     Joseph Adotey                                              1985
           "Studies on the Interaction of Lidocaine with Plasma Proteins"


## Grants, Donations, Contracts

*Total to date: $ 651,634*

Metropolitan Computing Corporation, East Hanover, NJ, 2000: $1,000
       "Graduate Student Support for Compaction Research"

Bayer Corporation, Pharmaceutical Division, 2000: $10,000
       "Graduate and Undergraduate Research Support"

FMC Corp., Pharmaceutical Division, 1999: $21,500
       "Taste-Masking of Drugs…"

Fort Dodge Animal Health Division of American Cyanamid, American Home
       Products Corp., 1998: $7,500
       "The *In Vitro* Permeation of AC 395191 through Excised Hairless Mouse Skin"

Bayer Corporation, Pharmaceutical Division, 1998: $35,000
       100 L  jacketed SS kettle; bench-top 3-roll ointment mill…

Elizabeth-Hata International, Inc., 1994: $320,000
       Hata 38-station rotary tablet press and control unit

Merck Co. Foundation, 1992, $105,000
       "Pharmaceutics Graduate Program Support"

Mylan Pharmaceuticals, Inc., 1991: $6,500
"Pharmacokinetics Research," [in support of research and computer hardware/software acquisition]

Mylan Pharmaceuticals, Inc., 1990: $5,500
"Pharmacokinetics Research"

Duquesne University, Faculty Development Award; 1987: $750
"Flow Cell Research"

Commonwealth of Pennsylvania, 1986: $25,750
"Matching Funds Program"

Society of Cosmetic Chemists, 1986: $42,500
"Educational Institutional Support Program"

Pharmacy Alumni Association, Duquesne University, 1984: $2,300
"Undergraduate Laboratory Equipment in Pharmaceutics"

Norwich Eaton Pharmaceuticals, Inc., 1985: $3,560
"Dye Replacement in Pharmaceutical Formulations"

Duquesne University, Faculty Development Award, 1984: $10,000
"Investigations of Percutaneous Absorption Mechanisms and the Development of Transdermal Drug Delivery Systems"

Duquesne University, President's Award, 1984: $1,000
"Interaction between Two Tumor-Promoting Regimens in the Rat - A Study with Implications for Carcinogenesis and Drug Biotransformation"

CIBA Pharmaceutical Company, div. CIBA-GEIGY Corporation, 1983: $1,000
"Facilitation of Microcomputer Use in Pharmaceutics"

American Heart Association, Western Pennsylvania Affiliate, 1982: $6,255
"Lidocaine Binding to Human Plasma Proteins"

National Pharmaceutical Council, Inc., 1982: $7,923
"An Analysis of FDA Drug Product Citations 1970-1982"

Reid-Provident Laboratories, Inc., 1982: $2,830
"Development of a Unique Guaifenesin Dosage Form"

Hoffman-LaRoche, Inc. 1978: $8,400
"Evaluation of FDA Recall Data"

Travenol Laboratories, Inc., 1978: $2,940
"Nutritional Assessment of Patients Receiving TPN"

Travenol Laboratories, Inc., 1976: $1,000
"Elevations of Alkaline Phosphatase Isoenzymes during Hyperalimentation with Travasol"

Health Professions Capitation Grant Program, 1974: $15,300; 1975: $3,580.
"Research in Pharmaceutics and Pharmacokinetics"

Society of Cosmetic Chemists, General Support, 1970: $500; 1972: $500

National Institutes of Health, General Research Support, University of Pittsburgh,
1969-1970: $3,546
"Internal Hydrostatic Pressure in Lyophilic Macromolecular Gels"

## Honors Received

Fellow, American Pharmaceutical Association/Academy of Pharmaceutical Research and Science, 2002

Presidential Award for Faculty Excellence in Scholarship, Duquesne University, 2000

*Lexington Who's Who*, 2000/2001 Millennium Edition

James Cash Penney Award for Community Service — Certificate of Commendation and Cash Award to Congregation Ahavath Achim, Carnegie, PA

Jotaki Award 1999 for the best paper of the year, The Society of Powder Technology, Japan, re Yoshinobu Fukumori, Hiroshi Tamura, Kaori Jono, Masahito Miyamoto, Hiroyuki Tokumitsu, Hideki Ichikawa and Lawrence H. Block, "Dry grinding of chitosan powder by a planetary ball mill," *Adv. Powder Technol.* 9 (4): 281-292 (1998).

Member, Editorial Advisory Board, International Journal of Drug Development, 1997-1999

Member, Editorial Advisory Board, International Journal of Generic Drugs, 1997-1999

Excellence in Scholarship in the Pharmaceutical Sciences, Faculty Award, Mylan School of Pharmacy, Duquesne University, 1996

*Who's Who in Science and Engineering*, 1996-present

*Who's Who in the World*, 1985-present

*American Men of Science*, 1971-1976; *American Men and Women of Science*, 1977- present

*Who's Who in the East*, 1975-present

*Who's Who in American Education*, 4th ed., 1993

Visiting Scholar (Kawasaki Fund Recipient), Kobe Gakuin University, Kobe, Japan, 1992

The Honor Society of Phi Kappa Phi, 1990

Duquesne University Presidential Merit Award, 1989, 1990

*Who's Who of Emerging Leaders in America*, 1st ed., 1987

*Who's Who in Frontier Science and Technology*, 1st ed., 1984-1985; 1986

Selection by Dravo Corporation for their institutional advertisements highlighting research in Pittsburgh in the program magazines for the Pittsburgh Symphony Orchestra, the Pittsburgh Public Theater, the Pittsburgh Opera and CMU Football, 1986

Duquesne University Citation in recognition of securing grant funds, enhancing the University's mission as a center of scholarly endeavor, and exemplifying the spirit of inquiry in the Duquesne community, 1983; 1984; 1986; 1988

Tree planted in B'nai B'rith Martyrs' Forest in Israel, Tova B'nai B'rith Women, Pittsburgh, PA, 1976

*Community Leaders and Noteworthy Americans*, 8th ed., 1975-1976

Lederle Pharmacy Faculty Award, 1973

Honorary Member, Phi Delta Chi Pharmaceutical Fraternity, 1972

Honorary Member, Alpha Zeta Omega Pharmaceutical Fraternity, 1969

Sigma Xi, The Scientific Research Society, 1968

Graduate Fellow, American Foundation for Pharmaceutical Education, 1965-1968

Rho Chi Pharmaceutical Honor Society, 1964

Dean's Medal for Academic Excellence, University of Maryland, 1961-1962

Wagner Pharmaceutical Jurisprudence Prize, University of Maryland, 1962