IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No.05-29 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that on August 1, 2005, copies of (i) Defendant Barr Laboratories Inc.'s Response to Plaintiffs' First Set of Interrogatories (Nos. 1-12) and (ii) this Notice of Service were served on the below-listed counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551
Boston, MA 02109

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street

Additionally, on August 1, 2005, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY CM/ECF & HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT & TAYLOR LLP |
|  | /s/ Glenn C. Mandalas |
| George C. Lombardi | Josy W. Ingersoll (No. 1088) |
| Bradley C. Graveline | Glenn C. Mandalas (No. 4432) |
| Michael K. Nutter | The Brandywine Building |
| WINSTON & STRAWN, LLP | 1000 West Street, 17th Floor |
| 35 West Wacker Drive | Wilmington, DE 19801 |
| Chicago, IL 60601 | Tel: (312) 558-5600 |
| Tel: (302) 571-6600 | gmandalas@ycst.com |
| glombardi@winston.com |  |

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*