IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No.05-29 (JJF) |
| v. ) ) ) | |
| BARR LABORATORIES, INC., ) ) | |
| Defendant. ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that the below-listed counsel of record were served with the following documents on the dates and in the manner indicated herein:

(1) Barr Laboratories' Amended Notice of Deposition of William C. Moeller, served July 28, 2005

(2) Barr Laboratories' Notice of Deposition of Brian Hague, served July 29, 2005

(3) Barr Laboratories' Notice of Deposition of Theodore H. Stanley, served July 29, 2005

**BY E-MAIL & FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter J. Kolovos
WILMER CUTLER PICKERING
   HALE & DORR LLP
60 State Street
Boston, MA 02109

**BY FEDERAL EXPRESS**

Frederick L. Cottrell, III, Esquire
Chad M. Shandler, Esquire
RICHARDS LAYTON & FINGER, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551

Additionally, on August 1, 2005, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following as indicated:

| **BY CM/ECF & HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, DE 19899-0551 | William F. Lee, Esquire<br>David B. Bassett, Esquire<br>Peter Kolovos, Esquire<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109 |

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Glenn C. Mandalas

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (302) 571-6600
glombardi@winston.com

Josy W. Ingersoll (No. 1088)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (312) 558-5600
gmandalas@ycst.com

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*