IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-0029-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned

counsel and subject to the approval of the Court, that the time within which plaintiffs Cephalon

Inc. and University of Utah Research Foundation shall serve and file their reply brief on claim

construction for U.S. Patent No. 4,863,737 ('737 Patent) is extended through and including

Wednesday, August 17, 2005. The parties do not believe that the stipulated extension would

require any commensurate delay to the previously scheduled Markman hearing in this case.

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and*
*TheUniversity Of Utah Research Foundation*

   /s/ Richard H. Morse
_____
Josy Ingersoll (#1088)
(jingersoll@ycst.com)
Richard H. Morse (#531)
(rmorse@ycst.com)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
(302) 571-6600
*Attorneys for Barr Labs., Inc.*

*IT IS SO ORDERED* this _____ day of _____ 2005.

_____
United States District Court Judge