IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No.05-29 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that on August 16, 2005, copies of (i) Defendant Barr Laboratories Inc.'s Objections and Responses to Plaintiffs' Notice of Deposition of Barr Laboratories, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) and (ii) this Notice of Service were served on the below-listed counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Additionally, on August 16, 2005, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

### BY CM/ECF & HAND DELIVERY

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Glenn C. Mandalas*

Josy W. Ingersoll (No. 1088)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (312) 558-5600
gmandalas@ycst.com

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (302) 571-6600
glombardi@winston.com

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*

DB01:1813657.1                                                                                                                          063987.1001