IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>     Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-0029-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF DEPOSITION NOTICES**

**PLEASE TAKE NOTICE** that on August 5, 2005 Plaintiffs' Notice of Deposition of Quamrul Majumder, Plaintiffs' Notice of Deposition of Tahseen Chowdhury, Plaintiffs' Notice of Deposition of Salah Ahmed, Plaintiffs' Notice of Deposition of Christine Mundkur and Plaintiffs' Notice of Deposition of Defendant Barr Laboratories, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) (all attached hereto as Exhibit A) were served on counsel in the following manner:

**VIA EMAIL and FEDERAL EXPRESS**
Michael K. Nutter, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703

**VIA FEDERAL EXPRESS**
Josy W. Ingersoll, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Cephalon, Inc. and The University Of Utah Research Foundation

RLF1-2911659-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2005, I electronically filed the foregoing Notice of Service of Deposition Notices with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on August 16, 2005, I have mailed via Federal Express, the documents to the following non-registered participants:

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Chad M. Shandler (#3796)
(Shandler@rlf.com)