# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | Civil Action No. 05-29-JJF |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF QUAMRUL MAJUMDER

PLEASE TAKE NOTICE that, on Thursday, September 1, 2005, commencing at 9:00 a.m. at the law offices of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, or at such other time and place as mutually agreed upon by counsel for both parties, Plaintiffs Cephalon, Inc. and University of Utah Research Foundation (collectively "Plaintiffs") will take the deposition upon oral examination of Quamrul Majumder pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be recorded by sound and visual means.

The deposition will continue from day to day until completed with such
adjournments as to time and place as may be necessary. All counsel of record are invited
to attend and examine the witness(es) in accordance with the Rules.

CEPHALON, INC., and
UNIVERSITY OF UTAH
  RESEARCH FOUNDATION
By their attorneys,


*Peter J. Kolovos*

Fredrick L. Cottrell III (#2555)
Chad M. Shandler (#3796)
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899-0551
(302) 651-7700

August 5, 2005


William F. Lee (*admitted pro hac vice*)
David B. Bassett (*admitted pro hac vice*)
Peter J. Kolovos (*admitted pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

- 2 -

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that on August 5, 2005, I caused a true and accurate copy of the foregoing document to be served upon the foregoing counsel as set forth below:

VIA EMAIL AND FEDERAL EXPRESS
Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600

VIA FEDERAL EXPRESS
Josy W. Ingersoll, Esq.
Young Conaway Stargatt &
 Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600

Kate Saxton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, v. | ) ) ) ) | Civil Action No. 05-29-JJF |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF TAHSEEN CHOWDHURY

PLEASE TAKE NOTICE that, on Wednesday, September 7, 2005, commencing at 9:00 a.m. at the law offices of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, or at such other time and place as mutually agreed upon by counsel for both parties, Plaintiffs Cephalon, Inc. and University of Utah Research Foundation (collectively "Plaintiffs") will take the deposition upon oral examination of Tahseen Chowdhury pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be recorded by sound and visual means.

The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary. All counsel of record are invited to attend and examine the witness(es) in accordance with the Rules.

CEPHALON, INC., and
UNIVERSITY OF UTAH
   RESEARCH FOUNDATION
By their attorneys,


Peter J. Kolovos / ks
Fredrick L. Cottrell III (#2555)
Chad M. Shandler (#3796)
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899-0551
(302) 651-7700

August 5, 2005


William F. Lee (*admitted pro hac vice*)
David B. Bassett (*admitted pro hac vice*)
Peter J. Kolovos (*admitted pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

- 2 -

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that on August 5, 2005, I caused a true and accurate copy of the foregoing document to be served upon the foregoing counsel as set forth below:

VIA EMAIL AND FEDERAL EXPRESS
Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600

VIA FEDERAL EXPRESS
Josy W. Ingersoll, Esq.
Young Conaway Stargatt &
  Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600

Kate Saxton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) ) | Civil Action No. 05-29-JJF |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF SALAH AHMED

PLEASE TAKE NOTICE that, on Thursday, September 8, 2005, commencing at 9:00 a.m. at the law offices of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, or at such other time and place as mutually agreed upon by counsel for both parties, Plaintiffs Cephalon, Inc. and University of Utah Research Foundation (collectively "Plaintiffs") will take the deposition upon oral examination of Salah Ahmed pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be recorded by sound and visual means.

- 1 -

The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary. All counsel of record are invited to attend and examine the witness(es) in accordance with the Rules.

                                    CEPHALON, INC., and
                                    UNIVERSITY OF UTAH
                                      RESEARCH FOUNDATION
                                    By their attorneys,


                                    _Peter J. Kolovos_____
                                    Fredrick L. Cottrell III (#2555)
                                    Chad M. Shandler (#3796)
                                    Richards Layton & Finger, P.A.
                                    P.O. Box 551
                                    One Rodney Square
                                    Wilmington, DE  19899-0551
                                    (302) 651-7700

August 5, 2005


                                    William F. Lee (*admitted pro hac vice*)
                                    David B. Bassett (*admitted pro hac vice*)
                                    Peter J. Kolovos (*admitted pro hac vice*)
                                    Wilmer Cutler Pickering Hale and Dorr LLP
                                    60 State Street
                                    Boston, MA  02109
                                    (617) 526-6000

- 2 -

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that on August 5, 2005, I caused a true and accurate copy of the foregoing document to be served upon the foregoing counsel as set forth below:

VIA EMAIL AND FEDERAL EXPRESS
Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600

VIA FEDERAL EXPRESS
Josy W. Ingersoll, Esq.
Young Conaway Stargatt &
    Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600

Kate Saxton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION,<br><br>        Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 05-29-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF DEPOSITION OF CHRISTINE MUNDKUR

PLEASE TAKE NOTICE that, on August 31, 2005, commencing at 9:00 am at

the law offices of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New

York, New York 10022, or at such other time and place as mutually agreed upon by

counsel for both parties, Plaintiffs Cephalon, Inc. and University of Utah Research

Foundation (collectively "Plaintiffs") will take the deposition upon oral examination of

Christine Mundkur pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure.

This deposition upon oral examination will be conducted before an official authorized by

law to administer oaths. The deposition will be recorded by stenographic means and may

be recorded by sound and visual means.

The deposition will continue from day to day until completed with such

adjournments as to time and place as may be necessary. All counsel of record are invited

to attend and examine the witness(es) in accordance with the Rules.

CEPHALON, INC., and
UNIVERSITY OF UTAH RESEARCH
FOUNDATION

By their attorneys,


*Peter J. Kolovos / rs*

Fredrick L. Cottrell III (#2555)
Chad M. Shandler (#3796)
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7700

August 5, 2005


William F. Lee (admitted *pro hac vice*)
David B. Bassett (admitted *pro hac vice*)
Peter J. Kolovos (admitted *pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

- 2 -

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that on August 5, 2005, I caused a true and accurate copy of the foregoing document to be served upon the foregoing counsel as set forth below:

VIA EMAIL AND FEDERAL EXPRESS
Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600

VIA FEDERAL EXPRESS
Josy W. Ingersoll, Esq.
Young Conaway Stargatt &
  Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600


Kate Saxton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-29-JJF |
| | ) ) | |
| BARR LABORATORIES, INC., | ) | |
| Defendant. | ) ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF DEFENDANT BARR LABORATORIES, INC. PURSUANT TO FED. R. CIV. P. 30(B)(6)

PLEASE TAKE NOTICE that, on August 30, 2005, commencing at 9:00 am at the law offices of Wilmer Cutler Pickering Hale and Dorr LLP, 399 Park Avenue, New York, New York 10022, or at such other time and place as mutually agreed upon by counsel for the parties, Plaintiffs Cephalon, Inc. and University of Utah Research Foundation (collectively "Plaintiffs") will take the deposition upon oral examination of Defendant Barr Laboratories, Inc. ("Barr") pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure.  This deposition upon oral examination will be conducted before an official authorized by law to administer oaths and will be recorded by both stenographic and sound and visual means.

Plaintiffs serve this Notice without waiver of any objections they may have to deficiencies in Barr's document production and other discovery responses concerning the subject matter of the instant Notice and reserve the right to continue this deposition as necessary in light of any subsequent production or responses by Barr.

US1DOCS 5226941v1

Plaintiffs will take this deposition upon oral examination through one or more officers, directors, managing agents or other persons designated by Barr pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure concerning the topics listed on the attached Schedule B.  Plaintiffs request identification of the individual(s) who will testify regarding each topic at least seven (7) days in advance of the deposition.  The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary.

You are invited to attend and cross-examine the witness(es).

CEPHALON, INC., and
UNIVERSITY OF UTAH RESEARCH
FOUNDATION

By their attorneys,

*Peter J. Kolovos/ks*

Fredrick L. Cottrell III (#2555)
Chad M. Shandler (#3796)
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7700

August 5, 2005

William F. Lee (*admitted pro hac vice*)
David B. Bassett (*admitted pro hac vice*)
Peter J. Kolovos(*admitted pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

- 2 -

## SCHEDULE A

### Definitions

A.    "Barr" means the defendant, Barr Laboratories, Inc., and any and all predecessors, successors, divisions, subsidiaries, or joint ventures thereof, together with any and all parent or affiliated companies or corporations, and all officers, directors, employees, agents, attorneys, representatives, and all other persons acting or purporting to act or that have acted or purported to have acted on behalf of any of the foregoing.

B    The "'737 patent" means U.S. Patent No. 4,863,737, and any continuations, continuations-in-part, divisions, and foreign counterparts thereof, and any applications, prosecutions, or proceedings related to any of the foregoing.

C.    "Barr ANDA" means Abbreviated New Drug Application No. 77-312, submitted to the United States Food and Drug Administration ("FDA") by Barr.

D.    "Barr ANDA Products" means the oral transmucosal fentanyl citrate, as a solid drug matrix on a handle, equivalent to 0.2, 0.4, 0.6, 0.8, 1.2 and 1.6 mg of the fentanyl base, described in the Barr ANDA.

E.    "Person" means any natural person or any business, legal, or governmental entity or association and the officers, directors, employees, agents, and attorneys thereof.

F.    The terms "related to" and "relating to" include "refer to," "summarize," "reflect," "constitute," "contain," "embody," "mention," "show," "comprise," "evidence," "discuss," "describe," and "comment upon."

G.    The words "and" and "or" shall be construed conjunctively or disjunctively, whichever makes the request more inclusive, and "any" shall mean each and every.

- 3 -

## SCHEDULE B
## Topics of Examination

1.      The non-privileged, factual bases for Barr's contentions in its Paragraph IV certification letters that the Barr ANDA Products have not infringed and will not infringe the '737 patent, including any documentary evidence upon which Barr intends to rely to support its non-infringement contentions.

2.      The non-privileged, factual bases for Barr's invalidity and/or unenforceability contentions in response to Cephalon's Interrogatories 2-9, including any documentary evidence upon which Barr intends to rely to support its contentions.

3.      Barr's ANDA relating to oral transmucosal fentanyl citrate, as a solid drug matrix, for 0.2 mg, 0.4 mg, 0.6 mg, 0.8 mg, 1.2 mg, and 1.6 mg of the fentanyl base.

4.      Barr's decision to develop the Barr ANDA Products and seek FDA approval for the Barr ANDA Products.

5.      The research and development (including, but not limited to, the design, formulation development, evaluation, and testing) of the Barr ANDA Products.

6.      Barr's formulation and manufacturing processes for the Barr ANDA Products, including, but not limited to:

            (a)     wet granulation techniques, processes, and equipment used;

            (b)     drying techniques, processes, and equipment used;

            (c)     milling techniques, processes, and equipment used;

            (d)     the use of any flavorings, flavor enhancers, and/or sweeteners;

            (e)     the use of any lubricant and/or releasing agent(s); and

            (f)     the techniques, processes, and equipment used for compression in the manufacturing of the Barr ANDA Products.

7.    The composition of the Barr ANDA Products, including the nature and function of any and all ingredients (active pharmaceutical or otherwise), excipients, lubricants, diluents, buffers, and/or other components of the Barr ANDA Products.

8.    Barr's organizational structure, including, but not limited to, the identity of each officer, director, employee, consultant, agent or representative of Barr who has ever had responsibility for the research, development, manufacture, testing, clinical trials, evaluations, FDA submissions, licensing, marketing, advertising, or sales of the Barr ANDA Products.

9.    Documents and things concerning the foregoing topics.

10.    Persons knowledgeable about the foregoing topics.

## CERTIFICATE OF SERVICE

I, Kate Saxton, hereby certify that on August 5, 2005, I caused a true and accurate copy of the foregoing document to be served upon the foregoing counsel as set forth below:

VIA EMAIL AND FEDERAL EXPRESS
Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600

VIA FEDERAL EXPRESS
Josy W. Ingersoll, Esq.
Young Conaway Stargatt &
  Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 571-6600

Kate Saxton