IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>   Plaintiffs,<br><br>   v.<br><br>BARR LABORATORIES, INC.,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No.05-29 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## BARR LABORATORIES' AMENDED NOTICE OF DEPOSITION OF THEODORE H. STANLEY

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take the deposition upon oral examination of Theodore H. Stanley. The deposition will commence at 9:00 a.m. on Thursday, August 25, 2005, at the offices of Citi Court, LLC, 50 S. Main Street, Suite 830, Salt Lake City, Utah 84144. The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths.

The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

|  | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
|  | /s/ Glenn C. Mandalas |
| George C. Lombardi | Josy W. Ingersoll (#1088) |
| Bradley C. Graveline | Richard H. Morse (#531) |
| Michael K. Nutter | Glenn C. Mandalas (#4432) |
| WINSTON & STRAWN, LLP | The Brandywine Building |
| 35 West Wacker Drive | 1000 West Street, 17th Floor |
| Chicago, IL 60601 | Wilmington, DE 19801 |
| Tel: (312) 558-5600 | Tel: (302) 571-6600 |
| glombardi@winston.com | gmandalas@ycst.com |
|  |  |
| **OF COUNSEL**: | *Attorneys for Defendant Barr Laboratories, Inc.* |

Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

Dated: August 17, 2005

# CERTIFICATE OF SERVICE

I, Glenn C. Mandalas, Esquire, hereby certify that on August 17, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

I further certify that on August 17, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated below:

**BY FEDERAL EXPRESS**

>William F. Lee, Esquire
>David B. Bassett, Esquire
>Peter Kolovos, Esquire
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Josy W. Ingersoll (No. 1088)
Glenn C. Mandalas (No. 4432)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
gmandalas@ycst.com

*Attorneys for Barr Laboratories, Inc.*