## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>Plaintiffs<br><br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-29-JJF |

### DECLARATION OF GREGORY P. TERAN IN SUPPORT OF
### PLAINTIFFS' REPLY BRIEF ON
### CLAIM CONSTRUCTION FOR U.S. PATENT NO. 4,863,737 ('737 PATENT)

I, Gregory P. Teran, state the following under the pains and penalties of perjury:

A.    I am a junior partner in the law firm of Wilmer Cutler Pickering

Hale and Dorr LLP. I am a member in good standing of the bars of the

Commonwealth of Massachusetts, the United States District Court for the District

of Massachusetts, the First Circuit Court of Appeals, and the Federal Circuit. I

am over the age of 21 and am competent to testify to the matters and facts set

forth below, all of which are within my personal knowledge. I submit this

declaration for the purpose of describing certain documents submitted as exhibits

to Plaintiffs' Reply Brief On Claim Construction For U.S. Patent No. 4,863,737

('737 Patent).

B.    To avoid any confusion with Exhibits 1-11 previously submitted in connection with Plaintiffs' Opening Brief, the attached Exhibits begin with No. 12.

1.    Exhibit 12 to this declaration is a true and accurate copy of cited excerpts from David Peters, Medicated Lozenges, in 1 Pharm. Dosage Forms 339 (H. Lieberman & L. Lachman eds., 1980) (chapter produced in its entirety by Barr at BARR009859-BARR009987).

2.    Exhibit 13 to this declaration is a true and accurate copy of cited excerpts from Bhogi B. Sheth et al., Compressed Tablets, in 1 Pharm. Dosage Forms 109 (H. Lieberman & L. Lachman eds., 1980) (chapter produced in its entirety by Barr at BARR009748-BARR009826).

3.    Exhibit 14 to this declaration is a true and accurate copy of cited excerpts from Landis on Mechanics of Claim Drafting, § 2:5 (5th ed. 2004).

Respectfully submitted,

By: _____
Gregory P. Teran
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated:  August 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2005, I electronically filed the foregoing with the

Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and

which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801


I hereby certify that on August 17, 2005, I have mailed via Federal Express, the foregoing

documents to the following non-registered participants:


Georege C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC  20005


Steven J. Fineman (#4025)
(Fineman@rlf.com)

RLF1-2856858-1