# Exhibit 12

# 8

# Medicated Lozenges

David Peters
Warner-Lambert Company
Morris Plains, New Jersey

Lozenges are flavored medicated dosage forms intended to be sucked and held in the mouth or pharynx [1]. They may contain vitamins, antibiotics, antiseptics, local anesthetics, antihistamines, decongestants, corticosteroids, astringents, analgesics, aromatics, demulcents, or combinations of these ingredients [2]. The oropharyngeal symptoms which lozenges are intended to relieve are commonly caused by local infections and occasionally by allergy or drying of the mucosa from mouth breathing.

Lozenges may take various shapes, the most common being the flat, circular, octagonal, and biconvex forms. Lozenges of another type, called bacilli, are in the form of short rods or cylinders. A soft variety of lozenge, called a pastille, consists of medicament in a gelatin or glycerogelatin base or in a base of acacia, sucrose, and water. Confections (now obsolete) are heavily sugared soft masses containing medicinal agents [3].

Two types of lozenge bases have gained wide usage because of their ready adaptation to modern high-speed methods of product manufacture. These two lozenge forms, which will be discussed in detail, include hard (or boiled) candy lozenges and compressed tablet lozenges.

## I. Hard Candy Lozenges

Hard candy is a mixture of sugar and other carbohydrates that are kept in an amorphous or glassy condition [4]. This form can be considered a solid syrup of sugars generally having from 0.5 to 1.5% moisture content.

Essentially, the preparation of hard candy lozenges can be considered an art. Many of the formulations used in confectionary manufacturing, and the rationale used for solving problem areas, are based on experience and intuition rather than scientific deduction. The confectionary equipment utilized by the manufacturer of lozenges is suitable for the preparation of candies but is not designed to produce a controlled and reproducible medicated candy with close tolerances as to size,

339

BARR009859

Medicated Lozenges                                                          427



Figure 71. Grained lozenges. Top left: ungrained lozenge; top right: 25% grained lozenge; bottom left: 50% grained lozenge; bottom right: 75% grained lozenge.

   Packaging lozenges in foil pouches eliminates the need for individually bunch wrapping the product. The lack of moisture penetration through the foil laminate removes the tendency for lozenges to stick together. Lozenges will not break or cause excessive dusting in the pouch during transit since excessive movement (with resulting attrition) is limited by the tight fit of the lozenge in the packet (Fig. 70).
   A drawback of not bunch wrapping foil pouched lozenges is the dusting that occurs during the packaging operation. The attrition in the storage hopper and delivery chutes as lozenges are fed into the pouches results in increased dusting of the lozenge surface. This does not affect product efficacy, stability, or surface texture; but from the standpoint of aesthetics, the quality of the product appearance has been reduced. Lozenges in pouches can be sold as individual units of 2 to 4 lozenges per pouch or boxed in groups of pouches and sold in cartons.
   Examples of some typical carton wrap and bundle wrap materials with their physical characteristics are contained in Table 4 [30]. Examples of graining characteristics of lozenges stored in various containers with different overwrap are presented in Table 5 and Figure 71.


V. Compressed Tablet Lozenges

This section, devoted to describing the preparation of compressed tablet lozenges, includes many facets covered in other chapters of this text. The general guidelines to be set forth—for wet and dry granulations, milling, and drying, as well as for tablet compression—are analogous to those for regular compressed tablets. The major deviations occur in the specific types of raw materials most applicable to this type of dosage form, the nonroutine lozenge disintegration requirements, and the tablet press and granulation considerations associated with preparing a tablet of the diameter and gauge of a compressed lozenge—as well as certain specific organoleptic peculiarities unique to this specialized route of drug administration.

BARR009946

432                                                                                                              Peters

    texture when combined with candy base, thus reducing the organoleptic appeal of the product.)
4. Suitable candy base and lozenge-forming equipment may not be available, or the volume of sales may not warrant the capital expenditures required to set up a candy line. (A company that is already manufacturing tablets may feel that the production of a compressed lozenge is a more logical extension of its technology than entrance into the boiled candy lozenge area.)

    A suitable formulation alternative may be the compressed tablet lozenge if one or more of the above situations apply, and the category of medicament and mode of drug administration require contact with the mucous membrane of the oral cavity, thus indicating a lozenge type of vehicle. This type of dosage form can fulfill all the parameters of the hard candy version, but can be manufactured in the conventional mode of pharmaceutically acceptable dosage forms.

    The incorporation of medicaments into a compressed tablet lozenge may pose fewer problems than are associated with a hard candy base. Whereas the type of medicament, quantity, reactivity, particle size, heat sensitivity, moisture sensitivity, and melting point are critical to the ultimate success of producing a hard candy lozenge with medicament, many of these same aspects are of minor concern when preparing the compressed tablet version. Much of the appeal that the medicated hard candy lozenge offers to the patient comes from the organoleptic presentation of the drug in a pleasing and somewhat demulcent vehicle. The incorporation of the medicament into a tablet base makes the drug no more and no less efficacious. From a vehicle presentation aspect, with the proper blending of ingredients a base with the same pleasing and demulcent characteristics can be formulated.

    The compressed lozenge can be prepared by the historical wet granulation technique or by direct compression. For maximum efficacy and prolonged dwell time in the mouth, the tablet should be of sufficient size (1.5 to 4.0 g) and hardness (30 to 50 kg in.$^2$) to dissolve slowly and to possess the organoleptic appeal of the hard candy version.

    1. Raw Materials

    The use of tablet compression techniques leads to the consideration of a myriad of raw materials that may be suitable for incorporation into this type of base. Previous discussions centered around the proper ratios of sugar and corn syrup that would produce a controlled crystallization rate and a resultant product with maximum clarity, smoothness, and resistance to graining or sticking. The addition of raw materials to compressed lozenges is determined by the effects of the raw materials on tablet compression, disintegration, erosion, mouth-feel, and powder or granulation flow characteristics.

    The following materials are essential to the preparation of a pharmaceutically elegant product when formulating a compressed tablet lozenge [31]: (1) tablet base or vehicle; (2) binder; (3) flavor; (4) colors; (5) lubricants; (6) medicaments.

    A working knowledge of the principles of tablet base preparation and compression are essential if the formulator is to produce any compressed lozenge product. The preparation of candy base also requires a knowledge of the raw materials and manufacturing procedures. The art and science of tablet manufacture is complicated and beset with many pitfalls and potential problem areas, mainly in the selection of raw materials, granulation preparation, comminution, mixing, and

BARR009951

Medicated Lozenges                                                                                           451

even a release of the die from the die lock (a condition that will result in damage to the tablet press or feed frames). Conversely, the presence of regular lines on successive tablets from the same punch and die set may indicate a worn die. The incomplete release of a tablet from a single punch (especially associated with ellipsoidal punches) may indicate a worn or bent lower punch.

### 2. Sticking

Sticking results from the failure of the antiadhesive function of the lubricant and usually results from an improperly dried or lubricated granulation. This phenomenon refers to the punch faces and occurs when tablets do not leave the punch faces clean. The tablet faces become dull or pitted (perhaps both) during compression, and the condition progressively worsens to the point where the tablets chip and break and are hard to remove from the lower punch or to pull apart from the upper. The moisture analysis of the granulation should be reevaluated, and the alkaline stearate content should be increased (0.05 to 0.1%).

Two additional forms of sticking include:

1. **Filming**, a form of sticking that is slow-forming and caused mostly by the loss of the highly polished finish of the punch faces—from moisture associated with high humidity (greater than 50%) in the compression area. Punch faces become coated by a film that can become so thick that tablets from concave and beveled-edge punches may eventually fill and appear flat. Control of atmospheric moisture content should alleviate this condition.
2. **Picking**, a form of sticking to punch faces when specks appear to be lifted or "picked up" from the tablet faces. This condition usually is caused by moist granules in the granulation or increased tackiness because of the presence of excessive binder. Picking also may be caused by the incorporation of excessive quantities of lubricant or tablet components with low melting points. The punches become heated during extended compression runs, causing the low melting point components to soften and adhere to the punch faces. A modification of the lubricating system or a slight (0.01 to 0.1%) increase in lubricant concentration may eliminate this situation.

## VII. Typical Formulations (Compressed Tablet Lozenges)

The following formulations represent various methods of manufacturing compressed tablet lozenges.

### A. Wet Granulation Techniques

Example 7: Antitussive-Anesthetic Lozenges (2.5-g Tablet)

| Ingredient | Quantity |
|---|---|
| Medicament | |
| Dextromethorphan HBr, 10% adsorbate | 4.0% |
| Benzocaine | 2.0% |

BARR009970

452                                                                                          Peters

Example 7 (continued)

| Ingredient | Quantity |
|---|---|
| **Filler** | |
| Confectioners sugar 8× (3% cornstarch) | 58.0% |
| Polyethylene glycol 6000 (powdered) | 15.0% |
| Cornstarch USP | 12.0% |
| **Binder** | |
| Gelatin USP | 3.0% |
| **Flavor** | |
| Spray-dried powder | As desired |
| **Color** | |
| Lakolene color | As desired |
| **Lubricant** | |
| Polyethylene glycol 6000 (powdered) | 1.0% |
| Stearic acid powder | 0.5% |

A 15 to 20% gelatin granulating solution is prepared and cooled to 25°C. Medicaments and fillers are blended. Any lumpy materials are milled in order to prepare powders with a uniform particle size. The medicament-filler mixture is granulated with the binder solution and mixed until uniform granules are formed. The granulation is oven-dried to a moisture content of 1.0 to 1.5%. The lubricant, color, and flavor are mixed into the dried granulation, which is then mechanically comminuted to a mesh size of 40 to 80. The granulation is blended to uniformly mix all components. Tablets of 2.5 g each are compressed on a suitable rotary press.

B. Direct Compression Techniques

Example 8: First Layer (1.0 g) of Two-Layer
Analgesic-Antihistamine Lozenge (3.0 g)

| Ingredient | Quantity |
|---|---|
| **Medicament** | |
| Aspirin (100 mesh crystals) | 16.25% |
| **Filler** | |
| Polyethylene glycol 6000 (powdered) | 16.25% |

BARR009971

Medicated Lozenges 453

Example 8 (continued)

| Ingredient | Quantity |
|---|---|
| Microcrystalline cellulose | 15.00% |
| Mannitol (granular) | 50.00% |
| Flavor | |
| Spray-dried powder | As desired |
| Color | |
| Lakolene color | As desired |
| Lubricant | |
| Polyethylene glycol 6000 (powdered) | 1.5% |
| Stearic acid powder | 0.5% |

Example 9: Second Layer (2.0 g) of Two-Layer Analgesic-Antihistamine Lozenge (3.0 g)

| Ingredient | Quantity |
|---|---|
| Medicament | |
| Chlorpheniramine maleate | 0.25% |
| Phenylpropanolamine HCl | 0.925% |
| Filler | |
| Confectioners sugar 6× (3% cornstarch) | 15.0% |
| Polyethylene glycol 6000 (powdered) | 20.0% |
| Mannitol (granular) | 45.0% |
| Microcrystalline cellulose | 10.0% |
| Flavor | |
| Spray-dried powder | As desired |
| Color | |
| Lakolene color | As desired |
| Lubricant | |
| Magnesium stearate USP | 0.5% |
| Polyethylene glycol 6000 (powdered) | 3.0% |
| Stearic acid (powdered) | 0.25% |
| Cab-O-Sil M-5 | 0.1% |

BARR009972

454                                                                                          Peters

    The medicament, filler, flavor, color, and lubricant are mixed and milled to a uniform mesh size. The powder mixture is blended and compressed on a two-layer tablet press.

## VIII. Quality Control Procedures

Since the basis of the lozenge dosage form is sugar and corn syrup, quality control testing begins with the analysis of candy base raw materials and continues through to the final packaging operation [53].

### A. General Checks: Candy Base Manufacturing

As the manufacture of the candy base is initiated, a final check of the corn syrup and sugar delivery gears, as well as any third-ingredient delivery gears, is made to assure that proper ratios of candy base ingredients are delivered to the precooker. Continual checks are also made on the temperature, steam pressure, and cooking speed of the precooker as well as the steam pressure, temperature, vacuum, and cooking speed of the candy base cooker. The cooker speed is adjusted according to the speed of the lozenge forming machine.

#### 1. Moisture Analysis

    The determination of candy base moisture content, regardless of the method used, is a critical procedure in quality control testing to verify that the metering devices and vacuum settings on the candy cookers are performing correctly. The production of candy base with moisture content exceeding 1.0 to 1.5% increases candy-lozenge manufacturing difficulties, incidence and rate of graining, as well as medicament-flavor and medicament-candy base interactions, all of which tend to shorten product shelf life. For optimum shelf life, the moisture content should range from 0.5 to 1.0%, with 0.75-1.0% generally the normal manufacturing parameter. A number of different testing procedures are available to determine the percentage of moisture in candy base [54].

##### Gravimetric Method (Vacuum Oven)

    The sample (usually about 1.0 g) is weighed accurately into a tared weighing container and placed into a vacuum oven at 60 to 70°C for 12 to 16 hr. The sample is removed from the oven, weighed, and the difference in moisture is calculated.

##### Titrimetric Method

    The titrimetric determination of water depends on the fact that a solution of sulfur dioxide and iodine in pyridine and alcohol (Karl Fischer reagent) reacts with water stoichiometrically. The entire operation requires the rigid exclusion of atmospheric moisture. This method permits the determination of candy base moisture content in a very short period of time (less than 5 min). With this procedure, a sample calculated to contain 10 to 250 mg of water is added to the titration flask and titrated with Karl Fischer reagent. The endpoint can be determined visually in colorless solutions; in colored solutions an electronic method is used.

BARR009973

# PHARMACEUTICAL DOSAGE FORMS

Tablets

*In Three Volumes*

VOLUME 1

EDITED BY

Herbert A. Lieberman
Warner-Lambert Company, Inc.
Morris Plains, New Jersey

Leon Lachman
United Laboratories, Inc.
Makati, Metro Manila
The Philippines

MARCEL DEKKER, INC.   New York and Basel

BARR009986



University of Wisconsin Library

9 59.75

Library of Congress Cataloging in Publication Data

Main entry under title:

Pharmaceutical dosage forms.

Includes bibliographies and indexes.
CONTENTS: v. 1. Tablets.
1. Drugs--Dosage forms. I. Lieberman, Herbert A., [date] II. Lachman, Leon, [date]
[DNLM: 1. Dosage forms. 2. Drugs--Administration and dosage. QV785 P535]
RS201.A2P48       615'.191        80-12751
ISBN 0-8247-6918-X (v. 1)

COPYRIGHT © 1980 by MARCEL DEKKER, INC. ALL RIGHTS RESERVED

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, or by any information storage and retrieval system, without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

PRINTED IN THE UNITED STATES OF AMERICA

BARR009987