# Exhibit 13

# 3

# Compressed Tablets
Final:

# 3

# Compressed Tablets

Bhogi B. Sheth[*]          Fred J. Bandelin[†]        Ralph F. Shangraw
University of Tennessee    Plough, Inc.               University of Maryland
Memphis, Tennessee         Memphis, Tennessee         Baltimore, Maryland

Compressed tablets are solid dosage forms prepared by compaction of a formulation containing the drug and certain excipients selected to aid the processing and improve the properties of the product. The term <u>compressed tablet</u> generally refers to a plain, uncoated tablet for oral ingestion, prepared by a single compression. Tablets can be made in many sizes and shapes, with a variety of properties. Tablets are the most widely used of all pharmaceutical dosage forms for a number of reasons. They are convenient, easy to use, and less expensive to manufacture than other oral dosage forms. They deliver the intended dose with a high degree of accuracy.

 A number of different types of tablets have been developed for special application. Buccal tablets are designed to dissolve slowly in the buccal pouch. Sublingual tablets are designed to dissolve rapidly beneath the tongue. Chewable tablets are compressed tablets designed to be chewed rather than swallowed; the widely used antacid tablets and some vitamin tablets are of this type. Effervescent tablets are formulated to dissolve with effervescence due to the reaction of citric acid with sodium bicarbonate, or some other effervescent combination in the formulation, when the tablet is placed in water. Certain tablets are made by multiple compression. These include the layer tablets, generally with two layers, but sometimes with three layers. These tablets are designed to enable the separation of incompatible ingredients, to make sustained-release products, or merely for appearance. A compressed coated tablet is prepared by the compression of a tablet within a tablet. As many as two coats can be compressed around a core. Sugar-coated tablets are compressed tablets with sugar coating applied to the tablet. The coating color

---

[*]Dr. Sheth is currently with the Vick Health Care Division, Richardson-Merrell, Inc., Mount Vernon, New York.
[†]Mr. Bandelin is currently with the University of Tennessee Center for the Health Sciences, Memphis, Tennessee.

# 3

# Compressed Tablets

Bhogi B. Sheth[*]          Fred J. Bandelin[†]        Ralph F. Shangraw
University of Tennessee    Plough, Inc.               University of Maryland
Memphis, Tennessee         Memphis, Tennessee         Baltimore, Maryland

Compressed tablets are solid dosage forms prepared by compaction of a formulation containing the drug and certain excipients selected to aid the processing and improve the properties of the product. The term <u>compressed tablet</u> generally refers to a plain, uncoated tablet for oral ingestion, prepared by a single compression. Tablets can be made in many sizes and shapes, with a variety of properties. Tablets are the most widely used of all pharmaceutical dosage forms for a number of reasons. They are convenient, easy to use, and less expensive to manufacture than other oral dosage forms. They deliver the intended dose with a high degree of accuracy.

A number of different types of tablets have been developed for special application. Buccal tablets are designed to dissolve slowly in the buccal pouch. Sublingual tablets are designed to dissolve rapidly beneath the tongue. Chewable tablets are compressed tablets designed to be chewed rather than swallowed; the widely used antacid tablets and some vitamin tablets are of this type. Effervescent tablets are formulated to dissolve with effervescence due to the reaction of citric acid with sodium bicarbonate, or some other effervescent combination in the formulation, when the tablet is placed in water. Certain tablets are made by multiple compression. These include the layer tablets, generally with two layers, but sometimes with three layers. These tablets are designed to enable the separation of incompatible ingredients, to make sustained-release products, or merely for appearance. A compressed coated tablet is prepared by the compression of a tablet within a tablet. As many as two coats can be compressed around a core. Sugar-coated tablets are compressed tablets with sugar coating applied to the tablet. The coating color

---

[*]Dr. Sheth is currently with the Vick Health Care Division, Richardson-Merrell, Inc., Mount Vernon, New York.
[†]Mr. Bandelin is currently with the University of Tennessee Center for the Health Sciences, Memphis, Tennessee.

112                                                                                          Sheth, Bandelin, and Shangraw

Table 1

Steps in the Different Methods of Tablet Manufacture

| Wet granulation | Dry granulation | Direct compression |
|---|---|---|
| 1. Milling of drugs and excipients | 1. Milling of drugs and excipients | 1. Milling of drugs and excipients |
| 2. Mixing of milled powders | 2. Mixing of milled powders | 2. Mixing of ingredients |
| 3. Preparation of binder solution | 3. Compression into large, hard tablets, to make slugs | 3. Tablet compression |
| 4. Mixing of binder solution with powder mixture to form wet mass | 4. Screening of slugs | |
| 5. Coarse screening of wet mass using 6 to 12 mesh screen | 5. Mixing with lubricant and disintegrating agent | |
| 6. Drying of moist granules | 6. Tablet compression | |
| 7. Screening of dry granules through 14 to 20 mesh screen | | |
| 8. Mixing of screened granules with lubricant and disintegrant | | |
| 9. Tablet compression | | |