# EXHIBIT A

Cephalon, Inc. et al. v. Barr Labs., Inc., Civil Action 05-29-JJF (D. Del.)
Declaration Of Lynn Van Campen, August 12, 2005

*Curriculum Vitae*

Lynn Van Campen, Ph.D.

**EDUCATION:**   Ph.D. Pharmacy (Pharmaceutics), 1981, UNIVERSITY OF WISCONSIN-MADISON, School of Pharmacy, Madison, Wisconsin (1979-81).

Research Advisor: Professor George Zografi. Minor program: Chemical Engineering. Dissertation: "Moisture Sorption Kinetics for Water-Soluble Substances." Thesis details the application of the principles of simultaneous heat and mass transfer to describe successfully the kinetics of deliquescence of a set of inorganic and organic compounds over a full range of atmospheric relative humidities.

Summer 1980: UNIVERSITE DE PARIS-SUD, Faculté de Pharmacie, Châtenay-Malabry, France. Leave of absence for study associated with doctoral work at the University of Wisconsin.

M.S. Pharmacy (Pharmaceutics), 1979, UNIVERSITY OF WISCONSIN-MADISON, School of Pharmacy, Madison, Wisconsin (1976-79).

Organic Chemistry, no degree, UNIVERSITY OF ROCHESTER, Rochester, NY (1969-70).

B.S. Chemistry, 1969, MARY WASHINGTON COLLEGE OF THE UNIVERSITY OF VIRGINIA, Fredericksburg, Virginia (1965-69).

**EMPLOYMENT:**

2003-   SCHOOL OF PHARMACY at the UNIVERSITY OF WISCONSIN—MADISON, Madison, WI

Director, Zeeh Pharmaceutical Experiment Station
Launch, manage, and direct the operations of the Zeeh Pharmaceutical Experiment Station, a new enterprise sponsored by the School of Pharmacy and dedicated to educating students and practitioners in the process and science of drug development, and to providing related laboratory services and consultation to University labs, area start-up companies, and the established pharmaceutical industry.

2002-2003   Consultant for Nektar Therapeutics (formerly Inhale Therapeutic Systems, Inc.)

2001-2002   INHALE THERAPEUTIC SYSTEMS, INC., San Carlos, CA

2002   Senior Fellow
Guide drug/device team in late-stage device development activities supporting drug product registration. Provide technical leadership for inhalation product development program conducted through contract development.

1996-2001   V.P. Pharmaceutical Development
Organize, build and lead Drug Development in the application of Inhale dry powder inhalation technologies to the development of drug products intended to deliver protein, peptide, or small molecules to the deep lung for local and systemic targeting. Build and manage early stage Quality Control, Quality Assurance, and Regulatory

**Curriculum Vitae**  Page 2
**Lynn Van Campen, Ph.D.**

|  |  |
|---|---|
|  | Affairs. Provide direction and actively build the Inhale development organization from technical laboratory staff to senior management, in the fulfillment of Inhale's mission to partner new inhalation product development with other pharmaceutical companies. Represent the Inhale development organization to partner companies and the broader pharmaceutical industry. |
| 1989-1996 | **BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., R&D Division, Pharmaceutics Department, Ridgefield, CT** |
|  | Director of Pharmaceutics<br>Direct Formulation group responsible for the development of oral, inhalation, and parenteral solutions, suspensions, aerosols, powder systems, and solid oral dosage forms; Process Science and Technology group responsible for process development and scale-up; R&D manufacturing responsible for toxicological and clinical supply manufacture: and clinical supplies group responsible for packaging, labeling and shipping clinical product. |
| 1988-1989 | **SYNERGEN, INC., Boulder, CO** |
|  | Director of Pharmaceutics<br>Hired and supervised pharmaceutics and related analytical and bioanalytical staff to support protein formulation and manufacture for toxicological and clinical investigation. |
| 1981-1988 | **BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., R&D Division, Pharmaceutics Department, Ridgefield, CT** |
| 1986- | Group Leader<br>Supervised laboratories responsible for conducting preformulation and formulation of small molecules and proteins, as well as dissolution and physical property testing. |
| 1985- | Principal Scientist<br>Supervised lab responsible for solids preformulation, characterization of new compounds; and solid dosage form and aerosol formulation. |
| 1981- | Senior Scientist<br>Supervised labs responsible for solid dosage form and aerosol product development and liaised with Production in areas of scale-up, process improvement and process validation for commercial products. |
| 1970-1976 | **PFIZER, INC., Central Research, Groton, CT** |
|  | Research Technician, Pharmaceutical R&D<br>Conducted preformulation studies for new compounds, and formulated solid and aerosol dosage forms. |

**PROFESSIONAL AFFILIATIONS AND ACTIVITIES:**

American Association of Pharmaceutical Scientists
Land-O'Lakes Pharmaceutical Research Conference Planning Committee, University of Wisconsin-
    Extension (1982-1985, 2004-)
U.S.P. Subcommittee on Moisture Specifications (1986-1989)
1988 Wisconsin Update Conference Planning Committee (1987)

International Pharmaceutical Aerosol Consortium, Scientific Advisory Panel (1994-1995)
PhRMA Pharmaceutical Development Steering Committee (1993-1996, 1999-2001)
PhRMA Drug Product Technical Group (2002)
Invited member, Board of Visitors, School of Pharmacy, University of Wisconsin—Madison (2003-2004)
School of Pharmacy liaison to UW-Madison Office of Corporate Relations (2003-   )
AAPS Pharmaceutical Technology Section, Co-chair, Strategic Planning Committee (2005)

**AWARDS:**

| | |
|---|---|
| 1965-1966 | North Hills Community Scholarship |
| 1977-1978 | American Foundation for Pharmaceutical Education (AFPE) Fellowship |
| 1978-1980 | AFPE E. Mead Johnson Memorial Fellowship |
| 1984 | American Pharmaceutical Association (APhA) Academy of Pharmaceutical Sciences 1983 Ebert Prize: Co-recipient with G. Zografi (Recipient) and G. L. Amidon (Co-recipient), awarded for publication detailing theoretical basis of doctoral research |

**PUBLICATIONS:**

D. C. Monkhouse, L. Van Campen and A. J. Aguiar, "Kinetics of dehydration and isomerization of prostaglandins E1 and E2." *J. Pharm Sci* 62:576-580 (1973).

S. M. Laughlin, L. Van Campen, M. Takieddin, D. Duchene, F. Puisieux and J. T. Carstensen, "Flow rates of granular materials through moving orifices." Int J. Pharm 3:33-37 (1979).

L. Van Campen, G. Zografi and J. T. Carstensen, "An approach to the evaluation of hygroscopicity for pharmaceutical solids," *Int J Pharm* 5:1-18 (1980). Review.

J. T. Carstensen, L. Van Campen and G. Zografi, "Hygroscopicity of poorly soluble substances." *J Pharm Sci* 69:742-744. Communication.

L. Van Campen, G. L. Amidon and G. Zografi, "Moisture sorption kinetics for water-soluble substances I: Theoretical considerations of heat transport control." *J Pharm Sci* 72:1381-1388 (1983).

L. Van Campen, G. L. Amidon and G. Zografi, "Moisture sorption kinetics for water-soluble substances II: Experimental verification of heat transport control." *J Pharm Sci* 72:1388-1393 (1983).

L. Van Campen, G. L. Amidon and G. Zografi, "Moisture sorption kinetics for water-soluble substances III: Theoretical and experimental studies in air." *J Pharm Sci* 72:1394-1398 (1983).

D. C. Monkhouse and L. Van Campen, "Solid state reactions. Theoretical and experimental aspects." *Drug Dev Indust Pharm* 10:1175-1276 (1984). Review.

G. Zografi, R. G. Hollenbeck, S. M. Laughlin, M. J. Pikal, J. P. Schwartz and L. Van Campen, "Considerations for the evaluation of water-solid interactions in pharmaceutical systems." *Pharmacopeial Forum* 13:3240-3243 (1987).

M. J. Kontny, G. DeStefano, P. D. Jager, D. P. McNamara, J. S. Turi, L. Van Campen, "Issues surrounding MDI formulation development with non-CFC propellants," *J Aerosol Med* 4(3): 181-187 (1991).

G. Zografi, R. G. Hollenbeck, S. M. Laughlin, M. J. Pikal, J. P. Schwartz and L. Van Campen, "Report of the Advisory Panel on Moisture Specifications," *Pharmacopeial Forum.* 17:1459-1474 (1991).

**Curriculum Vitae** Page 4
**Lynn Van Campen, Ph.D.**

L. Van Campen, "The Pharmaceutical Experiment Station is Reborn," *J Pharmacy Soc of Wisconsin*, Jan-Feb 2005, 41-42.

**CHAPTERS:**

L. Van Campen and G. Venthoye, "Inhalation, Dry Powder," Chapter in 2nd Ed of The Encyclopedia of Pharmaceutical Technology, 2000.

L. Van Campen, "Inhalation Products in Clinical Trials," Chapter in 2nd Ed., Drug Products for Clinical Trials, ed. by D. C. Monkhouse, C. Carney and J. Clark, in press.

**PRESENTATIONS:**

1977-80: Teaching assistant for University of Wisconsin-Extension, Extension Services in Pharmacy, "Solids Short Course" conducted by Professor J. T. Carstensen.

1980: Pharmaceuticals and Cosmetics Manufacturing Expo 80, Chicago, Illinois: Technical Session 1, presented paper, " An approach to the evaluation of hygroscopicity for pharmaceutical solids"; Technical Session 11, Chairman; shared lectures with Professor Carstensen in Industrial Awareness Symposium.

1981: Thirteenth Annual Graduate Student Pharmaceutics Research meeting, University of Wisconsin-Madison, School of Pharmacy. Paper: "The kinetics of moisture sorption by soluble substances," L. Van Campen, J. T. Carstensen and G. L. Amidon.

1981: APhA Academy National Meeting, Orlando, Florida. Poster: "Moisture sorption kinetics for water-soluble substances: a heat transport controlled process," L. Van Campen, G. Zografi, G. L. Amidon and G. Zografi.

1984: APhA National Meeting, Montreal, Canada (May 1984) and North Eastern Regional Pharmaceutics Association Meeting, New Haven, Connecticut (June 1984). Poster: "The determination of ionization constants for a very slightly soluble drug, 1,3dihydro-1-[3-(4-(3-indolyl)-peperidinyl)-2H-benzimidazol]-2-one," P. Leonard and L. Van Campen.

1985: North Eastern Regional Pharmaceutics Meeting, New Haven, Connecticut. Two papers: "Package permeability," J. Starr, Robin Ferry and L. Van Campen; and "Theoretical modeling of the fluid bed granulation process," P. Tansky and L. Van Campen.

1986: Invited lecturer and Workshop leader, Arden House Symposium, NY. Lectures: "The Development of Solid Dosage Forms." Workshop: "The NDA Game." *

1988: Invited speaker. 30th Annual Pharmacy Congress, St. John's University. Paper: "Two steps from the bench, or how to make the transition from research scientist to first-line supervisor".

1988: Wisconsin Update Conference in Pharmaceutics, "The Role of Moisture in Solid Dosage Forms," Madison, Wisconsin. Paper: "Hygroscopicity".

1993: Higuchi Research Seminar, Lake of the Ozarks, Missouri, "Faster Drug Development"

1993: Invited speaker. Symposium for Pharmacy Undergraduates, "Opportunities in Industry"

1993: Invited speaker. AAPS Annual Meeting - Regulatory Affairs Symposium, "Process Changes in Drug Development"

**Curriculum Vitae** Page 5
**Lynn Van Campen, Ph.D.**

1997: Invited speaker. PDA/AAPS Joint Workshop on Clinical Supplies, Arlington, Virginia, "Challenges in the Development of Oral and Pulmonary Drug Products for Early Clinical Trials"

1998: Invited speaker. Controlled Release Society, Workshop, Las Vegas, Nevada, "Bridging the Regulatory Issues of Protein Pulmonary Delivery." Breakfast talks, report on "The Phase IIb Clinical Results of Inhaled Insulin"

1998: Invited speaker. WORLDPharm '98, Management Workshop, Philadelphia, Pennsylvania, "Managing Managers"

1999: Invited speaker. Controlled Release Society, Protein Workshop, Boston, Massachusetts, "Scale-up and Manufacturing Challenges in Bringing Protein Inhalation Products to Market"

1999: Review panel for IPAC (International Pharmaceutical Aerosol Consortium) Advisory Panel paper, "Ensuring Patient Care: The Role of the HFA MDI," 2nd Edition, published 1999

2000: Invited panelist, "Careers in Bioscience," at BioSpace's Investor Forum and Life Sciences Career Fair, San Francisco

2000: Higuchi Research Seminar, Lake of the Ozarks, Missouri, "Graduate education in Pharmaceutics" *

2000: Invited speaker. Management Forum on "Women's Health," London, UK. "Protein Delivery via Inhalation."

2001: Higuchi Research Seminar, Lake of the Ozarks, Missouri, "Proteins in the Solid State"

2002: Invited speaker. Satellite Meeting on Cytokine Delivery Systems, Cytokines and Interferons 2002, Ivrea, Italy, "Protein Delivery via Inhalation"

2002: Invited speaker. Canadian Society for Pharmaceutical Sciences (CSPS) Symposium 2002, Banff, Canada, "Inhalation Delivery of Proteins"

2004: Coordinator and faculty. Univ of Wisconsin—Madison, School of Pharmacy, Extension Services in Pharmacy, Short Course, "An Introduction to the Drug Development Process."

2004: Invited speaker/panel participant. Wisconsin Life Sciences and Venture Conference. "BioScience Resources at UW-Madison: Formulating Promising Compounds for Preclinical Evaluation"

2005: Invited speaker, Cancer Pharmacology Seminar Series, "The Pharmaceutical Experiment Station brings 'CMC' to translational research on the UW campus," May 12, 2005

2005: Introduction and closing remarks, 2005 June Land O'Lakes Conference, "Emerging Practices for Advancing Drug Development"

---
* Dates approximate, as certain activities had not been included in previous version of CV. Can be confirmed on request.

**PERSONAL:**

U.S. Citizen. Interests include bicycling, flying airplanes and sailplanes, skiing, sailing, racquet sports, music, travel.