# EXHIBIT B

Cephalon, Inc. et al. v. Barr Labs., Inc., Civil Action 05-29-JJF (D. Del.)
Declaration Of Lynn Van Campen, August 12, 2005

EXHIBIT B

Cephalon, Inc. et al. v. Barr Labs., Inc., Civil Action 05-29-JJF (D. Del.)
Declaration Of Lynn Van Campen, August 12, 2005
Materials Reviewed

- U.S. Patent No. 4,863,737.

- Office Action, April 27, 1988, Paper No. 5 from U.S. Patent Application 07/060,045.

- Amendment, Oct. 27, 1988, Paper No. 8 from U.S. Patent Application 07/060,045.

- Declaration of Dr. Lawrence H. Block, 29 July 2005.

- David Peters, Medicated Lozenges, in 1 Pharm. Dosage Forms 339 (H. Lieberman & L. Lachman eds., 1980) (BARR009859-BARR009987)

- Bhogi B. Sheth et al., Compressed Tablets, in 1 Pharm. Dosage Forms 109 (H. Lieberman & L. Lachman eds., 1980) (BARR009748-BARR009826)