IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, <br><br>  Plaintiffs, <br><br> v. <br><br> BARR LABORATORIES, INC., <br><br>  Defendant. | Civil Action No.05-29 (JJF) |

## BARR LABORATORIES' NOTICE OF
## DEPOSITION OF DR. LYNN VAN CAMPEN

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take the deposition upon oral examination of **Dr. Lynn Van Campen**. The deposition will commence at 9:00 a.m. on Friday, September 2, 2005, at the offices of Winston & Strawn LLP, 35 W. Wacker Dr., Chicago, Illinois 60601. The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths.

The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent in accordance with the Rules.

Dated: August 23, 2005

| | |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>glombardi@winston.com | /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>jingersoll@ycst.com |

OF COUNSEL
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

Attorneys for Defendant Barr Laboratories, Inc.

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 23, 2005, I caused two (2) copies of Defendant Barr Laboratories, Inc.'s Objections and Responses to Plaintiffs' Notice of Deposition of Barr Laboratories, Inc. Pursuant to Fed. R. Civ. P. 30(b)(6) to be served on the below-listed counsel of record in the manner indicated below:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller
Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*