IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>      Plaintiffs,<br><br>    v.<br><br>BARR LABORATORIES, INC.,<br><br>      Defendant. | Civil Action No. 05-29 (JJF) |

## NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that Barr Laboratories, Inc. has served the attached subpoenas directed to Workman Nydegger and Kirton & McConkie.

                                  YOUNG CONAWAY
                                      STARGATT & TAYLOR, LLP

| | |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600 | Josy W. Ingersoll (#1088)<br>Richard H. Morse (#531)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>jingersoll@ycst.com |
| **OF COUNSEL**: | *Attorneys for Defendant Barr Laboratories, Inc.* |
| Robert C. Millonig<br>Heidi L. Kraus<br>STERNE KESSLER GOLDSTEIN & FOX PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 371-3600 | |

Dated: August 24, 2005

DB01:1823881.1                                                           063987.1001

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on August 24, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire
>Richards, Layton & Finger
>One Rodney Square
>Wilmington, DE 19801

I further certify that on August 24, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated below:

**BY FEDERAL EXPRESS**

>William F. Lee, Esquire
>David B. Bassett, Esquire
>Peter Kolovos, Esquire
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Karen E. Keller*
>Karen E. Keller (No. 4489)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600
>kkeller@ycst.com

>*Attorneys for Barr Laboratories, Inc.*