## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.05-29 (JJF) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that on August 24, 2005, copies of (i) Defendant Barr Laboratories Inc.'s Supplemental Response to Plaintiffs' Interrogatory No. 3 and (ii) this Notice of Service were served on the below-listed counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899-0551

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Additionally, on August 24, 2005, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**BY CM/ECF & HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899-0551

YOUNG CONAWAY STARGATT & TAYLOR LLP

_Karen E. Keller_

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (312) 558-5600
kkeller@ycst.com

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (302) 571-6600
glombardi@winston.com

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

_Attorneys for Defendant Barr Laboratories, Inc._