IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-29-JJF |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS' NOTICE OF DEPOSITION OF
## DR. LAWRENCE H. BLOCK

PLEASE TAKE NOTICE that, on Tuesday, September 6, 2005, commencing at 9:00 a.m. at the law offices of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts, or at such other time and place as mutually agreed upon by counsel for both parties, Plaintiffs Cephalon, Inc. and University of Utah Research Foundation (collectively "Plaintiffs") will take the deposition upon oral examination of **Dr. Lawrence H. Block** pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. This deposition upon oral examination will be conducted before an official authorized by law to administer oaths. The deposition will be recorded by stenographic means and may be recorded by sound and visual means.

The deposition will continue from day to day until completed with such adjournments as to time and place as may be necessary. All counsel of record are invited to attend and examine the witness(es) in accordance with the Rules.

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899-0551
(302) 651-7700
CEPHALON, INC., and UNIVERSITY OF
UTAH RESEARCH FOUNDATION

Of Counsel:
William F. Lee
David B. Bassett
Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Dated:  August 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, I electronically filed the foregoing with

the Clerk of Court using CM/ECF which will send notification of such filing(s) to the

following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on August 22, 2005, I have mailed via Federal Express, the

foregoing documents to the following non-registered participants:

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Chad M. Shandler (#3796)
(Shandler@rlf.com)

- 3 -