# EXHIBIT 2

RLF1-2409499-1

# WILMER CUTLER PICKERING
## HALE AND DORR LLP

August 29, 2005

**By Electronic and First Class Mail**

Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703

Kate Saxton

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6253
+1 617 526 5000 fax
kate.saxton@wilmerhale.com

Re:   Cephalon, Inc. et al. v. Barr Laboratories, No. 05-29-JFF, U.S.D.C. Dist. of Delaware

Dear Mike:

Enclosed please find documents Bates numbered CE 272179 through CE 272194. This production is a Bates numbered version of the documents that Peter Kolovos of our office produced to your colleagues at Brian Hague's deposition last week.

Please let me know if you have any questions.

Very truly yours,

*Kate Saxton*

Kate Saxton
Enclosures