# EXHIBIT 3

WILMER CUTLER PICKERING
HALE AND DORR LLP

June 21, 2005

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6000
+1 617 526 5000 fax
wilmerhale com

**By Federal Express**

Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601-9703

Re:    Cephalon Inc. et al. v. Barr Laboratories, Inc. Case No. 05-26-JJF

Dear Mr. Nutter:

Enclosed please find 13 boxes containing documents bates numbered:

> CE 055446-CE 081536
> CE 091617-CE 101029
> CE 109554-CE 114999.22
> CE 215823-CE 216048

These documents are being produced as "confidential" pursuant to the terms of the Protective Order.  If you have any question or concerns please feel free to contact me.

Kind regards

Lindsay Staples
Project Assistant

+1 617 526 5168
lindsay.staples@wilmerhale.com

LS:les
Enclosure
cc:    Peter J. Kolovos
       Daniel M. Esrick

BALTIMORE    BEIJING    BERLIN    BOSTON    BRUSSELS    LONDON
MUNICH    NEW YORK    NORTHERN VIRGINIA    OXFORD    WALTHAM    WASHINGTON