# EXHIBIT 4

RLF1-2409499-1

WILMER CUTLER PICKERING
HALE AND DORR LLP

VIA ELECTRONIC AND FIRST CLASS MAIL

August 17, 2005

Bradley C. Graveline, Esq.
Brian J. Wanamaker, Esq.
Michael K. Nutter, Esq.
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601-9703

Daniel M. Esrick

60 STATE STREET
BOSTON, MA 02109
+1 617 526 6529
+1 617 526 5000 fax
daniel.esrick@wilmerhale.com

Re:   Cephalon, Inc. et al. v. Barr Laboratories, No. 05-29-JJF, U.S.D.C. Dist. Delaware

Dear Brad:

Pursuant to Paragraph 16 of the Protective Order – and as we discussed last Friday – I am writing regarding privileged documents that were inadvertently produced to Barr.

As I indicated during Mr. Moeller's deposition on Friday, the following deposition exhibits are protected by the attorney-client privilege, but were inadvertently produced to Barr:

- Exhibit 20 (Bates Nos. CE 114252 – CE 114253)
- Exhibit 23 (Bates Nos. CE 114244 – CE 114246)
- Exhibit 24 (Bates Nos. CE 114239 – CE 114240)
- Exhibit 25 (Bates Nos. CE 114232 – CE 114237)
- Exhibit 26 (Bates Nos. CE 114230, CE 114222)
- Exhibit 27 (Bates No. CE 114210)

Moreover, given your representation at the deposition that Barr may be in possession of similar communications produced by Cephalon and/or the University of Utah Research Foundation, we have reviewed our document production, and, via this letter, are writing to notify you that the following inadvertently produced documents are also protected by the attorney-client privilege:

- Bates Nos. CE 114207 – CE 114208
- Bates No. CE 114209
- Bates Nos. CE 114211
- Bates Nos. CE 114213 – CE 114216
- Bates No. CE 114217
- Bates Nos. CE 114220, CE 114223
- Bates No. CE 114224
- Bates No. CE 114229
- Bates No. CE 114238

Bradley C. Graveline, Esq., *et al.*
August 17, 2005
Page 2

- Bates Nos. CE 114241 – CE 114242
- Bates No. CE 114243
- Bates Nos. CE 114247 – CE 114248
- Bates Nos. CE 114249 – CE 114250
- Bates No. CE 114251
- Bates Nos. CE 114254 – CE 114255
- Bates Nos. CE 114257 – CE 114259
- Bates Nos. CE 114260 – CE 114261
- Bates Nos. CE 114262 – CE 114263
- Bates Nos. CE 114264 – CE 114265
- Bates Nos. CE 114266 – CE 114267
- Bates Nos. CE 114268 – CE 114269

Accordingly, pursuant to the terms of Paragraph 16 of the Protective Order, please return all originals and copies of the documents identified above as soon as possible.

Please feel free to contact me should you have any questions.

Very truly yours,

Daniel M. Esrick

USIDOCS 5247315v1