IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No.05-29 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that copies of (1) Defendant Barr Laboratories' First Set of Requests for Admission to Plaintiff University of Utah Research Foundation; (2) Defendant Barr Laboratories' First Set of Requests for Admission to Plaintiff Cephalon, Inc.; and (3) Barr Laboratories' Second Set of Rule 34 Requests to Cephalon, Inc. (Nos. 84-86) were caused to be served on August 31, 2005 upon the below-listed counsel of record in the manner indicated:

**BY HAND DELIVERY**

Frederick L. Cottrell, III, Esquire
Chad M. Sandler, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE  19899-0551

**BY FEDERAL EXPRESS**

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60State Street
Boston, MA 02109

Additionally, on September 1, 2005, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following as indicated:

| **BY CM/ECF AND HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Frederick L. Cottrell, III, Esquire | William F. Lee, Esquire |
| Chad M. Sandler, Esquire | David B. Bassett, Esquire |
| Richards, Layton & Finger, P.A. | Peter Kolovos, Esquire |
| P.O. Box 551 | Wilmer Cutler Pickering Hale & Dorr, LLP |
| One Rodney Square | 60State Street |
| Wilmington, DE 19899-0551 | Boston, MA 0210 |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (312) 558-5600
kkeller@ycst.com

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (302) 571-6600
glombardi@winston.com

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: September 1, 2005