IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No.05-29 (JJF) |

## BARR LABORATORIES' AMENDED NOTICE OF DEPOSITION OF DR. LYNN VAN CAMPEN

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take the deposition upon oral examination of **Dr. Lynn Van Campen**. The deposition will commence at 9:00 a.m. on Friday, September 9, 2005, at the Sheraton Hotel, 706 John Nolen Drive, Madison, Wisconsin 53713. The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths.

The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

Dated: September 6, 2005

George C. Lombardi  
Bradley C. Graveline  
Michael K. Nutter  
WINSTON & STRAWN, LLP  
35 West Wacker Drive  
Chicago, IL 60601  
Tel: (312) 558-5600  
glombardi@winston.com  

/s/ Karen E. Keller  
Josy W. Ingersoll (#1088)  
Karen E. Keller (#4489)  
YOUNG CONAWAY STARGATT & TAYLOR, LLP  
The Brandywine Building, 17th Floor  
1000 West Street  
Wilmington, DE 19801  
Tel: (302) 571-6600  
kkeller@ycst.com  

OF COUNSEL  
Robert C. Millonig  
Heidi L. Kraus  
STERNE KESSLER GOLDSTEIN & FOX PLLC  
1100 New York Avenue, N.W.  
Washington, D.C. 20005  
Tel: (202) 371-3600  

*Attorneys for Defendant Barr Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on September 6, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

I further certify that on September 6, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated below:

### BY FEDERAL EXPRESS

> William F. Lee, Esquire
> David B. Bassett, Esquire
> Peter Kolovos, Esquire
> Wilmer Cutler Pickering Hale & Dorr, LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Karen E. Keller

Josy W. Ingersoll (#1088)
Karen E. Keller (#4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Defendant Barr Laboratories, Inc.*