# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | | | | |
|---|---|---|---|---|
| BRUCE M. STARGATT<br>BEN T. CASTLE<br>SHELDON N. SANDLER<br>RICHARD A. LEVINE<br>RICHARD A. ZAPPA<br>FREDERICK W. IOBST<br>RICHARD H. MORSE<br>DAVID C. MCBRIDE<br>JOSEPH M. NICHOLSON<br>CRAIG A. KARSNITZ<br>BARRY M. WILLOUGHBY<br>JOSY W. INGERSOLL<br>ANTHONY G. FLYNN<br>JEROME K. GROSSMAN<br>EUGENE A. DIPRINZIO<br>JAMES L. PATTON, JR.<br>ROBERT L. THOMAS<br>WILLIAM D. JOHNSTON<br>TIMOTHY J. SNYDER<br>BRUCE L. SILVERSTEIN<br>WILLIAM W. BOWSER<br>LARRY J. TARABICOS<br>RICHARD A. DILIBERTO, JR.<br>MELANIE K. SHARP<br>CASSANDRA F. ROBERTS | RICHARD J.A. POPPER<br>TERESA A. CHEEK<br>NEILLI MULLEN WALSH<br>JANET Z. CHARLTON<br>ROBERT S. BRADY<br>JOEL A. WAITE<br>BRENT C. SHAFFER<br>DANIEL P. JOHNSON<br>CRAIG D. GREAR<br>TIMOTHY JAY HOUSEAL<br>BRENDAN LINEHAN SHANNON<br>MARTIN S. LESSNER<br>PAULINE K. MORGAN<br>C. BARR FLINN<br>NATALIE WOLF<br>LISA B. GOODMAN<br>JOHN W. SHAW<br>JAMES P. HUGHES, JR.<br>EDWIN J. HARRON<br>MICHAEL R. NESTOR<br>MAUREEN D. LUKE<br>ROLIN P. BISSELL<br>SCOTT A. HOLT<br>JOHN T. DORSEY<br>M. BLAKE CLEARY | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801<br><br>P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391<br><br>(302) 571-6600<br>(800) 253-2234 (DE ONLY)<br>FAX: (302) 571-1253<br><br>110 WEST PINE STREET<br>P.O. BOX 594<br>GEORGETOWN, DELAWARE 19947<br>(302) 856-3571<br>(800) 255-2234 (DE ONLY)<br>FAX: (302) 856-9338<br><br>WWW.YOUNGCONAWAY.COM<br><br>DIRECT DIAL: (302) 571-6554<br>DIRECT FAX: (302) 576-3467<br>kkeller@ycst.com | ATHANASIOS E. AGELAKOPOULOS<br>JOSEPH M. BARRY<br>SEAN M. BEACH<br>DONALD J. BOWMAN, JR.<br>TIMOTHY P. CAIRNS<br>CURTIS J. CROWTHER<br>MARGARET M. DIBIANCA<br>ERIN EDWARDS<br>KENNETH J. ENOS<br>IAN S. FREDERICKS<br>JAMES J. GALLAGHER<br>DANIELLE GIBBS<br>ALISON G.M. GOODMAN<br>SEAN T. GREECHER<br>KARA S. HAMMOND<br>STEPHANIE L. HANSEN<br>DAWN M. JONES<br>RICHARD S. JULIE<br>KAREN E. KELLER<br>JENNIFER M. KINKUS<br>EDWARD J. KOSMOWSKI<br><br>SPECIAL COUNSEL<br>JOHN D. MCLAUGHLIN, JR.<br>ELENA C. NORMAN (NY ONLY)<br>PATRICIA A. WIDDOSS | JOHN C. KUFFEL<br>TIMOTHY E. LENGKEEK<br>MATTHEW B. LUNN<br>JOSEPH A. MALFITANO<br>ADRIA B. MARTINELLI<br>MICHAEL W. MCDERMOTT<br>MARIBETH L. MINELLA<br>EDMON L. MORTON<br>D. FON MUTTAMARA-WALKER<br>JENNIFER R. NOEL<br>JOHN J. PASCHETTO<br>ADAM W. POFF<br>SETH J. REIDENBERG<br>FRANCIS J. SCHANNE<br>MICHELE SHERRETTA<br>MICHAEL P. STAFFORD<br>JOHN E. TRACEY<br>MARGARET B. WHITEMAN<br>CHRISTIAN DOUGLAS WRIGHT<br>SHARON M. ZIEG<br><br>OF COUNSEL<br>STUART B. YOUNG<br>EDWARD B. MAXWELL, 2ND |

September 13, 2005

BY CM/ECF
Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

    Re:    Request for Permission To Have Laptop Computer in Courtroom 4B
               *Cephalon, Inc. and University of Utah Research Foundation v. Barr Laboratories, Inc.* - C.A. No. 05-29 (JJF)

Dear Ms. Krett:

        We are scheduled to appear for a Markman Hearing in Courtroom 4B on September 14, 2005 and request permission to bring three laptop computers to Courtroom 4B to assist in preparation and presentation during the Markman Hearing. Enclosed please find a proposed order allowing three laptop computers to be brought into Courtroom 4B.

                                      Sincerely

                                      Karen E. Keller (#4489)

Enclosure

    cc:    David Thomas, United States Marshal (by hand delivery)
             Keith Ash, Chief Court Security Officer (by hand delivery)
             Frederick L. Cottrell, III, Esq. (by CM/ECF and hand delivery)
             William F. Lee, Esq. (by Facsimile)
             Michael Nutter, Esq. (by Facsimile)

DB01:1847210.1                                                                                    063987.1001