IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No.05-29 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 3 laptop computers for a Markman Hearing on September 14, 2005. Counsel shall comply with the inspection provisions of the United States Marshall.

　　　　　　　　　　George C. Lombardi
　　　　　　　　　　Bradley C. Graveline
　　　　　　　　　　Michael K. Nutter

_____　　　　　　　_____
　　　DATE　　　　　　　　　　　　　　　JOSEPH J. FARNAN, JR.
　　　　　　　　　　　　　　　　　　　　United States District Court Judge