**RICHARDS, LAYTON & FINGER**

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

September 13, 2005

**BY CM/ECF**
Ms. Deborah Krett
Case Manager
U.S. District Court
844 King Street, Lockbox 27
Wilmington, DE 19801

Re: Request for Permission To Have Laptop Computer in Courtroom 4B
*Cephalon, Inc. and University of Utah Research Foundation v. Barr Laboratories, Inc.* - C.A. No. 05-29 (JJF)

Dear Ms. Krett:

We are scheduled to appear for a *Markman* hearing in Courtroom 4B on September 14, 2005 and request permission to bring three laptop computers to Courtroom 4B to assist in preparation and presentation during the *Markman* hearing. Enclosed please find a proposed order allowing three laptop computers to be brought into Courtroom 4B.

Very truly yours,

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com

FLC,III/afg

Enclosure (1)
cc: David Thomas, United States Marshal (by hand delivery)
Keith Ash, Chief Court Security Office (by hand delivery)
Karen E. Keller, Esquire (by CM/ECF and hand delivery)
William F. Lee, Esquire (by facsimile)
Michael Nutter, Esquire (by facsimile)

RLF1-2921279-1