IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>           Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.<br><br>           Defendant. | Civil Action No. 05-0029-JJF |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, three laptop computers for a *Markman* hearing on September 14, 2005. Counsel shall comply with the inspection provisions of the United States Marshall.

           David B. Bassett

           Greg P. Teran

           Kate M. Saxton

Dated: _____   _____
                                                              Joseph J. Farnan, Jr.
                                                             United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2005, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on September 13, 2005, I have mailed via Federal Express, the documents to the following non-registered participants:

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)