IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.05-29 (JJF) |
| v. | ) ) ) | |
| BARR LABORATORIES, INC., | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, 3 laptop computers for a Markman Hearing on September 14, 2005. Counsel shall comply with the inspection provisions of the United States Marshall.

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter

_September 13, 2005_
DATE

_/s/ Joseph J. Farnan_
JOSEPH J. FARNAN, JR.
United States District Court Judge

DB01:1847227.1                                                            063987.1001