IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-0029-JJF<br>)<br>)<br>)<br>)<br>) |

## ORDER

The attorneys and staff listed below are permitted to bring into the J. Caleb Boggs Federal Courthouse, for use in Courtroom 4B, three laptop computers for a *Markman* hearing on September 14, 2005. Counsel shall comply with the inspection provisions of the United States Marshall.

David B. Bassett

Greg P. Teran

Kate M. Saxton

Dated: September 14, 2005

Joseph J. Farnan, Jr.
United States District Court Judge

RLF1-2921282-1