# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX: 302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 23, 2005

**BY E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   Cephalon, Inc., et al. v. Barr Laboratories, Inc.
             Civil Action No. 05-29-JJF

Dear Judge Farnan:

      On behalf of our client Defendant Barr Laboratories, Inc., and as promised during the September 14, 2005 *Markman* hearing in the above-captioned case, please find enclosed the September 9, 2005 deposition transcript of Dr. Lynn Van Campen.

                                Respectfully submitted,

                                */s/ Josy W. Ingersoll*
                                Josy W. Ingersoll (No. 1088)  Karen E. Keller #4489

JWI:cg
Enclosure

cc:    Clerk of the Court (by CM/ECF and hand delivery)
        Frederick L. Cottrell, III, Esquire (by e-mail)
        David B. Bassett, Esquire (by e-mail)
        George C. Lombardi, Esquire (by e-mail)
        Bradley C. Graveline, Esquire (by e-mail)