IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CEPHALON, INC. and UNIVERSITY OF :
UTAH RESEARCH FOUNDATION,        :
                                 :
        Plaintiffs,               :
                                 : Civil Action No. 05-29 JJF
    v.                           :
                                 :
BARR LABORATORIES, INC.,         :
                                 :
        Defendant.               :

O R D E R

WHEREAS, Plaintiff filed a Motion To Compel Return Of Inadvertently Produced Privileged Documents (D.I. 62);

WHEREAS, Defendant's response to Plaintiff's Motion was due by September 15, 2005;

WHEREAS, to date, Defendant has not filed a response to Plaintiff's Motion;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Plaintiff's Motion To Compel Return Of Inadvertently Produced Privileged Documents (D.I. 62) is **GRANTED**.

2) Defendant shall return all originals and all copies of the documents identified by Plaintiff's Motion (D.I. 62) as inadvertently produced privileged documents **no later than ten days from the date of this Order.**

September 27, 2005                          *Joseph J. Farnan Jr.*
    DATE                              UNITED STATES DISTRICT JUDGE