# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX:  302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

September 29, 2005

**BY E-MAIL**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    Cephalon, Inc., et al. v. Barr Laboratories, Inc.
               Civil Action No. 05-29-JJF

Dear Judge Farnan:

      I write in response to the Court's Order (Docket Entry #78) granting Plaintiffs' Motion to Compel Return of Inadvertently Produced Privileged Documents. After counsel for both parties finally met and conferred regarding Plaintiffs' Motion, Barr agreed to return the subject documents, which were received by Plaintiffs' counsel on September 16th. It was Barr's understanding that Plaintiffs would withdraw their pending motion upon receipt of the inadvertently produced documents. However, the Court apparently rendered its decision before Plaintiffs had a chance to do so.

      We apologize for burdening the Court with an issue that had already been resolved by the parties.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:cg
cc:    Clerk of the Court (by hand delivery and e-filing)
       Frederick L. Cottrell, III, Esquire (by e-filing and e-mail)
       David B. Bassett, Esquire (by e-mail)
       George C. Lombardi, Esquire (by e-mail)
       Bradley C. Graveline, Esquire (by e-mail)

DB01:1863619.1                                                                                                  063987.1001