# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>   Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>   Defendant. | Civil Action No.05-29 (JJF)<br><br>Judge Farnan |

## BARR LABORATORIES' AMENDED NOTICE OF DEPOSITION OF LYNN BROOKES

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendant Barr Laboratories, Inc. ("Barr") will take the deposition upon oral examination of **Lynn Brookes**. The deposition will commence at 9:00 a.m. on Friday, October 7, 2005, at the offices of Vincent Varallo Reporters, 1835 Market Street, Suite 600, Philadelphia, PA 19103. The oral examination will be conducted before a court reporter, notary public, or other person authorized by law to administer oaths.

The oral examination will be recorded by stenographic and videographic means, and will continue from day to day until completed. All counsel of record are invited to attend the deposition and examine the deponent (or deponents) in accordance with the Rules.

Dated: October 4, 2005

| | |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>glombardi@winston.com | /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kkeller@ycst.com |

OF COUNSEL
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I, Karen E. Keller, Esquire, hereby certify that on October 4, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE 19801

I further certify that on October 4, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated below:

**BY FEDERAL EXPRESS**

> William F. Lee, Esquire
> David B. Bassett, Esquire
> Peter Kolovos, Esquire
> Wilmer Cutler Pickering Hale & Dorr, LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Karen E. Keller*
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*