# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CEPHALON, INC. and UNIVERSITY OF
UTAH RESEARCH FOUNDATION,

        Plaintiffs,

      v.

BARR LABORATORIES, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.05-29 (JJF)

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

       Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Heidi L. Kraus, Esq. and Robert C. Millonig, Esq. of the law firm Sterne, Kessler, Goldstein & Fox P.L.L.C., 1100 New York Avenue, NW, Washington, DE 20005 to represent Defendants, Barr Laboratories, Inc., in this matter.

       Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is enclosed with this motion

Dated: October 4, 2005

       YOUNG CONAWAY STARGATT & TAYLOR, LLP

       *Karen E. Keller*

       Josy W. Ingersoll (#1088)
       Karen E. Keller (#4489)
       The Brandywine Building, 17th Floor
       1000 West Street
       Wilmington, DE 19801
       Tel: (302) 571-6600
       kkeller@ycst.com
       *Attorneys for Barr Laboratories, Inc.*

063987.1001

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for the admission pro hac vice of
Heidi L. Kraus and Robert C. Millonig is granted.

Dated:  October ___, 2005

_____

United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Heidi L. Kraus, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the state of Maryland, and of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Heidi L. Kraus
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005

September 26, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I, Robert C. Millonig, Esquire, certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Robert C. Millonig
Sterne, Kessler, Goldstein & Fox P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005

September 26, 2005

## CERTIFICATE OF SERVICE

I, Karen E. Keller, Esquire, hereby certify that on October 4, 2005, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Frederick L. Cottrell, III, Esquire
> Richards, Layton & Finger
> One Rodney Square
> Wilmington, DE  19801

I further certify that on October 4, 2005, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following in the manner indicated below:

### BY FEDERAL EXPRESS

> William F. Lee, Esquire
> David B. Bassett, Esquire
> Peter Kolovos, Esquire
> Wilmer Cutler Pickering Hale & Dorr, LLP
> 60 State Street
> Boston, MA 02109

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Karen E. Keller  (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
kkeller@ycst.com

*Attorneys for Barr Laboratories, Inc.*