**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX: (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

October 5, 2005

**VIA E-FILING**
The Honorable Joseph J. Farnan, Jr
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Cephalon Inc., et al v. Barr Laboratories*
      C.A. 05-0029-JJF

Dear Judge Farnan:

We are in receipt of Barr's second letter to the Court concerning the recent Federal Circuit decision in Nystrom v. Trex Co., Inc., No. 03-1092, 2005 WL 2218632 (Fed. Cir. Sept. 14, 2005). We believe this second submission goes well beyond what is contemplated or authorized by Local Rule 7.1.2(c). Barr submitted an initial letter under the Local Rule with extensive argument which necessitated a response by Cephalon. We do not believe Barr's reply is appropriate and ask the Court to disregard it. Thus, Cephalon will not be offering a substantive response to the unauthorized reply, but is available should the Court want such a response or have any questions.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg

cc:  Clerk of the Court (via hand delivery and e-filing)
     David B. Bassett, Esquire (via e-mail)
     Josy W. Ingersoll, Esquire (via e-mail and e-filing)
     George C. Lombardi, Esquire (via e-mail)
     Bradley C. Graveline, Esquire (via e-mail)

RLF1-2930542-1