IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>　　　　　　　　　Plaintiffs,<br>　　　v.<br><br>BARR LABORATORIES, INC.<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-0029-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 4th day of October, 2005, true and correct copies of Cephalon Inc.'s Responses to Defendant Barr's Laboratories Inc.'s Second Set of Rule 34 Requests (Nos. 84 - 86), Cephalon Inc.'s Responses to Defendant Barr Laboratories Inc.'s First Set of Requests for Admission and The University of Utah Research Foundation's Responses to Defendant Barr Laboratories Inc.'s First Set of Requests for Admission were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801

**VIA FEDERAL EXPRESS**
George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

**VIA FEDERAL EXPRESS**
Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC  20005

/s/ *[signature]*
_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and The
University Of Utah Research Foundation*

DATED: October 5, 2005

RLF1-2930385-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801


I hereby certify that on October 5, 2005, I have mailed via Federal Express, the foregoing Notice of Service to the following non-registered participants:

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC  20005


_____
Chad M. Shandler (#3796)
(Shandler@rlf.com)

RLF1-2930385-1