IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CEPHALON, INC. and UNIVERSITY OF :
UTAH RESEARCH FOUNDATION, :
                                         :
        Plaintiffs, :
                                         : Civil Action No. 05-29 JJF
   v. :
                                         :
BARR LABORATORIES, INC., :
                                         :
        Defendant. :

## O R D E R

At Wilmington, this 6 day of October 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that for the purposes of United States Patent No. 4,863,737, the following phrases are construed as follows:

1. The phrase **"substantially powdered form,"** as used in Claims 1, 6, 18, and 37 means "largely in the form of fine particles absent the presence of free liquid;"

2. The phrase **"mixing the drug and the carbohydrate material,"** as used in Claims 1 and 18 means "combining or blending the drug from step (a), the drug being largely in the form of fine particles absent the presence of free liquid, with the carbohydrate material from step (b), without the use of free liquids;"

3. The phrase **"solid integral mass,"** as used in Claims 6 and 37 means "a drug, largely in the form of fine particles

absent the presence of free liquid, pressed or squeezed together with the carbohydrate material, without the use of free liquids, into a unitary mass that is not liquid or gaseous;"

    4.   The phrase **"drug-containing matrix,"** as used in Claims 1 and 18 means "drug-containing powder matrix."

 

_____
UNITED STATES DISTRICT JUDGE