IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION<br><br>                Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.<br><br>                Defendant. | Civil Action No. 05-0029-JJF |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on the 12th day of October, 2005, true and correct copies of Cephalon Inc.'s Supplemental Responses to Defendant Barr Laboratories Inc.'s First Set of Interrogatories Nos. 1 and 2 and University of Utah Research Foundation's Supplemental Responses to Defendant Barr Laboratories Inc.'s First Set of Interrogatories Nos. 1 and 2 were served, in the manner indicated, on counsel as follows:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

**VIA FEDERAL EXPRESS**
Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

RLF1-2933161-1

/s/ *[signature]*
_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and The
University Of Utah Research Foundation*

Dated: October 12, 2005

RLF1-2933161-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2005, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll
Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE  19801


I hereby certify that on October 12, 2005, I have mailed via Federal Express, the foregoing Notice of Service to the following non-registered participants:

| | |
|---|---|
| George C. Lombardi, Esquire | Robert C. Millonig, Esquire |
| Bradley F. Graveline, Esquire | Heidi L. Kraus, Esquire |
| Michael K. Nutter, Esquire | Sterne, Kessler, Goldstein & Fox PLLC |
| Winston & Strawn, LLP | 1100 New York Avenue, N.W. |
| 35 West Wacker Drive | Washington, DC  20005 |
| Chicago, IL  60601 | |

Chad M. Shandler (#3796)
(Shandler@rlf.com)

RLF1-2933161-1