IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No.05-29 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that copies of (1) Expert Report of Harry G. Brittain, Ph.D were caused to be served on October 20, 2005 upon the below-listed counsel of record in the manner indicated:

**BY FEDERAL EXPRESS**

Frederick L. Cottrell, III, Esquire
Chad M. Sandler, Esquire
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, DE 19899-0551

William F. Lee, Esquire
David B. Bassett, Esquire
Peter Kolovos, Esquire
Wilmer Cutler Pickering Hale & Dorr, LLP
60 State Street
Boston, MA 02109

Additionally, on October 21, 2005, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following as indicated:

| **BY CM/ECF AND HAND DELIVERY** | **BY FEDERAL EXPRESS** |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Chad M. Sandler, Esquire<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, DE 19899-0551 | William F. Lee, Esquire<br>David B. Bassett, Esquire<br>Peter Kolovos, Esquire<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>60State Street<br>Boston, MA 0210 |

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ Josy W. Ingersoll

| | |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (302) 571-6600<br>glombardi@winston.com | Josy W. Ingersoll (No. 1088)<br>Karen E. Keller (No. 4489)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE 19801<br>Tel: (312) 558-5600<br>jingersoll@ycst.com |

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: October 21, 2005