IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-029-JJF : |
| BARR LABORATORIES, INC., | : : |
| Defendant. | : |

## O R D E R

WHEREAS, due to a scheduling conflict, the Pretrial Conference in the above-captioned matter which is set for Thursday, March 9, 2006 at 11:00 a.m., shall be rescheduled;

NOW THEREFORE, IT IS HEREBY ORDERED that a Pretrial Conference will be held on **Wednesday, March 8, 2006 at 2:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference.

October 24, 2004
DATE

UNITED STATES DISTRICT JUDGE