# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

October 28, 2005

**VIA HAND DELIVERY AND E-FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE  19801

Re:   *Cephalon Inc., et al v. Barr Laboratories*
      **C.A. 05-0029-JJF**

Dear Judge Farnan:

I write in response to Barr Laboratories, Inc.'s October 26, 2005 letter regarding potential trial dates for the above-referenced matter. Counsel for Cephalon, Inc. and the University of Utah Research Foundation (collectively, "Plaintiffs") have checked their schedules and, unfortunately, are not available the weeks of April 3rd or April 10th due to previous trial commitments, as well as the fact that the wife of one of the lead trial counsel is expected to give birth early in April. In light of Barr's desire for an early trial date, Plaintiffs propose the week of May 8th (or thereafter) for the trial. Plaintiffs note that, as originally required by this Court, a trial in this matter the week of May 8th is within 120 days of the March 8, 2006 final pretrial conference.

As discussed at the September 14, 2005 *Markman* hearing, Plaintiffs agree that a short trial of approximately 3-4 days is appropriate.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg
cc:   David B. Bassett, Esquire (via telecopy)
      Josy W. Ingersoll, Esquire (via hand delivery)
      George C. Lombardi, Esquire (via telecopy)

RLF1-2939447-1