# YOUNG CONAWAY STARGATT & TAYLOR, LLP

| | THE BRANDYWINE BUILDING<br>1000 WEST STREET, 17TH FLOOR<br>WILMINGTON, DELAWARE 19801 | |
|---|---|---|
| JOSY W. INGERSOLL (NO. 1088)<br>DIRECT DIAL: 302-571-6672<br>DIRECT FAX:  302-576-3301<br>jingersoll@ycst.com | P.O. BOX 391<br>WILMINGTON, DELAWARE 19899-0391 | (302) 571-6600<br>(302) 571-1253 FAX<br>(800) 253-2234 (DE ONLY)<br>www.youngconaway.com |

October 31, 2005

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

Re:  Cephalon Inc., et al. v. Barr Laboratories, Inc.,
      Civil Action No. 05-29-JJF

Dear Judge Farnan:

I write in reply to plaintiffs' letter dated October 28, 2005, concerning proposed trial dates for the above-referenced action. As Your Honor may know, this matter involves an Abbreviated New Drug Application (ANDA) filed by Barr to market a generic version of Cephalon's Actiq® lollipops. Barr cannot market its generic product prior to the expiration of the patent without a final judgment in this case that Barr does not infringe the patent and/or that the patent is invalid.

Barr does not believe its product infringes the patent, particularly in light of the Court's claim construction ruling, and Barr requested the earliest available trial date in order to obtain a final resolution of this case. Plaintiffs are now proposing that trial begin on or after May 8, 2006. Barr respectfully requests that the Court set an earlier trial date. Counsel for Barr can be available for trial the week of February 27, any time during the month of March, or the weeks of April 17 and April 24, 2006. Both sides agree the trial would take no longer than three or four days.

Respectfully submitted,

Josy W. Ingersoll (No. 1088)

JWI:cg
cc:  Clerk of the Court (by electronic filing and hand delivery)
     Frederick L. Cottrell, III, Esquire (by electronic mail)
     William F. Lee, Esquire (by electronic mail)
     Michael K. Nutter, Esquire (by electronic mail)
     Robert C. Millonig, Jr., Ph.D. (by electronic mail)

DB01:1893145.1                                                                                              063987.1001