# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET

FREDERICK L. COTTRELL, III
DIRECTOR

WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

November 1, 2005

**VIA HAND DELIVERY AND E-FILING**
The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Cephalon Inc., et al v. Barr Laboratories*
**C.A. 05-0029-JJF**

Dear Judge Farnan:

I write in response to Barr Laboratories, Inc.'s October 31, 2005 letter regarding potential trial dates for the above-referenced action.

While Plaintiffs understand Barr's desire for an expedient trial, and are confident that they (not Barr) will prevail, the simple fact is that Plaintiffs' lead trial counsel, Bill Lee, is not available for trial during late February and the month of March due to other trial commitments and a previously scheduled family vacation. Moreover, the wife of one of Plaintiffs' other lead trial counsel is scheduled to give birth in early April. Barr could have learned these facts had it consulted with Plaintiffs' counsel first, rather than writing to the Court and unilaterally proposing trial dates.

Plaintiffs' proposed trial date of May 8th (or thereafter) is well within 120 days of the Court's proposed March 8, 2006 final pretrial conference. It is less than sixteen (16) months after the filing of the complaint. Plaintiffs have fully cooperated with Barr in getting this case ready for trial on an expedited schedule. Discovery and claim construction were completed in September, merely eight (8) months after the complaint was filed, and the parties are finishing expert discovery efficiently.

As the Court is aware, Barr's trial counsel asked the Court not to schedule trial in early February due to their own scheduling conflicts. Plaintiffs merely request the same treatment, and believe that the Court should schedule this matter for the earliest trial date on which *both* sides' trial counsel will be available, not just counsel for Barr.

RLF1-2940531-1

The Honorable Joseph J. Farnan, Jr.
November 1, 2005
Page 2

Respectfully,

*/s/ Frederick L. Cottrell, III*

Frederick L. Cottrell, III

FLC,III/afg
cc:   David B. Bassett, Esquire (via telecopy)
      Josy W. Ingersoll, Esquire (via hand delivery)
      George C. Lombardi, Esquire (via telecopy)

RLF1-2940531-1