# YOUNG CONAWAY STARGATT & TAYLOR, LLP

JOSY W. INGERSOLL (NO. 1088)
DIRECT DIAL: 302-571-6672
DIRECT FAX:  302-576-3301
jingersoll@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

November 7, 2005

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

      Re:  Cephalon Inc., et al. v. Barr Laboratories, Inc.,
             Civil Action No. 05-29-JJF

Dear Judge Farnan:

      I write in reply to plaintiffs' letter dated November 1 2005, concerning proposed trial dates for the above-referenced action. As the Court is aware, Barr has requested the earliest available trial date. Given the short duration of the trial (3 days), the number of attorneys representing plaintiffs, and Barr's need for an early resolution, we find it unreasonable that plaintiffs' counsel cannot make themselves available for trial sometime between February 27th and May 8th.

      To try to resolve the trial date issue without further burdening Your Honor with correspondence on this topic, Barr respectfully requests that the Court schedule a brief telephone conference to discuss the scheduling of trial.

                                Respectfully submitted,

                                  Josy W. Ingersoll (No. 1088)

JWI:cg
cc:   Clerk of the Court (by electronic filing and hand delivery)
      Frederick L. Cottrell, III, Esquire (by electronic mail)
      William F. Lee, Esquire (by electronic mail)
      Michael K. Nutter, Esquire (by electronic mail)
      Robert C. Millonig, Jr., Ph.D. (by electronic mail)