IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : Civil Action No. 05-029-JJF <br> : |
| BARR LABORATORIES, INC., | : <br> : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court has reviewed the letters from counsel regarding the scheduling of trial (D.I. 93, 94, 95, 96);

NOW THEREFORE, IT IS HEREBY ORDERED that a Jury Trial will commence on **Monday, May 8, 2006 at 9:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 8, 2005
DATE

_____
UNITED STATES DISTRICT JUDGE