IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>    Defendant. | Civil Action No.05-29 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 24, 2005 Scheduling Order (D.I. 20) be amended as follows, but only as follows:

3(e).   On or before **November 22, 2005**, the parties shall serve rebuttal expert reports.

Except as specifically revised hereby the Scheduling Order dated March 24, 2005 (D.I. 20), shall remain in full force and effect.

DATED: November 10, 2005

| | |
|---|---|
| RICHARDS LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| By:  /s/ Chad M. Shandler<br>Frederick L. Cottrell III (#2555)<br>Chad M. Shandler (#3796)<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, Delaware 19899-0551<br>Tel: (302) 651-7700<br>shandler@rlf.com | By:  /s/ Karen E. Keller<br>Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kkeller@ycst.com |

| | |
|---|---|
| William F. Lee<br>David B. Bassett<br>Peter J. Kolovos<br>WILMER CUTLER PICKERING<br>  HALE AND DOOR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000<br>Counsel for Plaintiff<br><br>*Attorneys for Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation* | George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive Chicago, IL 60601<br>Tel: (312) 558-5600<br>glombardi@winston.com<br><br><br>*Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of November, 2005.

_____
United States District Court Judge