IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.05-29 (JJF) |
| v. | ) ) | |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 24, 2005 Scheduling Order (D.I. 20) be amended as follows, but only as follows:

3(e).   On or before **December 16, 2005**, the parties shall serve rebuttal expert reports.

Except as specifically revised hereby the Scheduling Order dated March 24, 2005 (D.I. 20), shall remain in full force and effect.

RICHARDS LAYTON & FINGER, P.A.

By: __/s/ Chad M. Shandler__
    Frederick L. Cottrell III (#2555)
    Chad M. Shandler (#3796)
    P.O. Box 551
    One Rodney Square
    Wilmington, Delaware 19899-0551
    Tel: (302) 651-7700
    shandler@rlf.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: *Karen E. Keller*
    Josy W. Ingersoll (#1088)
    Karen E. Keller (#4489)
    The Brandywine Building, 17th Floor
    1000 West Street
    Wilmington, DE 19801
    Tel: (302) 571-6600
    kkeller@ycst.com

DB01:1919064.2

063987.1001

| | |
|---|---|
| William F. Lee<br>David B. Bassett<br>Peter J. Kolovos<br>WILMER CUTLER PICKERING<br>  HALE AND DOOR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000 | George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive Chicago, IL 60601<br>Tel: (312) 558-5600<br>glombardi@winston.com |
| *Attorneys for Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation* | *Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of December, 2005.

_____
United States District Court Judge