IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BARR LABORATORIES, INC.,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Civil Action No.05-29 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 24, 2005 Scheduling Order (D.I. 20) be amended as follows, but only as follows:

　　3(e).　On or before **December 29, 2005**, the parties shall serve rebuttal expert reports.

　　3(f).　Any party desiring to depose an expert witness shall notice and complete said deposition no later than **February 3, 2006**, unless otherwise agreed in writing by the parties or ordered by the Court.

Except as specifically revised hereby the Scheduling Order dated March 24, 2005 (D.I. 20), shall remain in full force and effect.

| RICHARDS LAYTON & FINGER, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| By: __/s/ Chad M. Shandler_____<br>Frederick L. Cottrell III (#2555)<br>Chad M. Shandler (#3796)<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, Delaware 19899-0551<br>Tel: (302) 651-7700<br>shandler@rlf.com | By: /s/ Karen L. Keller<br>Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kkeller@ycst.com |
| William F. Lee<br>David B. Bassett<br>Peter J. Kolovos<br>WILMER CUTLER PICKERING<br>  HALE AND DOOR LLP<br>60 State Street<br>Boston, Massachusetts 02109<br>Tel: (617) 526-6000 | George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive Chicago, IL 60601<br>Tel: (312) 558-5600<br>glombardi@winston.com |
| *Attorneys for Plaintiffs Cephalon, Inc. and the University of Utah Research Foundation* | *Attorneys for Defendant Barr Laboratories, Inc.* |

SO ORDERED this _____ day of December, 2005.

_____
United States District Court Judge