IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION<br><br>      Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>      Defendant. | Civil Action No. 05-29 (JJF) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 24, 2005 Scheduling Order (D.I. 20) be amended as follows, but only as follows:

3(e).   On or before **January 6, 2006**, the parties shall serve rebuttal expert reports.

Except as specifically revised hereby, the Scheduling Order dated March 24, 2005 (D.I. 20), as revised by the Court's Order dated December 21, 2005 (D.I. 104), shall remain in full force and effect.

RLF1-2963379-1

/s/ Frederick L. Cottrell, III  AMB #4351            /s/ Josy W. Ingersoll
Frederick L. Cottrell, III (2555)                    Josy W. Ingersoll (1088)
cottrell@rlf.com                                     jingersoll@ycst.com
Chad M. Shandler (3796)                              Karen E. Keller (4489)
shandler@rlf.com                                     kkeller@ycst.com
Richards, Layton & Finger, P.A.                      Young Conaway Stargatt & Taylor, LLP
One Rodney Square                                    The Brandywine Building, 17th Floor
920 North King Street                                1000 West Street
Wilmington, DE 19801                                 Wilmington, DE 19801
302-651-7700                                         302-571-6600
*Attorneys for Plaintiffs*                           *Attorneys for Defendant*
*Cephalon, Inc. and the University of Utah*          *Barr Laboratories, Inc.*
*Research Foundation*

William F. Lee                                       George C. Lombardi
David B. Bassett                                     Bradley C. Graveline
Peter J. Kolovos                                     Michael K. Nutter
Wilmer Cutler Pickering Hale and Dorr LLP            Winston & Strawn, LLP
60 State Street                                      35 West Wacker Drive
Boston, MA 02109                                     Chicago, IL 60601
Tel: (617)526-6000                                   Tel: (312)558-5600
                                                     glombardi@winston.com

Dated: December 28, 2005


SO ORDERED this ____ day of _____, 200__.


_____
United States District Court Judge