# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-29 (JJF) |
| BARR LABORATORIES, INC., | ) ) | |
| Defendant. | ) ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between counsel for the parties and subject to the approval of the Court, that the March 24, 2005 Scheduling Order (D.I. 20) be amended as follows, but only as follows:

3(e).    On or before **January 20, 2006**, the parties shall serve rebuttal expert reports.

3(f).    Any party desiring to depose an expert witness shall notice and complete said deposition no later than **February 17, 2006**, unless otherwise agreed in writing by the parties or ordered by the Court.

Except as specifically revised hereby, the Scheduling Order dated March 24, 2005 (D.I. 20) shall remain in full force and effect.



_____
Frederick L. Cottrell, III (2555)
cottrell@rlf.com
Chad M. Shandler (3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Plaintiffs*
*Cephalon, Inc. and the University of Utah*
*Research Foundation*

William F. Lee
David B. Bassett
Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Tel: (617)526-6000

_/s/ Karen E. Keller_____
Josy W. Ingersoll (1088)
jingersoll@ycst.com
Karen E. Keller (4489)
kkeller@ycst.com
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
302-571-6600
*Attorneys for Defendant*
*Barr Laboratories, Inc*

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (312)558-5600
glombardi@winston.com

Dated: January 6, 2006


SO ORDERED this ____ day of January, 2006.


_____
United States District Court Judge

-2-