IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | Civil Action No.05-29 (JJF) |

## NOTICE OF SERVICE

The undersigned, counsel for Barr Laboratories, Inc., hereby certifies that copies of (1) Rebuttal Expert Report of Harry G. Brittain, Ph.D were caused to be served January 20, 2006 upon the below-listed counsel of record in the manner indicated:

**BY FEDERAL EXPRESS AND ELECTRONIC MAIL**

| | |
|---|---|
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A<br>.P.O. Box 551<br>One Rodney Square<br>Wilmington, DE 19899-0551 | Peter Kolovos, Esquire<br>Daniel Esrick, Esquire<br>Kate Saxton, Esquire<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 02109 |

Additionally, on January 23, 2006, I caused this Notice of Service to be electronically filed with the Clerk of the Court using CM/ECF and served upon the following as indicated:

| | |
|---|---|
| **BY CM/ECF AND HAND DELIVERY** | **BY FEDERAL EXPRESS** |
| Frederick L. Cottrell, III, Esquire<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, DE 19899-0551 | William F. Lee, Esquire<br>Peter Kolovos, Esquire<br>Wilmer Cutler Pickering Hale & Dorr, LLP<br>60 State Street<br>Boston, MA 0210 |

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/ Karen E. Keller*

Josy W. Ingersoll (No. 1088)
Karen E. Keller (No. 4489)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Tel: (312) 558-5600
kkeller@ycst.com

George C. Lombardi
Bradley C. Graveline
Michael K. Nutter
WINSTON & STRAWN, LLP
35 West Wacker Drive
Chicago, IL 60601
Tel: (302) 571-6600
glombardi@winston.com

OF COUNSEL:
Robert C. Millonig
Heidi L. Kraus
STERNE KESSLER GOLDSTEIN & FOX LLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-3600

*Attorneys for Defendant Barr Laboratories, Inc.*

Dated: January 23, 2006