IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION<br><br>               Plaintiffs,<br>v.<br><br>BARR LABORATORIES, INC.<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-0029-JJF<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 20th day of January, 2006, true and correct copies of the Expert Report of Christopher A. Vellturo, Ph.D. and Retubbal Expert Report of Dr. Lynn Van Campen were served, in the manner indicated, on counsel as follows:

**VIA E-MAIL**
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

**VIA FIRST CLASS MAIL**
Brian N. Anderson, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL  60601

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
*Attorneys for Cephalon, Inc. and The*
*University Of Utah Research Foundation*

Dated: January 24, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following and which has also been served as noted:

**VIA HAND DELIVERY**
Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801

I hereby certify that on January 24, 2006, I have mailed via Federal Express, the foregoing documents to the following non-registered participants:

George C. Lombardi, Esquire
Bradley F. Graveline, Esquire
Michael K. Nutter, Esquire
Winston & Strawn, LLP
35 West Wacker Drive
Chicago, IL 60601

Robert C. Millonig, Esquire
Heidi L. Kraus, Esquire
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, N.W.
Washington, DC 20005

_____
Chad M. Shandler (#3796)
(Shandler@rlf.com)

RLF1-2856858-1