IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No.05-29-JJF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Richard H. Morse, Esquire should be removed from all service lists as counsel to defendant, Barr Laboratories, Inc.

PLEASE TAKE FURTHER NOTICE that Young Conaway Stargatt & Taylor, LLP still remains as counsel to defendant, Barr Laboratories, Inc., and this notice only effects the removal of one attorney.

| | |
|---|---|
| George C. Lombardi<br>Bradley C. Graveline<br>Michael K. Nutter<br>WINSTON & STRAWN, LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>glombardi@winston.com<br><br>OF COUNSEL:<br>Robert C. Millonig<br>Heidi L. Kraus<br>STERNE KESSLER GOLDSTEIN & FOX PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Tel: (202) 371-3600 | /s/ Karen L. Pascale<br>Josy W. Ingersoll (#1088)<br>Karen E. Keller (#4489)<br>Karen L. Pascale (#2903)<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, DE 19801<br>Tel: (302) 571-6600<br>kkeller@ycst.com |

*Attorneys for Defendant, Barr Laboratories, Inc.*                                    January 26, 2006

## CERTIFICATE OF SERVICE

I, Karen L. Pascale, Esquire, hereby certify that on January 26, 2006, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Frederick L. Cottrell, III, Esquire *[cottrell@rlf.com]*
>Chad Michael Shandler, Esquire *[shandler@rlf.com]*
>RICHARDS, LAYTON & FINGER
>One Rodney Square
>Wilmington, DE 19801

I further certify that on January 26, 2006, I caused a copy of the foregoing document to be served by e-mail and hand delivery on the above-listed counsel, and that a copy was served on the following non-registered participants on the same date in the manner indicated:

### BY E-MAIL

>William F. Lee, Esquire [william.lee@wilmerhale.com]
>David B. Bassett, Esquire [david.bassett@wilmerhale.com]
>Peter J. Kolovos, Esquire [peter.kolovos@wilmerhale.com]
>WILMER CUTLER PICKERING HALE & DORR, LLP
>60 State Street
>Boston, MA 02109

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>*/s/ Karen L. Pascale*
>Josy W. Ingersoll (#1088) *[jingersoll@ycst.com]*
>Karen E. Keller (#4489) *[kkeller@ycst.com]*
>Karen L. Pascale (#2903) *[kpascale@ycst.com]*
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware 19801
>(302) 571-6600

>*Attorneys for Barr Laboratories, Inc.*