IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CEPHALON, INC. and<br>UNIVERSITY OF UTAH<br>RESEARCH FOUNDATION,<br><br>    Plaintiffs,<br><br>v.<br><br>BARR LABORATORIES, INC.,<br><br>    Defendant. | Civil Action No. 05-29-JJF |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Cephalon, Inc. ("Cephalon") and University of Utah Research Foundation ("UURF") and Defendant and Counterclaimant Barr Laboratories, Inc. ("Barr") hereby stipulate that all claims asserted by Cephalon and UURF against Barr and all counterclaims asserted by Barr against Cephalon and UURF in this action shall be, and hereby are, dismissed with prejudice, without costs to either party, and without right of appeal. Each party shall bear its own attorneys' fees and experts' fees.

    //

    //

US1DOCS 5499442v1

| BARR LABORATORIES, INC. | CEPHALON, INC. and UNIVERSITY OF UTAH RESEARCH FOUNDATION |
|---|---|
| By its attorneys, | By their attorneys, |
| *Karen L Pascale (#2903)* | *(#3796)* |
| Josy W. Ingersoll | Frederick L. Cottrell III (#2555) |
| Young, Conaway, Stargatt & Taylor, LLP | Cottrell @rlf.com |
| The Brandywine Building | Chad M. Shandler (#3796) |
| 1000 West Street, 17th Floor | Shandler @rlf.com |
| Wilmington, Delaware 19801 | Richards Layton & Finger, P.A. |
| Tel. 302-571-5004 | P.O. Box 551 |
| Fax 302-576-3479 | One Rodney Square |
| | Wilmington, Delaware 19899-0551 |
| | (302) 651-7700 |
| OF COUNSEL: | |
| | OF COUNSEL: |
| George C. Lombardi *(admitted pro hac vice)* | |
| Bradley C. Graveline *(admitted pro hac vice)* | William F. Lee *(admitted pro hac vice)* |
| Michael K. Nutter *(admitted pro hac vice)* | David B. Bassett *(admitted pro hac vice)* |
| Winston & Strawn, LLP | Peter J. Kolovos *(admitted pro hac vice)* |
| 35 West Wacker Dr. | Wilmer Cutler Pickering Hale and Dorr LLP |
| Chicago, IL 60601 | 60 State Street |
| Tel. 312-558-5600 | Boston, Massachusetts 02109 |
| Fax 312-558-5700 | (617) 526-6000 |

February 2, 2006

-2-

USIDOCS 5459442v1